**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JANSSEN BIOTECH, INC.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CELLTRION HEALTHCARE CO., LTD.,** )<br>**CELLTRION, INC., and HOSPIRA, INC.,** )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. |

**PLAINTIFF JANSSEN BIOTECH, INC.'S RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Janssen Biotech, Inc. ("Janssen"), a nongovernmental corporate party, certifies that other than its parent corporation, Johnson & Johnson, which is a publicly-held corporation, there are no publicly-held corporations which own more than 10% of Janssen's stock.

Dated: May 31, 2017

/s/ Alison C. Casey
Heather B. Repicky (BBO #663347)
hrepicky@nutter.com
Alison C. Casey (BBO #688253)
acasey@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000
FAX: 617-310-9000

Gregory L. Diskant
gldiskant@pbwt.com
Irena Royzman
iroyzman@pbwt.com
Aron Fischer
afischer@pbwt.com

Andrew D. Cohen
acohen@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
FAX: 212-336-2222

Dianne B. Elderkin
delderkin@akingump.com
Barbara L. Mullin
bmullin@akingump.com
Angela Verrecchio
averrecchio@akingump.com
Jason Weil
jweil@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103-7013
215-965-1200
Fax: 215-965-1210

*Attorneys for Plaintiff*
*Janssen Biotech, Inc.*

3596639.1