**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JANSSEN BIOTECH, INC.** ) | |
|        **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:17-cv-11008 |
| ) | |
| **CELLTRION HEALTHCARE CO., LTD.,** ) | |
| **CELLTRION, INC., and** ) | |
| **HOSPIRA, INC.** ) | |
|        **Defendants.** ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

Please enter my appearance for Plaintiff Janssen Biotech, Inc. in the above-captioned matter.

    Respectfully submitted,

    /s/  Alison C. Casey
    Alison C. Casey (BBO #688253)
    hrepicky@nutter.com
    epleadings@nutter.com
    Nutter, McClennen & Fish LLP
    Seaport West
    155 Seaport Blvd.
    Boston, MA 02210-2604
    (617) 439-2000

Dated: June 1, 2017

## CERTIFICATE OF SERVICE

I certify that, on June 1, 2017, this document (filed through the ECF system) will be sent electronically to the registered participants and paper copies will be sent to those indicated as non-registered participants.

    /s/  Alison C. Casey

3601300.1