## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JANSSEN BIOTECH, INC.** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:17-cv-11008** |
| | ) | |
| **CELLTRION HEALTHCARE CO., LTD.,** | ) | |
| **CELLTRION, INC., and** | ) | |
| **HOSPIRA, INC.** | ) | |
| **Defendants.** | ) | |
| | ) | |

### NOTICE OF APPEARANCE

Please enter my appearance for Plaintiff Janssen Biotech, Inc. in the above-captioned matter.

Respectfully submitted,

/s/  Heather B. Repicky
Heather B. Repicky (BBO #663347)
hrepicky@nutter.com
epleadings@nutter.com
Nutter, McClennen & Fish LLP
Seaport West
155 Seaport Blvd.
Boston, MA 02210-2604
(617) 439-2000

Dated: May 31, 2017

### CERTIFICATE OF SERVICE

I certify that, on May 31, 2017, this document (filed through the ECF system) will be sent electronically to the registered participants and paper copies will be sent to those indicated as non-registered participants.

/s/  Heather B. Repicky

3596638.1