# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. l:17-cv-11008-MLW |
| v. | ) |
| | ) |
| CELLTRION HEALTHCARE CO., LTD., | ) |
| CELLTRION, INC., and | ) |
| HOSPIRA, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter an appearance for Dennis J. Kelly on behalf of Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc. and Hospira Inc. in the above-captioned proceeding.

Dated:  July 11, 2017        /s/  Dennis J. Kelly
                             Dennis J. Kelly
                             Burns & Levinson LLP
                             125 Summer Street
                             Boston MA 02110
                             (617) 345-3436
                             dkelly@burnslev.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2017.

                             /s/Dennis J. Kelly
                             Dennis J. Kelly, Esquire

4832-2816-9291.1