# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. l:17-cv-11008-MLW |
| CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter an appearance for Andrea L. Martin on behalf of Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc. and Hospira Inc. in the above-captioned proceeding.

Dated: July 11, 2017
/s/  Andrea L. Martin
Andrea L. Martin
Burns & Levinson LLP
125 Summer Street
Boston MA 02110
(617) 345-3869
amartin@burnslev.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2017.

/s/Andrea L. Martin
Andrea L. Martin, Esquire