# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. l:17-cv-11008-MLW |
| CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS CELLTRION HEALTHCARE CO., LTD. AND CELLTRION, INC.'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants Celltrion Healthcare Co., Ltd. and Celltrion, Inc. certify as follows:

Celltrion Healthcare Co. Ltd. has no parent corporation. The entities that own 10% or more of Celltrion Healthcare Co., Ltd. include Ion Investments B.V., a Netherlands corporation that is 100% owned by Temasek, an investment company based in Singapore, and One Equity Partners IV, L.P., a Cayman Islands company that is 100% owned by JP Morgan.

Celltrion, Inc. has no parent corporation. The entities that own 10% or more of Celltrion, Inc. include Celltrion Holdings Co., Ltd., a Korean corporation, and Ion Investments B.V., a Netherlands corporation that is 100% owned by Temasek, an investment company based in Singapore.

Dated:  July 11, 2017

Respectfully submitted,

Celltrion Healthcare Co., Ltd. and Celltrion, Inc.

By their attorneys,

/s/Andrea L. Martin, Esq.  _____
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C.  (*pro hac vice* to be filed)
Bryan S. Hales, P.C. (*pro hac vice* to be filed)
Elizabeth A. Cutri (*pro hac vice* to be filed)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Charles B. Klein (*pro hac vice* to be filed)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

*Attorneys for Defendants Celltrion Healthcare Co. and Ltd., Celltrion, Inc.*

**CERTIFICATE OF SERVICE**

      I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2017.

                                              /s/Andrea L. Martin, Esq.
                                              Andrea L. Martin, Esq.

4844-8744-4555.1