**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:17-cv-11008-MLW |
| CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC., | ) |
| Defendants. | ) |

**DEFENDANT HOSPIRA, INC.'S RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Hospira, Inc. certifies as follows:

Hospira, Inc. is an indirect, wholly-owned subsidiary of Pfizer Inc., which is a publicly traded corporation. No other publicly held entities own 10% or more of Hospira, Inc.

Dated: July 11, 2017

Respectfully submitted,

Hospira, Inc.

By its attorneys,

/s/Andrea L. Martin, Esq.
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice* to be filed)
Bryan S. Hales, P.C. (*pro hac vice* to be filed)
Elizabeth A. Cutri (*pro hac vice* to be filed)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Charles B. Klein (*pro hac vice* to be filed)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

*Attorneys for Defendant Hospira, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2017.

                                                 /s/Andrea L. Martin, Esq.
                                                 Andrea L. Martin, Esq.

4851-4162-4907.1