**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANSSEN BIOTECH, INC.,                    ) | |
| )                                          | |
| Plaintiff,          ) | |
| )                                          | |
| v.                        ) | Civil Action No. l:17-cv-11008-MLW |
| )                                          | |
| CELLTRION HEALTHCARE CO., LTD.,     ) | |
| CELLTRION, INC., and                      ) | |
| HOSPIRA, INC.,                            ) | |
| )                                          | |
| Defendants.         ) | |
| )                                          | |

## <u>DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING</u>

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc. hereby move to dismiss Janssen's complaint due to lack of subject matter jurisdiction. Janssen lacks standing to assert U.S. Patent No. 7,598,083, which is the only patent asserted in Janssen's complaint filed in the above-captioned action. The bases for the motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court dismiss Janssen's complaint in Action No. 17-11008.

Dated:  July 11, 2017

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc.

By its attorneys,

/s/Andrea L.  Martin, Esq. _____
Dennis J.  Kelly (BBO # 266340)
Andrea L.  Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C.  (*pro hac vice* to be filed)
Bryan S.  Hales, P.C. (*pro hac vice* to be filed)
Elizabeth A. Cutri (*pro hac vice* to be filed)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Charles B.  Klein (*pro hac vice* to be filed)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## <u>LR 7.1(a)(2) CERTIFICATION</u>

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issues in this motion; Plaintiff will oppose this Motion.

<u>/s/Andrea L. Martin, Esq.</u>
Andrea L. Martin, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2017.

<u>/s/Andrea L. Martin, Esq.</u>
Andrea L. Martin, Esq.

4853-0199-1755.1