# EXHIBIT 17

Linkedin  🔍 Search                                                                                  🏠  👥  💼  📋  🔔3  👤          ⊞   Reactivate Premium

Insurance for Museums - AAM-Recognized Fine Art Insurance for Museum Collections. Learn More Now.   Ad   ⋯

**Contact and Personal Info**
Brian's Profile
Show more ⌄

Ad  ▷
Sam, explore jobs at **Johnson & Johnson** that match your skills
See jobs

# Brian C.

Assistant General Counsel - Patents at Johnson & Johnson

Johnson & Johnson • UNH School of Law

Greater Philadelphia Area • 28

Send InMail

⋯

## Experience

**Assistant General Counsel - Patents**
Johnson & Johnson
Jun 2015 – Present • 2 yrs
Spring House, PA

Group leader for Immunology and Janssen Biotherapeutics

**Senior Patent Counsel**
J&J
Apr 2009 – Present • 8 yrs 2 mos



**Senior Patent Counsel**
Bristol-Myers Squibb
Oct 2004 – Apr 2009 • 4 yrs 7 mos
Princeton, Nj

Patent attorney supporting biotech group



**Attorney**
Greenblum & Bernstein, P.L.C.
Mar 2001 – Oct 2004 • 3 yrs 8 mos
Reston, VA

Patent attorney focused on interference and inter parties matters.



**Patent agent/attorney**
Sughrue Mion PLLC
Jun 1999 – Mar 2001 • 1 yr 10 mos
Washington D.C. Metro Area

Patent agent/clerk and attorney focused on biotech patent matters.

## Education



**UNH School of Law**
JD, Law (Patents)
1997 – 2000

### People Also Viewed


**Debbie Drazen, Ph.D., J.D.** • 3rd
Senior Patent Counsel at Johnson & Johnson

**Emil Richard Skula**
Assistant General Counsel at Johnson & Johnson

**Mark Warfield** • 3rd
Associate Patent Counsel at Johnson & Johnson


**Cliff Birge** • 3rd
Assistant General Counsel at Johnson & Johnson

**Carl Evens**
Assistant Patent Counsel at Johnson & Johnson

**Tom DiMauro**
patent attorney at Johnson & Johnson

**Michael Atkins**
Assistant General Counsel - Patents

**Myra McCormack** • 3rd
Associate Patent Counsel, manager in Pharmaceutical Sector of Johnson & Johnson and separately, Meditation Instructor


**Lisa C. Fodor** • 3rd
Assistant General Counsel at Johnson & Johnson


**Jeremy McKown** • 3rd
Assistant General Counsel - Patents at Johnson & Johnson

### Learn the skills Brian has

Running a Web Design Business: Defining Your Business Structure
Viewers: 6,879

Insights from a Project

Messaging  ✎  ⚙  —

  

 1994 – 1997

**Binghamton University**
BS, Biology
1990 – 1993
Activities and Societies: Sigma Alpha Epsilon

## Interests

 **UNH School of Law**
3,366 followers

 **Binghamton University**
85,089 followers

 **Pulse**
1,535,232 followers

 **Binghamton University**
86,984 followers

 **Franklin Pierce Law Center**
3,358 followers

 **The University of Georgia**
176,767 followers

See all

Ads    Collections. Learn More Now. 

Messaging







