**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANSSEN BIOTECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. l:17-cv-11008-MLW |
| v. ) | |
| ) | |
| CELLTRION HEALTHCARE CO., LTD., ) | |
| CELLTRION, INC., and ) | |
| HOSPIRA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**_ASSENTED-TO_ DEFENDANTS' MOTION FOR LEAVE TO IMPOUND
CONFIDENTIAL PORTIONS OF DEFENDANTS'
<u>MOTION TO DISMISS MEMORANDUM</u>**

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Dkt. 170) in *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd. et al.* No. 15-10698 (D. Mass), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiffs', Defendants' and/or third-party confidential and proprietary information:

- Defendants' Memorandum of Law In Support of Their Motion to Dismiss For Lack of Standing ("Defendants' Memorandum") (filed as C.A. No. 17-11008 Dkt. 14);

- Appendix A to Defendants' Memorandum, compiled statements by Janssen and other Johnson & Johnson companies (filed as C.A. No. 17-11008 Dkt. 14-1);

- Exhibit 2 to Defendants' Memorandum, Excerpts of the Deposition Transcript of Anne Martinson;

- Exhibit 3 to Defendants' Memorandum, Excerpts of the Deposition Transcript of Kenneth Dow;

- Exhibit 6 to Defendants' Memorandum, Bates numbered JANREM0115562 through JANREM0115591;

- Exhibit 10 to Defendants' Memorandum, Bates numbered JANREM0115489 through JANREM0115495;

- Exhibit 11 to Defendants' Memorandum, Bates numbered JANREM0115483 through JANREM0115488;

- Exhibit 12 to Defendants' Memorandum, Bates numbered JANREM0117891 through JANREM0117905;

- Exhibit 20 to Defendants' Memorandum, Excerpts of the Deposition Transcript of David Epstein;

- Exhibit 21 to Defendants' Memorandum, Excerpts of the Deposition Transcript of Christopher Marsh;

- Exhibit 23 to Defendants' Memorandum, Excerpts of the Expert Report of Henry Grabowski;

- Exhibit 26 to Defendants' Memorandum, Excerpts of the Deposition Transcript of Kirk Baumeister;

- Exhibit 27 to Defendants' Memorandum, compiled correspondence with named inventors and related agreements, dated April-July 2015; and

- Exhibit 28 to Defendants' Memorandum, compiled correspondence with named inventors and related agreements, dated August 2015.

Defendants filed a publicly available, redacted version of the memorandum through the electronic filing system.

WHEREFORE, Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc. respectfully request that this Court allow this Motion.

Dated:  July 11, 2017

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/Andrea L. Martin, Esq. _____
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice* to be filed)
Bryan S. Hales, P.C. (*pro hac vice* to be filed)
Elizabeth A. Cutri (*pro hac vice* to be filed)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Charles B. Klein (*pro hac vice* to be filed)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion; Plaintiff assents to this Motion.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2017.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.