# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLTRION HEALTHCARE CO., LTD., )<br>CELLTRION, INC., and )<br>HOSPIRA, INC., )<br>)<br>Defendants. )<br>)<br>) | Civil Action No. l:17-cv-11008-MLW |

## *ASSENTED- TO* MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZABETH CUTRI, BRYAN S. HALES, JAMES F. HURST, JAMES H. MCCONNELL, AND RYAN KANE

Defendants Celltrion Healthcare Co., Ltd, Celltrion, Inc. and Hospira, Inc.in this action (collectively "Defendants"), by and through Burns & Levinson, LLP, 125 Summer Street, Boston, Massachusetts, move that the following counsel be admitted *pro hac vice* in the above case:

1.   Elizabeth Cutri – Kirkland & Ellis LLP, Chicago, Illinois

2.   Bryan S. Hales – Kirkland & Ellis LLP, Chicago, Illinois

3.   James F. Hurst – Kirkland & Ellis LLP, Chicago, Illinois

4.   James H. McConnell – Kirkland & Ellis LLP, New York, New York

5.   Ryan Kane - Kirkland & Ellis LLP, New York, New York

Pursuant to Local Rule 83.5.3, this motion is accompanied by the Certificates of each of the above-named counsel.

Plaintiff assents to the filing of this Motion.

Dated: August 1, 2017

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/Andrea L. Martin
Dennis J. Kelly (BBO # 266340)
dkelly@burnslev.com
Andrea L. Martin (BBO #666117)
amartin@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel has conferred with Plaintiff's counsel concerning the relief requested in this motion. Plaintiff's counsel has stated that Plaintiff assents to the motion.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 1, 2017.

/s/Andrea L. Martin
Andrea Martin, Esquire