UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANSSEN BIOTECH, INC., )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>CELLTRION HEALTHCARE CO., LTD., )<br>CELLTRION, INC., and )<br>HOSPIRA, INC. )<br>          Defendants. )<br>) | Case No. 1:17-cv-11008-MLW |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*
OF GREGORY L. DISKANT, ARON FISCHER,
ANDREW D. COHEN, AND DANIEL A. FRIEDMAN**

Plaintiff Janssen Biotech, Inc., by and through Nutter McClennen & Fish LLP, Seaport West, 155 Seaport Boulevard, Boston, Massachusetts, moves that Gregory L. Diskant, Aron Fischer, Andrew D. Cohen, and Daniel A. Friedman of Patterson Belknap Webb & Tyler LLP be admitted *pro hac vice* in the above case. Pursuant to Local Rule 83.5.3, this motion is accompanied by the certificates of Gregory L. Diskant, Aron Fischer, Andrew D. Cohen, and Daniel A. Friedman.

JANSSEN BIOTECH, INC.,

By its attorneys,

 /s/ Alison C. Casey
Heather B. Repicky (BBO # 663347)
hrepicky@nutter.com
Alison C. Casey (BBO # 688253)
acasey@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: August 1, 2017

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I certify that plaintiff's counsel conferred with defendants' counsel on the subject of this motion, and was advised that defendants assent to this motion.

    /s/ Alison C. Casey

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2017 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and if not so registered, that paper copies will be mailed to such parties or to their counsel.

    /s/ Alison C. Casey