# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **JANSSEN BIOTECH, INC. and** | ) | |
| **NEW YORK UNIVERSITY** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:15-cv-10698** |
| | ) | **Civil Action No. 1:16-cv-11117** |
| | ) | |
| **CELLTRION HEALTHCARE CO., LTD.,** | ) | |
| **CELLTRION, INC.,  and** | ) | |
| **HOSPIRA, INC.** | ) | |
| **Defendants.** | ) | |
| —————————————————— | ) | |

Pursuant to the parties' submission of March 27, 2017 (Dkt. 539) and the Court's order of March 31, 2017 (Dkt. 542), as clarified in subsequent correspondence between counsel, Janssen provides the below list of actions in which Johnson & Johnson or one of its operating companies sought to enforce an employment agreement or agreements that are the same as or similar to the employment agreements at issue in Defendants' motion to dismiss, and which involve(d) any entity other than or in addition to the entity that employs(-ed) the employee signatory.

Janssen has compiled the below list after a reasonable, good-faith search conducted in a short period of time.  Janssen reserves its right to modify the list in the future.  By including cases on this list, Janssen does not waive any arguments.  For example, Janssen reserves all rights to make distinctions among the agreements on the below list, and between any agreement on the list and those at issue in Defendants' motion to dismiss.

**List of Enforcement Actions**

| Case Name | Court | Case Number |
|---|---|---|
| Codman & Shurtleff, Inc. et al. v. Geoff Peters & Covidien, Inc. | Superior Court Of New Jersey Middlesex County Chancery Division | Docket No. C-65-12 |
| Cordis & J&J v. Rhonda Barr & EV3 | United States District Court For The District Of New Jersey | 09-CV-06306-GEB-DEA |
| Cordis Corp. et al. v. Invatec, LLC et al. | Circuit Court 11th Judicial Circuit Miami Dade County Florida | 08-46947CA02 |
| Cordis Corp. et al. v. Invatec, LLC et al. | Superior Court Of New Jersey Chancery Division Middlesex County | C-171-08 |
| Cordis et al. v. Stentys, Inc. & Jin S. Park | Superior Court Of New Jersey Chancery Division Middlesex County | MID-C-141-08 |
| Ethicon, Inc. & Depuy Orthopaedics, Inc. v. L.A. | United States District Court Middle District Of Florida Jacksonville Division | 3:16-CV-1124-J-39-PDB |
| Johnson & Johnson, Depuy Inc & Depuy Spine v. Biomet Inc, Ebi Lp, Ebi Holdings Inc & Steven Mcallister | Superior Court Of New Jersey Chancery Division Middlesex County | C-227-07 |
| Johnson & Johnson, Depuy Ortho & Depuy Products v. Biomet & Robin Barney | Superior Court Of New Jersey Middlesex County Chancery Division | C-107-07  (App Div Am-216-07) |
| Lifescan, Inc. v. Agamatrix, Inc., Daniel F. Oconnell | Commonwealth Of Massachusetts | 200402043 |
| McNeil v. Pharmacia & Chester | Superior Court Of New Jersey Chancery Division Hunterdon County | HNT-C-14003-01 |
| Depuy Spine, Inc., et al. v. Stryker Biotech Llc & G. Joe Ross | Commonwealth Of Massachusetts Suffolk Superior Court | 07-1464 |

9676684v.1

Dated: April 12, 2017

*/s/ Aron Fischer*_____
Gregory L. Diskant (admitted *pro hac vice*)
gldiskant@pbwt.com
Irena Royzman (admitted *pro hac vice*)
iroyzman@pbwt.com
Aron Fischer (admitted *pro hac vice*)
afischer@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
FAX: 212-336-2222

Heather B. Repicky (BBO # 663347)
hrepicky@nutter.com
Alison C. Casey (BBO #688253)
acaset@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000
FAX: 617-310-9192

*Attorneys for Plaintiffs Janssen Biotech, Inc.
and New York University*

3