# Exhibit B



**PROTECTED BY ATTORNEY-CLIENT PRIVILEGE**
Centocor
**CONFIDENTIAL INFORMATION**

**CONTROLLED DISTRIBUTION**

Invention Disclosure #_____

Supplement #_____

# INVENTION DISCLOSURE

Page 1 of 25

## To: Kenneth Dow, V.P. Patent Law, Centocor

**1. Subject/Title:** __Chemically-defined medium for the culture of transfectomas and hybridomas_____

**2. First Conception or Observation of Invention or Discovery:**
      **Date:** _____█████████_____

**3. First Record of Invention or Discovery:**
      **Date:** _____█████████_____

                              **Documentation:**
         **Notebook No./Page No.:** _____███████████████_____
         **Date:** _____████████_____
         **Inventor(s):** __David A Epstein, Roger Monsell, Joseph Horwitz, Susan Lenk, Sadettin Ozturk

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

**4. First Disclosure to Others within the Company:**
      **Date:** _____████████_____
      **To whom was disclosure first made?** ████████████_____
      **Where are records filed?** ___███████████████████

**5. First disclosure to others outside company (if any):**
      **Date:** ███████████████████
      **To whom was disclosure made?** ████████████████████

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

**Where are records filed:** ███████████████

███████████████████████████████████████

**Commercialization/Outside Disclosure:**
      **Currently Planned:** ████ YES ████ NO     **Date:**

**6. First Successful Test or Operation:**
      **Date:** ___████████____
      **By whom was test conducted?** __████████████____
      **Where are records filed?** _██████████████████████____
      **Who witnessed the test or record?** _____

**7. Project or Program:** _██████████████████_____

**Check here** ██ **if Freedom to Use is also requested**

=============================================================================

|  | Signature of Reviewer | Date |
|---|---|---|
|  | (Read and Understood) |  |
| 1. | _____ | _____ |
| 2. | _____ | _____ |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 3 of 25

Persons who contributed intellectually or scientifically to invention *:

| | Full Name (Print or type) | Organization | Phone | Signature | Date |
|---|---|---|---|---|---|
| 1. | David A. Epstein | Centocor | 610-651-7440 | *David A. Epstein* | 10 May 2004 |
| 2. | Roger Monsell | Centocor | 610-651-7502 | | |
| 3. | Joseph Horwitz | Centocor | 610-651-6902 | *Joseph Horwitz* | 24 May 2004 |
| 4. | Susan Lenk | Centocor | 610-651-6557 | *Susan C. Lenk* | 24 May 04 |
| 5. | Sadettin Ozturk | Centocor | 610 240-8496 | *(signature)* | 24 May 2004 |

| | Home Addresses | Citizenship |
|---|---|---|
| 1. | 434 East Allens Lane, Philadelphia, PA 19119-1103 | USA |
| 2. | 7307 Woodview Way, Willistown, PA 19355 | USA |
| 3. | 317 Maple Ave, Swarthmore, PA | USA |
| 4. | 219 Sugartown Rd, Wayne, PA | USA |
| 5. | | |

**Category:** SUPERVISOR TO ANSWER THE FOLLOWING QUESTIONS:

I.  Is there a reasonable prospect of commercial use of the invention by CENTOCOR?    ■ YES  ■ NO

II. If not, is there a reasonable prospect of commercial use by others to compete with CENTOCOR?   ■ YES  ■ NO
(Initials _____, Date _____)

**Approved By:**

_____        _____        _____        _____
(Name of Department VP)                      (Title/Department)                      (Signature)                      (Date)

*Not necessarily "inventor(s)" on supplemental IDs.

====================================================================

| | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|
| 1. | _____ | _____ |
| 2. | _____ | _____ |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

**Page 4** of **25**

**Instructions:** Provide all the information requested for the sections listed below. Identify <u>each section</u> with the heading indicated. Provide <u>all</u> the information requested to the best of your knowledge as this will save time for you and the patent attorney. Each page should be signed and dated by each contributor and two disclosure reviewers. <u>Consult your Patent Attorney</u>, if necessary, for further details on required information.

