# Exhibit C

DOCKET NO. CEN5082
Joint Inventors

A S S I G N M E N T

Serial No. 60/623,718
Filed      29 October 2004

WHEREAS, David Epstein, residing at Philadelphia, Pennsylvania; Roger Monsell, residing at Willistown, Pennsylvania; Joseph Horwitz, residing at Swarthmore, Pennsylvania; Susan Lenk, residing at Wayne, Pennsylvania; Sadettin Ozturk, residing at Paoli, Pennsylvania; and Christopher Marsh, residing at Oaks, Pennsylvania (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

"Chemically Defined Media Compositions"

for which they have on the 29th day of October, 2004 executed a Provisional application for Letters Patent of the United States; and

WHEREAS, CENTOCOR, INC., a corporation of the State of Pennsylvania, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available, is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and

CONFIDENTIAL                                                                                   JANREM0098788

unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

IN TESTIMONY WHEREOF, Assignors have hereunto set their hands and seals this 17th day of August, 2005.

_____ (L.S.)
DAVID EPSTEIN

_____ (L.S.)
JOSEPH HORWITZ

_____*Susan E. Lenk*_____ (L.S.)
SUSAN LENK

_____ (L.S.)
ROGER MONSELL

_____ (L.S.)
SADETTIN OZTURK

CONFIDENTIAL                                                JANREM0098789

_____ (L.S.)
CHRISTOPHER MARSH

STATE OF Pennsylvania)
                     ) ss.
COUNTY OF Chester    )

    BE IT REMEMBERED, That on this 17 day of August, 2005, before me, a Notary Public, personally appeared ~~David Epstein~~; ~~Joseph Horwitz~~; Susan Lenk; ~~Roger Monsell~~; ~~Sadettin Osturk~~; and ~~Christopher~~ Marsh, who I am satisfied are the persons named herein and who executed the foregoing instrument in my presence, and I having first made known to them the contents thereof, they did acknowledge that they signed, sealed, and delivered the same as their voluntary act and deed for the uses and purposes therein expressed.

_Mary-Ellen V. Marks_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary-Ellen V. Marks, Notary Public
East Whiteland Twp., Chester County
My Commission Expires Oct. 11, 2008
Member, Pennsylvania Association Of Notaries

CONFIDENTIAL