# Exhibit D

CANADA
## ASSIGNMENT OF INVENTION

I/We, **David Epstein, Roger Monsell, Joseph Horwitz, Susan Lenk, Sadettin Ozturk, Christopher Marsh** whose full post office address is/are **434 East Allens Lane, Philadelphia, Pennsylvania 19119; 7307 Woodview Way, Willistown, Pennsylvania 19355; 317 Maple Avenue, Swarthmore, Pennsylvania 19081; 423 Devon Drive, Exton, Pennsylvania 19341; 1965 Black Rock Lane, Paoli, Pennsylvania 19301; 526 Canterbury Road, Audubon, Pennsylvania 19403** in consideration of One Dollar the receipt of which is hereby acknowledged, have and by these presents, do hereby sell and assign to **CENTOCOR, INC.**, whose full post office address is/are **200 GREAT VALLEY PARKWAY, MALVERN, PENNSYLVANIA 19355** all my/our right, title and interest in Canada in and to my/our invention relating to **CHEMICALLY DEFINED MEDIA COMPOSITIONS** as fully described and claimed in the application for a patent for such invention and all my/our corresponding right, title and interest in and to any patent which may issue therefor.

This document may be executed in any number of counterparts, each of which so executed shall be deemed to be an original, but all such counterparts shall together constitute but one and the same document.

The undersigned hereby grant(s) to the firm of **OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.** of Suite 1600, 1981 McGill College Avenue, Montréal, Québec, H3A 2Y3, Canada, the power to insert on this assignment any further information which may be necessary or desirable in order to comply with the Patent Rules for recordation of this document.

SIGNED at_____, this ____day of_____,____.
            City, Country       Day      Month   Year

_____ N/A 28JUN07 _____
Signature of Assignor                  Signature of Witness
**David Epstein**
Name of Assignor

SIGNED at_____, this ____day of_____,____.
            City, Country       Day      Month   Year

_____                 _____
Signature of Assignor                  Signature of Witness
**Roger Monsell**
Name of Assignor

**CRD 5082 CA**

SIGNED at _____, this _____ day of _____, _____.
City, Country                                Day              Month        Year

*N/A & 28JUN07*

_____                    _____
Signature of Assignor                          Signature of Witness
**Joseph Horwitz**
Name of Assignor

SIGNED at _MALVERN, PA, USA_, this _28_ day of _JUNE_, _2007_.
City, Country                                Day              Month        Year

_Susan C. Lenk_ (signature)                    _Cristianne Baer_ (signature)
_____                    _____
Signature of Assignor                          Signature of Witness
**Susan Lenk**
Name of Assignor

```
COMMONWEALTH OF PENNSYLVANIA
      NOTARIAL SEAL
CRISTIANNE BAER - NOTARY PUBLIC
EAST WHITELAND TWP., CHESTER COUNTY
MY COMMISSION EXPIRES APR. 06, 2011
```

SIGNED at _____, this _____ day of _____, _____.
City, Country                                Day              Month        Year

_____                    _____
Signature of Assignor                          Signature of Witness
**Sadettin Ozturk**
Name of Assignor

*N/A & 28JUN07*

SIGNED at _____, this _____ day of _____, _____.
City, Country                                Day              Month        Year

_____                    _____
Signature of Assignor                          Signature of Witness
**Christopher Marsh**
Name of Assignor

## CANADA
## ASSIGNMENT OF INVENTION

I/We, **David Epstein, Roger Monsell, Joseph Horwitz, Susan Lenk, Sadettin Ozturk, Christopher Marsh** whose full post office address is/are **434 East Allens Lane, Philadelphia, Pennsylvania 19119; 7307 Woodview Way, Willistown, Pennsylvania 19355; 317 Maple Avenue, Swarthmore, Pennsylvania 19081; 423 Devon Drive, Exton, Pennsylvania 19341; 1965 Black Rock Lane, Paoli, Pennsylvania 19301; 526 Canterbury Road, Audubon, Pennsylvania 19403** in consideration of One Dollar the receipt of which is hereby acknowledged, have and by these presents, do hereby sell and assign to **CENTOCOR, INC.**, whose full post office address is/are **200 GREAT VALLEY PARKWAY, MALVERN, PENNSYLVANIA 19355** all my/our right, title and interest in Canada in and to my/our invention relating to **CHEMICALLY DEFINED MEDIA COMPOSITIONS** as fully described and claimed in the application for a patent for such invention and all my/our corresponding right, title and interest in and to any patent which may issue therefor.

This document may be executed in any number of counterparts, each of which so executed shall be deemed to be an original, but all such counterparts shall together constitute but one and the same document.

