# Exhibit E

DOCKET NO. CEN5082 USA NP
Joint Inventors

## ASSIGNMENT

Serial No. 11/260,788
Filed       27 October 2005

WHEREAS, David Epstein, Joseph Horwitz, Susan Lenk and Sadettin Ozturk, all with a place of business at Malvern, Pennsylvania, and Roger Monsell, residing at ~~Willistown~~ *Mill Creek*, ~~Pennsylvania~~ *Washington*; and Christopher Marsh, residing at Audubon, Pennsylvania, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

"Chemically Defined Media Compositions"

for which they have on the 27th day of October, 2005 executed an application for Letters Patent of the United States; and

WHEREAS, CENTOCOR ORTHO BIOTECH INC., a corporation of the State of Pennsylvania, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available, is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above

(margin annotations: "Washington RJM 03JUN2009"; "Mill Creek, RJM 03JUN2009")

CONFIDENTIAL                                                                                       JANREM0098800

described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this                    day of            , 2009.

_____ (L.S.)
DAVID EPSTEIN

STATE OF Pennsylvania)
                     ) ss.
COUNTY OF Delaware   )

BE IT REMEMBERED, That on this   day of         , 2009, before me, a Notary Public, personally appeared David Epstein, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public

CONFIDENTIAL                                                                    JANREM0098801

IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this _____ day of _____, 2009.

_____ (L.S.)
ROGER MONSELL

RJM 03JUN2009

STATE OF ~~Pennsylvania~~ Washington )
                                     ) ss.
COUNTY OF Snohomish )
RJM 03JUN2009

BE IT REMEMBERED, That on this 3rd day of June, 2009, before me, a Notary Public, personally appeared Roger Monsell, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to his the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary ~~act and deed for the uses~~ and purposes therein expressed.

[Notary Seal: Notary Public State of Washington BRIANNE J HAIR My Appointment Expires Jan 19, 2011]

_____
Notary Public

IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this _____ day of _____, 2009.

_____ (L.S.)
JOSEPH HORWITZ

STATE OF Pennsylvania )
                      ) ss.
COUNTY OF             )

BE IT REMEMBERED, That on this ___ day of _____, 2009, before me, a Notary Public, personally appeared Joseph Horwitz, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public

CONFIDENTIAL                                       JANREM0098802

    IN TESTIMONY WHEREOF, Assignor has hereunto set her hand and seal this _____ day of _____, 2009.

_____ (L.S.)
SUSAN LENK

STATE OF Pennsylvania )
                         ) ss.
COUNTY OF            )

    BE IT REMEMBERED, That on this _____ day of _____, 2009, before me, a Notary Public, personally appeared Susan Lenk, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to her the contents thereof, she did acknowledge that she signed, sealed, and delivered the same as her voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public


    IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this _____ day of _____, 2009.

_____ (L.S.)
SADETTIN OZTURK

STATE OF Pennsylvania )
                         ) ss.
COUNTY OF            )

    BE IT REMEMBERED, That on this _____ day of _____, 2009, before me, a Notary Public, personally appeared Sadettin Ozturk, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public

CONFIDENTIAL JANREM0098803

IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this           day of           , 2009.

_____ (L.S.)
CHRISTOPHER MARSH

STATE OF Pennsylvania)
                     ) ss.
COUNTY OF            )

BE IT REMEMBERED, That on this   day of          , 2009, before me, a Notary Public, personally appeared Christopher March, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public

CONFIDENTIAL                                                              JANREM0098804