# Exhibit F

DOCKET NO. CEN5082 USA NP
Joint Inventors

A S S I G N M E N T

Serial No. 11/260,788
Filed     27 October 2005

    WHEREAS, David Epstein, Joseph Horwitz, Susan Lenk and Sadettin Ozturk, all with a place of business at Malvern, Pennsylvania, and Roger Monsell, residing at Willistown, Pennsylvania; and Christopher Marsh, residing at Audubon, Pennsylvania, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

"Chemically Defined Media Compositions"

for which they have on the 27th day of October, 2005 executed an application for Letters Patent of the United States; and

    WHEREAS, CENTOCOR ORTHO BIOTECH INC., a corporation of the State of Pennsylvania, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

    NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available, is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

    And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

    And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above

described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this                           day of                          , 2009.

_____ (L.S.)
DAVID EPSTEIN

STATE OF Pennsylvania)
                     ) ss.
COUNTY OF Delaware   )

BE IT REMEMBERED, That on this   day of           , 2009, before me, a Notary Public, personally appeared David Epstein, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public

IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this            day of            , 2009.

_____ (L.S.)
ROGER MONSELL

STATE OF Pennsylvania )
                      ) ss.
COUNTY OF             )

BE IT REMEMBERED, That on this   day of          , 2009, before me, a Notary Public, personally appeared Roger Monsell, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to his the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public


IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this            day of            , 2009.

_____ (L.S.)
JOSEPH HORWITZ

STATE OF Pennsylvania )
                      ) ss.
COUNTY OF             )

BE IT REMEMBERED, That on this   day of          , 2009, before me, a Notary Public, personally appeared Joseph Horwitz, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public

IN TESTIMONY WHEREOF, Assignor has hereunto set her hand and seal this 8th day of June, 2009.

_Susan C. Lenk_ (L.S.)
SUSAN LENK

STATE OF Pennsylvania)
                     ) ss.
COUNTY OF Chester    )

BE IT REMEMBERED, That on this   day of   , 2009, before me, a Notary Public, personally appeared Susan Lenk, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to her the contents thereof, she did acknowledge that she signed, sealed, and delivered the same as her voluntary act and deed for the uses and purposes therein expressed.

_Cristianne Baer_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CRISTIANNE BAER - NOTARY PUBLIC
EAST WHITELAND TWP., CHESTER COUNTY
MY COMMISSION EXPIRES APR. 06, 2011

IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this   day of   , 2009.

_____ (L.S.)
SADETTIN OZTURK

STATE OF Pennsylvania)
                     ) ss.
COUNTY OF            )

BE IT REMEMBERED, That on this   day of   , 2009, before me, a Notary Public, personally appeared Sadettin Ozturk, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public

IN TESTIMONY WHEREOF, Assignor has hereunto set his hand and seal this _____ day of _____, 2009.

_____ (L.S.)
CHRISTOPHER MARSH

STATE OF Pennsylvania)
                     ) ss.
COUNTY OF            )

BE IT REMEMBERED, That on this _____ day of _____, 2009, before me, a Notary Public, personally appeared Christopher March, who I am satisfied is the person named herein and who executed the foregoing instrument in my presence, and I having first made known to him the contents thereof, he did acknowledge that he signed, sealed, and delivered the same as his voluntary act and deed for the uses and purposes therein expressed.

_____
Notary Public