# Exhibit G

DOCKET NO. CEN5082
Joint Inventors

## ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell residing at 7307 Woodview Way, Willistown, PA 19355; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

CONFIDENTIAL

DOCKET NO. CEN5082
Joint Inventors

      And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.


_____*David A. Epstein*_____ (L.S.)   Date: _April 3, 2015_
DAVID EPSTEIN


_____ (L.S.)   Date: _____
ROGER MONSELL


_____ (L.S.)   Date: _____
JOSEPH HORWITZ


_____ (L.S.)   Date: _____
SADETTIN OZTURK


_____ (L.S.)   Date: _____
CHRISTOPHER MARSH


_____ (L.S.)   Date: _____
SUSAN LENK

CONFIDENTIAL

JANRREM0098785

DOCKET NO. CEN5082
Joint Inventors

## ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell with a mailing address of PO Box 1117, Bothell, WA 98041; Joseph Horwitz residing at 223 Vassar Ave., Swarthmore, PA 19081 ; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

## CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

CONFIDENTIAL

JANREM0098786

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)  Date:_____
DAVID EPSTEIN

_____ (L.S.)  Date:_____
ROGER MONSELL

___/s/ Joseph Horwitz_____ (L.S.)  Date: 15 JULY 2015
JOSEPH HORWITZ

_____ (L.S.)  Date:_____
SADETTIN OZTURK

_____ (L.S.)  Date:_____
CHRISTOPHER MARSH

_____ (L.S.)  Date:_____
SUSAN LENK

CONFIDENTIAL

DOCKET NO. CEN5082
Joint Inventors

## ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell residing at 7307 Woodview Way, Willistown, PA 19355; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

CONFIDENTIAL

JANREM0098791

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)   Date:_____
DAVID EPSTEIN

_____ (L.S.)   Date:_____
ROGER MONSELL

_____ (L.S.)   Date:_____
JOSEPH HORWITZ

_____ (L.S.)   Date:_____
SADETTIN OZTURK

_____ (L.S.)   Date:_____
CHRISTOPHER MARSH

*Susan Lenk* _____ (L.S.)   Date: 09APR15
SUSAN LENK

CONFIDENTIAL                                                                                               JANREM0098792

DOCKET NO. CEN5082
Joint Inventors

## ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell residing at 7307 Woodview Way, Willistown, PA 19355; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)  Date:_____
DAVID EPSTEIN


_____ (L.S.)  Date:_____
ROGER MONSELL


_____ (L.S.)  Date:_____
JOSEPH HORWITZ


_____ (L.S.)  Date:_____
SADETTIN OZTURK


_____/s/_____ (L.S.)  Date: 4/14/15
CHRISTOPHER MARSH


_____ (L.S.)  Date:_____
SUSAN LENK

DOCKET NO. CEN5082
Joint Inventors

## ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell with a mailing address of PO Box 1117, Bothell, WA 98041; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

## CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

CONFIDENTIAL
JANREM0098805

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)   Date:_____
DAVID EPSTEIN

_[signature]_ (L.S.)   Date: April 30, 2015
ROGER MONSELL

_____ (L.S.)   Date:_____
JOSEPH HORWITZ

_____ (L.S.)   Date:_____
SADETTIN OZTURK

_____ (L.S.)   Date:_____
CHRISTOPHER MARSH

_____ (L.S.)   Date:_____
SUSAN LENK

CONFIDENTIAL                                                                                       JANREM0098806

DOCKET NO. CEN5082
Joint Inventors

## ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell residing at 7307 Woodview Way, Willistown, PA 19355; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

CONFIDENTIAL

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)   Date:_____
DAVID EPSTEIN

_____ (L.S.)   Date:_____
ROGER MONSELL

_____ (L.S.)   Date:_____
JOSEPH HORWITZ

*/signature/* (L.S.)   Date: 4\18\15
SADETTIN OZTURK

_____ (L.S.)   Date:_____
CHRISTOPHER MARSH

_____ (L.S.)   Date:_____
SUSAN LENK

CONFIDENTIAL                                                    JANREM0098812