# Exhibit H

DOCKET NO. CEN5082

ASSIGNMENT

WHEREAS, David Epstein (hereinafter called "Assignor"), residing at 434 East Allens Lane, Philadelphia, PA 19119, has, by virtue of, *inter alia*, his employment agreement, assigned his entire right, title, and interest in the invention described in U.S. Patent No. 7,598,083, entitled "CHEMICALLY DEFINED MEDIA COMPOSITIONS" (hereinafter called "Invention"), to JANSSEN BIOTECH, INC. (formerly CENTOCOR, INC.), a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"),

AND WHEREAS, Assignor has previously executed an assignment (attached hereto as Exhibit A) confirming said assignment;

NOW, THEREFORE, BE IT KNOWN that said Assignor executes this Assignment in order to confirm that Assignor has transferred to Assignee all rights to sue for past infringement of U.S. Patent No. 7,598,083; and

FURTHERMORE, for avoidance of doubt, for and in consideration of the sum of One Dollar, and other good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby agrees that all rights to sue for past infringement of U.S. Patent No. 7,598,083 have been and are hereby assigned to Assignee.

_____ (L.S.)   Date: _August 12, 2015_
DAVID EPSTEIN

8120776v.1

# EXHIBIT A

DOCKET NO. CEN5082
Joint Inventors

# ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell residing at 7307 Woodview Way, Willistown, PA 19355; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.


_David A. Epstein_ (L.S.)   Date: _April 3, 2015_
DAVID EPSTEIN


_____ (L.S.)   Date:_____
ROGER MONSELL


_____ (L.S.)   Date:_____
JOSEPH HORWITZ


_____ (L.S.)   Date:_____
SADETTIN OZTURK


_____ (L.S.)   Date:_____
CHRISTOPHER MARSH


_____ (L.S.)   Date:_____
SUSAN LENK

DOCKET NO. CEN5082

ASSIGNMENT

WHEREAS, Joseph Horwitz (hereinafter called "Assignor"), residing at 223 Vassar Ave., Swarthmore, PA 19081, has, by virtue of, *inter alia*, his employment agreement, assigned his entire right, title, and interest in the invention described in U.S. Patent No. 7,598,083, entitled "CHEMICALLY DEFINED MEDIA COMPOSITIONS" (hereinafter called "Invention"), to JANSSEN BIOTECH, INC. (formerly CENTOCOR, INC.), a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"),

AND WHEREAS, Assignor has previously executed an assignment (attached hereto as Exhibit A) confirming said assignment;

NOW, THEREFORE, BE IT KNOWN that said Assignor executes this Assignment in order to confirm that Assignor has transferred to Assignee all rights to sue for past infringement of U.S. Patent No. 7,598,083; and

FURTHERMORE, for avoidance of doubt, for and in consideration of the sum of One Dollar, and other good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby agrees that all rights to sue for past infringement of U.S. Patent No. 7,598,083 have been and are hereby assigned to Assignee.

_____ (L.S.)   Date: 04 August 2015
JOSEPH HORWITZ

8120773v.1

# EXHIBIT A

8120773v.1

DOCKET NO. CEN5082
Joint Inventors

## A S S I G N M E N T

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell with a mailing address of PO Box 1117, Bothell, WA 98041; Joseph Horwitz residing at 223 Vassar Ave. Swarthmore, PA 19081 ; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

## CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)   Date:_____
DAVID EPSTEIN

_____ (L.S.)   Date:_____
ROGER MONSELL

_____ (L.S.)   Date: 15 JULY 2015
JOSEPH HORWITZ

_____ (L.S.)   Date:_____
SADETTIN OZTURK

_____ (L.S.)   Date:_____
CHRISTOPHER MARSH

_____ (L.S.)   Date:_____
SUSAN LENK

DOCKET NO. CEN5082

ASSIGNMENT

WHEREAS, Susan Lenk (hereinafter called "Assignor"), with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, has, by virtue of, *inter alia*, her employment agreement, assigned her entire right, title, and interest in the invention described in U.S. Patent No. 7,598,083, entitled "CHEMICALLY DEFINED MEDIA COMPOSITIONS" (hereinafter called "Invention"), to JANSSEN BIOTECH, INC. (formerly CENTOCOR, INC.), a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"),

AND WHEREAS, Assignor has previously executed an assignment (attached hereto as Exhibit A) confirming said assignment;

NOW, THEREFORE, BE IT KNOWN that said Assignor executes this Assignment in order to confirm that Assignor has transferred to Assignee all rights to sue for past infringement of U.S. Patent No. 7,598,083; and

FURTHERMORE, for avoidance of doubt, for and in consideration of the sum of One Dollar, and other good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby agrees that all rights to sue for past infringement of U.S. Patent No. 7,598,083 have been and are hereby assigned to Assignee.

