UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br>Plaintiff,<br><br>v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br>Defendants. | Case No. 1:17-cv-11008-MLW |

## *ASSENTED-TO* MOTION FOR LEAVE TO FILE JANSSEN'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING AND EXHIBITS UNDER SEAL

Pursuant to Local Rules 7.1 and 7.2 of the United States District Court for the District of Massachusetts, plaintiff Janssen Biotech, Inc. moves for leave to file under seal its Brief in Opposition to Defendants' Motion to Dismiss for Lack of Standing ("Opposition Brief") and the following supporting documents under seal: (i) Excerpts from the depositions of Anne Osborne Martinson and Kenneth Dow and (ii) Exhibit I to the Declaration of Kenneth Dow. In support of this motion, Plaintiff states as follows:

1. On July 11, 2017, Defendants' filed a Motion to Dismiss for Lack of Standing. [Dkt. 13].

2. Janssen intends to file its Opposition Brief with supporting documents today which contain Plaintiff's, Defendants', and/or third-party proprietary information.

3. Plaintiff will file a publicly-available, redacted version of its Opposition Brief through the electronic filing system to minimize the impact of sealing beyond what is necessary.

ALLOWED
Wolf, DJ
Aug. 7, 2017