# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC. and NEW YORK UNIVERSITY<br><br>Plaintiffs,<br><br>vs.<br><br>CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC.<br><br>Defendants. | Civil Action No. 1:15-cv-10698<br>Civil Action No. 1:16-cv-11117 |

## JOINT STIPULATION AND [PROPOSED] ORDER 

WHEREAS, Plaintiff Janssen Biotech, Inc. ("Janssen") in Civil Action No. 1:15-cv-10698 ("the 2015 Action") asserted a claim, titled "Count 6," of infringement of U.S. Patent No. 7,598,083 ("the '083 patent") under 35 U.S.C. § 271(e)(2)(C)(ii) against Defendants for infringement of the '083 patent;

WHEREAS, Plaintiffs asserted a claim titled "Count 1: Violation of Mandatory Procedures Under 42 U.S.C. § 262(*l*)" in the 2015 Action;

WHEREAS, Janssen, the Plaintiff in Civil Action No. 1:16-cv-11117 ("the 2016 Action"), asserted claims of direct and induced infringement of the '083 patent under 35 U.S.C. § 271(a) and (b) against Celltrion Healthcare Co., Ltd. and Celltrion, Inc. (collectively, "Celltrion"), and claims of induced infringement of the '083 patent under 35 U.S.C. § 271(b) against Hospira, Inc. ("Hospira");

WHEREAS, Celltrion and Hospira asserted counterclaims seeking declaratory judgments of non-infringement and invalidity and/or unenforceability of the '083 patent in the 2016 Action;

WHEREAS, on May 31, 2017, Janssen filed Civil Action No. 1:17-cv-11008 ("the 2017 Action"), asserting claims of direct and induced infringement of the '083 patent against Celltrion under 35 U.S.C. § 271(a) and (b), direct and induced infringement of the '083 patent against Hospira under 35 U.S.C. § 271(a) and (b), and technical infringement of the '083 patent against Celltrion and Hospira under 35 U.S.C. § 271(e)(2)(C)(i) or (ii);

WHEREAS, Plaintiff Janssen proposed to voluntarily dismiss its claims for infringement of the '083 patent in the 2015 Action and the entirety of the 2016 Action, without prejudice, with proceedings in those actions related to the '083 patent to be considered part of the record of the 2017 Action;

WHEREAS, Defendants consented to dismissal of Janssen's claims for infringement of the '083 patent in the 2015 Action and the entirety of the 2016 Action without prejudice, subject to and in accordance with the below stipulated terms;

WHEREAS, Defendants propose that the Court should dismiss with prejudice Plaintiffs Janssen and New York University's "Count 1: Violation of Mandatory Procedures Under 42 U.S.C. § 262(*l*)" in the 2015 Action, based on the June 12, 2017 Supreme Court decision in *Sandoz Inc. v. Amgen Inc. et al.*, holding, *inter alia*, that "an injunction under federal law is not available to enforce § 262(*l*)(2)(A)";

WHEREAS, Plaintiffs have consented to dismissal with prejudice of Count 1 of the 2015 Action;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.  Janssen's claim for infringement of the '083 patent in the 2015 Action, Count 6, shall be dismissed without prejudice;

2.  Janssen and New York University's Count 1 from the 2015 Action shall be

dismissed with prejudice;

3.  The 2016 Action, including Janssen's claims and Defendants' counterclaims, shall be dismissed without prejudice;

4.  All proceedings in the 2015 and 2016 Actions that pertain at least in part to the '083 patent (including but not limited to discovery, pending motions, other filings, hearings, rulings, and orders) with the exception of complaints, answers to complaints, counterclaims, answers to counterclaims, Defendants' February 22, 2017 motion to dismiss for lack of standing (No. 15-10698 Dkt. 507), and briefs related to Defendants' February 22, 2017 motion to dismiss for lack of standing, shall be considered part of the record of the 2017 Action[1];

5.  Notwithstanding the foregoing, certain motions pending in the 2015 and 2016 Actions, and/or certain documents filed in connection with pending motions, may require updates or amendments before being ruled upon by the Court in the 2017 Action. Any party may seek leave to make such updates or amendments, and neither the dismissal of claims in the 2015 and 2016 Actions, the filing of the 2017 Action, or this stipulation shall be a basis to oppose any such request for leave;

6.  All decisions that would be considered appealable, and all issues that would be considered preserved for appeal, in the 2015 and 2016 Actions, absent the stipulated dismissals, shall retain their status as appealable or preserved for appeal in the 2017 Action;

7.  To the extent disputes arise regarding whether a particular discovery item, motion, other filing, ruling, or order should be considered to apply in the 2017 Action, the parties will work together in good faith to resolve any such dispute.

---

[1]  Non-limiting examples of things that do not pertain at least in part to the '083 patent and shall not be considered part of the 2017 Action include filings and orders related exclusively to the '471 patent and stipulations of dismissal of Counts in the 2015 Action.

Dated: June 30, 2017

/s/*Andrea L. Martin*
BURNS & LEVINSON LLP
Dennis J. Kelly BBO # 266340
Andrea L. Martin BBO # 666117
125 Summer Street
Boston, Massachusetts 02110
Email: dkelly@burnslev.com
Email: amartin@burnslev.com

WINSTON & STRAWN, LLP
Charles B. Klein (admitted *pro hac vice*)
1700 K Street, N.W.
Washington, D.C. 20006
Email: cklein@winston.com

KIRKLAND & ELLIS LLP
James F. Hurst, P.C. (admitted *pro hac vice*)
Bryan S. Hales, P.C. (admitted *pro hac vice*)
Elizabeth A. Cutri (admitted *pro hac vice*)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: james.hurst@kirkland.com
Email: bryan.hales@kirkland.com
Email: elizabeth.cutri@kirkland.com

*Attorneys for Celltrion Healthcare Co., Ltd., Celltrion, Inc. and Hospira, Inc.*

Dated: June 30, 2017

/s/*Alison C. Casey*
NUTTER MCCLENNEN & FISH LLP
Alison C. Casey BBO #688253
Heather B. Repicky BBO #663347
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel.: (617) 439-2000
Fax: (617) 310-9191
Email: hrepicky@nutter.com

PATTERSON BELKNAP WEBB & TYLER LLP
Gregory L. Diskant (admitted *pro hac vice*)
Irena Royzman (admitted *pro hac vice*)
Aron Fischer (admitted *pro hac vice*)
Andrew D. Cohen (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
Email: gldiskant@pbwt.com
Email: iroyzman@pbwt.com
Email: afischer@pbwt.com
Email: acohen@pbwt.com

*Attorneys for Janssen Biotech, Inc. and New York University*

IT IS SO ORDERED.

Dated: August 7, 2017

                                                /s/ Mark L. Wolf
                                                UNITED STATES DISTRICT JUDGE