# EXHIBIT 5

# AIPLA

# 2015 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee



American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org



**American Intellectual Property Law Association**
Serving America's Legal and Creative Community

# Report of the Economic Survey 2015

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Richard W. Goldstein, Chair
Donika P. Pentcheva, Vice Chair

June 2015

Prepared by:



**910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878**
**TEL: (240) 268-1262 ■ ARI@associationresearch.com**

# AIPLA Law Practice Management 2015 Economic Survey Participants

### We would like to thank those who helped put together and review this year's AIPLA Economic Survey:

**Richard Goldstein**: Goldstein Patent Law – Chair of LPM Committee

**Donika Pentcheva**:  Westman, Champlin & Koeher – Vice Chair of LPM Committee

---

**David A. Divine**: Lee & Hayes – Chair of Economic Survey Subcommittee

---

**Ashraf Abdul-Mohsen**: ARI

**Rhonda Bogart**: Lee & Hayes

**Meghan Donohoe**: AIPLA

**Jennifer Jedra**: Myers Wolin

**Megan Kirkegaard**: ARI

**Kevin Kirsch**: Baker Hostetler

**Douglas Nemec**: Skadden, Arps, Slate, Meagher & Flom LLP

**John Shumaker**: Lee & Hayes

---

©2015 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED.  NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
241 18TH STREET, SOUTH, SUITE 700
ARLINGTON VA  22202-3694
(703) 415-0780
WWW.AIPLA.ORG

## INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All AIPLA members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

## DATA COLLECTION

An e-mail invitation to participate in the 2015 AIPLA Economic Survey was sent to a list of 8,860 AIPLA members; accounting for bounces and requests to be removed from the database, the actual sample surveyed was 8,485. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders. This year, additional efforts were made to collect the Firm Survey data.  Contact information was collected directly from the Individual Survey respondents that was then used for distributing Firm Survey links directly to the appropriate people identified at each firm by the Individual Survey respondents.

A total of 1,366 individuals responded by completing some or all of the Individual questionnaire, yielding a 16.1% response rate, slightly higher than 2013. This is the fifth time the survey has been conducted online. The additional efforts to gather data for the Firm portion of the survey garnered 223 responses—only slightly lower than in 2013, when 244 firm representatives completed the firm questionnaire.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

## CHANGES TO THE SURVEY

A number of enhancements were made to the 2015 Individual Survey instrument. The committee worked to streamline the survey while still including new questions that explored important new areas of interest to the profession. The following demographic type questions were removed from the Individual Survey this year: percent of time devoted to IP practice, change in employment, and change in the current employer status.  Also removed were questions about employer contribution to all pension and capital accumulation plans, as well as gross income from the practice of law that was not included in the [previous] gross income question.

The question about the percentage of time devoted to various types of work was revised which also allowed the question about time spent training new associates to be removed. In Part II, a follow-up question was added regarding the reasons for increases/decreases to the corporate budget.  Also in this section, the question for the allocation of the annual corporate IP budget was revised to include more detail.

In Part III (Private Practitioners), the percent of billable hours actually billed to clients was removed, and the question about business development was revised.

In Part IV (Typical Charges), there was a slight change in the headings to the prosecution and client counseling questions that clarified that the data collected were <u>charges</u> in 2014. There were questions added to the litigation and related matters to collect mediation data, (the cost of the action up through mediation) for each of the at risk categories. Additional questions were added after the various litigation at risk questions, which required individuals to indicate if there was a strong correlation between the amount at risk and the overall attorney hours required to litigate the action. Individual respondents were also asked to report how the total cost of asserting various actions compared to the total cost of defending the actions. Two-Party Interference and Inter Partes Reexamination were removed, and data requests for Inter Partes Proceedings was added. Two questions at the end of the Individual Survey were added regarding arbitration. One compared the cost of resolving a dispute through arbitration to resolving a comparable dispute through litigation, and the other asked for the percentage of frequency that various means were initiated for mediation/arbitration.

