**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANSSEN BIOTECH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLTRION HEALTHCARE CO., LTD., )<br>CELLTRION, INC., and )<br>HOSPIRA, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. l:17-cv-11008-MLW |

***ASSENTED-TO* DEFENDANTS' MOTION FOR LEAVE TO IMPOUND**
**CONFIDENTIAL PORTIONS OF JOINT REPORT AND**
**EXHIBITS TO JOINT REPORT**

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Dkt. 170) in *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd. et al.* No. 15-10698 (D. Mass), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiff's, Defendants', or third parties' confidential and proprietary information:

- Joint Report (filed as C.A. No. 17-11008 Dkt. 33);[1]

- Exhibit 2 to the Joint Report, Plaintiff's Interrogatories to Defendants (filed as C.A. No. 17-11008 Dkt. 33-2);

- Exhibit 3 to the Joint Report, Plaintiff's Requests for Production of Documents to Defendants (filed as C.A. No. 17-11008 Dkt. 33-3);

---

[1]  The Joint Report contains redactions from both Plaintiff and Defendants. With regard to Plaintiff's redactions, Plaintiff joins in this Motion. In all other regards, Plaintiff assents to this Motion.

- Exhibit 4 to the Joint Report, Plaintiff's Responses to Defendants' Interrogatories on Damages (filed as C.A. No. 17-11008 Dkt. 33-4);

Defendants filed a publicly available, redacted version of the Joint Report and the Exhibits through the electronic filing system.

WHEREFORE, Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc. respectfully request that this Court allow this Motion.

Dated:  August 21, 2017

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/Andrea L. Martin, Esq. _____
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

ryan.kane@kirkland.com
james.mcconnell@kirkland.com


Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion; Plaintiff assents to this Motion and joins in part.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 21, 2017.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.

4814-8780-9357.4