# APPENDIX B: SUMMARY OF DIVESTED J&J COMPANIES
Based on Publicly Available Information

| Company Sold | Buyer | Date / Time Frame of Acquisition by J&J Family | Date / Time Frame Company Divested |
|---|---|---|---|
| Tasmanian Alkaloids Pty. Ltd. | SK Capital Partners LP | 1982 or earlier<br>Ex. 35 at 2 (1991 Australian Financial Review Article) | March 2016<br>Ex. 35 at 6 (2016 Australian Financial Review Article) |
| Cordis | Cardinal Health Inc. | November 1995<br>Ex. 35 at 9 (1995 NYTimes Article) | October 2015<br>Ex. 35 at 11 (J&J Press Release) |
| Ortho-Clinical Diagnostics Inc. | Carlyle Group | 1997<br>Ex. 35 at 12 (Ortho-Clinical Diagnostics Timeline) | March-June 2014<br>Ex. 35 at 13 (J&J Press Release) |
| Therakos Inc. | Gores Group LLC<br><br>(now owned by Mallinckrodt Pharmaceuticals, as of 2015, Ex. 35 at 19 (2015 Gores Group Press Release)) | 1987 or earlier<br>Ex. 35 at 15 (1987 NYTimes Article) | January 2013<br>Ex. 35 at 17 (2013 Gores Group Press Release) |
| OraPharma Inc. | Water Street Healthcare Partners<br><br>(now owned by Valeant Pharmaceuticals International, Inc. as of 2012, Ex. 35 at 27 (Valeant Press Release)) | November 2002<br>Ex. 35 at 21 (J&J Press Release) | January 2011<br>Ex. 35 at 23 (PE Hub Network Press Release) |