# EXHIBIT 32



Apr 26, 2016

# Johnson & Johnson Consumer Inc. to Acquire NeoStrata Company, Inc., a Leader in Dermocosmetics

SKILLMAN, N.J., April 26, 2016 /PRNewswire/ -- Johnson & Johnson Consumer Inc. (NYSE: JNJ) announced today that it has entered into a definitive agreement to acquire NeoStrata Company, Inc., a global leader in dermocosmetics. The acquisition will include NeoStrata's affiliates and parent company TriStrata, Incorporated, a privately-held company.  Financial terms were not disclosed.

NeoStrata, based in Princeton, N.J., has a history of innovation that includes breakthrough research in Alpha hydroxy acids, which have become a standard among anti-aging technologies in the beauty category.  The Company develops and markets a range of clinically-proven, dermatologist-developed, skin care products that meet the needs of every skin type.

"Drs. Ruey Yu and Eugene Van Scott formed NeoStrata in 1988 and continue to make significant contributions to the science of skincare.  NeoStrata's legacy in dermocosmetics will complement our global Consumer portfolio and enable us to deliver advanced skin care brands to consumers around the world," said Jorge Mesquita, Worldwide Chairman, Consumer, Johnson & Johnson. "NeoStrata and Johnson & Johnson share a strong history of innovation and together we will work to discover important new skin care solutions grounded in deep human insights and compelling science.  We look forward to working closely with NeoStrata's distributors around the world and having their outstanding team of employees join Johnson & Johnson Consumer later this year."

The acquisition is subject to clearance under the Hart-Scott-Rodino Antitrust Improvements Act and other customary closing conditions and expected to close in the first half of 2016.

**About Johnson & Johnson Consumer Inc.**
Johnson & Johnson Consumer Inc., based in Skillman, N.J., is one of the world's largest consumer health and personal care products company.  Our consumer companies produce many of the world's most trusted brands, among them JOHNSON'S® Baby, BAND-AID®, NEUTROGENA®, TYLENOL®, MOTRIN®, and LISTERINE®.  Each one of our consumer businesses embraces innovative science to

create products that anticipate consumer needs and create experiences that help them live healthy, vibrant lives.

**Cautions Concerning Forward-Looking Statements**
This press release contains "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995 regarding the potential acquisition of NeoStrata Company, Inc. and its affiliates. The reader is cautioned not to rely on these forward-looking statements. These statements are based on current expectations of future events. If underlying assumptions prove inaccurate or known or unknown risks or uncertainties materialize, actual results could vary materially from the expectations and projections of Johnson & Johnson Consumer Inc. and Johnson & Johnson. Risks and uncertainties include, but are not limited to: the satisfaction of closing conditions for the acquisition, including clearance under the Hart-Scott-Rodino Antitrust Improvements Act; the possibility that the transaction will not be completed in the expected timeframe or at all; the potential that the expected benefits and opportunities of the acquisition, if completed, may not be realized or may take longer to realize than expected; uncertainty of commercial success for new or existing products; challenges inherent in new product research and development; economic conditions, including currency exchange and interest rate fluctuations; competition, including technological advances, new products and patents attained by competitors; challenges to patents; changes to applicable laws and regulations, including global health care reforms; and changes in behavior and spending patterns or financial distress of purchasers of health care products and services. In addition, if and when the transaction is consummated, there will be risks and uncertainties related to the ability of Johnson & Johnson Consumer Inc. to successfully integrate the products and employees of NeoStrata Company, Inc. and its affiliates, as well as the ability to ensure continued performance or market growth of their products. A further list and description of these risks, uncertainties and other factors can be found in Johnson & Johnson's Annual Report on Form 10-K for the fiscal year ended January 3, 2016, including in Exhibit 99 thereto, and the company's subsequent filings. Copies of these filings are available online [atwww.sec.gov](), [www.jnj.com]() or on request from Johnson & Johnson. Neither Johnson & Johnson Consumer Inc. nor Johnson & Johnson undertakes to update any forward-looking statement as a result of new information or future events or developments.

To view the original version on PR Newswire, visit: 🔗
http://www.prnewswire.com/news-releases/johnson--johnson-consumer-inc-to-acquire-neostrata-company-inc-a-leader-in-dermocosmetics-300257881.html

SOURCE Johnson & Johnson

News Provided by Acquire Media