**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANSSEN BIOTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. l:17-cv-11008-MLW |
| v. | ) |
| | ) |
| CELLTRION HEALTHCARE CO., LTD., | ) |
| CELLTRION, INC., and | ) |
| HOSPIRA, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### *ASSENTED-TO* MOTION FOR LEAVE TO IMPOUND CONFIDENTIAL PORTIONS OF DEFENDANTS' MOTION TO DISMISS REPLY BRIEF

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Dkt. 170) in *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd. et al.* No. 15-10698 (D. Mass), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal Defendants' Reply Brief In Support Of Their Motion To Dismiss For Lack Of Standing Motion to Dismiss ("Reply Brief") (filed as C.A. No. 17-11008 Dkt. 38) on the ground this document contains or reveals Plaintiff's, Defendants', or third parties' confidential and proprietary information.

Defendants filed a publicly available, redacted version of the Reply Brief through the electronic filing system.

WHEREFORE, Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc. respectfully request that this Court allow this Motion.

Dated: August 25, 2017

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/Andrea L. Martin, Esq.
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817

        Tel: (202) 282-5000
        cklein@winston.com

        Samuel S. Park (*pro hac vice*)
        Dan H. Hoang (*pro hac vice*)
        WINSTON & STRAWN LLP
        35 W. Wacker Drive
        Chicago, IL  60601-9703
        Tel: (312) 558-7931
        spark@winston.com
        dhoang@winston.com

        *Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion; Plaintiff assents to this Motion.

        /s/Andrea L. Martin, Esq.
        Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 25, 2017.

        /s/Andrea L. Martin, Esq.
        Andrea L. Martin, Esq.

4828-5405-6526.1