# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC. )<br> )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>CELLTRION HEALTHCARE CO., LTD., )<br>CELLTRION, INC., and )<br>HOSPIRA, INC., )<br> )<br> )<br> Defendants. )<br> ) | Civil Action No. 1:17-cv-11008-MLW |

## *ASSENTED TO* MOTION FOR LEAVE TO FILE
## JANSSEN'S SURREPLY IN OPPOSITION TO DEFENDANTS'
## MOTION TO DISMISS FOR LACK OF STANDING UNDER SEAL

Pursuant to L.R. 7.2, Plaintiff Janssen Biotech, Inc. ("Janssen") seeks leave to file under seal its sur-reply in opposition to Defendants' motion to dismiss for lack of standing. In support of this motion, Janssen states as follows:

1. Janssen intends to file its sur-reply in opposition to Defendants' motion to dismiss for lack of standing today.

2. Janssen's sur-reply contains references to confidential information that has already been sealed by the court pursuant to the Court's Order (Dkt. 31), including references to the confidential deposition testimony of Anne Martinson (Dkt. 26-1) and Exhibit I to the Declaration of Kenneth J. Dow, Esq. (Dkt. 27-9).

3. Janssen seeks leave to file its sur-reply with the Court under seal.

4. To minimize the impact of sealing beyond what is necessary, a redacted version of Janssen's sur-reply will be filed publicly on the docket via the Court's electronic filing system.

5. The granting of this motion will not prejudice any party.

6. Defendants assent to the relief sought by this motion.

Dated: September 8, 2017

/s/ Alison C. Casey
Heather B. Repicky (BBO # 663347)
hrepicky@nutter.com
Alison C. Casey (BBO # 688253)
acasey@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000
Fax: 617-310-9192

*Of Counsel*:
Gregory L. Diskant (admitted *pro hac vice*)
gldiskant@pbwt.com
Aron Fischer (admitted *pro hac vice*)
afischer@pbwt.com
Daniel Friedman (admitted *pro hac vice*)
dfriedman@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
Fax: 212-336-2222

*Attorneys for Plaintiff Janssen Biotech, Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I certify that plaintiff's counsel conferred with defendants' counsel on the subject of this motion, and was advised that defendants consent to the relief requested in this motion.

/s/ Alison C. Casey

## **CERTIFICATE OF SERVICE**

I certify that on September 8, 2017 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

/s/ Alison C. Casey

3671545