# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:17-cv-11008-MLW |
| v. ) | |
| ) | |
| CELLTRION HEALTHCARE CO., LTD., ) | |
| CELLTRION, INC., and ) | |
| HOSPIRA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## *ASSENTED-TO* DEFENDANTS' MOTION FOR LEAVE TO IMPOUND CONFIDENTIAL PORTIONS OF DEFENDANTS' MOTION TO DISMISS MEMORANDUM

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Dkt. 170) in *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd. et al.* No. 15-10698 (D. Mass), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiffs', Defendants' and/or third-party confidential and proprietary information:

- Defendants' Memorandum of Law In Support of Their Motion to Dismiss For Lack of Standing ("Defendants' Memorandum") (filed as C.A. No. 17-11008 Dkt. 14);

- Appendix A to Defendants' Memorandum, compiled statements by Janssen and other Johnson & Johnson companies (filed as C.A. No. 17-11008 Dkt. 14-1);

- Exhibit 2 to Defendants' Memorandum, Excerpts of the Deposition Transcript of Anne Martinson;

- Exhibit 3 to Defendants' Memorandum, Excerpts of the Deposition Transcript of Kenneth Dow;

*Allowed*
*/s/ M. DJ*
*Sept. 11, 2017*