IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLTRION HEALTHCARE CO., LTD., )<br>CELLTRION, INC., and )<br>HOSPIRA, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:17-cv-11008-MLW |

*ASSENTED-TO* DEFENDANTS' MOTION FOR LEAVE TO IMPOUND
CONFIDENTIAL PORTIONS OF JOINT REPORT AND
EXHIBITS TO JOINT REPORT

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Dkt. 170) in *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd. et al.* No. 15-10698 (D. Mass), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiff's, Defendants', or third parties' confidential and proprietary information:

- Joint Report (filed as C.A. No. 17-11008 Dkt. 33);[1]

- Exhibit 2 to the Joint Report, Plaintiff's Interrogatories to Defendants (filed as C.A. No. 17-11008 Dkt. 33-2);

- Exhibit 3 to the Joint Report, Plaintiff's Requests for Production of Documents to Defendants (filed as C.A. No. 17-11008 Dkt. 33-3);

---

[1] The Joint Report contains redactions from both Plaintiff and Defendants. With regard to Plaintiff's redactions, Plaintiff joins in this Motion. In all other regards, Plaintiff assents to this Motion.

ALLOWED

Wolf DJ
Sept. 11, 2017