IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC., <br><br> Defendants. | Civil Action No. 1:17-cv-11008-MLW |

## *ASSENTED-TO* MOTION FOR LEAVE TO IMPOUND CONFIDENTIAL PORTIONS OF DEFENDANTS' MOTION TO DISMISS REPLY BRIEF

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Dkt. 170) in *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd. et al.* No. 15-10698 (D. Mass), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal Defendants' Reply Brief In Support Of Their Motion To Dismiss For Lack Of Standing Motion to Dismiss ("Reply Brief") (filed as C.A. No. 17-11008 Dkt. 38) on the ground this document contains or reveals Plaintiff's, Defendants', or third parties' confidential and proprietary information.

Defendants filed a publicly available, redacted version of the Reply Brief through the electronic filing system.

*Allowed*
*/s/ Wolf, DJ*

*Sept. 11, 2017*