

Alison C. Casey
Direct Line: (617) 439-2747
Fax: (617) 310-9747
E-mail: acasey@nutter.com

September 29, 2017
112398-2

**By Hand Delivery**

Ms. Christine Bono
Courtroom Clerk to the Hon. Mark L. Wolf
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:   *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd., et al.*
           *Civil Action No. 1:17-cv-11008-MLW*

Dear Ms. Bono,

Pursuant to your September 26, 2017 email requesting a courtesy copy of each parties' briefs and exhibits in preparation for the motion hearing scheduled to take place on October 12-13, please find a binder enclosed containing Janssen's Opposition to Defendants' Motion to Dismiss for Lack of Standing [Dkt. No. 26] and accompanying exhibits as well as Janssen's Surreply in Opposition to Defendants' Motion to Dismiss for Lack of Standing [Dkt. No. 42].

Please feel free to contact me if you have any questions.

Very truly yours,

Alison C. Casey

Enclosures
3690243.1