# EXHIBIT 40




Order of Hon. Alexander P. Waugh, Jr., P.J.Ch.
Superior Court of New Jersey
Middlesex County Courthouse
56 Paterson Street
Post Office Box 964
New Brunswick, New Jersey 08901
732-981-3184



| | |
|---|---|
| JOHNSON & JOHNSON, DEPUY ORTHOPAEDICS, INC. and DEPUY PRODUCTS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BIOMET, INC. and ROBIN T. BARNEY, <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> CHANCERY DIVISION <br> MIDDLESEX COUNTY <br> DOCKET NO. MID-C-107-07 <br><br> CIVIL ACTION <br><br> **PRELIMINARY INJUNCTION ORDER** |

THIS MATTER having been opened to the Court by plaintiffs Johnson & Johnson ("J&J"), DePuy Orthopaedics, Inc. ("DePuy Orthopaedics") and DePuy Products, Inc. ("DePuy Products"), seeking relief by way of preliminary injunction pursuant to R. 4:51 and 4:52; and the Court having considered the papers filed in connection with said application; and the Court having heard the arguments of counsel on October 4, 2007; and the Court having set forth its opinion in a letter opinion dated October 11, 2007, which opinion may be supplemented by the Court; and for good cause shown;

IT IS on this 2nd day of November, 2007, ORDERED as follows:

(1) This Court's August 27, 2007 Temporary Restraining Order entered in this matter will continue as a Preliminary Injunction until the further Order of the Court, except as modified below; and

(2) The plaintiffs shall continue to supplement Ms. Barney's salary at Biomet's Dental Division by paying the difference between her annual salary of $302,000 and year-end cash bonus of $132,480 last-received from plaintiffs, prorated to a monthly basis, and the her annual salary of $75,000 at Biomet's Dental Division and $15,000 year-end cash bonus, prorated to a monthly basis, subject to discovery and to adjustments with respect to payment of Ms. Barney's full salary as between DePuy and Biomet, to be made at the time of ultimate disposition of this case; and

(3) Plaintiffs' counsel will serve a "filed" copy of this Order on defendants' counsel within __7__ days of receipt hereof.

_____
Hon. Alexander P. Waugh, Jr., P.J.Ch.

2