# EXHIBIT 41

# Bloomberg LAW

JOHNSON & JOHNSON VS BIOMET INC , Docket No. C-000107-07 (N.J. Super. Ct. Ch. Div. May 21, 2007), Court Docket

**Printed By:** JFITZGERAL23 on Wednesday, February 15, 2017 - 11:16 AM

JOHNSON & JOHNSON VS BIOMET INC , Docket No. C-000107-07 (N.J. Super. Ct. Ch. Div. May 21, 2007), Court Docket

Current on Bloomberg Law as of May 24, 2010 16:58:02

Superior Court of New Jersey
Middlesex County
Chancery/General Equity
Docket for Case #: C-000107-07

# JOHNSON & JOHNSON VS BIOMET INC

| | |
|---|---|
| Date Filed: | May 21, 2007 |
| Status: | Archived |
| Date terminated: | Jan 22, 2008 |
| Jury demand: | TRIAL, NO JURY |
| Case Type: | OTHER GENERAL EQUITY |

## Parties and Attorneys

| | | |
|---|---|---|
| DEFENDANT | | BARNEY ROBIN T |
| Representation | | CARMAGNOLA & RITARDI LLC<br>973-267-4445<br>Id: 9732674445 |
| DEFENDANT | | BIOMET INC |
| Representation | | CARMAGNOLA & RITARDI LLC<br>973-267-4445<br>Id: 9732674445 |
| PLAINTIFF | | DEPUY ORTHOPAEDICS I NC |
| Representation | | RIKER DANZIG SCHERER HYLAND &<br>973-538-0800<br>Id: 9735380800 |
| PLAINTIFF | | DEPUY PRODUCTS INC |
| Representation | | RIKER DANZIG SCHERER HYLAND &<br>973-538-0800<br>Id: 9735380800 |
| PLAINTIFF | | JOHNSON & JOHNSON |
| Representation | | RIKER DANZIG SCHERER HYLAND &<br>973-538-0800<br>Id: 9735380800 |



Case 1:17-cv-11008-MLW   Document 52-6   Filed 10/16/17   Page 4 of 9

JOHNSON & JOHNSON VS BIOMET INC , Docket No. C-000107-07 (N.J. Super. Ct. Ch. Div. May 21, 2007), Court Docket

## Dispositions

| Disposition Date | Description |
| --- | --- |
| Jan 22, 2008 | SETTLED WHILE SCHEDULED FOR TRIAL |

## Calendar

| Date | Status | Description | Judge | Comments |
| --- | --- | --- | --- | --- |
| Jul 6, 2007 | COMPLETE | MOTION HEARING | WAUGH ALEXANDER P | |
| Jul 6, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Jul 17, 2007 | COMPLETE | SHOW CAUSE HEARING | WAUGH ALEXANDER P | TRO GRANTED, PENDING RETURN DATE OF OTSC. |
| Jul 20, 2007 | COMPLETE | MOTION HEARING | WAUGH ALEXANDER P | |
| Aug 3, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Aug 3, 2007 | COMPLETE | MOTION HEARING | WAUGH ALEXANDER P | |
| Aug 8, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Aug 8, 2007 | CANCEL | MOTION HEARING | WAUGH ALEXANDER P | |
| Aug 9, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Aug 9, 2007 | RESCHEDULED | SHOW CAUSE HEARING | WAUGH ALEXANDER P | |
| Aug 15, 2007 | RESCHEDULED | CONFERENCE | WAUGH ALEXANDER P | PHONE CONF. (FORM OF ORDER) |
| Aug 17, 2007 | RESCHEDULED | CONFERENCE | WAUGH ALEXANDER P | PHONE CONF. RE: FORM OF ORDER. |
| Aug 22, 2007 | COMPLETE | CONFERENCE | WAUGH ALEXANDER P | PHONE CONF. RE: FORM OF ORDER |
| Sep 6, 2007 | COMPLETE | CONFERENCE | WAUGH ALEXANDER P | |
| Sep 12, 2007 | RESCHEDULED | SHOW CAUSE HEARING | WAUGH ALEXANDER P | |
| Sep 20, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Sep 20, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Sep 20, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |

