# EXHIBIT 43



**FILED**

AUG 07 2008

Frank M. Ciuffani, P.J., Ch.

| | |
|---|---|
| JOHNSON & JOHNSON and CORDIS CORPORATION,<br><br>Plaintiffs,<br><br>vs.<br><br>STENTYS, INC. and JIN S. PARK,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION<br>MIDDLESEX COUNTY<br>DOCKET NO. MID-C-141-08<br><br>CIVIL ACTION<br><br>**CONSENT ORDER** |

The Plaintiffs, Johnson & Johnson ("J&J") and Cordis Corporation ("Cordis"), and the Defendants, Stentys, Inc. ("Stentys") and Jin S. Park ("Park"), having entered into a Settlement and Release Agreement, desire to settle all matters in issue, and the Court, being duly advised; and for good cause shown;

IT IS on this 7 day of August, 2008,

ORDERED, that this Consent Order shall be the final judgment with prejudice of the Court and is a full resolution of all issues addressed herein; and it is further

ORDERED that the Court has jurisdiction over the enforcement of this Consent Order and has personal jurisdiction over the parties hereto; and it is further

ORDERED that Defendants Stentys and Park be and are hereby enjoined and restrained as follows:

1. Park shall not provide any services to, hold any employment position or engage in any employment activity with Stentys, directly or indirectly, or act as a consultant for Stentys, directly or indirectly, for the fourteen (14) month period beginning on July 1, 2008 and ending on August 31, 2009. Stentys shall not employ or accept any services from Park, directly or indirectly, or use Park as a consultant, directly or indirectly, for the fourteen (14) month period beginning on July 1, 2008 and ending on August 31, 2009.

2. Park shall not disclose, use, disseminate, lecture upon or publish any Confidential Information as defined in the Employee Secrecy, Non-Competition and Non-Solicitation Agreement that Park executed in or about March 2001 (the "March Agreement"). Stentys shall not (1) request, permit or cause Park to disclose or use Confidential Information (as defined in the March Agreement), and (2) receive, use and/or disclose any such Confidential Information.

3. The restrictions set forth above that are applicable to Park and/or Stentys shall apply to their officers, agents, employees, and attorneys, and upon such persons in active concert or participation with them as receive actually notice of the Consent Order by personal service or otherwise.

5. For each month that Park is able to demonstrate entitlement thereto pursuant to Provisions 9 and 10 of the March Agreement, Cordis will pay Park his gross monthly pay, pro rata, subject to the appropriate withholdings such as federal, state, or local taxes. The Parties agree that the applicable gross monthly pay for Park equals $9,462.50.

ORDERED that pursuant to the parties' joint stipulation and agreement herein, this Court retains personal jurisdiction over Cordis, J&J, Stentys and Park, and retains exclusive jurisdiction to resolve disputes arising out of this Consent Order and the Settlement and Release Agreement, including but not limited to a motion for contempt of court alleging that the terms of the Consent Order have been violated; and it is further

ORDERED that plaintiffs' counsel will serve a "filed" copy of this Order on defendants' counsel within 7 days of receipt hereof.

_____
Hon. Frank M. Ciuffani, JSC

CONSENTED TO BY:

_____
Glenn A. Clark, Esq.
RIKER DANZIG SCHERER HYLAND &
PERRETTI, LLP
Attorneys for Plaintiffs
Johnson & Johnson and Cordis Corporation
One Speedwell Avenue
Morristown, New Jersey 07962

_____
Amy L. Ventry, Esq.
NIXON PEABODY, LLP
Attorneys for Stentys Inc. and Jin S. Park
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753

3872034



**RIKER
DANZIG
SCHERER
HYLAND
PERRETTI**LLP

ATTORNEYS AT LAW

**Khaled John Klele**
Attorney

Direct:
t: 973.451.8451
f: 973.451.8673
kklele@riker.com
Reply to: Morristown

August 6, 2008

**VIA FEDERAL EXPRESS**
Hon. Frank M. Ciuffani, J.Ch.
New Jersey Superior Court, Chancery Division, Middlesex County
Middlesex County Courthouse, Chambers 306
1 JFK Square
New Brunswick, NJ  08903-0964

Re:  **Johnson & Johnson and Cordis Corporation v. Stentys, Inc. and Jin S. Park**, Docket No. 141-08

Dear Judge Ciuffani:

We represent plaintiffs Johnson & Johnson and Cordis Corporation.  As Your Honor knows, the parties settled their disputes.  As such, please find enclosed a Consent Order for Your Honor's execution regarding the above matter.

Thank you for your consideration of this matter.

Respectfully submitted,

Khaled J. Klele

cc:  Randy Gidseg, Esq. (via email)

3879402

*[handwritten note: Signed consent order - closed file]*

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com