# EXHIBIT 45

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800

Attorneys for Plaintiffs
Johnson & Johnson and Cordis Corporation

| | |
|---|---|
| JOHNSON & JOHNSON and CORDIS CORPORATION, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiffs, | CIVIL ACTION NO. 09-6306(GEB)(DEA) |
| vs. | CIVIL ACTION |
| EV3, INC., RHONDA BARR, ANDREW FITZPATRICK AND BRENDAN McKEEVER, | |
| Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having been amicably adjusted among the parties, it is hereby stipulated

that this action is dismissed with prejudice and without attorneys' fees or costs. The undersigned

hereby consent to the form and entry of the within Stipulation.

s/Edwin F. Chociey, Jr.
Edwin F. Chociey, Jr.
Riker, Danzig, Scherer, Hyland &
  Perretti LLP
Attorney for Plaintiffs

Dated:  12/21/10

Robin H. Rome
Nukk-Freeman & Cerra, P.C.
Attorney for Defendants

Dated:  12.21.10

4093692.1