# Exhibit 8

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                                SUPERIOR COURT
                                             CIVIL ACTION NO.
                                             **04-2043**

|  |  |
|---|---|
| LIFESCAN, INC., DIABETES DIAGNOSTICS, INC., and INVERNESS MEDICAL LTD., ) ) ) ) | ~~(PROPOSED)~~ |
| Plaintiffs ) ) | **TEMPORARY RESTRAINING ORDER** |
| v. ) ) | |
| DANIEL F. O'CONNELL and AGAMATRIX, INC., ) ) ) | |
| Defendants ) ) | |

Upon motion of the Plaintiffs for a Temporary Restraining Order and Preliminary Injunction and after consideration of Plaintiffs' Verified Complaint and Affidavit of Louis R. Cabana, that until further Order, the Court hereby orders that:

1. Defendant Daniel F. O'Connell ("O'Connell"), his agents, servants, attorneys, and persons in active concert or participation with him, are temporarily restrained from: (i) working for or providing any services to defendant AgaMatrix, Inc. ("AgaMatrix"); (ii) using or otherwise disclosing to AgaMatrix, or any other person or entity, plaintiffs' trade secrets and other proprietary and confidential information.

2. Defendant AgaMatrix, its agents, employees, servants, attorneys, and persons in active concert or participation with it, are temporarily restrained from: (i) employing, or otherwise using services or work from, or provided by, O'Connell; (ii) soliciting or using plaintiffs' trade secrets and other proprietary and confidential information held by, or within the knowledge of, O'Connell.

CONFIDENTIAL                                                                        JANREM0116710

3. Defendants, O'Connell, AgaMatrix, and their agents, employees, servants, attorneys, and persons in active concert or participation with them, are temporarily restrained from destroying any documents or files in their possession containing information concerning the subject matter of this action.

4. A hearing will be scheduled at the Court's earliest convenience on Plaintiffs' Motion for Preliminary Injunction.

5. Such other relief as may be appropriate and just shall be granted Plaintiffs.

6. Returnable May 19, 2004 @ 2:00 in Room 12A

So ORDERED, this 14 day of May, 2004.

_____
Justice of the Superior Court

CONFIDENTIAL                                                          JANREM0116711