IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.<br><br>         Plaintiff,<br><br>    v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>         Defendants. | Civil Action No. 1:17-cv-11008-MLW |

**DEFENDANTS'** ***ASSENTED-TO*** **MOTION FOR LEAVE TO IMPOUND**
**CONFIDENTIAL INFORMATION**

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Dkt. 170) in *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd. et al.*, No. 15-10698 (D. Mass.), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following document, on the ground this document contains or reveals Plaintiff's, Defendants' and/or third-party confidential and proprietary information:

- Defendants' Supplemental Brief Related to Judicial Estoppel in Support of Their Motion to Dismiss for Lack of Standing (filed as C.A. No. 17-11008 Dkt. 52).

Defendants filed a publicly available, redacted version of the proposed memorandum through the electronic filing system.

WHEREFORE, Defendants' counsel conferred with Plaintiffs' counsel regarding this Motion and Plaintiffs assented to this Motion.

WHEREFORE, Defendants respectfully request that the Court allow this Motion.

Dated:  October 16, 2017

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/*Andrea L. Martin, Esq.*
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice* to be filed)
Bryan S. Hales, P.C. (*pro hac vice* to be filed)
Elizabeth A. Cutri (*pro hac vice* to be filed)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Charles B. Klein (*pro hac vice* to be filed)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

**LR 7.1(a)(2) CERTIFICATION**

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this Motion and Plaintiff assented to this Motion.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.

**CERTIFICATE OF SERVICE**

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 16, 2017.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.