UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br>    Plaintiff,<br><br>    v.<br><br>CELLTRION HEALTHCARE CO.,<br>LTD., ET AL.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 17-11008-MLW<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                     October 31, 2017

It is hereby ORDERED that:

1. As stated on October 12, 2017:

   (a) Discovery concerning damages, including expert discovery, shall be completed by March 16, 2018.[1]

   (b) The parties shall confer and, by March 30, 2018, report as to the prospects for settlement and whether either party feels there is a proper basis for filing a motion for summary judgment on the issue of damages.

2. The parties shall confer and, by November 17, 2017, report, jointly if possible, concerning whether hearings should be held before the end of damages discovery concerning any of the

---

[1] Discovery concerning liability has been completed.

four motions listed on page 2 of Defendants' List of Pending and Expected Motions (Docket No. 58). More specifically, the court is interested in: (a) whether a ruling on whether Hospira can be held liable on the theory of joint enterprise will affect the scope of damages discovery; (b) whether Janssen's ability to seek damages based on sales of infliximab biosimilar outside of the United States is now, or foreseeably will be, at issue; and (c) whether the court has already, in effect, ruled on the other two motions defendants seek to argue. In addition, the parties shall address whether in view of the possible difficulty in scheduling the testimony of expert witnesses, the court should hold hearings on the pending <u>Daubert</u> motions before the end of damages discovery.

3. A telephone conference to address the issues discussed in paragraph 2 hereinabove, and any others raised by the parties' report(s), shall be held on December 4, 2017, at 2:30 p.m.

　　　　　　　　　　　　　　　　／s／ Mark L. Wolf
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE