**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC., <br><br> Defendants. | Civil Action No. l:17-cv-11008-MLW |

## JANSSEN'S MOTION TO BEGIN TRIAL ON AUGUST 6, 2018

For the purposes of planning by counsel and witnesses, Janssen respectfully submits this motion for a scheduling order specifying a date certain on which trial in this action will begin. Janssen proposes that the date be Monday, August 6, 2018. Prior to bringing this motion, Janssen discussed the matter with Defendants. Defendants agreed that setting a date certain for the beginning of trial would be appropriate so as to alleviate uncertainty for counsel and witnesses. However, Defendants have taken the position that trial should not start until August 13, 2018. Janssen believes that August 6, 2018 is a more reasonable date.

The current case schedule calls for three weeks of pretrial hearings to take place from June 11-29, 2018. Dkt. No. 176. It goes on to state that "[p]roceedings will resume on July 30, 2018, with hearings on outstanding issues, if any, to be decided, and trial to follow immediately thereafter" and that "[t]he parties are ordered to reserve July 30, 2018 through October 1, 2018 for final pre-trial activities and trial." *Id.* Although the parties and their counsel have reserved these dates as ordered, the parties are in agreement that for purposes of planning their own and their witnesses' travel schedules, it would be beneficial to specify a date certain when the trial

itself is scheduled to begin.  This is especially so since, as the Court knows, witnesses will be coming from out of the country – Switzerland, Ireland and South Korea.

Janssen believes that scheduling trial to begin on August 6, 2018 is reasonable.  An August 6 start date would leave four full weeks – three weeks in June (June 11-29) and one additional week if necessary (July 30-August 3) – for pretrial hearings to be completed.  Before informing Janssen that they objected to an August 6 trial date, Defendants never suggested that more time was needed for pretrial hearings than is called for by the current case schedule.  On the contrary, in their scheduling proposals of February 2, 2018, both parties agreed that three weeks would be sufficient for pretrial proceedings.  *See* Dkt. No. 164 (Defendants); Dkt. No. 165 (Janssen). Defendants initially suggested that "[h]earings regarding summary judgment, *Daubert* motions, motions in limine, and jury instructions" begin on August 6, 2018 and that trial should begin *three weeks* later, on August 27, 2018.  Dkt. No. 164 at 2.  Janssen agreed with Defendants that three weeks should be reserved for pretrial proceedings, but suggested that these proceedings take place in June so that trial could begin promptly at the beginning of August.  Dkt. No. 165 at 3.  On February 2, 2018, the Court indicated that it would adopt Janssen's proposal and hold pretrial hearings in June and that is reflected in the current schedule. *See* Feb. 2, 2018 Tr. at 21-22; Dkt. No. 176.

Only one thing has changed since Defendants suggested on February 2, 2018 that three weeks would be sufficient for pretrial hearings:  Defendants sought and obtained Janssen's consent to file an untimely summary judgment motion on a liability issue, ensnarement.  Dkt. No. 203.  In response to Defendants' initial request for consent, Janssen asked for more information on what other motions Defendants intended to file in order to ascertain whether "there is enough room in the schedule for an untimely motion for summary judgment on

liability." *See* Exhibit A at 1.  In response, Defendants represented to Janssen that "[g]iven the amount of time the Court has set aside *in June* to hear motions, we do not believe there will be any problem fitting this motion into the schedule." *Id.* (emphasis added).  On this basis, Janssen consented to Defendants' request.  *See* Dkt. No. 203.

In light of Defendants' representations in connection with their recent motion for leave, Janssen does not see how they can dispute that pretrial hearings can be completed in June.  If pretrial hearings are completed in June, then trial could begin the week of July 30, when proceedings resume.  Nevertheless, to be conservative and to allow for unexpected matters, Janssen requests that trial be scheduled to begin on a firm date one week later, on August 6, 2018.  Janssen believes that allowing two full additional weeks for pretrial proceedings, as Defendants propose, is unnecessary.

Janssen understands that the Court typically selects juries on Mondays and that the Court typically sits a half day for jury trials.  Based on that anticipated schedule, Janssen proposes that jury selection be set for Monday, August 6, with openings and testimony beginning on Tuesday, August 7.  But whatever date the Court prefers, Janssen understands that the parties agree that the Court should set a firm date on which trial will begin.

Dated:  April 23, 2018

                                      */s/ Alison C. Casey*

                                      Heather B. Repicky BBO #663347
                                      Alison C. Casey BBO# 688253
                                      NUTTER MCCLENNEN & FISH LLP
                                      Seaport West
                                      155 Seaport Boulevard
                                      Boston, Massachusetts 02210
                                      Tel.:  (617) 439-2000
                                      Fax:  (617) 310-9000
                                      hrepicky@nutter.com

acasey@nutter.com

PATTERSON BELKNAP WEBB & TYLER LLP
Gregory L. Diskant (*pro hac vice*)
Irena Royzman (*pro hac vice*)
Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
Tel:  (212) 336-2000
Fax: (212) 336-2222
gldiskant@pbwt.com
afischer@pbwt.com
acohen@pbwt.com

*Attorneys for Janssen Biotech, Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I certify that Plaintiff's counsel conferred with Defendants' counsel on the subject of this motion; Defendants agree with Plaintiff with respect to its request to set a date certain for trial to begin, but Defendants oppose Plaintiff's proposed trial date of August 6, 2018.

*/s/ Alison C. Casey*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Alison C. Casey*

3844233.1