# EXHIBIT  A

**Fischer, Aron (x2363)**

| | |
|---|---|
| **From:** | Sanford, Gregory B. <gregory.sanford@kirkland.com> |
| **Sent:** | Friday, March 30, 2018 9:14 AM |
| **To:** | Fischer, Aron (x2363); Cutri, Elizabeth A.; _cg Celltrion Internal |
| **Cc:** | Alison Casey; Heather B. Repicky; #Hospira-Infliximab; inflixWS; Andrea L. Martin; dkelly@burnslev.com |
| **Subject:** | RE: Janssen v. Celltrion |

Aron,

As Liz mentioned, there is quite a bit of time and discovery remaining between now and the deadlines for filing motions and we have not decided what motions in limine, Daubert, and summary judgment motions we intend to file in May.  Given the amount of time the Court has set aside in June to hear motions, we do not believe there will be any problem fitting this motion into the schedule. Please let us know Janssen's position on the requests for leave to file the motion, to permit up to 30 pages, and to set a briefing schedule. We remain willing to discuss this with you today if you would like.

**Gregory B. Sanford**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2744
**F** +1 312 862 2200

gregory.sanford@kirkland.com

**From:** Fischer, Aron (x2363) <afischer@pbwt.com>
**Sent:** Friday, March 30, 2018 6:08 AM
**To:** Cutri, Elizabeth A. <elizabeth.cutri@kirkland.com>; _cg Celltrion Internal <CelltrionInternal@pbwt.com>
**Cc:** Alison Casey <ACasey@nutter.com>; Heather B. Repicky <HRepicky@nutter.com>; #Hospira-Infliximab <Hospira-Infliximab@kirkland.com>; inflixWS <inflixWS@winston.com>; Andrea L. Martin <amartin@burnslev.com>; dkelly@burnslev.com
**Subject:** RE: Janssen v. Celltrion

Liz,

The reason we need to know what other motions you are filing is that we are concerned whether there is enough room in the schedule for an untimely motion for summary judgment on liability, and that depends on what else is on the schedule.  I find it unlikely that you have no idea what motions you are planning to file.  Please provide the information that you have.

Thanks
Aron

**Aron Fischer**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
t: 212-336-2363
f: 212-336-1240
afischer@pbwt.com

**From:** Cutri, Elizabeth A. [mailto:elizabeth.cutri@kirkland.com]
**Sent:** Friday, March 30, 2018 1:30 AM
**To:** Fischer, Aron (x2363); _cg Celltrion Internal
**Cc:** Alison Casey; Heather B. Repicky; #Hospira-Infliximab; inflixWS; Andrea L. Martin; dkelly@burnslev.com
**Subject:** RE: Janssen v. Celltrion

Aron,

As you know, discovery is ongoing. Janssen has not completed its expert reports, and no experts have been deposed. We are still considering what summary judgment, *Daubert*, and *in limine* motions Defendants will file in May. We do not see why that should hold up the ensnarement motion or the motion for leave though. Please let us know Janssen's position on the requests for leave to file the motion, to permit up to 30 pages, and to set a briefing schedule. We remain willing to discuss on Friday if you would like.

Regards,
Liz

**Elizabeth Cutri**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7160
**F** +1 312 862 2200

elizabeth.cutri@kirkland.com

**From:** Fischer, Aron (x2363) <afischer@pbwt.com>
**Sent:** Thursday, March 29, 2018 3:45 PM
**To:** Cutri, Elizabeth A. <elizabeth.cutri@kirkland.com>; _cg Celltrion Internal <CelltrionInternal@pbwt.com>
**Cc:** Alison Casey <ACasey@nutter.com>; Heather B. Repicky <HRepicky@nutter.com>; #Hospira-Infliximab <Hospira-Infliximab@kirkland.com>; inflixWS <inflixWS@winston.com>; Andrea L. Martin <amartin@burnslev.com>; dkelly@burnslev.com
**Subject:** RE: Janssen v. Celltrion

Liz,

You're correct that we would oppose the underlying motion.  In order decide what our position will be on leave to file, we need to know more about what else is on the agenda for June.  Please let us know what, if any, additional motions for summary judgment, motion to exclude experts, and in limine motions you intend to file this May.

Thanks
Aron

**Aron Fischer**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
t: 212-336-2363
f: 212-336-1240
afischer@pbwt.com

**From:** Cutri, Elizabeth A. [mailto:elizabeth.cutri@kirkland.com]
**Sent:** Thursday, March 29, 2018 4:19 PM
**To:** _cg Celltrion Internal
**Cc:** Alison Casey; Heather B. Repicky; #Hospira-Infliximab; inflixWS; Andrea L. Martin; dkelly@burnslev.com
**Subject:** Janssen v. Celltrion

Counsel,

Defendants intend to file a motion seeking leave to file a motion for summary judgment of noninfringement based on ensnarement. We plan to request that the Court set a briefing schedule and hear the motion during the week of June 11. We also intend to ask for up to 30 pages for our opening brief. We expect Janssen would oppose the summary judgment motion, but please let us know Janssen's position on the motion for leave by Monday morning. If you would like to discuss, we are available on Friday.

Regards,
Liz

**Elizabeth Cutri**

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7160
**F** +1 312 862 2200

elizabeth.cutri@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you

should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.