## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JANSSEN BIOTECH, INC.,

               Plaintiff,

    v.

CELLTRION HEALTHCARE CO., LTD.,
CELLTRION, INC., and
HOSPIRA, INC.

               Defendants.

No. 1:17-cv-11008
**PUBLIC**
**REDACTED VERSION**

## RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
## THAT THERE WERE AVAILABLE AND ACCEPTABLE NON-INFRINGING
## ALTERNATIVES TO THE ASSERTED PATENT

Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc. (together, "Celltrion") and Hospira, Inc. (collectively, "Defendants") submit this statement, pursuant to Local Rule 56.1 of the United States District Court for the District of Massachusetts, in support of their motion for summary judgment that there were available and acceptable non-infringing alternatives to the asserted patent.   The materials facts as to which there is no genuine issue to be tried are as follows:

## I.      The '083 Patent

1.      Janssen asserts infringement of U.S. Patent No. 7,598,083 ("'083 Patent"), which claims a specific formulation of cell culture media. Dkt. 1 (Complaint) at ¶ 1.

2.      Claim 1 of the '083 Patent states: "A soluble composition, suitable for producing a final volume of cell culture media, wherein the composition comprises the following components in the following amounts per liter of the final volume of cell culture media:

anhydrous $CaCl_2$, 5-200 mg;
anhydrous $MgCl_2$, 15-50 mg;
anhydrous $MgSO_4$, 20-80 mg;
$FeSO_4.7H_2O$, 0.05-0.50 mg;
$Fe(NO_3)_3.9H_2O$, 0.01-0.08 mg;
$ZnSO_4.7H_2O$, 0.40-1.20 mg;
ferric ammonium citrate, 0.04-200 mg;
KCl, 280-500 mg;
NaCl, 5000-7500 mg;
$NaH_2PO_4.H_2O$, 30-100 mg;
$Na_2HPO_4$, 30-100 mg;
$CuSO_4.5H_2O$, 0.001-0.005 mg;
$CoCl_2.6H_2O$, 0.001-0.10 mg;
$(NH_4)_6Mo_7O_{24}$ $4H_2O$, 0.001-0.005 mg;
$MnSO_4.H_2O$, 0.000070-0.0080 mg;
$NiSO_4.6H_2O$, 0.000025-0.0005 mg;
$Na_2SeO_3$, 0.004-0.07 mg;
$Na_2SiO_3.9H_2O$, 0.02-0.4 mg;
$SnCl_2.2H_2O$, 0.000025-0.0005 mg;
$NH_4VO_3$, 0.0001-0.0025 mg;
D-Glucose, 500-8000 mg;
sodium pyruvate, 0.0-1000 mg;
sodium hypoxanthine, 0.0-20.0 mg;

glycine, 0.0-150 mg;
L-alanine, 0.0-150 mg;
L-arginine.HCl, 200-5000 mg;
L-asparagine.$H_2O$, 40-250 mg;
L-aspartic acid, 20-1000 mg;
L-cysteine.HCl $H_2O$, 25.0-250 mg;
L-cystine.2HCl, 15-150 mg;
L-glutamic acid, 0-1000 mg;
L-histidine.HCl.$H_2O$, 100-500 mg;
L-isoleucine, 50-1000 mg;
L-leucine, 50-1000 mg;
L-lysine.HCl, 100-1000 mg;
L-methionine, 50-500 mg;
L-ornithine.HCl, 0-100 mg;
L-phenylalanine, 25-1000 mg;
L-proline, 0-1000 mg;
L-serine, 50-500 mg;
L-taurine, 0-1000 mg;
L-threonine, 50-600 mg;
L-tryptophan, 2-500 mg;
L-tyrosine.2Na.$2H_2O$, 25-250 mg;
L-valine, 100-1000 mg;
d-biotin, 0.04-1.0 mg;
D-calcium pantothenate, 0.1-5.0 mg;
choline chloride, 1-100 mg;
folic acid, 1-10 mg;
i-Inositol, 10-1000 mg;
nicotinamide, 0.5-30 mg;
p-aminobenzoic acid, 0.1-20 mg;
riboflavin, 0.05-5.0 mg;
thiamine.HCl, 0.5-20 mg;
thymidine, 0-3.0 mg;
vitamin $B_{12}$, 0.05-5.0 mg;
linoleic acid, 0.01-2.0 mg;
DL-$\alpha$-lipoic acid, 0.03-1.0 mg;
pyridoxine.HCl, 0.5-30 mg;
putrescine.2HCl, 0.025-0.25 mg; and
ethanolamine.HCl, 2-100 mg."

