# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **JANSSEN BIOTECH, INC. and** | ) | |
| **NEW YORK UNIVERSITY** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:15-cv-10698** |
| | ) | |
| **CELLTRION HEALTHCARE CO., LTD.,** | ) | |
| **CELLTRION, INC., and** | ) | |
| **HOSPIRA, INC.** | ) | |
| Defendants. | ) | |
| | ) | |

**REPLY EXPERT REPORT OF ANIL K. RUSTGI, M.D.**

I, Anil K. Rustgi, declare as follows:

1.      My qualifications, including a copy of my *curriculum vitae*, are included in my earlier Expert Report.  As relevant to the present report, I would also add that I oversee the largest volume IBD Center in the country in terms of inpatient admissions, outpatient visits and infusions.

2.      I have been asked by Janssen Biotech, Inc. ("Janssen") to review the Expert Report of Dr. Averil Ma, M.D., and to respond to, or supplement, the subject matter addressed by Dr. Ma.

3.      Dr. Ma does not seem to disagree with anything in my Expert Report.

4.      Dr. Ma and I "agree that Remicade® can make a meaningful difference in wellness and quality of life for a significant number of patients" (Ma Expert Rpt at ¶33).  But then Dr. Ma further states that, in his opinion, "Inflectra® also stands to make a significant

difference in the wellness and quality of life for many patients" (Ma Expert Rpt at ¶33). To be clear, however, I am not aware of any publications or other information that would suggest that there are any medical advantages to prescribing Inflectra® rather than Remicade®. In my opinion, we are lacking the type of robust head-to-head comparison studies that would be needed to demonstrate any advantage to prescribing Inflectra®. I further note that, although Dr. Ma states that "randomized clinical trials have demonstrated similar efficacy and safety between Inflectra® and Remicade®" (Ma Expert Rpt ¶39), it is important to base such a statement upon rigorous peer-reviewed publications, which appear to be lacking.

5.     Dr. Ma also states that a known drawback of Remicade® is patient cost (Ma Expert Rpt ¶34). But patient cost is highly variable depending on geographic region and reimbursement, among other things. I am not aware of evidence in the literature that any patient has been denied treatment with Remicade® due to cost. In my personal experience, at the largest volume infusion facility for Remicade® and IBD treatment, there has never been a situation where an insurance company has denied coverage for Remicade® treatment. In fact, when urgent situations arise, there is a general expedition of such care.

6.     At this point in time, we do not know how much patient cost will be impacted when Inflectra® is introduced to the United States market. Because Remicade® and Inflectra® are both given through intravenous infusion, the cost for treatment includes not only the price of the drug, but also facility and physician charges. Insurance reimbursement for these is normally negotiated and dictated by contracts entered between the entities that employ health care providers and the insurance companies. We have no experience with Inflectra® to provide any real indication of whether, and to what extent, patient cost may be lowered if Inflectra® is prescribed rather than Remicade®, as a key parameter is facility fee.

2

7.      Counseling against switching from Remicade® to Inflectra®, Dr. Ma and I agree that there would be risks to switching a patient who is being successfully treated (*see, e.g.,* Ma Expert Rpt ¶¶44-45).  As explained in my Expert Report, once someone is doing well on a particular biologic, I am generally reluctant to switch to another biologic.  There is a risk of a flare, and in a disease like Crohn's disease, a chronic illness with complex presentation and multiple variables underlying individual responses, it is hard to be formulaic.  We have no experience with Inflectra® in the United States and no experience with switching patients from Remicade® to Inflectra®.  We do not know what effect there will be on efficacy or side effects if a patient is switched from Remicade® to Inflectra®.  Dr. Ma acknowledges this in his Expert Report by noting that,  since Remicade® and Inflectra® are made in different cells and under different cell culture conditions, there may be differences in side effects and immunogenicity (Ma Expert Rpt ¶38).  That means that physicians will be faced with a difficult dilemma if pressured to switch patients from Remicade® to Inflectra® in view of non-medical concerns.

8.      Finally, I agree with Dr. Ma that cell culture media is not something that physicians or patients take into account when selecting a biologic, but cell culture media is necessary to make biologics and the availability of a drug is obviously very important to doctors and patients.

9.      I understand that additional discovery may be completed in this case.  I may supplement or modify this report and my expected testimony as necessary or appropriate after I have reviewed such materials.  I also expect to testify in response to any positions, theories, or evidence that may be presented by Celltrion or Hospira relating to the subject matter of this report.

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Pennsylvania, that the foregoing is true and correct.

Executed on November ____, 2016 in Philadelphia, PA.

_____
Anil K. Rustgi, M.D.

4