UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>        Defendants. | No. 1:17-cv-11008 |

**DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF MICHAEL BUTLER AND RICHARD LIT REGARDING DAMAGES AND INFRINGEMENT**

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 597 (1993), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc. (collectively "Defendants"), hereby move this Court to exclude the opinions of Dr. Michael Butler and Mr. Richard Lit relating to whether cell culture media made in Singapore infringe U.S. Patent No. 7,598,083 under 35 U.S.C. § 271(f)(1). As set forth in Defendants' supporting Memorandum, Mr. Lit's and Dr. Butler's opinions should be excluded because (1) Mr. Lit and Dr. Butler opine that media made in Singapore infringe under 35 U.S.C. § 271(f)(1), without actually performing the statutory analysis under § 271(f)(1); and (2) Mr. Lit's and Dr. Butler's opinion that a substantial portion of the ingredients of the patented invention were exported from the United States to Singapore requires no scientific, technical, or regulatory expertise and is thus not an expert opinion. For both of these reasons, the opinions of Mr. Lit and Dr. Butler are legally improper, irrelevant, and cannot assist the trier of fact. In addition, Dr. Butler's opinion should be excluded because he copied Mr. Lit's analysis and performed no independent analysis of his own on this issue.

WHEREFORE, Defendants respectfully request that this Court exclude the opinions of Mr. Lit and Dr. Butler regarding 35 U.S.C. § 271(f)(1).

| | |
|---|---|
| Dated: May 4, 2018 | Respectfully submitted,<br><br>Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.<br><br>By their attorneys,<br><br>/s/ *Andrea L. Martin, Esq.*<br>Dennis J. Kelly (BBO # 266340)<br>Andrea L. Martin (BBO #666117)<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110-1624<br>Telephone: 617-345-3000<br>Facsimile: 617-345-3299<br>dkelly@burnslev.com<br>amartin@burnslev.com<br><br>James F. Hurst, P.C. (*pro hac vice*)<br>Bryan S. Hales, P.C. (*pro hac vice*)<br>Elizabeth A. Cutri (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: (312) 862-2000<br>james.hurst@kirkland.com<br>bryan.hales@kirkland.com<br>elizabeth.cutri@kirkland.com<br><br>Ryan Kane (*pro hac vice*)<br>James McConnell (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>ryan.kane@kirkland.com<br>james.mcconnell@kirkland.com<br><br>Noah S. Frank (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St., N.W.<br>Washington, DC 20005<br>noah.frank@kirkland.com |

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel has conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issue raised in this motion. No agreement has been reached. Plaintiff has asserted that it will oppose this motion.

　　　　　　　　　　　　　　　　　　　　/s/ Andrea L. Martin, Esq.
　　　　　　　　　　　　　　　　　　　　Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2018.

　　　　　　　　　　　　　　　　　　　　/s/Andrea L. Martin, Esq.
　　　　　　　　　　　　　　　　　　　　Andrea L. Martin, Esq.