# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANSSEN BIOTECH, INC.,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>CELLTRION HEALTHCARE CO., LTD.,  )<br>CELLTRION, INC., and  )<br>HOSPIRA, INC.,  )<br>  )<br>        Defendants.  )<br>  ) | Civil Action No. 1:17-cv-11008-MLW |

## JANSSEN'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF NON-INFRINGING ALTERNATIVES

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff Janssen Biotech, Inc. ("Janssen") hereby moves for summary judgment on the issue of non-infringing alternatives. Defendants have failed to raise a genuine issue of material fact on the issue of whether an acceptable non-infringing alternative was available as of the date of first infringement. Because, on the undisputed facts, Defendants cannot show that an acceptable non-infringing alternative was available on the date of first infringement, the Court should grant summary judgment on that issue. Janssen relies on the accompanying memorandum of law, statement of undisputed facts, the attached exhibits, as well as such other written and oral argument as may be presented to the Court.

Respectfully Submitted,

Dated: May 4, 2018

<div style="display: flex;">
<div>

*Of Counsel*
Gregory L. Diskant (admitted *pro hac vice*)
gldiskant@pbwt.com
Irena Royzman (admitted *pro hac vice*)
iroyzman@pbwt.com
Aron Fischer (admitted *pro hac vice*)
afischer@pbwt.com
Andrew D. Cohen (admitted *pro hac vice*)
acohen@pbwt.com
Daniel A. Friedman (admitted *pro hac vice*)
dfriedman@pbwt.com
Benjamin F. Jackson (admitted *pro hac vice*)
bjackson@pbwt.com
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
FAX: 212-336-2222

</div>
<div>

*/s/ Alison C. Casey*
Heather B. Repicky (BBO # 663347)
hrepicky@nutter.com
Alison C. Casey (BBO #688253)
acasey@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000
FAX: 617-310-9192

*Attorneys for Plaintiff Janssen Biotech, Inc.*

</div>
</div>

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 7.1(d), Janssen respectfully requests oral argument.

## L.R. 7.1(a)(2) CERTIFICATION

I hereby certify that Janssen's counsel conferred with Defendants' counsel and attempted in good faith to resolve or narrow the issues in this motion; Defendants will oppose this Motion.

*/s/ Aron Fischer*
Aron Fischer

## CERTIFICATE OF SERVICE

I certify that on May 4, 2018, this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing and if not so registered, that copies will be electronically mailed to such parties or their counsel.

*/s/ Alison C. Casey*
Alison C. Casey