IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., </br>  Plaintiff, </br></br> v. </br></br> CELLTRION HEALTHCARE CO., LTD., </br> CELLTRION, INC., and </br> HOSPIRA, INC., </br>  Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 1:17-cv-11008-MLW </br> ) </br> ) CONFIDENTIAL </br> ) FILED UNDER SEAL </br> ) </br> ) </br> ) |

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF NON-INFRINGING ALTERNATIVES**

# FILED UNDER SEAL