# Exhibit 55

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

JANSSEN BIOTECH, INC. and
NEW YORK UNIVERSITY

    Plaintiffs,

vs.

CELLTRION HEALTHCARE CO., LTD.,
CELLTRION, INC., and
HOSPIRA, INC.

    Defendants.

Civil Action No. 1:15-cv-10698

## STIPULATION

WHEREAS, Defendant Celltrion, Inc. submitted an abbreviated Biologic License Application ("aBLA") No. 125544 seeking permission to market a proposed biosimilar version of Plaintiff Janssen Biotech, Inc.'s ("Janssen") biological medicine Remicade (infliximab);

WHEREAS, Janssen has sued Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively, "Defendants") for infringement of several patents based on the submission of aBLA No. 125544 and to enforce the patent dispute resolution provisions of the Biologic Price Competition and Innovation Act, 42 U.S.C. § 262(*l*);

WHEREAS, Defendants have answered the complaint and have asserted defenses;

WHEREAS, on April 8, 2015, Janssen filed a motion for partial summary judgment and for a preliminary and permanent injunction ("PI Motion") based on the contention that 42 U.S.C. § 262(*l*)(8)(A) prohibits Defendants from commercially marketing their biosimilar product in the United States for 180 days after it is licensed;

WHEREAS, Defendants opposed Janssen's PI Motion;

9056020v.1

Case 1:17-cv-11008-MLW Document 24 Filed 07/11/16 Page 2 of 5
Case 1:15-cv-10698-MLW Document 207 Filed 07/14/16 Page 3 of 45

-2-

WHEREAS, on February 10, 2016, the Court denied Janssen's PI Motion without prejudice, in light of the parties' agreement that the pending appeal in *Amgen Inc. et al v. Apotex, Inc. et al*, Docket No. 16-1308 (Fed. Cir.) ("*Amgen v. Apotex*"), was likely to affect the legal disputes at issue in the PI Motion;

WHEREAS, on April 5, 2016, Defendants' biosimilar product was licensed for sale in the United States by the U.S. Food & Drug Administration;

WHEREAS, on July 5, 2016, the Federal Circuit issued its ruling in *Amgen v. Apotex*, which affirmed the district court's grant of a 180-day preliminary injunction;

WHEREAS, the parties dispute whether the 180-day period extends through October 1, 2016, or through October 2, 2016;

WHEREAS, the parties have agreed that it will not be necessary for the Court to resolve this dispute, or for Janssen to file a Renewed 180-day PI Motion.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Defendants agree not to sell in the United States their proposed biosimilar version of Janssen's Remicade for use by doctors or patients before October 3, 2016.

2. This stipulation is for purposes of this litigation only and should not be deemed an admission by any party in any other litigation.

Dated: July 11, 2016

*/s/ Andrea L. Martin*
BURNS & LEVINSON LLP
Dennis J. Kelly BBO# 266340
Andrea L. Martin BBO# 666117
125 Summer Street
Boston, MA 02110-1624
Tel.: (617) 345-3000
Fax: (617) 345-3299

Dated: July 11, 2016

*/s/ Alison C. Casey*
NUTTER MCCLENNEN & FISH LLP
Heather B. Repicky BBO# 663347
Alison C. Casey BBO# 688253
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel.: (617) 439-2000
Fax: (617) 310-9191

-3-

Email: dkelly@burnslev.com
Email: amartin@burnslev.com

WINSTON & STRAWN LLP
Charles B. Klein (admitted *pro hac vice*)
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100
Email: cklein@winston.com

Samuel S. Park (admitted *pro hac vice*)
Dan H. Hoang (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
Email: spark@winston.com
Email: dhoang@winston.com

*Attorneys for Celltrion Healthcare Co., Ltd., Celltrion, Inc. and Hospira Inc.*

Email: hrepicky@nutter.com
Email: acasey@nutter.com

PATTERSON BELKNAP WEBB & TYLER LLP
Gregory L. Diskant (admitted *pro hac vice*)
Irena Royzman (admitted *pro hac vice*)
Aron Fischer (admitted *pro hac vice*)
Andrew D. Cohen (admitted *pro hac vice*)
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
Email: gldiskant@pbwt.com
Email: iroyzman@pbwt.com
Email: afischer@pbwt.com
Email: acohen@pbwt.com

*Attorneys for Janssen Biotech, Inc. and New York University*

-4-

## LOCAL RULE 5.2(b) CERTIFICATE OF SERVICE

    I certify that this document (filed through the ECF system) will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2016.

                                                    */s/ Alison C. Casey*