# Exhibit 56

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
JANSSEN BIOTECH, INC.,      )
     Plaintiff,             )
                            )
                            )
     v.                     )
                            )   C.A. No. 17-11008-MLW
                            )
CELLTRION HEALTHCARE CO.,   )
LTD., ET AL.,               )
     Defendants.            )
                            )
```

ORDER

WOLF, D.J.                                      February 20, 2018

For the reasons discussed in detail in court on February 16, 2018, it is hereby ORDERED that:

1. The Defendants' Motion to Compel Production of Third-Party Documents (Docket Nos. 86, 87) is DENIED.

2. The Defendants' Motion to Compel Third Party Biogen to Comply with Subpoenas (Docket Nos. 127, 128) is DENIED, except that the defendants may take a limited deposition of Biogen, Inc. Vice President of Technical Development John Ruesch, who submitted a declaration in support of Biogen's opposition (Docket No. 142). The deposition shall be completed by March 2, 2018. The deposition shall be limited to: (a) the credibility of the assertions in Mr. Ruesch's declaration, including whether the Biogen cell culture medium used to produce Renflexis ("the Biogen medium") is

confidential, whether Biogen has ever licensed or sold the Biogen medium to third parties with whom it does not collaborate, and the process of developing it; (b) the number and nature of the scientists involved in developing the Biogen medium; (c) the length of time and expense involved in developing the Biogen medium; and (d) whether Biogen started the development process with a publicly available medium.

The defendants shall not ask questions at the Biogen deposition concerning: (a) which, if any, publicly available medium Biogen used; (b) the composition of the Biogen medium; or (c) the ingredients of the Biogen medium.

3. The parties shall order, on an expedited basis, the portion of the transcript of the February 16, 2018 hearing containing the rulings on the Defendants' Motions to Compel.

                                      /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE