## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>              Defendants. | No. 1:17-cv-11008 |

### *ASSENTED-TO* MOTION FOR LEAVE TO IMPOUND CONFIDENTIAL PORTIONS OF DEFENDANTS' MEMORANDA AND CERTAIN EXHIBITS

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Case No. 15-10698, Dkt. 170), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiff's, Defendants' and/or third-party confidential and proprietary information:

### Documents Related to Defendants' Memorandum in Support of Defendants' *Daubert* Motion to Exclude Opinion of Sean Nicholson (Dkt. 239)

- Defendants' Memorandum In Support Of Defendants' *Daubert* Motion to Exclude Opinion of Sean Nicholson Regarding Damages ("Nicholson *Daubert*");

- Exhibit 1 to the Nicholson *Daubert*, Excerpts of the Deposition Transcript of Sean Nicholson;

- Exhibit 2 to the Nicholson *Daubert*, Excerpts of the Deposition Transcript of Matthew Hales;

- Exhibit 3 to the Nicholson *Daubert*, Expert Report of Dr. Gregory K. Leonard dated March 29, 2018;

- Exhibit 5 to the Nicholson *Daubert*, Expert Report of Sean Nicholson, Ph.D. dated January 19, 2018;

- Exhibit 6 to the Nicholson *Daubert*, Excerpts of Plaintiff's Response to Defendants' First Set of RFAs (Feb. 1, 2018);

- Exhibit 7 to the Nicholson *Daubert*, Excerpts of the Deposition Transcript of Brian Douglass;

- Exhibit 8 to the Nicholson *Daubert*, Rebuttal Damages Expert Report of Dr. Bert T. Frohlich dated March 21, 2018;

- Exhibit 9 to the Nicholson *Daubert*, Excerpts of the Deposition Transcript of Scott White;

- Exhibit 10 to the Nicholson *Daubert*, Excerpts of the Deposition Transcript of Maurice John Hickey;

- Exhibit 11 to the Nicholson *Daubert*, Supplemental Expert Report of Sean Nicholson, Ph.D. dated March 20, 2018;

- Exhibit 13 to the Nicholson *Daubert*, Excerpts of document bearing bates numbers HOS0044966 to HOS0045020;

- Exhibit 14 to the Nicholson *Daubert*, Excerpts of document bearing bates numbers HOS0044877 to HOS0044889;

**Documents Related to Defendants' Memorandum in Support of Defendants' Motion to Exclude Certain Opinions of Michael Butler and Richard Lit (Dkt. 242)**

- Defendants' Memorandum In Support Of Defendants' Motion to Exclude Certain Opinions of Michael Butler and Richard Lit Regarding Damages and Infringement ("Butler and Lit *Daubert*")

- Exhibit 1 to the Butler and Lit *Daubert*, Reply Damages Expert Report of Professor Michael Butler, Ph.D. dated April 10, 2018;

- Exhibit 2 to the Butler and Lit *Daubert*, Excerpts of the Deposition Transcript of Richard Lit;

- Exhibit 3 to the Butler and Lit *Daubert*, Document bearing bates number GEHC-10698-052909;

- Exhibit 4 to the Butler and Lit *Daubert*, Supplement to Opening Damages Expert Report of Richard Lit dated March 12, 2018;

- Exhibit 5 to the Butler and Lit *Daubert*, Supplement to Opening Damages Expert Report of Professor Michael Butler, Ph.D. dated March 15, 2018;

- Exhibit 6 to the Butler and Lit *Daubert*, Opening Damages Expert Report of Richard Lit dated January 19, 2018;

- Exhibit 7 to the Butler and Lit *Daubert*, Reply Damages Expert Report of Richard Lit, dated April 10, 2018;

- Exhibit 8 to the Butler and Lit *Daubert*, Excerpts of the Deposition Transcript of Michael Butler dated April 17, 2018;

- Exhibit 9 to the Butler and Lit *Daubert*, Opening Damages Expert Report of Professor Michael Butler Ph.D. dated January 19, 2018;

**Documents Related to Defendants' Motion for Partial Summary Judgment (Dkt. 236)**

- Defendants' Memorandum In Support Of Defendants' Motion For Partial Summary Judgment That There Were Available and Acceptable Non-Infringing Alternatives to the Asserted Patent ("Summary Judgment Memorandum");

- Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment of That There Were Available and Acceptable Non-Infringing Alternatives to the Asserted Patent ("Summary-Judgment Statement of Facts");

- Exhibit 1 to the Summary Judgment Memorandum, Excerpts of the Deposition Transcript of Michael Butler dated April 17, 2018;

- Exhibit 2 to the Summary Judgment Memorandum, Excerpts of the Rebuttal Damages Expert Report of Dr. Bert T. Frohlich dated March 21, 2018;

Defendants filed publicly available, redacted versions of the Nicholson *Daubert*, the Butler and Lit *Daubert*, and the Summary Judgment Memorandum through the electronic filing system.

Defendants request the other documents identified above be sealed in their entirety.

Plaintiff assents to this Motion.

WHEREFORE, Defendants respectfully request that this Court allow this Motion.

Dated: May 4, 2018

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/*Andrea L. Martin, Esq.*
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: 617-345-3000
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
Gregory B. Sanford (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com
gregory.sanford@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
Tel: (202) 879-5000
noah.frank@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare
Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## **LR 7.1(a)(2) CERTIFICATION**

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion on May 4; Plaintiff assents to this Motion.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

## **CERTIFICATE OF SERVICE**

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2018.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

4818-4952-5861.1