UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.<br><br>Plaintiff,<br><br>v.<br><br>CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC.,<br><br>Defendants. | Civil Action No. 1:17-cv-11008-MLW |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Massachusetts, we, the following attorneys of record, hereby withdraw as counsel for Intervenor Samsung Bioepis, Co., Ltd. ("Bioepis"):

    John C. Adkisson, admitted *pro hac vice*
    Email: adkisson@fr.com
    Fish & Richardson P.C.
    3200 RBC Plaza
    60 South Sixth Street
    Minneapolis, MN 55402

    Robert Oakes, admitted *pro hac vice*
    Email: RMO@fr.com
    Fish & Richardson P.C.
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19899

    John Kilyk, Jr., admitted *pro hac vice*
    Email: jkilyk@leydig.com
    Leydig, Voit & Mayer, Ltd.
    Two Prudential Plaza
    180 N. Stetson Avenue, Suite 4900
    Chicago, IL 60601

    Bruce M. Gagala, admitted *pro hac vice*
    Email: bgagala@leydig.com
    Leydig, Voit & Mayer, Ltd.
    Two Prudential Plaza

    180 N. Stetson Avenue, Suite 4900
    Chicago, IL 60601

Please remove our respective email addresses from the Court's electronic notification system for this case. Jenny A. Shmuel of the law firm of Fish & Richardson P.C. will continue to represent Bioepis at this time.

Pursuant to Local Rule 83.5.2(d), all parties have been informed of Bioepis's counsel's intention to withdraw and no party opposes the relief sought herein.

Dated:  May 7, 2018

/s/*John C. Adkisson*
John C. Adkisson, admitted *pro hac vice*
Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
adkisson@fr.com

Robert M. Oakes, admitted *pro hac vice*
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
Tel: 302-652-5070
Fax: 302-652-0607
rmo@fr.com

Jenny Shmuel, Esq.
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA  02210
shmuel@fr.com

John Kilyk, Jr., admitted *pro hac vice*
Email: jkilyk@leydig.com
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601

Bruce M. Gagala, admitted *pro hac vice*
Email: bgagala@leydig.com
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Avenue, Suite 4900
Chicago, IL 60601

*Attorneys for Samsung Bioepis, Co., Ltd.*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1

I hereby certify that Samsung Bioepis, Co., Ltd. has complied with the provisions of Local Rule 7.1. Plaintiff's and Defendants' counsel have stated that they do not oppose the relief requested herein.

/s/*John C. Adkisson*
John C. Adkisson

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 7th day of May, 2018.

/s/*John C. Adkisson*
John C. Adkisson