UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANSSEN BIOTECH, INC., <br>         Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., LTD., <br> CELLTRION, INC., and <br> HOSPIRA, INC. <br>         Defendants. | Case No. 1:17-cv-11008-MLW |

## ASSENTED-TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF BARBARA L. MULLIN

Plaintiff Janssen Biotech, Inc., by and through Nutter McClennen & Fish LLP, Seaport West, 155 Seaport Boulevard, Boston, Massachusetts, hereby moves that Barbara L. Mullin of Akin Gump Strauss Hauer & Feld LLP be admitted *pro hac vice* in the above case. Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavit of Barbara L. Mullin.

JANSSEN BIOTECH, INC.,

By its attorney,

 /s/ Alison C. Casey
Alison C. Casey (BBO # 688253)
acasey@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: May 9, 2018

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that on May 9, 2018, counsel for plaintiff conferred with counsel for defendants regarding the subject of this motion. Defendants assent to this motion.

                                                 /s/ Alison C. Casey

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was filed through the electronic filing system and served electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                 /s/ Alison C. Casey