Sections

I.    **Background:** Briefly discuss the need for the invention. Indicate the current state of the art (what is being done/used now by us and others). Identify pertinent literature (patents or other published articles) and other public disclosures of which you are aware. Identify the problems of the closest prior technology which the invention solves.

II.   **Summary of Invention:** Summarize the invention in general terms. State the novel feature(s) of the invention which solve(s) the problem(s) identified in the background section. Set forth the basic idea of the invention.

III.  **Detailed Description:** Describe the specifics of the invention. Use drawings, flow charts, block diagrams, schematics, tables, formulas, test results, etc (free from codes and jargon) as appropriate. Include a broad description, preferred embodiments, and specific examples. You must disclose the best mode contemplated for practicing the invention. Preferably, describe the invention at a level where one with a technical background but no detailed knowledge of the particular field could understand the description. Enough information should be provided to enable a person skilled in the technology to practice the invention.

IV.   **Advantages:** State the advantage(s) over the prior technology which the invention provides. These advantages should be supported by the description in the previous section of the results achieved.

V.    Use as many pages as necessary. Sign and date each page and have two reviewers who have read and understood the disclosure sign and date each page.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Disclosure:



| | Signature of Contributor | Date | | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|---|---|
| 1. | *David A. Epstein* | 10 May 2004 | 1. | _____ | _____ |
| 2. | *Roger J. Monsell* | 12 May 04 | 2. | _____ | _____ |
| 3. | *Joseph Hinsley* | 21 May 04 | | | |
| 4. | | 24 May 04 | | | |
| 5. | *Susan M. Tosh* | 24 May 04 | | | |

# CENTOCOR
# INVENTION DISCLOSURE

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *David A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Mansell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Schmidt* | 24 May 04 | | |
| 4. *[signature]* | 24 May 04 | | |
| 5. *Susan B. Fish* | 24 MAY 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

## Detailed Description of Invention:

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. David A. Epstein | 10 May 2004 | 1. _____ | _____ |
| 2. Roger J. Monsell | 12 May 04 | 2. _____ | _____ |
| 3. Joseph Horwitz | 24 May 04 | | |
| 4. | 24 May 04 | | |
| 5. Susan E. Lusk | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

| | Signature of Contributor | Date | | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|---|---|
| 1. | *David A. Epstein* | 10 May 2004 | 1. | _____ | _____ |
| 2. | *Roger J. Monsell* | 12 May 04 | 2. | _____ | _____ |
| 3. | *Ralph Horwitz* | 24 May 04 | | | |
| 4. | | 24 May 04 | | | |
| 5. | *Susan C. Dosh* | 24 MAY 04 | | | |

# CENTOCOR
# INVENTION DISCLOSURE

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. _David A. Epstein_ | 10 May 2004 | 1. _____ | _____ |
| 2. _Roger J. Morrell_ | 12 May 04 | 2. _____ | _____ |
| 3. _Joseph Horwitz_ | 24 May 04 | | |
| 4. _M. Cm_ | 24 May 04 | | |
| 5. _Susan C. Senk_ | 24 MAY 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 9 of 25

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *Donald A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Morrell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Schwartz* | 24 May 04 | | |
| 4. | 24 May 04 | | |
| 5. *Susan C. Link* | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. _David A. Epstein_ | 10 May 2004 | 1. _____ | _____ |
| 2. _Roger J. Morrell_ | 12 May 04 | 2. _____ | _____ |
| 3. _Joseph Horwitz_ | 2 ll 04 | | |
| 4. _____ | 24 May 04 | | |
| 5. _Susan C. Link_ | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *David A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger G. Morsell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Horwitz* | 24 May 04 | | |
| 4. *(signature)* | 24 May 04 | | |
| 5. *Susan C. Lenk* | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *David A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Monsell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Howarty* | 24 May 04 | | |
| 4. | 24 May 04 | | |
| 5. *Susan C. Lenh* | 24may 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 13 of 25



| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. _David A. Epstein_ | 10 May 2004 | 1. _____ | _____ |
| 2. _Roger J. Monsell_ | 12 May 04 | 2. _____ | _____ |
| 3. _Joseph Horwitz_ | 24 May 04 | | |
| 4. _____ | 24 May 04 | | |
| 5. _Susan C. Dirk_ | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 14 of 25