The undersigned hereby grant(s) to the firm of **OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.** of Suite 1600, 1981 McGill College Avenue, Montréal, Québec, H3A 2Y3, Canada, the power to insert on this assignment any further information which may be necessary or desirable in order to comply with the Patent Rules for recordation of this document.

SIGNED at _____, this _____ day of _____, _____.
            City, Country            Day         Month    Year

_____                    _____
Signature of Assignor                          Signature of Witness
**David Epstein**
Name of Assignor

SIGNED at _____, this _____ day of _____, _____.
            City, Country            Day         Month    Year

_____                    _____
Signature of Assignor                          Signature of Witness
**Roger Monsell**
Name of Assignor

**CRD 5082 CA**

SIGNED at _____, this ____ day of _____, _____.
           City, Country         Day        Month    Year

_____          _____
Signature of Assignor                       Signature of Witness
**Joseph Horwitz**
Name of Assignor

SIGNED at _____, this ____ day of _____, _____.
           City, Country         Day        Month    Year

_____          _____
Signature of Assignor                       Signature of Witness
**Susan Lenk**
Name of Assignor

SIGNED at _Spring House, USA_, this _17_ day of _July_, _2007_.
           City, Country         Day        Month    Year

_[signature]_____         _Phoebe Gross [signature]_____
Signature of Assignor                       Signature of Witness
**Sadettin Ozturk**
Name of Assignor

SIGNED at _____, this ____ day of _____, _____.
           City, Country         Day        Month    Year

_____          _____
Signature of Assignor                       Signature of Witness
**Christopher Marsh**
Name of Assignor

## CANADA
## ASSIGNMENT OF INVENTION

I/We, **David Epstein, Roger Monsell, Joseph Horwitz, Susan Lenk, Sadettin Ozturk, Christopher Marsh** whose full post office address is/are **434 East Allens Lane, Philadelphia, Pennsylvania 19119; 7307 Woodview Way, Willistown, Pennsylvania 19355; 317 Maple Avenue, Swarthmore, Pennsylvania 19081; 423 Devon Drive, Exton, Pennsylvania 19341; 1965 Black Rock Lane, Paoli, Pennsylvania 19301; 526 Canterbury Road, Audubon, Pennsylvania 19403** in consideration of One Dollar the receipt of which is hereby acknowledged, have and by these presents, do hereby sell and assign to **CENTOCOR, INC.**, whose full post office address is/are **200 GREAT VALLEY PARKWAY, MALVERN, PENNSYLVANIA 19355** all my/our right, title and interest in Canada in and to my/our invention relating to **CHEMICALLY DEFINED MEDIA COMPOSITIONS** as fully described and claimed in the application for a patent for such invention and all my/our corresponding right, title and interest in and to any patent which may issue therefor.

This document may be executed in any number of counterparts, each of which so executed shall be deemed to be an original, but all such counterparts shall together constitute but one and the same document.

The undersigned hereby grant(s) to the firm of **OGILVY RENAULT LLP / S.E.N.C.R.L., s.r.l.** of Suite 1600, 1981 McGill College Avenue, Montréal, Québec, H3A 2Y3, Canada, the power to insert on this assignment any further information which may be necessary or desirable in order to comply with the Patent Rules for recordation of this document.

SIGNED at _Radnor, PA USA_, this _8th_ day of _June_, _2007_.
City, Country         Day         Month    Year

_____            _____
Signature of Assignor                 Signature of Witness
**David Epstein**
Name of Assignor

SIGNED at _Radnor, PA USA_, this _25th_ day of _June_, _2007_.
City, Country         Day         Month    Year

_____            _____
Signature of Assignor                 Signature of Witness
**Roger Monsell**
Name of Assignor

CRD 5082 CA

SIGNED at _Radnor, PA USA_, this _2nd_ day of _July_, _2007_
      City, Country      Day      Month      Year

_[signature: Joseph Horwitz]_            _[signature: Pishock]_
Signature of Assignor            Signature of Witness
**Joseph Horwitz**
Name of Assignor

SIGNED at _____, this ___ day of _____, ____.
      City, Country      Day      Month      Year

Signature of Assignor            Signature of Witness
**Susan Lenk**
Name of Assignor

SIGNED at _____, this ___ day of _____, ____.
      City, Country      Day      Month      Year

Signature of Assignor            Signature of Witness
**Sadettin Ozturk**
Name of Assignor

SIGNED at _Radnor, PA USA_, this _8th_ day of _June_, _2007_.
      City, Country      Day      Month      Year

_[signature: CM]_            _[signature: Pishock]_
Signature of Assignor            Signature of Witness
**Christopher Marsh**
Name of Assignor