_Susan Lenk_____ (L.S.)    Date: _14AUG15_____
SUSAN LENK

_Cristianne Strange_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cristianne Strange - Notary Public
East Whiteland Twp., Chester County
MY COMMISSION EXPIRES SEP. 02, 2015

8120765v.1

# EXHIBIT A

8120765v.1

DOCKET NO. CEN5082
Joint Inventors

ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell residing at 7307 Woodview Way, Willistown, PA 19355; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.


_____ (L.S.)   Date:_____
DAVID EPSTEIN


_____ (L.S.)   Date:_____

ROGER MONSELL


_____ (L.S.)   Date:_____
JOSEPH HORWITZ


_____ (L.S.)   Date:_____
SADETTIN OZTURK


_____ (L.S.)   Date:_____
CHRISTOPHER MARSH


_____ (L.S.)   Date:_09APR15_
SUSAN LENK

DOCKET NO. CEN5082

## ASSIGNMENT

WHEREAS, Christopher Marsh (hereinafter called "Assignor"), residing at 526 Canterbury Road, Audubon, PA 19403, has, by virtue of, *inter alia*, his employment agreement, assigned his entire right, title, and interest in the invention described in U.S. Patent No. 7,598,083, entitled "CHEMICALLY DEFINED MEDIA COMPOSITIONS" (hereinafter called "Invention"), to JANSSEN BIOTECH, INC. (formerly CENTOCOR, INC.), a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"),

AND WHEREAS, Assignor has previously executed an assignment (attached hereto as Exhibit A) confirming said assignment;

NOW, THEREFORE, BE IT KNOWN that said Assignor executes this Assignment in order to confirm that Assignor has transferred to Assignee all rights to sue for past infringement of U.S. Patent No. 7,598,083; and

FURTHERMORE, for avoidance of doubt, for and in consideration of the sum of One Dollar, and other good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby agrees that all rights to sue for past infringement of U.S. Patent No. 7,598,083 have been and are hereby assigned to Assignee.

_____ (L.S.)   Date: 8/10/15

CHRISTOPHER MARSH

8120775v.1

# EXHIBIT A

8120775v.1

DOCKET NO. CEN5082
Joint Inventors

ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell residing at 7307 Woodview Way, Willistown, PA 19355; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)   Date:_____
DAVID EPSTEIN

_____ (L.S.)   Date:_____
ROGER MONSELL

_____ (L.S.)   Date:_____
JOSEPH HORWITZ

_____ (L.S.)   Date:_____
SADETTIN OZTURK

_____ (L.S.)   Date: 4/14/15
CHRISTOPHER MARSH

_____ (L.S.)   Date:_____
SUSAN LENK

DOCKET NO. CEN5082

## ASSIGNMENT

WHEREAS, Roger Monsell (hereinafter called "Assignor"), residing at 7307 Woodview Way, Willistown, PA 19355, has, by virtue of, *inter alia*, his employment agreement, assigned his entire right, title, and interest in the invention described in U.S. Patent No. 7,598,083, entitled "CHEMICALLY DEFINED MEDIA COMPOSITIONS" (hereinafter called "Invention"), to JANSSEN BIOTECH, INC. (formerly CENTOCOR, INC.), a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"),

AND WHEREAS, Assignor has previously executed an assignment (attached hereto as Exhibit A) confirming said assignment;

NOW, THEREFORE, BE IT KNOWN that said Assignor executes this Assignment in order to confirm that Assignor has transferred to Assignee all rights to sue for past infringement of U.S. Patent No. 7,598,083; and

FURTHERMORE, for avoidance of doubt, for and in consideration of the sum of One Dollar, and other good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby agrees that all rights to sue for past infringement of U.S. Patent No. 7,598,083 have been and are hereby assigned to Assignee.