Finally, the business development section was swapped out from the 2015 Firm Survey instrument, and two new sections on training and marketing were added. The question about minor offices was removed this year as well from the Firm Survey instrument. The questions about the report format (paper vs. electronic) were removed this year from both surveys, however, new write-in questions were added that asked respondents to explain which data have been most useful, and what else could be added to future surveys.

In the data tables in the report, a minimum of three responses was required to show composite values. **The term "ISD" is used in the tables to show insufficient data.** Similar to 2013, table rows with one or two respondents have been omitted to protect the anonymity of respondents and tables with no valid rows have likewise been omitted. Also, tables with less than 20 respondents overall were not shown in order to maintain statistical reliability of the data, however, the Corporate IP, Agent had only 15 respondents overall, so exceptions were made in this case. Additionally, for applicable tables, the 10th and 90th percentiles were added. These data could only be shown if there were 10 or more respondents.

## DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS

**Quartiles:** Quartiles are used to show distributions of real numbers, responses are described by three quartiles: the first quartile, the median, and the third quartile. Quartiles identify interpolated locations on a distribution of values and do not necessarily represent actual reported values. Another label for quartiles is percentiles; the first quartile is the same as the 25th percentile, the median is the 50th percentile, and the third quartile is the 75th percentile. For example, when all reported values are listed from highest to lowest, the third quartile identifies the point on the list that is equal to or greater than 75 percent (three quarters) of the reported values and equal to or less than 25 percent (one quarter).

**10th Percentile:** Also used to show distributions of real numbers, ninety percent of respondents reported this amount or more.

**90th Percentile:** Ten percent reported this amount or more. If there are fewer than 10 values, the 90th percentile cannot be calculated.

**Median (midpoint):** The median identifies the point in the distribution of reported values that is equal to or larger than one-half of reported values and equal to or smaller than one-half—that is, the mid-point.

A median is reported when three or more values were reported by respondents. The first and third quartiles are reported when five or more fee values were reported by respondents. Quartiles and medians based on values reported by survey respondents are estimates of the quartiles and medians that could be determined if the

characteristics of the entire population represented by survey respondents were known.  In general, the more values that are reported, the more accurately quartiles estimate the distribution of values among all AIPLA members.

**Mean (average):**  The sum of all values divided by the number of values.

It should be noted that if the mean exceeds the median, it is because high values affect the calculations.  It is also possible, especially with a small number of values, for the mean to exceed the third quartile.

Percentages in some tables and some graphs may not sum to exactly 100% due to rounding.

Other definitions useful in understanding tabular information presented in this report are:

**Income:**  Defined as *"total gross income in calendar year 2014 from your primary practice...including any partnership income, cash bonus, share of profits, and similar income you received, and any deferred compensation in which you vested in 2014."*

**Typical Charges:**  Respondents were instructed to respond *"only if you have been personally responsible for a representative sample of the type of work to which the question pertains, either as a service provider (an attorney in private practice) or as a purchaser of such services (corporate counsel)."*  In thinking of a typical charge, respondents were directed to assume *"a typical case with no unusual complications,"* and asked *"what did you charge (or would have charged) or what were you charged (or would have expected to be charged), in 2014, for legal services only (including search fees, but not including copy costs, drawing fees or government fees) in each of the following types of US matters?"* Respondents were also asked to indicate the type of fee primarily used in 2014 (i.e., fixed fee, hourly, other).

**Estimated Litigation Costs:**  Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider (attorney in private practice) or as a purchaser of such services (corporate counsel) of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."*  Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark.

**Location:**  The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area.  One state—Texas—had sufficiently large numbers of respondents to be reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West."  Other categories exclude those named metropolitan areas.