JOHNSON & JOHNSON VS BIOMET INC , Docket No. C-000107-07 (N.J. Super. Ct. Ch. Div. May 21, 2007), Court Docket

| Oct 3, 2007 | COMPLETE | MOTION HEARING | WAUGH ALEXANDER P | |
| --- | --- | --- | --- | --- |
| Oct 3, 2007 | COMPLETE | MOTION HEARING | WAUGH ALEXANDER P | |
| Oct 3, 2007 | COMPLETE | MOTION HEARING | WAUGH ALEXANDER P | |
| Oct 3, 2007 | RESCHEDULED | SHOW CAUSE HEARING | WAUGH ALEXANDER P | |
| Oct 4, 2007 | COMPLETE | SHOW CAUSE HEARING | WAUGH ALEXANDER P | |
| Nov 16, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Nov 21, 2007 | CANCEL | MOTION DISMISSAL HEARING | WAUGH ALEXANDER P | |
| Dec 7, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Dec 21, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Dec 21, 2007 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Jan 4, 2008 | COMPLETE | SETTLEMENT CONFERENCE | WAUGH ALEXANDER P | |
| Jan 4, 2008 | CANCEL | MOTION HEARING | WAUGH ALEXANDER P | |
| Jan 4, 2008 | CANCEL | MOTION HEARING | WAUGH ALEXANDER P | |
| Jan 7, 2008 | RESCHEDULED | CASE MANAGEMENT CONFERENCE | WAUGH ALEXANDER P | TENTATIVE TRIAL DATE 2-26-08. |
| Feb 25, 2008 | CANCEL | TRIAL | WAUGH ALEXANDER P | TRIAL 2-25-08 THROUGH 2-28-08. |
| Apr 11, 2008 | RESCHEDULED | MOTION HEARING | WAUGH ALEXANDER P | |
| Apr 25, 2008 | COMPLETE | MOTION HEARING | WAUGH ALEXANDER P | |
| Apr 25, 2008 | COMPLETE | MOTION HEARING | WAUGH ALEXANDER P | |

## Docket Entries

Numbers shown are court assigned numbers.

| Entry # | Filing Date | Description |
| --- | --- | --- |
| 001 | May 21, 2007 | COMPLAINT FILED BY: JOHNSON & JOHNSON TARGET PARTY: BIOMET INC |
| 002 | June 15, 2007 | MOTION FOR ADMISSION PRO HAC VICE FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:ADMIT DWIGHT LUECK & SPENCER GOODSON MOTION COMMENTS:ORAL IF OPPOSED MOTION STATUS:GRANTED |
| 003 | June 19, 2007 | MOTION FOR DISMISSAL FILED BY: BIOMET INC TARGET PARTY: JOHNSON & JOHNSON DOCUMENT COMMENTS:DISMISS COMP BASED ON FORUM NON CONVENIENS DOCTRINE MOTION COMMENTS:ORAL IF OPPOSED MOTION STATUS:DENIED |

Bloomberg Law®   © 2017 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service
// PAGE 3

Case 1:17-cv-11008-MLW   Document 52-6   Filed 10/16/17   Page 6 of 9

JOHNSON & JOHNSON VS BIOMET INC , Docket No. C-000107-07 (N.J. Super. Ct. Ch. Div. May 21, 2007), Court Docket