Dkt. 227-13, '083 Patent at Claim 1.

3.      The asserted claims of the '083 Patent contain two limitations directed to magnesium salts: "anhydrous $MgCl_2$ [magnesium chloride], 15-50 mg" and "anhydrous $MgSO_4$ [magnesium sulfate], 20-80 mg."  Dkt. 227-13, '083 Patent at Claim 1.

4.      Janssen's  expert  Dr.  Butler  ████████████████████████████

███████████████████████████████████████████████████████████████████████████

Ex. 1, Butler 4/17/18 Dep. Tr. at 114:14-16.

## II.     The Accused Media

5.      Janssen contends that two GE HyClone cell culture media products—Growth

Powder (HyClone Catalog No. SH3A2713) and Production Power (HyClone Catalog No.

SH3A2800)—are covered by the asserted claims of the '083 Patent under the doctrine of

equivalents.  Dkt. 221-1 at ¶ 12.

6.      Defendants use the accused cell culture media as part of a process to grow cells in

the production of the drug infliximab (Inflectra®).  Dkt. 221-3, Butler Op. at ¶ 59.  Inflectra®

was not launched in United States until 2016. Ex. 2, Frohlich Rep. ¶ 101.

7.      GE HyClone includes both magnesium chloride and magnesium sulfate in the

allegedly infringing media. Ex. 2, Frohlich Rep. at App'x C.

8.      Dr. Butler's infringement theory looked to active components rather than the

chloride or sulfate attached to them. For example, Dr. Butler argued a limitation directed to

another trace metal, copper sulfate, was met because "[w]hether the source of [active

component] copper(II) in the media is a sulfate salt (as in the claim), or a mixture of chloride and

sulfate salts (as in the Celltrion Media), in solution cells will encounter free copper(II)." Dkt.

221-3, Butler Op. at ¶ 59.

## III.    Other Media Used To Produce Infliximab

9.      The cell culture media claimed in the '083 Patent is not the only media that could

be used in producing infliximab:

████████████████████████████████████████████████████████

███████████████████████████████████████████████

Ex. 1, Butler 4/17/18 Dep. Tr. at 45:16-21.

      10.   █████████████████████████████████

████████████████████████  *Id.* at 43:6-45:21.

## IV.    Eliminating Magnesium Chloride And increasing It With Any Interchangeable Amount Of Magnesium Sulfate

      11.    In one of Defendants' proffered non-infringing alternatives, one of the claimed magnesium salts is eliminated and the other claimed magnesium salt is increased to compensate, such that the same total amount of magnesium is provided. Ex. 2, Frohlich Rep. ¶ 273. To illustrate, Defendants could have eliminated magnesium chloride and increased the magnesium sulfate to compensate. *Id.*

      12.    Dr. Butler ████████████████████████████



Ex. 1, Butler 4/17/18 Dep. Tr. at 115:24-116:13.[1]

      13.    Dr. Butler does not dispute that this magnesium change would work; ████████



---

[1] All objections omitted from deposition quotes in this document.



Ex. 1, Butler 4/17/18 Dep. Tr. at 120:9-121:13.

14.     GE HyClone added both forms of magnesium to the accused products.  Ex. 2, Frohlich Rep. at App'x C.

15.     Janssen has proffered no evidence that eliminating magnesium chloride and increasing the concentration of magnesium sulfate would result in infringement.  Instead, Janssen's expert reports proffered to rebut Defendants' asserted non-infringing alternatives fail to allege infringement of the magnesium switch and Dr. Butler refused to answer if it would infringe:





Ex. 1, Butler 4/17/18 Dep. Tr. at 117:13-118:16.

16.     On the date of first (supposed) infringement in October 2009, Celltrion 

Ex. 2, Frohlich Rep. ¶ 109.

Dated: May 4, 2018

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/*Andrea L. Martin, Esq.*
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: 617-345-3000
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
Gregory B. Sanford (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com
gregory.sanford@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
Tel: (202) 879-5000
noah.frank@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare
Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2018.

<u>*/s/Andrea L. Martin, Esq.*</u>
Andrea L. Martin, Esq.