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *David A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Morrell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Haurity* | 24 May 04 | | |
| 4. *[signature]* | 24 May 04 | | |
| 5. *Susan C. Lenk* | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

=================================================================

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *David A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Novell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Horvitz* | 24 May 04 | | |
| 4. *A. Lee* | 24 May 04 | | |
| 5. *Susan E. Lenk* | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *David A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Mansell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Haughty* | 24 May 04 | | |
| 4. *[signature]* | 24 May 04 | | |
| 5. *Susan C. Finch* | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 17 of 25



| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *(signature)* | 10 May 2004 | 1. _____ | _____ |
| 2. *(signature)* Roger J. Morrell | 12 May 04 | 2. _____ | _____ |
| 3. *(signature)* | 24 May 04 | | |
| 4. *(signature)* | 24 May 04 | | |
| 5. Susan P. Lord | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 18 of 25

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *Darrell C. Eppt* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Morrell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Khratz* | 24 May 04 | | |
| 4. *(signature)* | 24 May 04 | | |
| 5. *Susan C. Link* | 24MAY04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 19 of 25

| | Signature of Contributor | Date | | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|---|---|
| 1. | *David A. Epstein* | 10 May 2004 | 1. | | |
| 2. | *Roger J. Morsell* | 12 May 04 | 2. | | |
| 3. | *Joseph Hoarty* | 24 May 04 | | | |
| 4. | *L. Lin* | 24 May 04 | | | |
| 5. | *Susan M. Lenh* | 24 May 04 | | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

**Page 20 of 25**

| | Signature of Contributor | Date | | Signature of Reviewer<br>(Read and Understood) | Date |
|---|---|---|---|---|---|
| 1. | *David A. Epstein* | 10 May 2004 | 1. | | |
| 2. | *Roger J. Morrell* | 12 May 04 | 2. | | |
| 3. | *Joseph Krawitz* | 21 May 04 | | | |
| 4. | *[signature]* | 24 May 04 | | | |
| 5. | *Susan C. Senk* | 24 May 04 | | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 21 of 25

| Signature of Contributor | Date | Signature of Reviewer<br>(Read and Understood) | Date |
|---|---|---|---|
| 1. _David A. Eyler_ | 16 May 2004 | 1. _____ | _____ |
| 2. _Roger G. Monrell_ | 12 May 04 | 2. _____ | _____ |
| 3. _Joseph Horwitz_ | 24 May 04 | | |
| 4. _____ | 26 May 04 | | |
| 5. _Susan E. Lenk_ | 24 MAY 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *David A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Morrell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Horwitz* | 24 May 04 | | |
| 4. *[signature]* | 24 May 04 | | |
| 5. *Susan C. Link* | 24 MAY 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. *David A. Epst* | 10 May 2004 | 1. _____ | _____ |
| 2. *Roger J. Mondell* | 12 May 04 | 2. _____ | _____ |
| 3. *Joseph Horvath* | 29 May 04 | | |
| 4. *[signature]* | 29 May 04 | | |
| 5. Susan C. Devl | 29 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

| | Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|---|
| 1. | *David A. Epstein* | 10 May 2004 | 1. _____ | _____ |
| 2. | *Roger J. Morrell* | 12 May 04 | 2. _____ | _____ |
| 3. | *Joseph Horwitz* | 29 May 04 | | |
| 4. | *[signature]* | 24 May 04 | | |
| 5. | *Susan C. Link* | 24 May 04 | | |

# CENTOCOR
# INVENTION DISCLOSURE

Invention Disclosure #._____

Supplement #_____

Page 25 of 25

| Signature of Contributor | Date | Signature of Reviewer (Read and Understood) | Date |
|---|---|---|---|
| 1. _Dan W. Epst_ | 10 May 2004 | 1. _____ | ____ |
| 2. _Roger J. Morell_ | 12 May 04 | 2. _____ | ____ |
| 3. _Joseph Lhurity_ | 24 May 04 | | |
| 4. _M le_ | 24 May 04 | | |
| 5. _Susan C. Sink_ | 24 May 04 | | |