_____ (L.S.)   Date: *August 12, 2015*
ROGER MONSELL

# EXHIBIT A

DOCKET NO. CEN5082
Joint Inventors

## A S S I G N M E N T

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell with a mailing address of PO Box 1117, Bothell, WA 98041; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)   Date:_____
DAVID EPSTEIN

_____ (L.S.)   Date: *April 30, 2015*
ROGER MONSELL

_____ (L.S.)   Date:_____
JOSEPH HORWITZ

_____ (L.S.)   Date:_____
SADETTIN OZTURK

_____ (L.S.)   Date:_____
CHRISTOPHER MARSH

_____ (L.S.)   Date:_____
SUSAN LENK

DOCKET NO. CEN5082

ASSIGNMENT

WHEREAS, Sadettin Ozturk (hereinafter called "Assignor"), residing at 1965 Black Rock Lane, Paoli, PA 19301, has, by virtue of, *inter alia*, his employment agreement, assigned his entire right, title, and interest in the invention described in U.S. Patent No. 7,598,083, entitled "CHEMICALLY DEFINED MEDIA COMPOSITIONS" (hereinafter called "Invention"), to JANSSEN BIOTECH, INC. (formerly CENTOCOR, INC.), a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"),

AND WHEREAS, Assignor has previously executed an assignment (attached hereto as Exhibit A) confirming said assignment;

NOW, THEREFORE, BE IT KNOWN that said Assignor executes this Assignment in order to confirm that Assignor has transferred to Assignee all rights to sue for past infringement of U.S. Patent No. 7,598,083; and

FURTHERMORE, for avoidance of doubt, for and in consideration of the sum of One Dollar, and other good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby agrees that all rights to sue for past infringement of U.S. Patent No. 7,598,083 have been and are hereby assigned to Assignee.

_____ (L.S.)   Date: __18 Aug 2015__

SADETTIN OZTURK

GLENY PERALTA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
December 23, 2016

8120766v.1

# EXHIBIT A

8120766v.1

DOCKET NO. CEN5082
Joint Inventors

ASSIGNMENT

WHEREAS, David Epstein residing at 434 East Allens Lane, Philadelphia, PA 19119; Roger Monsell residing at 7307 Woodview Way, Willistown, PA 19355; Joseph Horwitz residing at 317 Maple Ave, Swarthmore, PA 19081; Sadettin Ozturk residing at 1965 Black Rock Lane, Paoli, PA 19301; Christopher Marsh residing at 526 Canterbury Road, Audubon, PA 19403, and Susan Lenk with a place of business of 200 Great Valley Parkway, Malvern, PA 19355, respectively, (hereinafter called "Assignors"), have made certain new and useful inventions or discoveries relating to

CHEMICALLY DEFINED MEDIA COMPOSITIONS

for which they have executed an application for Letters Patent of the United States; and

WHEREAS, JANSSEN BIOTECH, INC., (formerly CENTOCOR, INC.) a corporation of the State of PENNSYLVANIA, having a place of business at 800/850 Ridgeview Drive, Horsham, PA 19044, (hereinafter called "Assignee"), is desirous of acquiring Assignors' entire right, title, and interest therein:

NOW, THEREFORE, BE IT KNOWN that for and in consideration of the sum of One Dollar and other valuable considerations, the receipt of which is hereby acknowledged, Assignors have sold, assigned, and transferred, and do hereby sell, assign and transfer unto said Assignee their entire right, title and interest in and to all said inventions and discoveries disclosed in said application whose identification above by serial number and filing date, when available is hereby authorized, and in and to said application, all substitutions, divisions, and continuations thereof, and in and to all Letters Patent, United States and foreign, that may be granted for said inventions and discoveries, and in and to all extensions, renewals, and reissues thereof, the same to be held and enjoyed by said Assignee, its successors and assigns, as fully and entirely as the same would have been held and enjoyed by Assignors if this Assignment and sale had not been made;

And Assignors hereby authorize and request the Commissioner of Patents of the United States to issue said Letters Patent in accordance with this Assignment;

And for the consideration aforesaid, Assignors covenant and agree with said Assignee that he has a full and unencumbered title to the inventions and discoveries above described and hereby assigned, which title they warrant unto said Assignee, its successors and assigns;

DOCKET NO. CEN5082
Joint Inventors

And for the consideration aforesaid, Assignors further covenant and agree that they will, whenever requested, but without cost to them promptly communicate to said Assignee or its representatives any facts known to them relating to said inventions and discoveries, testify in any interference or legal proceedings involving said inventions and discoveries, and execute any additional papers that may be necessary to enable said Assignee or its representatives, successors, nominees, or assigns to secure full and complete protection for the said inventions and discoveries or that may be necessary to vest in said Assignee the complete title to the said inventions and discoveries and patents hereby conveyed and to enable it to record said title.

_____ (L.S.)   Date:_____
DAVID EPSTEIN

_____ (L.S.)   Date:_____
ROGER MONSELL

_____ (L.S.)   Date:_____
JOSEPH HORWITZ

_____ (L.S.)   Date: 4|18|15
SADETTIN OZTURK

_____ (L.S.)   Date:_____
CHRISTOPHER MARSH

_____ (L.S.)   Date:_____
SUSAN LENK