AIPLA Report of the Economic Survey 2015

| LOCATION | | |
|---|---|---|
| **METROPOLITAN AREAS** | **PERCENT** | **COUNT** |
| Boston CMSA* | 5.6% | 77 |
| New York City CMSA* | 7.9% | 108 |
| Philadelphia CMSA* | 3.4% | 46 |
| Washington, DC CMSA* | 18.3% | 250 |
| Other East: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, and West Virginia | 5.4% | 74 |
| Metro Southeast: Raleigh–Durham, Greensboro–Winston-Salem, and Charlotte, NC; Atlanta, GA; and Miami–Ft. Lauderdale–West Palm Beach, FL | 3.4% | 47 |
| Other Southeast: North Carolina, South Carolina, Georgia, and Florida | 2.9% | 40 |
| Chicago CMSA* | 5.4% | 74 |
| Minneapolis–St. Paul PMSA** | 4.1% | 56 |
| Other Central: Minnesota, North Dakota, South Dakota, Wisconsin, Michigan, Ohio, Indiana, Illinois, Iowa, Nebraska, Kansas, Missouri, Kentucky, Oklahoma, Arkansas, Louisiana, Mississippi, Alabama, and Tennessee | 16.2% | 221 |
| Texas | 6.4% | 87 |
| Los Angeles CMSA* | 2.7% | 37 |
| San Francisco CMSA* | 5.2% | 71 |
| Other West: Montana, Wyoming, Colorado, New Mexico, Idaho, Utah, Nevada, Arizona, Washington, Oregon, California, Alaska, and Hawaii | 13.0% | 178 |

*CMSA: Consolidated Metropolitan Statistical Area– a metro area with a population of one million or more.
**PMSA: Primary Metropolitan Statistical Area– a component of a CMSA.

AIPLA Report of the Economic Survey 2015

## Respondent Background

- A total of 1,366 individuals participated in the survey.

- The majority of survey participants were male (79.8%) and white/Caucasian (87.8%).

- More than five in 10 respondents (53.9%) were under the age of 50, with nearly three in 10 (29.2%) ranging in age between 40 and 49. The proportion of respondents aged 60 or more was 17.9%, which has increased steadily over the past several years.

- Other than a law degree, more than one-third of all respondents (38.3%) reported holding an advanced degree such as a masters or Ph.D. A majority of respondents (57.8%) reported holding a bachelor's degree.

- Over half (54.7%) of all respondents were Private Firm, Partner and Private Firm, Associate, followed by Corporate IP Department, Attorney (10.4%), Solo Practitioner (8.9%), and Corporate IP Department, Head (8.0%). These percentages have all held steady over the past few surveys.

- An overwhelming majority (89.4%) of all respondents had been admitted to the patent bar.

- More than six in 10 respondents (61.3%) had fewer than 20 years' experience practicing Intellectual Property Law, a percentage which has decreased over the last few surveys. 12.2% reported having fewer than five years' of IP law experience in 2014, also a decline from proportions reported in previous years.

- Respondents were asked to report their percent of time spent in various areas of technical specialization. The most common IP technical specialization, representing over 50% of respondents' time, was mechanical (27.3%), followed by computer software (16.7%), chemical (15.5%), and electrical (15.1%).

- Four in 10 respondents (40.6%) practiced in the Mid-Atlantic or New England area, including 18.3% in the Washington, DC, Consolidated Metropolitan Statistical Area (CMSA). The Central region represented 25.7%, and one in five (20.9%) were located in the West—very similar to 2013.



GENDER (P. I-1, Q5)



ETHNICITY (P. I-1, Q6)

## AGE (P. I-1, Q4)



## HIGHEST EDUCATION OTHER THAN LAW (P. I-1, Q9)



## ADMITTED TO THE PATENT BAR (P. I-1, Q3)



## PRIMARY PRACTICE (P. I-1, Q2)
### Background of All Respondents



## YEARS OF INTELLECTUAL PROPERTY LAW EXPERIENCE (P. I-2, Q7)



## LOCATION (P. I-2, Q1)



## TYPICAL COSTS OF LITIGATION

Survey participants were asked to provide cost estimates, *but only for the types of litigation they had personal knowledge of, either as a service provider (attorney in private practice) or as a purchaser (corporate counsel), and were engaged in recently.* "Total cost" was requested, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses. Participants were also asked to estimate based on a single IP asset (i.e., one patent at issue, one trademark).