| | | |
|---|---|---|
| 004 | June 28, 2007 | MOTION FOR ADMISSION PRO HAC VICE FILED BY: BIOMET INC DOCUMENT COMMENTS:ADMIT WILLIAM HOWARD & DOUGLAS ALBRITTON MOTION STATUS:GRANTED |
| 005 | June 29, 2007 | ORDER SHOW CAUSE FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:RETURN DATE IS 9-12-07 AT 9:30. ORDER STATUS:GRANTED |
| 006 | July 6, 2007 | ORDER FOR ADMISSION PRO HAC VICE FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:ADMITTING DWIGHT D. LUECK AND SPENCER P. GOODSON. ORDER STATUS:GRANTED |
| 007 | July 6, 2007 | MISC BRIEF FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:OP TO DFS MTN TO DISMISS |
| 008 | July 6, 2007 | ORDER MISC FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:STIPULATED PROTECTIVE ORDER. ORDER STATUS:GRANTED |
| 009 | July 10, 2007 | MOTION FOR MISC MOTION FILED BY: BIOMET INC TARGET PARTY: JOHNSON & JOHNSON DOCUMENT COMMENTS:RETURN OF PROTECTED DOCUMENTS MOTION COMMENTS:ORAL IF OPPOSED MOTION STATUS:WTHDRW MTN |
| 010 | July 13, 2007 | MOTION FOR ADMISSION PRO HAC VICE FILED BY: BIOMET INC DOCUMENT COMMENTS:ADMIT JAMES P FENTON & KATHRYN A BROGAN MOTION STATUS:GRANTED |
| 011 | July 13, 2007 | OBJECTION TO MOTION FILED BY: BIOMET INC DOCUMENT COMMENTS:OPPOSITION TO OTSC |
| 012 | July 13, 2007 | MISC BRIEF FILED BY: BIOMET INC DOCUMENT COMMENTS:SUPPORT OF MTN TO DISMISS |
| 013 | July 16, 2007 | MISC BRIEF FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:FURTHER SUPPORT OF OTSC |
| 014 | July 17, 2007 | ORDER FOR ADMISSION PRO HAC VICE FILED BY: BIOMET INC DOCUMENT COMMENTS:TO ADMIT JAMES P. FENTON AND KATHRYN BROGAN, ESQ. ORDER COMMENTS:PRO HAC VICE IN THIS MATTER. ORDER STATUS:GRANTED |
| 015 | July 17, 2007 | ORDER FOR ADMISSION PRO HAC VICE FILED BY: BIOMET INC DOCUMENT COMMENTS:TO ADMIMT WILLIAM N HOWARD AND DOUGLAS A ALBRITTON ORDER COMMENTS:ESQ. PRO HAC VICE IN THIS MATTER. ORDER STATUS:GRANTED |
| 016 | Aug 3, 2007 | ORDER FOR ADMISSION PRO HAC VICE FILED BY: BIOMET INC DOCUMENT COMMENTS:ADMIT JAMES P FENTON & KATHRYN A BROGAN ORDER STATUS:GRANTED |
| 017 | Aug 24, 2007 | MOTION TO BAR TESTIMONY FILED BY: BIOMET INC TARGET PARTY: JOHNSON & JOHNSON DOCUMENT COMMENTS:EXCLUDE UNTIMELY PRODUCED EVIDENCE MOTION COMMENTS:ORAL IF OPPOSED MOTION STATUS:DENIED |
| 018 | Aug 24, 2007 | MOTION FOR PROTECTIVE ORDER FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:PROTECTIVE ORDER MOTION STATUS:DENIED |
| 019 | Aug 24, 2007 | LETTER OF MEMORANDUM FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:MISC BRF FILED UNDER SEAL |
| 020 | Aug 27, 2007 | LETTER OF MEMORANDUM FILED BY: BIOMET INC DOCUMENT COMMENTS:#1 8/8/07 WAUGH |
| 021 | Aug 28, 2007 | LETTER OF MEMORANDUM FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:SUPPORT OTSC |
| 022 | Sept 11, 2007 | MOTION TO DISMISS (R.1:13-7)-CT INITIATED FILED BY: COURT INIT DOCUMENT COMMENTS:LACK OF PROSECUTION MOTION COMMENTS:COURT APPOINTED MEDIATION MOTION STATUS:WTHDRW MTN |
| 023 | Sept 12, 2007 | OBJECTION TO MOTION FILED BY: BIOMET INC DOCUMENT COMMENTS:#3 10/3/07 WAUGH |
| 024 | Sept 18, 2007 | LETTER OF MEMORANDUM FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:FURTHER SUPPORT OF MTN FOR PROTECTIVE ORDER |