The following table reports median litigation costs for Patent Infringement, All Varieties, Patent Infringement Pursuant to the Hatch-Waxman Act, Patent Infringement by Non-Practicing Entity, Section 337 Patent Infringement Action in the International Trade Commission, Inter Partes Proceedings, Trademark Infringement, Trademark Opposition/Cancellation, Copyright Infringement, and Trade Secret Misappropriation. In this year's survey, the cost of the action up through mediation was collected for the various types of litigation costs.

Within Patent Infringement Suits, All Varieties median costs have generally stayed the same or dropped slightly from 2013, with the exception of end of discovery for less than $1 million at risk. For Patent Infringement Pursuant to Hatch-Waxman, the median decreased for all values at risk inclusive, all costs except for when there was less than $1 million at risk. The median costs for Patent Infringement Suits, Defending Claims of Patent Infringement by Non-Practicing Entity was down from 2013 in most cases, while for Patent Infringement Suit, Section 337 litigation, the median cost is up from 2013 in nearly all cases. Median costs are also up in Trademark Infringement Suits inclusive of all costs for all values at risk except $1-$10 million. Most copyright infringement suit median costs are down from 2013, and the median trade secret misappropriation suit end of discovery costs have decreased or remained the same when compared to 2013. Mediation (median) costs, in general, rose as the value at risk rose.

| MEDIAN LITIGATION COSTS | $000s | | | | | |
|---|---|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 | 2013 | 2015 |
| **PATENT INFRINGEMENT SUIT, ALL VARIETIES** | | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | | |
| End of discovery | $350 | $350 | $350 | $350 | $350 | $400 |
| Inclusive, all costs | 650 | 600 | 650 | 650 | 700 | 600 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 100 |
| $1-$10 MILLION AT RISK | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,000 | $950 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 2,000 | 2,000 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 200 |
| $10-$25 MILLION AT RISK | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $2,000 | $1,900 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 3,325 | 3,100 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 250 |
| MORE THAN $25 MILLION AT RISK | | | | | | |
| End of discovery | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Inclusive, all costs | 4,500 | 5,000 | 5,500 | 5,000 | 5,500 | 5,000 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 300 |
| **PATENT INFRINGEMENT PURSUANT TO THE HATCH-WAXMAN ACT (I.E., "ANDA LITIGATION")** | | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $300 | $350 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 513 | 650 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 75 |
| $1-$10 MILLION AT RISK | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,000 | $1,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,800 | $1,500 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 200 |

| MEDIAN LITIGATION COSTS (CONTINUED) | $000s | | | | | |
|---|---|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 | 2013 | 2015 |
| **$10-$25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $2,500 | $1,500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 4,000 | 3,000 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 200 |
| **MORE THAN $25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $3,250 | $3,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 6,000 | 5,000 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 3,000 |
| **PATENT INFRINGEMENT SUIT, DEFENDING CLAIMS OF PATENT INFRINGEMENT BY NON-PRACTICING ENTITY** | | | | | | |
| **LESS THAN $1 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $300 | $300 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 600 | 500 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 100 |
| **$1-$10 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $750 | $570 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,250 | 1,000 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 113 |
| **$10-$25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,500 | $1,200 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 2,400 | 2,000 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 200 |
| **MORE THAN $25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $2,500 | $2,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 4,000 | 3,750 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 213 |
| **PATENT INFRINGEMENT SUIT, SECTION 337** | | | | | | |
| **LESS THAN $1 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $375 | $500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 550 | 750 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 100 |
| **$1-$10 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $750 | $1,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,800 | 1,600 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 113 |
| **$10-$25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,500 | $2,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 3,000 | 4,000 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 150 |
| **MORE THAN $25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $3,000 | $3,250 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 5,000 | 5,000 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 250 |
| **INTER PARTES PROCEEDINGS** | | | | | | |
| Through filing petition | N/A | N/A | N/A | N/A | N/A | $80 |
| Through end of motion practice | N/A | N/A | N/A | N/A | N/A | 200 |
| Through PTAB hearing | N/A | N/A | N/A | N/A | N/A | 275 |
| Through appeal | N/A | N/A | N/A | N/A | N/A | 350 |
| **TRADEMARK INFRINGEMENT SUIT** | | | | | | |
| **LESS THAN $1 MILLION AT RISK** | | | | | | |
| End of discovery | $200 | $150 | $175 | $200 | $150 | $150 |
| Inclusive, all costs | 300 | 255 | 300 | 350 | 300 | 325 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 50 |
| **$1-$10 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $350 | $263 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 550 | 500 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 75 |
| **$10-$25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $500 | $400 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,000 | 720 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 100 |