Case 1:17-cv-11008-MLW   Document 52-6   Filed 10/16/17   Page 7 of 9

JOHNSON & JOHNSON VS BIOMET INC , Docket No. C-000107-07 (N.J. Super. Ct. Ch. Div. May 21, 2007), Court Docket

| | | |
|---|---|---|
| 025 | Sept 21, 2007 | OBJECTION TO MOTION FILED BY: BIOMET INC DOCUMENT COMMENTS:OPPOSITION TO MTN FOR PRELIM INJUNCTION |
| 026 | Oct 1, 2007 | LETTER OF MEMORANDUM FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:SUPPORT OTSC |
| 030 | Oct 3, 2007 | ORDER TO BAR TESTIMONY FILED BY: BIOMET INC TARGET PARTY: JOHNSON & JOHNSON DOCUMENT COMMENTS:EXCLUDE UNTIMELY PRODUCED EVIDENCE ORDER COMMENTS:ORAL IF OPPOSED ORDER STATUS:DENIED |
| 028 | Oct 11, 2007 | LETTER OF MEMORANDUM FILED BY: COURT INIT DOCUMENT COMMENTS:MEMO TO COUNSEL, DECISION TO COME, WRITTEN OR ORAL. |
| 027 | Oct 15, 2007 | ORDER TO REFER TO NON-COURT MEDIATION FILED BY: COURT INIT DOCUMENT COMMENTS:ORDER FOR MEDIATION. SUZANNE MCSORLEY. CMC - 1-7-08 AT ORDER COMMENTS:1:45. ORDER STATUS:GRANTED |
| 029 | Oct 15, 2007 | LETTER OF MEMORANDUM FILED BY: COURT INIT DOCUMENT COMMENTS:LETTER SETTING FOURTH DECISION FOR A PROTECTIVE ORDER |
| 031 | Oct 30, 2007 | MOTION FOR MISC MOTION FILED BY: JOHNSON & JOHNSON TARGET PARTY: BIOMET INC DOCUMENT COMMENTS:ANTI SUIT INJUNCTION ENJOINING DFS FROM FILING ACTION I MOTION COMMENTS:N INDIANA MOTION STATUS:WTHDRW MTN |
| 032 | Nov 2, 2007 | ORDER MISC FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:THE 8-27-07 TEMP RESTRAINING ORDER WILL CONTINUE AS A P ORDER COMMENTS:RELIM INJ. UNTIL FURTHER ORDER, EXCEPT AS MODIFIED. ORDER STATUS:GRANTED |
| 034 | Dec 4, 2007 | MOTION TO VACATE ORDER FILED BY: BIOMET INC TARGET PARTY: JOHNSON & JOHNSON DOCUMENT COMMENTS:VACATE PRELIM INJ ORDER MOTION COMMENTS:ORAL IF OPPOSED MOTION STATUS:WTHDRW MTN |
| 035 | Dec 4, 2007 | MISC OTHER FILED BY: COURT INIT DOCUMENT COMMENTS:MEDIATION BY S MCSORLEY UNSUCCESSFUL |
| 033 | Dec 5, 2007 | ORDER FIXING TRIAL DATE FILED BY: COURT INIT DOCUMENT COMMENTS:TRIAL DATES 2-25-08 AT 10:00 AM TO CONTINUE THROUGH ORDER COMMENTS:2-28-08. IF NOT COMPLETED ADDITIONAL DAYS GIVEN. ORDER STATUS:GRANTED |
| 036 | Dec 6, 2007 | LETTER OF OPINION FILED BY: COURT INIT DOCUMENT COMMENTS:LETTER OPINION. APPELLATE DOCKET # AM-216-07 |
| 037 | Dec 12, 2007 | OBJECTION TO MOTION FILED BY: BIOMET INC DOCUMENT COMMENTS:#29 12/21/07 WAUGH |
| 038 | Dec 14, 2007 | OBJECTION TO MOTION FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:#26 12/21/07 WAUGH |
| 040 | Jan 4, 2008 | CONSENT ORDER FILED BY: COURT INIT DOCUMENT COMMENTS:DEPUY/BIOMET SETTLEMENT PARAMETERS. TO BE A CONSENT OR ORDER COMMENTS:DER ATTACHED TO THE ADMINISTRATIVE ORDER OF SETTLE. ORDER STATUS:GRANTED |
| 039 | Jan 22, 2008 | OTHER COURT INITIATED ORDER FILED BY: COURT INIT DOCUMENT COMMENTS:CASE SETTLED. DISMISSED WITHOUT PREJ. ORDER STATUS:GRANTED |
| 041 | Mar 24, 2008 | MOTION TO ENFORCE SETTLEMENT FILED BY: JOHNSON & JOHNSON TARGET PARTY: BIOMET INC DOCUMENT COMMENTS:ENFORCE SETTLEMENT MOTION STATUS:GRANTED |
| 042 | Mar 25, 2008 | MOTION FOR PROTECTIVE ORDER FILED BY: BIOMET INC TARGET PARTY: JOHNSON & JOHNSON DOCUMENT COMMENTS:PROTECTIVE/CONFIDENTIALITY ORDER MOTION COMMENTS:ORAL IF OPPOSED MOTION STATUS:DENIED |
| 043 | Apr 17, 2008 | OBJECTION TO MOTION FILED BY: JOHNSON & JOHNSON TARGET PARTY: BIOMET INC DOCUMENT COMMENTS:OBJ TO M#7, RD 4/27/08 |
| 044 | Apr 17, 2008 | OBJECTION TO MOTION FILED BY: BIOMET INC DOCUMENT COMMENTS:#2 4/25/08 WAUGH |
| 045 | Apr 21, 2008 | LETTER OF MEMORANDUM FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:REPLY #2 4/25/08 WAUGH |