| MEDIAN LITIGATION COSTS (CONTINUED) | | | $000s | | | |
|---|---|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 | 2013 | 2015 |
| **MORE THAN $25 MILLION AT RISK** | | | | | | |
| End of discovery | $750 | $600 | $750 | $1,000 | $750 | $900 |
| Inclusive, all costs | 1,250 | 1,250 | 1,400 | 1,500 | 1,500 | 1,600 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 100 |
| **TRADEMARK OPPOSITION/CANCELLATION** | | | | | | |
| End of discovery | $50 | $50 | $50 | $50 | $50 | $50 |
| Inclusive, all costs | 80 | 75 | 80 | 90 | 80 | 95 |
| **COPYRIGHT INFRINGEMENT SUIT** | | | | | | |
| **LESS THAN $1 MILLION AT RISK** | | | | | | |
| End of discovery | $138 | $150 | $150 | $200 | $150 | $150 |
| Inclusive, all costs | 250 | 290 | 300 | 350 | 300 | 250 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 40 |
| **$1-$10 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $350 | $250 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 563 | 500 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 63 |
| **$10-$25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $600 | $500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,000 | 750 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 100 |
| **MORE THAN $25 MILLION AT RISK** | | | | | | |
| End of discovery | $550 | $550 | $750 | $ 750 | $775 | $750 |
| Inclusive, all costs | 975 | 1,000 | 1,100 | 1,375 | 1,625 | 1,200 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 100 |
| **TRADE SECRET MISAPPROPRIATION SUIT** | | | | | | |
| **LESS THAN $1 MILLION AT RISK** | | | | | | |
| End of discovery | $200 | $200 | $250 | $250 | $250 | $250 |
| Inclusive, all costs | 300 | 350 | 400 | 425 | 425 | 500 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 50 |
| **$1-$10 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $500 | $500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 800 | 925 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 50 |
| **$10-$25 MILLION AT RISK** | | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $850 | $800 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,400 | 1,500 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 100 |
| **MORE THAN $25 MILLION AT RISK** | | | | | | |
| End of discovery | $1,000 | $1,000 | $1,225 | $1,360 | $1,900 | $1,625 |
| Inclusive, all costs | 2,000 | 1,750 | 2,250 | 2,500 | 2,950 | 2,650 |
| Mediation | N/A | N/A | N/A | N/A | N/A | 113 |

## ESTIMATED TOTAL COST OF A PATENT INFRINGEMENT SUIT - ALL VARIETIES (P. I-105 to I-112, Q35Aa-Q35Al)



## ESTIMATED TOTAL COST OF A PATENT INFRINGEMENT SUIT - HATCH WAXMAN ACT (P. I-113 to I-120, Q35Ba-Q35Bl)



## ESTIMATED TOTAL COST OF PATENT INFRINGEMENT-DEFENDING CLAIMS BY NON-PRACTICING ENTITY
### (P. I-121 to I-128, Q35Ca-Q35Cl)



## ESTIMATED TOTAL COST OF A PATENT INFRINGEMENT SUIT-SECTION 337 (P. I-129 to I-136, Q35Da-Q35Dl)



Six in 10 respondents say the total cost of filing a petition for inter partes proceedings (IPR, CMB or PGR) is about the same as the total cost of defending such an action. Of those that indicate it is not the same, on average the cost of filing is 83.4% the cost of defending.



ESTIMATED TOTAL COST OF INTER PARTES PROCEEDINGS
(P. I-139 to I-142, Q36i-Q36iv)



TOTAL COST COMPARISON OF FILING A PETITION FOR INTER PARTES PROCEEDINGS (IPR, CBM or PGR) TO TOTAL COST OF DEFENDING (P. I-143, Q36B)