JOHNSON & JOHNSON VS BIOMET INC , Docket No. C-000107-07 (N.J. Super. Ct. Ch. Div. May 21, 2007), Court Docket

| | | |
|---|---|---|
| 046 | Apr 25, 2008 | ORDER ENFORCE SETTLEMENT FILED BY: JOHNSON & JOHNSON TARGET PARTY: BARNEY ROBIN T DOCUMENT COMMENTS:ENFORCE SETTLEMENT ORDER STATUS:GRANTED |
| 047 | Apr 25, 2008 | ORDER FOR PROTECTIVE ORDER FILED BY: BIOMET INC TARGET PARTY: DEPUY PRODUCTS INC DOCUMENT COMMENTS:PROTECTIVE/CONFIDENTIALITY ORDER ORDER COMMENTS:ORAL IF OPPOSED ORDER STATUS:DENIED |
| 048 | June 12, 2008 | CONSENT ORDER FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:CONSENT ORDER AND THAT THIS ORDER SHALL BE THE FINAL ORDER COMMENTS:JUDGMENT. ORDER STATUS:GRANTED |
| 049 | June 23, 2008 | CONSENT ORDER FILED BY: JOHNSON & JOHNSON DOCUMENT COMMENTS:2ND CONSENT DECREE. RESTRAINTS AGAINST BIOMET, AND ORDER COMMENTS:MS. BARNEY THROUGH 8-31-08. ORDER STATUS:GRANTED |

This does not constitute the official record of the court. The information is provided "as is" and may be subject to errors or omissions.

Bloomberg Law®

© 2017 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service
// PAGE 6

JOHNSON & JOHNSON VS BIOMET INC , Docket No. C-000107-07 (N.J. Super. Ct. Ch. Div. May 21, 2007), Court Docket

# General Information

| | |
|---|---|
| **Court** | Superior Court of New Jersey, Chancery Division Civil, Middlesex County |
| **Docket Number** | C-000107-07 |