# JANSSEN EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **JANSSEN BIOTECH, INC. and** | ) | |
| **NEW YORK UNIVERSITY** | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:15-cv-10698** |
| | ) | |
| **CELLTRION HEALTHCARE CO., LTD.,** | ) | **CONTAINS INFORMATION** |
| **CELLTRION, INC., and** | ) | **DESIGNATED BY** |
| **HOSPIRA, INC.** | ) | **DEFENDANTS AS** |
| Defendants. | ) | **CONFIDENTIAL AND BY** |
| ——————————————————— | ) | **HYCLONE AS OUTSIDE** |
| | | **COUNSEL'S EYES ONLY** |

**OPENING INFRINGEMENT EXPERT REPORT OF PROFESSOR MICHAEL BUTLER, PH.D.**

I, Michael Butler, declare as follows:

## I.    Qualifications

1.    I am a Distinguished Professor in the Department of Microbiology at the University of Manitoba in Winnipeg, Canada.  My research focuses, among other things, on bioprocess development (including the development of cell culture media) and the effect of cell culture media on the metabolism of cells and the glycosylation of the proteins the cells produce. I am also the director of MabNet (the Strategic Network for the Production of Single-type Glycoform Monoclonal Antibodies), a collaboration among academics, industry, and government in Canada focused on the development of monoclonal antibodies.

2.    I have conducted research in the area of cell culturing and antibody production, and the development of cell culture media, for over 35 years, beginning in the early 1980s.  In

1980, I developed the first perfusion system to be used for the continuous culture of anchorage-dependent cells on microcarriers, and was the first to publish on the perfusion culture of mammalian cells.  I was also the first to publish (in the early 1980s) on the inhibitory effects of ammonia production in cell culture; this toxic metabolic by-product is now recognized as the primary factor in limiting final cell yields in many processes.

3.      In 2001, I founded a media development company called Biogro Technologies Inc.  The company is a spin-off of my research efforts and, under my direction, has commercialized a number of serum-free media formulations for the growth of commercially important mammalian cell lines.  I am the CEO and major shareholder of Biogro.

4.      In 2004, I was awarded the Synergy Award for innovation involving University-Industry collaboration, on the basis of a 14-year technology transfer from my university to a company called Cangene relating to a cell culture process for the production of recombinant proteins.

5.      Since the early 2000s, I have taught a course on industrial bioprocesses, teaching students about all stages of the industrial scale production of biologics and biopharmaceuticals, from cell line development through commercial production, including covering the development of cell culture media.

6.      I am an author on over 150 peer-reviewed publications.  My publications span the fields of cell culture processes, energy metabolism in cells, the effects of undefined components of cell culture media, and the effects of cell culture media on glycosylation of biologically produced proteins.  My Hirsch Index, which is a measure of the impact of my publications, is 33.

7.      I have also authored and edited a number of books on animal cell culture technology, including editing the textbook *Animal Cell Technology:  From Biopharmaceuticals*

2

*to Gene Therapy*, published in 2008.  I was also an editor of *The Encyclopedia of Cell Technology*, published in 2000.

8.      I have been an editor of the journal *Biotechnology Advances* since 1999, and have been on the editorial board of the journal *Biotechnology and Engineering* since 2003 and the journal *Open Biotechnology Journals* since 2006.

9.      I served as the President of the International Society for Protein Expression from 2011 to 2013.  I served on the Executive Committee of the European Society for Animal Cell Technology (ESACT) from 2009-2011.

10.     Effective September 1, 2016, I will start a position as the Chief Scientific Officer at the National Institute for Bioprocessing Research and Training (NIBRT) in Dublin, Ireland. NIBRT is a world class center for training and research in biopharmaceutical manufacturing, whose mission is to support the growth and development of all aspects of the biopharmaceutical industry in Ireland by becoming a global leader in biopharmaceutical manufacturing research, education, and training.

11.     My qualifications are set forth in full in my curriculum vitae, which is attached as Exhibit A.

## II.     Summary of Opinion

12.     I have been asked by counsel for Plaintiff Janssen Biotech, Inc. for my opinion regarding whether two of Celltrion's cell culture media formulations – which Celltrion uses in the manufacture of its biosimilar of Remicade® – infringe claims 1 and 2 of U.S. Patent No. 7,598,083 ("the '083 patent") under the doctrine of equivalents.

13.     I have reviewed the '083 patent, the formulations of Celltrion's cell culture media powders, portions of Celltrion's Biologics License Application ("BLA"), the Report of Dr. Florian Wurm and Dr. Maria De Jesus dated April 13, 2016 ("The Lab Report"), and other

3

materials. Based on this review, and my knowledge of and experience with cell culture media, it

is my opinion that Celltrion Growth Medium (HyClone Catalog No. SH3A2713, hereinafter

"CGM") and Celltrion Production Medium (HyClone Catalog No. SH3A2800, hereinafter

"CPM") (collectively, the "Celltrion Media"), custom made for Celltrion by HyClone

Laboratories, Inc., each infringe claims 1 and 2 of the '083 patent under the doctrine of

equivalents.

## III.    Background Information

14.     Biologic medicines, or biologics, are complex biological molecules that are

produced in living organisms, such as cells, rather than chemically synthesized.  Biologics like

Remicade®, as well as Celltrion's and Hospira's proposed biosimilar infliximab product, are

made from living cells *in vitro* (literally "in glass", *i.e.*, outside of a living organism).  Because

the biologic manufacturing process is complex and uses living cells, the structural features of a

biologic drug can vary based on the precise manner in which the biologic is made.

15.     To grow and maintain ("culture") such living cells *in vitro* requires cell culture

media.  An appropriate cell culture medium contains all the ingredients necessary to grow and

maintain the cells, as well as to allow them to produce the biological product of interest.

Without an appropriate cell culture medium, it is not possible to produce biologic medicines on a

clinically relevant scale or with the desired characteristics.  As a result, the development of

appropriate cell culture media for a biopharmaceutical process is essential to bringing a biologic

or biosimilar to market.

16.     If asked at trial, I may give a tutorial, with the assistance of visual aids, on cell

culture processes in biotechnology, the use of cell culture media in cell culture processes, cell

culture media generally, or any other matters discussed in this report.

4

## IV.    The '083 Patent

17.    The '083 patent describes cell culture media formulations useful for the culture of eukaryotic cells, particularly mammalian cells such as the myeloma-derived SP2/0 cells. (Col. 4:30 – col. 5:3.)  One aspect of the '083 patent relates to a soluble composition, typically a powder, suitable for producing a cell culture medium.  (Col. 5:4 – col. 6:4.)  A liquid cell culture medium is prepared from the soluble compositions of the invention by first dissolving them in water.  (Col. 7:37 – col. 8-21.)

18.    The patent describes a soluble composition that includes 61 ingredients with various ranges of concentration.  (Col. 5:4 – col. 6:4.)  This composition is also claimed in claim 1 of the patent:

> 1.    A soluble composition, suitable for producing a final volume of cell culture media wherein the composition comprises the following components in the following amounts per liter of the final volume of cell culture media:
> anhydrous $CaCl_2$, 5-200 mg;
> anhydrous $MgCl_2$, 15-50 mg;
> anhydrous $MgSO_4$, 20-80 mg;
> $FeSO_4 \bullet 7H_2O$, 0.05-0.50 mg;
> $Fe(NO_3)_3 \bullet 9H_2O$, 0.01-0.08 mg;
> $ZnSO_4 \bullet 7H_2O$, 0.40-1.20 mg;
> ferric ammonium citrate, 0.04-200 mg;
> $KCl$, 280-500 mg;
> $NaCl$, 5000-7500 mg;
> $NaH_2PO_4 \bullet H_2O$, 30-100 mg;
> $Na_2HPO_4$, 30-100 mg;
> $CuSO_4 \bullet 5H_2O$, 0.001-0.005 mg;
> $CoCl_2 \bullet 6H_2O$, 0.001-0.10 mg;
> $(NH_4)_6Mo_7O_{24} \bullet 4H_2O$, 0.001-0.005 mg;
> $MnSO_4 \bullet H_2O$, 0.000070-0.0080 mg;
> $NiSO_4 \bullet 6H_2O$, 0.000025-0.0005 mg;
> $Na_2SeO_3$, 0.004-0.07 mg;
> $Na_2SiO_3 \bullet 9H_2O$, 0.02-0.4 mg;
> $SnCl_2 \bullet 2H_2O$, 0.000025-0.0005 mg;
> $NH_4VO_3$, 0.0001-0.0025 mg;
> D-Glucose, 500-8000 mg;
> sodium pyruvate, 0.0-1000 mg;
> sodium hypoxanthine, 0.0-20.0 mg;

5

glycine, 0.0-150 mg;
L-alanine, 0.0-150 mg;
L-arginine•HCl, 200-5000 mg;
L-asparagine•H$_2$O, 40-250 mg;
L-aspartic acid, 20-1000 mg;
L-cysteine•HCl H$_2$O, 25.0-250 mg;
L-cystine•HCl, 15-150 mg;
L-glutamic acid, 0-1000 mg;
L-histidine.•HCl•H$_2$O, 100-500 mg;
L-isoleucine, 50-1000 mg;
L-leucine, 50-1000 mg;
L-lysine•HCl, 100-1000 mg;
L-methionine, 50-500 mg;
L-ornithine•HCl, 0-100 mg;
L-phenylalanine, 25-1000 mg;
L-proline, 0-1000 mg;
L-serine, 50-500 mg;
L-taurine, 0-1000 mg;
L-threonine, 50-600 mg;
L-tryptophan, 2-500 mg;
L-tyrosine•2Na•2H$_2$O, 25-250 mg;
L-valine, 100-1000 mg;
d-biotin, 0.04-1.0 mg;
D-calcium pantothenate, 0.1-5.0 mg;
choline chloride, 1-100 mg;
folic acid, 1-10 mg;
i-Inositol, 10-1000 mg;
nicotinamide, 0.5-30 mg;
p-aminobenzoic acid, 0.1-20 mg;
riboflavin, 0.05-5.0 mg;
thiamine•HCl, 0.5-20 mg;
thymidine, 0-3.0 mg;
vitamin B$_{12}$, 0.05-5.0 mg;
linoleic acid, 0.01-2.0 mg;
DL-$\alpha$-lipoic acid, 0.03-1.0 mg;
pyridoxine•HCl, 0.5-30 mg;
putrescine•2HCl, 0.025-0.25 mg; and
ethanolamine•HCl, 2-100 mg

19.     Of the 61 ingredients recited in claim 1, nine (sodium pyruvate, sodium hypoxanthine, glycine, L-alanine, L-glutamic acid, L-ornithine•HCl, L-proline, L-taurine, and thymidine) have concentration ranges with a lower limit of zero.  As a result, a cell culture media formulation can omit one or more of these ingredients and still meet all the limitations of claim

1.  For purposes of my infringement analysis, therefore, I will refer to the the nine ingredients whose concentration ranges include zero as "optional" ingredients.  The remaining 52 ingredients are required.

20.     Claim 2 of the patent claims the soluble composition of claim 1 "further comprising a buffering molecule with a $pK_a$ between 5.9 and 7.8 and a cell protectant."

**V.     The Celltrion Media**

21.     I have reviewed the following portions of Celltrion's BLA: ███████████

███████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████

█████████████████████████

22.     I have also reviewed the formulations of CGM and CPM as set forth in the documents HyClone provided to Janssen in discovery.  The formulations are respectively called "HyQ ADCF Mab – Growth (HyClone Catalog # SH3A2713)" and "HyQ ADCF Mab New Production (HyClone Catalog #SH3A2800)" on the HyClone documents.

23.     CGM and CPM each contain the same set of 91 ingredients.  In CPM, the concentration of each of the ingredients (with the exception of NaCl) is approximately 15% more concentrated than in CGM.  The concentration of NaCl is lower in CPM by approximately the same percentage.

**VI.    Legal Standards**

**A.    Infringement**

24.     I am informed that there are two ways an accused product can infringe a patent: (1) the accused product can literally infringe the patent, or (2) the accused product can infringe the patent under the doctrine of equivalents.  I understand that an accused product literally infringes a patent if every limitation set forth in a claim is found in the accused product, exactly.

25.     I am also informed that an accused product infringes under the doctrine of equivalents if it contains an equivalent to every claimed element that is not literally met.

26.     I am informed that one approach to determining whether an accused product contains an element that is equivalent to a claimed element is to analyze whether the differences between the element in the accused product and the claimed element are insubstantial (the "insubstantial differences" test).  If the differences are insubstantial, then the element in the accused product is the equivalent of the claimed element and meets that limitation under the doctrine of equivalents.

27.     I am informed that another approach to determining whether an accused product contains an element that is equivalent to a claimed element is to analyze whether that element of the accused product performs substantially the same function in substantially the same way with substantially the same result as does an element in the claim.  If it does, then the element of the accused product is the equivalent of the claimed element and meets that limitation under the doctrine of equivalents.  I am informed that this is sometimes called the "function-way-result" test.

28.     I am informed that another approach to determining whether an accused product contains an element that is equivalent to a claimed element is to analyze whether the accused product contains an element that a person of ordinary skill in the art knows to be interchangeable

with an element of the claim.  If so, then the element in the accused product is the equivalent of the claimed element and meets that limitation under the doctrine of equivalents.  I am informed that this is sometimes called the "known interchangeability" test.

29.     I am also informed that an accused product can infringe under the doctrine of equivalents even if the accused product requires two or more components to perform functions achieved by one component in the patented invention.

30.     I am informed that the determination of equivalence is an objective inquiry conducted on an element-by-element basis.  The analysis proceeds by comparing each claim element to the corresponding element (or elements) of the accused product.  If each element is present exactly, or its equivalent is present, then the accused product infringes.

**B.     Claim Construction**

31.     I am informed that the Court has construed the term "cell culture media" in claims 1 and 2 of the '083 patent to mean "a nutritive media for culturing cells."  That construction is consistent with my understanding of the term.  In any event, I am informed that I am required to apply that construction to my infringement analysis.

**VII.   Infringement Analysis**

32.     I have compared CGM and CPM to claims 1 and 2 of the '083 patent.  I conclude that each medium meets all the elements of claims 1 and 2 of the patent, either literally or under the doctrine of equivalents, and therefore CGM and CPM each infringe claims 1 and 2 under the doctrine of equivalents.

33.     Claim 1 recites 61 ingredients, each with a concentration range.  For purposes of my analysis, I divide this portion of the claim into 61 ingredient elements and 61 concentration elements.

9

34.     Claim 2 is dependent on claim 1, meaning that it contains all the limitations of claim 1 plus 2 additional ones.  Because claim 2 encompasses claim 1 and the additional elements of claim 2 are literally present in CGM and CPM, my analysis focuses primarily on claim 1.

### A.     Elements of Claim 1 That Are Literally Met

35.     As discussed above, claim 1 covers a "soluble composition, suitable for producing a final volume of cell culture media."  CGM and CPM are soluble compositions, specifically powders.  (CELLREM-0007989, CELLREM-0007996.)  CGM and CPM are suitable for producing a final volume of cell culture media (as that term has been construed by the Court).  Celltrion uses them for that purpose.  (CELLREM-0061063–64).  Accordingly, this element of the claim is literally met.

36.     Claim 1 states that "the composition comprises the following components in the following amounts per liter of the final volume of cell culture media."  The components and amounts are the 61 ingredients and concentration ranges noted above (and also discussed below).  I am informed that the phrase "comprises" means "including but not limited to," and therefore that CGM and CPM infringe this claim if they contain all the claimed ingredients and ranges, literally or under the doctrine of equivalents.  The presence or absence of additional, unclaimed ingredients is irrelevant to the infringement analysis.

37.     Of the 61 ingredients recited in the claim, the Celltrion Media each include every one of the 52 required ingredients, and 7 of the 9 optional ingredients (i.e., the ingredients with a concentration range that includes zero).  Thus, CGM and CPM each literally meet every one of the ingredient elements of the claim.

38.     Claim 1 of the '083 patent also recites various concentration ranges for each of the recited ingredients.  As shown in Table 1 below, of the 61 recited concentration ranges, CGM

literally meets 48 of them and CPM literally meets 49 of them.  In other words, of the 122 claim

elements, only 12 or 13 elements are not literally met by CPM and CGM, respectively, and they

are concentration elements, not ingredient elements.

**Table 1**.  A Comparison of Claim 1 to CGM and CPM (Gray Cells Literally Met)

| '083 Patent Claim 1 | | CGM | CPM | Ingredient Limitation Met? |
|---|---|---|---|---|
| **Ingredient** | **Amount (per liter)** | **Amount (per liter)** | **Amount (per liter)** | |
| anhydrous CaCl2 | 5-200 mg | ███ | ███ | Yes |
| anhydrous MgCl2 | 15-50 mg | ███ | ████ | Yes |
| anhydrous MgSO4 | 20-80 mg | ███ | ███ | Yes |
| FeSO4•7H2O | 0.05-0.50 mg | ██ | ██ | Yes |
| Fe(NO3)3•9H2O | 0.01-0.08 mg | ███ | ███ | Yes |
| ZnSO4•7H2O | 0.40-1.20 mg | ███ | ███ | Yes |
| ferric ammonium citrate | 0.04-200 mg | ████ | ███ | Yes |
| KCl | 280-500 mg | ███ | ███ | Yes |
| NaCl | 5000-7500 mg | █████ | ████ | Yes |
| NaH2PO4•H2O | 30-100 mg | ███ | ███ | Yes |
| Na2HPO4 | 30-100 mg | ███ | ████ | Yes |
| CuSO4•5H2O | 0.001-0.005 mg | ███ | ██ | Yes |
| CoCl2•6H2O | 0.001-0.10 mg | ███ | ███ | Yes |
| (NH4)6Mo7O24•4H2O | 0.001-0.005 mg | ███ | ███ | Yes |
| MnSO4•H2O | 0.000070-0.0080 mg | ████ | ████ | Yes |

| '083 Patent Claim 1 | | CGM | CPM | Ingredient Limitation Met? |
|---|---|---|---|---|
| Ingredient | Amount (per liter) | Amount (per liter) | Amount (per liter) | |
| NiSO4•6H2O | 0.000025-0.0005 mg | ███████ | █████ | Yes |
| Na2SeO3 | 0.004-0.07 mg | ███ | ███ | Yes |
| Na2SiO3•9H2O | 0.02-0.4 mg | ███ | ███ | Yes |
| SnCl2•2H2O | 0.000025-0.0005 mg | ████ | ████ | Yes |
| NH4VO3 | 0.0001-0.0025 mg | ████ | ████ | Yes |
| D-Glucose | 500-8000 mg | ████ | ████ | Yes |
| sodium pyruvate | 0.0-1000 mg | ███ | ███ | Yes |
| sodium hypoxanthine | 0.0-20.0 mg | ██ | ██ | Yes |
| Glycine | 0.0-150 mg | ███ | ███ | Yes |
| L-alanine | 0.0-150 mg | ███ | ███ | Yes |
| L-arginine•HCl | 200-5000 mg | ███ | ████ | Yes |
| L-asparagine•H2O | 40-250 mg | ███ | ███ | Yes |
| L-aspartic acid | 20-1000 mg | ███ | ████ | Yes |
| L-cysteine•HCl H2O | 25.0-250 mg | ███ | ███ | Yes |
| L-cystine•2HCl | 15-150 mg | ███ | ███ | Yes |
| L-glutamic acid | 0-1000 mg | ███ | ███ | Yes |
| L-histidine•HCl•H2O | 100-500 mg | ███ | ███ | Yes |
| L-isoleucine | 50-1000 mg | ████ | ████ | Yes |
| L-leucine | 50-1000 mg | ████ | ████ | Yes |
| L-lysine•HCl | 100-1000 mg | ████ | ████ | Yes |

| '083 Patent Claim 1 | | CGM | CPM | Ingredient Limitation Met? |
|---|---|---|---|---|
| Ingredient | Amount (per liter) | Amount (per liter) | Amount (per liter) | |
| L-methionine | 50-500 mg | ███ | ███ | Yes |
| L-ornithine•HCl | 0-100 mg | ███ | ███ | Yes |
| L-phenylalanine | 25-1000 mg | ███ | ███ | Yes |
| L-proline | 0-1000 mg | ███ | ███ | Yes |
| L-serine | 50-500 mg | ███ | ███ | Yes |
| L-taurine | 0-1000 mg | ███ | ███ | Yes |
| L-threonine | 50-600 mg | ███ | ███ | Yes |
| L-tryptophan | 2-500 mg | ███ | ███ | Yes |
| L-tyrosine•2Na•2H2O | 25-250 mg | ███ | ███ | Yes |
| L-valine | 100-1000 mg | ███ | ███ | Yes |
| d-biotin | 0.04-1.0 mg | ███ | ███ | Yes |
| D-calcium pantothenate | 0.1-5.0 mg | ███ | ███ | Yes |
| choline chloride | 1-100 mg | ███ | ███ | Yes |
| folic acid | 1-10 mg | ███ | ███ | Yes |
| i-Inositol | 10-1000 mg | ███ | ███ | Yes |
| nicotinamide | 0.5-30 mg | ███ | ███ | Yes |
| p-aminobenzoic acid | 0.1-20 mg | ███ | ███ | Yes |
| riboflavin | 0.05-5.0 mg | ███ | ███ | Yes |
| thiamine•HCl | 0.5-20 mg | ███ | ███ | Yes |
| thymidine | 0-3.0 mg | ██ | ██ | Yes |

| '083 Patent Claim 1 | | CGM | CPM | Ingredient Limitation Met? |
|---|---|---|---|---|
| Ingredient | Amount (per liter) | Amount (per liter) | Amount (per liter) | |
| vitamin B12 | 0.05-5.0 mg | ██████ | █████ | Yes |
| linoleic acid | 0.01-2.0 mg | ██████ | █████ | Yes |
| DL-α-lipoic acid | 0.03-1.0 mg | ██████ | █████ | Yes |
| pyridoxine•HCl | 0.5-30 mg | ██████ | ██████ | Yes |
| putrescine•2HCl | 0.025-0.25 mg | ██████ | █████ | Yes |
| ethanolamine•HCl | 2-100 mg | ███████ | ███████ | Yes |

## B.    Analysis of Equivalence

39.    As Table 1 shows, the only elements of claim 1 that are not literally met by the

Celltrion Media are a handful of concentration ranges.  These elements are shown in Table 2.

**Table 2**.  Literal Differences Between Claim 1 and the Celltrion Media

| '083 Patent Claim 1 | | CGM | CPM |
|---|---|---|---|
| Ingredient | Amount (per liter) | Amount (per liter) | Amount (per liter) |
| NaCl | 5000-7500 mg | Literally within range | 4556.83 mg |
| NaH2PO4•H2O | 30-100 mg | 227.17 mg | 262.97 mg |
| Na2HPO4 | 30-100 mg | 374.15 mg | 432.64 mg |
| CuSO4•5H2O | 0.001-0.005 mg | 0.000536727 mg | 0.00062087 mg |
| CoCl2•6H2O | 0.001-0.10 mg | 0.000369 mg | 0.00043 mg |

14

| '083 Patent Claim 1 | | CGM | CPM |
| --- | --- | --- | --- |
| Ingredient | Amount (per liter) | Amount (per liter) | Amount (per liter) |
| $(NH_4)_6Mo_7O_{24} \cdot 4H_2O$ | 0.001-0.005 mg | 0.000964 mg[1] | Literally within range |
| $NiSO_4 \cdot 6H_2O$ | 0.000025-0.0005 mg | 0.00094471 mg | 0.00109275 mg |
| $SnCl_2 \cdot 2H_2O$ | 0.000025-0.0005 mg | 0.000008 mg | 0.00001 mg |
| $NH_4VO_3$ | 0.0001-0.0025 mg | 0.000046 mg | 0.00005 mg |
| L-arginine•HCl | 200-5000 mg | 63.34 mg | 73.27 mg |
| L-asparagine•$H_2O$ | 40-250 mg | 3.22 mg | 3.72 mg |
| L-histidine•HCl•$H_2O$ | 100-500 mg | 13.52 mg | 15.64 mg |
| L-methionine | 50-500 mg | 37.57 mg | 43.43 mg |
| L-valine | 100-1000 mg | 90.56 mg | Literally within range |

40.     Reviewing each of these individual differences in concentration in the context of this claim, on an element-by-element basis, it is my opinion that each of the literal differences between the Celltrion Media and claimed range is insubstantial.  Furthermore, the ingredients in the Celltrion Media perform substantially the same if not the identical function in substantially the same if not the identical way as the corresponding ingredients in the claim, and experimentation shows that they achieve substantially similar results.

41.     The ingredients whose concentration ranges are not literally met can be divided into four general categories: (1) trace elements-containing ingredients, (2) amino acid-containing ingredients, (3) phosphate-containing ingredients, and (4) sodium chloride.

---

[1] The concentration of $(NH_4)_6Mo_7O_{24} \cdot 4H_2O$ in CGM is within rounding error of the claimed range.  If this concentration element is not considered to be literally met, it is clearly so close to the claimed range as to be equivalent.

### 1.    Trace Element-Containing Ingredients

42.    Trace elements are inorganic chemical elements that may be used in very small ("trace") amounts in biological processes.  Trace element-containing ingredients are often added to cell culture media, though which particular trace elements are included varies widely.[2] Generally speaking, the precise concentrations of the trace element-containing ingredients are not critical.  What is important is that there be a sufficient amount present to fulfill the biological function of the element, and that the ingredient be present in trace amounts (and that the concentration not be so high as to be toxic to the cells).

43.    Claim 1 of the '083 patent recites 12 ingredients in trace quantities: $FeSO_4 \cdot 7H_2O$ (iron(II) sulfate heptahydrate), $Fe(NO_3)_3 \cdot 9H_2O$ (iron(III) nitrate nonahydrate), $ZnSO_4 \cdot 7H_2O$ (zinc sulfate heptahydrate), $CuSO_4 \cdot 5H_2O$ (copper(II) sulfate pentahydrate), $CoCl_2 \cdot 6H_2O$ (cobalt(II) chloride hexahydrate), $(NH_4)_6Mo_7O_{24} \cdot 4H_2O$ (ammonium heptamolybdate tetrahydrate), $MnSO_4 \cdot H_2O$ (manganese sulfate monohydrate), $NiSO_4 \cdot 6H_2O$ (nickel sulfate hexahydrate), $Na_2SeO_3$ (sodium selenite), $Na_2SiO_3 \cdot 9H_2O$ (sodium metasilicate nonahydrate), $SnCl_2 \cdot 2H_2O$ (tin(II) chloride dihydrate), and $NH_4VO_3$ (ammonium metavanadate).  The Celltrion Media contain each and every one of these trace element-containing compounds, in the same form as claimed.

44.    Some of these trace element-containing ingredients are present in the Celltrion Media in concentrations that are literally outside the claimed ranges.  Table 3 sets forth the concentrations of $CoCl_2 \cdot 6H_2O$, $NiSO_4 \cdot 6H_2O$, $SnCl_2 \cdot 2H_2O$, $NH_4VO_3$, and $CuSO_4 \cdot 5H_2O$ in the Celltrion Media compared to the claimed ranges.  The claimed concentrations are very low,

---

[2] *See* W.L. Cleveland, I. Wood, & B. F. Erlanger, "Routine large-scale production of monoclonal antibodies in a protein-free culture medium," 56 *J. Immunol. Methods* 221, 232 (1983).  *See also* A. Burgener, and M. Butler, "Medium development*," in Cell culture technology for pharmaceutical and cell-based therapies*, 52 (S. S. Ozturk, and W.-S. Hu eds., 2005).

essentially trace (on the order of nanograms or micrograms of material per liter of medium). The Celltrion Media each contain these ingredients, in concentrations at the same order of magnitude as the claims (nanograms or micrograms of material per liter). While the amounts of the ingredients in the Celltrion Media literally fall outside the claimed concentration range, from a practical perspective they are close to the claimed range. In light of my knowledge and experience and the experiments of Drs. Wurm and DeJesus discussed below, it is my opinion that these differences are insubstantial.

**Table 3**. Literal Differences in Concentrations of Trace Element-Containing Ingredients

| '083 Patent Claim 1 | | CGM | CPM |
|---|---|---|---|
| **Ingredient** | **Amount (per liter)** | **Amount (per liter)** | **Amount (per liter)** |
| CoCl2•6H2O | 0.001-0.10 mg | 0.000369 mg | 0.00043 mg |
| NiSO4•6H2O | 0.000025-0.0005 mg | 0.00094471 mg | 0.00109275 mg |
| SnCl2•2H2O | 0.000025-0.0005 mg | 0.000008 mg | 0.00001 mg |
| NH4VO3 | 0.0001-0.0025 mg | 0.000046 mg | 0.00005 mg |
| CuSO4•5H2O | 0.001-0.005 mg | 0.000536727 mg | 0.00062087 mg |

### a. CoCl2•6H2O

45. Claim 1 requires between 0.001-0.10 mg/L of CoCl2•6H2O, while CGM contains 0.000369 mg/L and CPM contains 0.00043 mg/L. Both the claimed amount and the amounts in the Celltrion Media are very small, trace amounts of the CoCl2•6H2O ingredient.

46. The function the CoCl2•6H2O ingredient performs in the context of claim 1 is to provide a trace amount of free cobalt in its +2 oxidation state (*i.e.*, cobalt(II)). Trace amounts of cobalt are thought to play a role not only as a cofactor in certain vitamin-$B_{12}$-dependent enzymes,

but also as a cofactor in other enzymes in mammalian cells (*e.g.*, methionine aminopeptidase).[3] In my opinion, the differences in the concentration between the CoCl2•6H2O in the Celltrion Media and in claim 1 are insubstantial.  Furthermore, CoCl2•6H2O in the Celltrion Media performs substantially the same function in substantially the same way as CoCl2•6H2O in claim 1.  This is because the ingredient in the Celltrion Media is identical to the claimed ingredient and the concentrations in the Celltrion Media are close to the claimed concentration range.  I would expect, subject to experimentation, that mammalian cells would perform similarly in the Celltrion Media as in media that were otherwise identical but had CoCl2•6H2O within the claimed concentration range.

47.     As discussed below, laboratory testing confirms this.  The laboratory results confirm that the differences in amounts of the CoCl2•6H2O ingredient in the Celltrion Media compared to the claim are insubstantial, and that the CoCl2•6H2O amounts in the Celltrion Media perform substantially the same (if not the identical) function in substantially the same (if not the identical) way with substantially the same results as the claimed amount of CoCl2•6H2O.

**b.     NiSO4•6H2O**

48.     Claim 1 requires between 0.000025-0.0005 mg/L of NiSO4•6H2O, while CGM contains 0.00094471 mg/L and CPM contains 0.00109275 mg/L.  Both the claimed amount and the amounts in the Celltrion Media are all relatively low, trace amounts of the NiSO4•6H2O ingredient.

49.     The function of the NiSO4•6H2O ingredient at the claimed concentration in the context of claim 1 is to provide a trace amount of nickel in its +2 oxidation state (*i.e.*, nickel(II)). Trace amounts of nickel are thought to play a role as a cofactor for enzymes in mammalian

---

[3] Kobayashi, M. and Shimizu, S., "Cobalt proteins," *Eur. J. Biochem.* 1 (1), 1-9 (1999).

cells.[4]  In my opinion, the differences in concentration between the NiSO4•6H2O in the Celltrion

Media and in claim 1 are insubstantial.  Furthermore, NiSO4•6H2O in the amounts in the

Celltrion Media perform substantially the same function in substantially the same way as

NiSO4•6H2O in the claimed amount.  This is because the ingredient in the Celltrion Media is

identical to the claimed ingredient and the concentrations in the Celltrion Media are close to the

claimed concentration range.  I would expect, subject to experimentation, that mammalian cells

would perform similarly in the Celltrion Media as in media that were otherwise identical but had

NiSO4•6H2O within the claimed concentration range.

50.     As discussed below, laboratory testing confirms this.  The laboratory results

confirm that the differences in amounts of the NiSO4•6H2O ingredient in the Celltrion Media

compared to the claim are insubstantial, and that the NiSO4•6H2O amounts in the Celltrion

Media perform substantially the same (if not the identical) function in substantially the same (if

not the identical) way with substantially the same results as the claimed amount of

NiSO4•6H2O.

### c.     SnCl2•2H2O

51.     Claim 1 requires between 0.000025-0.0005 mg/L of SnCl2•2H2O, while CGM

contains 0.0000079 mg/L and CPM contains 0.0000092 mg/L.  Both the claimed amount and the

amounts in the Celltrion Media are very small, trace amounts of SnCl2•2H2O.

52.     The function the SnCl2•2H2O ingredient at the claimed concentration in the

context of claim 1 is to provide a trace amount of tin in its +2 oxidation state (*i.e.*, tin(II), or

stannous tin).  Trace amounts of tin are thought to play a role in biological activity that may

support cell growth.  In my opinion, the differences in the concentration between the

---

[4] Ragsdale, S.W., "Nickel based enzyme systems," *J. Biological Chemistry*, 284, 18571-18575 (2009).

SnCl2•2H2O in the Celltrion Media and in claim 1 are insubstantial.  Furthermore, SnCl2•2H2O

in the amounts in the Celltrion Media perform substantially the same function in substantially the

same way as SnCl2•2H2O in the claimed amount.  This is because the ingredient in the Celltrion

Media is identical to the claimed ingredient and the concentrations in the Celltrion Media are

close to the claimed concentration range.  I would expect, subject to experimentation, that

mammalian cells would perform similarly in the Celltrion Media as in media that were otherwise

identical but had SnCl2•2H2O within the claimed concentration range.

53.     As discussed below, laboratory testing confirms this.  The laboratory results

confirm that the differences in amounts of the SnCl2•2H2O ingredient in the Celltrion Media

compared to the claim are insubstantial, and that the SnCl2•2H2O amounts in the Celltrion

Media perform substantially the same (if not the identical) function in substantially the same (if

not the identical) way with substantially the same results as the claimed amount of SnCl2•2H2O.

### d.     NH4VO3

54.     Claim 1 also requires between 0.0001-0.0025 mg/L of NH4VO3, while CGM

contains 0.000046 mg/L and CPM contains 0.0000532 mg/L.  Both the claimed amount and the

amounts in the Celltrion Media are all relatively low, trace amounts of the NH4VO3.

55.     The function the NH4VO3 ingredient at the claimed concentration performs in the

context of claim 1 is to provide a trace amount of vanadium in its +5 oxidation state (*i.e.*,

vanadium(V)).  Trace amounts of vanadium are thought to play a role in enzyme activity

mammalian cells that may support cell growth in culture; for example, it is reported to have an

insulin-mimetic effect.[5]  In my opinion, the differences in the concentration between the

NH4VO3 in the Celltrion Media and in claim 1 are insubstantial.  Furthermore, NH4VO3 in the

---

[5] Bhattacharyya, S., Tracey, A.S., "Vanadium(V) complexes in enzyme systems – aqueous chemistry, inhibition and molecular modeling in inhibitor design," *Journal of Inorganic Biochemistry* 85, 1, 9-13 (2001).

amounts in the Celltrion Media perform substantially the same function in substantially the same way as NH4VO3 in the claimed amount.  This is because the ingredient in the Celltrion Media is identical to the claimed ingredient and the concentrations in the Celltrion Media are close to the claimed concentration range.  I would expect, subject to experimentation, that mammalian cells would perform similarly in the Celltrion Media as in media that were otherwise identical but had NH4VO3 within the claimed concentration range.

56.     As discussed below, laboratory testing confirms this.  The laboratory results confirm that the differences in amounts of the NH4VO3 ingredient in the Celltrion Media compared to the claim are insubstantial, and that the NH4VO3 amounts in the Celltrion Media perform substantially the same (if not the identical) function in substantially the same (if not the identical) way with substantially the same results as the claimed amount of NH4VO3.

### e.     CuSO4•5H2O

57.     Claim 1 requires between 0.001-0.005 mg of CuSO4•5H2O, while CGM contains 0.000536727 mg/L and CPM contains 0.00062087 mg/L.  Both the claimed amount and the amounts in the Celltrion Media are all relatively low, trace amounts of the CuSO4•5H2O ingredient.

58.     The function the CuSO4•5H2O ingredient performs in the context of claim 1 is to provide a trace amount of free copper in its +2 oxidation state (*i.e.*, copper(II), or cupric copper) for the cells in culture.  In cell culture media, copper(II) is a cofactor for enzymes in mammalian cells that may support cell growth in culture.  Additionally, it has recently been discovered that the copper(II) plays a role in the regulation of cellular metabolism, at least in CHO cells.[6]  In my opinion, the differences in the concentration between the CuSO4•5H2O in the Celltrion Media

---

[6] *E.g.*, S. Nargund et al., "Elucidating the Role of Copper in CHO Cell Energy Metabolism Using [13]C Metabolic Flux Analysis," *Biotechnol. Prog.*, Vol. 31:5, 1179-86 (2015).

and in claim 1 are not substantial.  Furthermore, CuSO4•5H2O in the amounts in the Celltrion

Media perform substantially the same function in substantially the same way as CuSO4•5H2O in

the claimed amount.  This is because the ingredient in the Celltrion Media is identical to the

claimed ingredient and the concentrations in the Celltrion Media are close to the claimed

concentration range.

59.     In addition to CuSO4•5H2O, the Celltrion Media contain another source of

copper(II), CuCl2•2H2O.  At the concentrations of these ingredients in the Celltrion Media, both

of these ingredients are completely soluble in water.  Upon dissolution in water, the copper(II)

ions separate (*i.e.*, dissociate) from the sulfate and chloride ions.  Whether the source of

copper(II) in the media is a sulfate salt (as in the claim), or a mixture of chloride and sulfate salts

(as in the Celltrion Media), in solution cells will encounter free copper(II).

60.     Adding together the CuSO4•5H2O and CuCl2•2H2O in the Celltrion Media, the

total concentration of the active component (copper (II)) supplied by the Celltrion Media is

within the range of that total concentration of copper (II) supplied by claim 1 of the '083 patent.

To compute the total amounts of the copper(II) supplied by each of the ingredients, I have to

convert the weights of each ingredient to molar amounts (a representation of the number of

molecules of the ingredient).  To do that, I divide the actual weight by the molecular weight.

Thus, to calculate the total amount of copper(II) supplied by 0.001 mg of CuSO4•5H2O, I divide

0.001 mg by the molecular weight (MW) of CuSO4•5H2O (249.69 mg/mmol), yielding

0.000004005 mmol (millimoles), or 4.005 nmol (nanomoles).  A comparison of the total molar

amount of copper(II) supplied by CuSO4•5H2O and CuCl2•2H2O in the Celltrion Media with

the range of total amounts supplied by the claimed ingredient (CuSO4•5H2O) is shown in Table

4 below.

**Table 4**. A Comparison of the Total Molar Amounts of Copper(II) Supplied by CuSO4•5H2O and CuCl2•2H2O in Claim 1, CGM, and CPM

| '083 Patent Claim 1 | | CGM | CPM |
|---|---|---|---|
| **Ingredient** | **Amount (per liter)** | **Amount (per liter)** | **Amount (per liter)** |
| CuSO4•5H2O (MW: 249.69 mg/mmol) | 0.001-0.005 mg (4.005-20.025 nmol) | 0.000536727 mg (2.150 nmol) | 0.00062087 mg (2.487 nmol) |
| CuCl2•2H2O (MW: 170.48 mg/mmol) | N/A | 0.0017819291 mg (10.452 nmol) | 0.002059329 mg (12.080 nmol) |
| Total Copper(II) | 4.005-20.025 nmol | 12.602 nmol | 14.567 nmol |

61.     As shown in Table 4, the total molar amounts of copper(II) supplied by CuSO4•5H2O and CuCl2•2H2O in the Celltrion Media fall within the range of molar amounts of copper(II) supplied by the claimed amount of CuSO4•5H2O.  This further confirms that the literal differences between the CuSO4•5H2O amounts in the Celltrion Media and the claimed CuSO4•5H2O amount are insubstantial.  I would expect, subject to experimentation, that mammalian cells would perform similarly in the Celltrion Media as in media in which the same total concentration of copper (II) was supplied by an amount of CuSO4•5H2O within the claimed concentration range.

62.     As discussed below, laboratory testing confirms this.  The laboratory results confirm that the differences in amounts of the CuSO4•5H2O ingredient in the Celltrion Media compared to the claim are insubstantial, and that the CuSO4•5H2O amounts in the Celltrion Media perform substantially the same (if not the identical) function in substantially the same (if not the identical) way with substantially the same results as in media in which copper(II) is supplied by the claimed amount of CuSO4•5H2O.

## 2.   Amino Acid-Containing Ingredients

63.     Amino acids are small organic molecules containing both an amino group and a carboxyl group.  They are biological building blocks.  Cells use amino acids to build new proteins – not only the proteins they use to survive, function, and multiply, but also any proteins (*e.g.*, biopharmaceutical antibodies) they are engineered to produce.[7]  In addition, cells use amino acids to generate the energy needed to survive, grow, and produce proteins.

64.     Claim 1 of the '083 patent recites 22 amino acids in various concentration ranges. The Celltrion Media each contain all 22 claimed amino acids, in the same form as claimed.

65.     Some of the amino acid-containing ingredients are present in the Celltrion Media in amounts outside the literal claimed range.  Table 5 sets forth the concentrations of L-methionine, L-valine, L-histidine•HCl•H2O, L-arginine•HCl, and L-asparagine•H2O.  Moreover, for L-arginine•HCl, L-asparagine•H2O, and L-histidine•HCl•H2O, the Celltrion Media also contain alternative sources of the same amino acids.  As explained below, based on my knowledge and experience and the experiments of Drs. Wurm and De Jesus, each of the literal differences in concentration between the amino-acid ingredients and in the Celltrion Media and in claim 1 is insubstantial.

**Table 5.**  Literal Differences in Concentrations of L-methionine,
L-valine, L-histidine•HCl•H2O, L-arginine•HCl, and L-asparagine•H2O

| '083 Patent Claim 1 | | CGM | CPM |
|---|---|---|---|
| Ingredient | Amount (per liter) | Amount (per liter) | Amount (per liter) |
| L-methionine | 50-500 mg | 37.57 mg | 43.43 mg |
| L-valine | 100-1000 mg | 90.56 mg | Literally within range |

---

[7] *See* Bettelheim, Brown, and March, *Introduction to General, Organic, and Biochemistry* 679-86 (7th ed. 2004).

| L-histidine•HCl•H2O | 100-500 mg | 13.52 mg | 15.64 mg |
| L-arginine•HCl | 200-5000 mg | 63.34 mg | 73.27 mg |
| L-asparagine•H2O | 40-250 mg | 3.22 mg | 3.72 mg |

### a.    L-methionine

66.    Claim 1 requires between 50-500 mg/L of L-methionine.  CGM contains 37.57 mg/L of L-methionine and CPM contains 43.43 mg/L of L-methionine.

67.    The function the L-methionine ingredient performs in the context of claim 1 is to provide an amount of the amino acid L-methionine for the cells in culture, which they use to make proteins.  In my opinion, the differences in the concentration between the L-methionine in the Celltrion Media and in claim 1 are insubstantial.  Furthermore, L-methionine in the amounts in the Celltrion Media performs substantially the same function in substantially the same way as L-methionine in the claimed amount.  This is because the ingredient in the Celltrion Media is identical to the claimed ingredient, and the literal differences in concentration are small.  I would expect, subject to experimentation, that mammalian cells would perform similarly in the Celltrion Media as in media that were otherwise identical but had L-methionine within the claimed concentration range.

68.    As discussed below, laboratory testing confirms this.  The laboratory results confirm that the differences in amounts of the L-methionine ingredient in the Celltrion Media compared to the claim are insubstantial, and that the L-methionine amounts in the Celltrion Media perform substantially the same (if not the identical) function in substantially the same (if not the identical) way with substantially the same results as the claimed amount of L-methionine.

### b.      L-Valine

69.     Claim 1 requires between 100-1000 mg/L of L-valine, while CGM contains 90.56 mg/L of L-valine.  The L-valine concentration element is literally met in CPM.

70.     The function the L-valine ingredient performs in the context of claim 1 is to provide an amount of the amino acid L-valine for the cells in culture, which they use to make proteins.  In my opinion, the difference in the concentration between the L-valine in CGM and in claim 1 is insubstantial.  Furthermore, L-valine in the concentration in CGM performs substantially the same function in substantially the same way as L-valine in the claimed amount.  This is because the ingredient in the CGM is identical to the claimed ingredient, and the literal difference in concentration is small.  I would expect, subject to experimentation, that mammalian cells would perform similarly in CGM as in a medium that was otherwise identical but had L-valine within the claimed concentration range.

71.     As discussed below, laboratory testing confirms this.  The laboratory results confirm that the difference in amount of the L-valine ingredient in CGM compared to the claim is insubstantial, and that the L-valine amount in CGM performs substantially the same (if not identical) function in substantially the same (if not the identical) way with substantially the same result as the claimed amount of L-valine.

### c.      L-histidine•HCl•H2O

72.     Claim 1 requires between 100-500 mg/L of L-histidine•HCl•H2O.  CGM contains 13.52 mg/L of L-histidine•HCl•H2O and CPM contains 15.64 mg/L of L-histidine•HCl•H2O.

73.     In addition to L-histidine•HCl•H2O, CGM and CPM also contain L-histidine free base.  This ingredient provides the same active component (L-histidine) as L-histidine•HCl•H2O.  When both sources of L-histidine are considered, the total molar concentrations of L-histidine in the Celltrion Media are about 30-40% below the total molar concentration of L-histidine called

26

for by claim 1 of the '083 patent.  A comparison of the total molar amount of L-histidine supplied by L-histidine•HCl•H2O and L-histidine free base in the Celltrion Media with the range of total amounts supplied by the claimed ingredient (L-histidine•HCl•H2O) is shown in Table 6 below.

**Table 6.**  A Comparison of the Total Molar Amounts of L-Histidine Supplied by L-histidine•HCl•H2O and L-histidine Free Base in Claim 1, CGM, and CPM

| **'083 Patent Claim 1** | | **CGM** | **CPM** |
|---|---|---|---|
| **Ingredient** | **Amount (per liter)** | **Amount (per liter)** | **Amount (per liter)** |
| L-histidine•HCl•H2O (MW: 209.63 mg/mmol) | 100-500 mg (0.477-2.385 mmol) | 13.52 mg (0.064 mmol) | 15.64 mg (0.075 mmol) |
| L-histidine (MW:155.12 mg/mmol) | N/A | 34.49 mg (0.222 mmol) | 39.90 mg (0.257 mmol) |
| Total histidine | 0.477-2.385 mmol | 0.286 mmol | 0.332 mmol |

74.     The function the L-histidine•HCl•H2O ingredient performs in the context of claim 1 is to provide an amount of the amino acid L-histidine for the cells in culture, which they use to make proteins.  In my opinion, the differences in the concentration between the L-histidine•HCl•H2O in the Celltrion Media and in claim 1 are insubstantial.  Furthermore, L-histidine•HCl•H2O in the amounts in the Celltrion Media performs substantially the same function in substantially the same way as L-histidine•HCl•H2O in the claimed amount.  This is because the ingredient in the Celltrion Media is identical to the claimed ingredient, and the literal differences in concentration are small.  Furthermore, the impact of the literal differences on the total molar concentration of L-histidine are reduced by the addition of L-histidine freebase.  I would expect, subject to experimentation, that mammalian cells would perform similarly in the

Celltrion Media as in media that had L-histidine•HCl•H2O within the claimed concentration range.

75.     As discussed below, laboratory testing confirms this.  The laboratory results confirm that the differences in the amounts of L-histidine•HCl•H2O in the Celltrion Media compared to the claim are insubstantial, and that L-histidine•HCl•H2O in the amounts in the Celltrion Media performs substantially the same (if not the identical) function in substantially the same (if not the identical) way with substantially the same results as in media in which L-histidine is supplied by the claimed amount of L-histidine•HCl•H2O.

### d.     L-Arginine•HCl

76.     Claim 1 requires between 200-5000 mg/L of L-arginine•HCl.  CGM contains 63.34 mg/L of L-arginine•HCl and CPM contains 73.27 mg/L of L-arginine•HCl.

77.     In addition to L-arginine•HCl, CGM and CPM also contain L-arginine free base. This ingredient provides the same active component (L-arginine) as L-arginine•HCl. When both sources of L-arginine are considered, the total concentration of L-arginine in the Celltrion Media is within the range achieved by claim 1 of the '083 patent.  A comparison of the total molar amount of L-arginine supplied by L-arginine•HCl and L-arginine free base in the Celltrion Media with the range of total amount supplied by the claimed ingredient (L-arginine•HCl) is shown in Table 7 below.

**Table 7.**  A Comparison of the Total Molar Amounts of L-Arginine Supplied by L-Arginine•HCl and L-Arginine Free Base in Claim 1, CGM, and CPM

| '083 Patent Claim 1 | | CGM | CPM |
|---|---|---|---|
| **Ingredient** | **Amount (per liter)** | **Amount (per liter)** | **Amount (per liter)** |
| L-arginine•HCl (MW: 210.66 mg/mmol) | 200-5000 mg (0.949-23.735 mmol) | 63.34 mg (0.301 mmol) | 73.27 mg (0.348 mmol) |
| L-arginine (MW: 174.20 mg/mmol) | N/A | 161.04 mg (0.924 mmol) | 181.60 mg (1.042 mmol) |
| Total Arginine | 0.949-23.735 mmol | 1.225 mmol | 1.390 mmol |

78.     As shown in Table 7, the total molar amounts of L-arginine supplied by L-arginine•HCl and L-arginine free base in the Celltrion Media fall within the range of molar amounts of L-arginine supplied by the claimed amount of L-arginine•HCl.

79.     The function the L-arginine•HCl ingredient performs in the context of claim 1 is to provide an amount of the amino acid L-arginine for the cells in culture, which they use to make proteins.  In my opinion, the differences in the concentration between the L-arginine•HCl in the Celltrion Media and in claim 1 are insubstantial.  Furthermore, L-arginine•HCl in the amounts in the Celltrion Media performs substantially the same function in substantially the same way as L-arginine•HCl in the claimed amount.  This is because the ingredient in the Celltrion Media is identical to the claimed ingredient, and the literal differences in concentration are small; indeed there is no difference at all in the total concentration of L-arginine.  I would expect, subject to experimentation, that mammalian cells would perform similarly in the Celltrion Media as in media in which the same total concentration of L-arginine was supplied by an amount of L-arginine•HCl within the claimed concentration range.

80.     As discussed below, laboratory testing confirms this.  The laboratory results

confirm that the differences in amounts of L-arginine•HCl in the Celltrion Media compared to

the claim are insubstantial, and that L-arginine•HCl in the amounts in the Celltrion Media

performs substantially the same (if not the identical) function in substantially the same (if not the

identical) way with substantially the same results as in media in which L-arginine is supplied by

the claimed amount of L-arginine•HCl.

### e.     L-Asparagine•H2O

81.     Claim 1 requires between 40-250 mg/L of L-asparagine•H2O.  CGM contains

3.22 mg/L of L-asparagine•H2O and CPM contains 3.27 mg/L of L-asparagine•H2O.

82.     In addition to L-asparagine•H2O, CGM and CPM also contain L-asparagine free

base.  This ingredient provides the same active component (L-asparagine) as L-asparagine•H2O.

When both sources of L-asparagine are considered, the total amount of L-asparagine in the

Celltrion Media is within the range achieved by claim 1 of the '083 patent.  A comparison of the

total molar amount of L-asparagine supplied by L-asparagine•H2O and L-asparagine free base in

the Celltrion Media with the range of total amount supplied by the claimed ingredient (L-

asparagine•H2O) is shown in Table 8 below.

**Table 8.**  A Comparison of the Total Molar Amounts of L-Asparagine Supplied by L-
Asparagine•H2O and L-Asparagine Free Base in Claim 1, CGM, and CPM

| '083 Patent Claim 1 | | CGM | CPM |
|---|---|---|---|
| **Ingredient** | **Amount (per liter)** | **Amount (per liter)** | **Amount (per liter)** |
| L-asparagine•H2O (MW: 150.13 mg/mmol) | 40-250 mg (0.266-1.665 mmol) | 3.22 mg (0.021 mmol) | 3.72 mg (0.025 mmol) |
| L-asparagine (MW: 132.12 mg/mmol) | N/A | 167.61 mg (1.269 mmol) | 193.88 mg (1.467 mmol) |

| Total Asparagine | 0.266-1.665 mmol | 1.290 mmol | 1.492 mmol |

83.     As shown in Table 8, the total molar amounts of L-asparagine supplied by L-asparagine•H2O and L-asparagine free base in the Celltrion Media fall within the range of molar amounts of L-asparagine supplied by the claimed amount of L-asparagine•H2O.

84.     The function the L-asparagine•H2O ingredient performs in the context of claim 1 is to provide an amount of the amino acid L-arginine for the cells in culture, which they use to make proteins.  In my opinion, the differences in the concentration between the L-asparagine•H2O in the Celltrion Media and in claim 1 are insubstantial.  Furthermore, L-asparagine•H2O in the amounts in the Celltrion Media performs substantially the same function in substantially the same way as L-asparagine•H2O in the claimed amount.  This is because the ingredient in the Celltrion Media is identical to the claimed ingredient, and the literal differences in concentration are small; indeed there is no difference at all in the total concentration of L-asparagine.  I would expect, subject to experimentation, that mammalian cells would perform similarly in the Celltrion Media as in media in which the same total concentration of L-asparagine was supplied by an amount of L-asparagine•H2O within the claimed concentration range.

85.     As discussed below, laboratory testing confirms this.  The laboratory results confirm that the differences in amounts of L-asparagine•H2O in the Celltrion Media compared to the claim are insubstantial, and that L-asparagine•H2O in the amounts in the Celltrion Media performs substantially the same (if not the identical) function in substantially the same (if not the identical) way with substantially the same results as media in which L-asparagine is supplied by the claimed amount of L-asparagine•H2O.

### 3.   Phosphate-Containing Ingredients

86.   Claim 1 of the '083 patent requires two phosphate salts:  $NaH_2PO_4 \cdot H_2O$ (sodium phosphate monobasic hydrate), and $Na_2HPO_4$ (anhydrous sodium phosphate dibasic).  The Celltrion Media contain both these salts, in precisely the salt/solvate form claimed.

87.   The concentrations of the phosphate salts in the Celltrion Media are literally outside the claimed phosphate concentration ranges. *See* Table 9.  However, as discussed below, they are insubstantially different from the claimed amounts of $NaH_2PO_4 \cdot H_2O$ and $Na_2HPO_4$.

**Table 9**.  Concentration of Phosphate Salts in Claim 1 and the Celltrion Media

| **'083 Patent Claim 1** | | **CMG** | **CPM** |
|---|---|---|---|
| **Ingredient** | **Amount (per liter)** | **Amount (per liter)** | **Amount (per liter)** |
| $NaH_2PO_4 \cdot H_2O$ | 30-100 mg | 227.17 mg | 262.97 mg |
| $Na_2HPO_4$ | 30-100 mg | 374.15 mg | 432.64 mg |

#### a.   $NaH_2PO_4 \cdot H_2O$

88.   Claim 1 requires between 30-100 mg/L of $NaH_2PO_4 \cdot H_2O$, while CGM contains 227.17 mg/L and CPM contains 262.97 mg/L.

89.   The primary function the $NaH_2PO_4 \cdot H_2O$ ingredient performs in the context of claim 1 is to provide an extracellular amount of the phosphate nutrient.  Cells have a minimal phosphate requirement to create high-energy molecules that they use to generate the energy needed to grow, survive, and produce the proteins the cell is engineered to produce.  Cells also require phosphate as a building block of DNA, needed for new cellular DNA as the cells divide. In my opinion, the differences in the concentration between the $NaH_2PO_4 \cdot H_2O$ in the Celltrion Media and in claim 1 are insubstantial.  Furthermore, $NaH_2PO_4 \cdot H_2O$ in the amounts in the Celltrion Media performs substantially the same function in substantially the same way as

NaH2PO4•H2O in the claimed amount.  This is because the ingredient in the Celltrion Media is identical to the claimed ingredient, and the literal differences in concentration are small.  I would expect, subject to experimentation, that mammalian cells would perform similarly in the Celltrion Media as in media that were otherwise identical but had NaH2PO4•H2O within the claimed concentration range.

90.     As discussed below, laboratory testing confirms this.  The laboratory results confirm that the differences in amounts of the NaH2PO4•H2O ingredient in the Celltrion Media compared to the claim are insubstantial, and that the NaH2PO4•H2O amounts in the Celltrion Media perform substantially the same (if not the identical) function in substantially the same (if not the identical) way with substantially the same result as the claimed amount of NaH2PO4•H2O.

### b.     Na2HPO4

91.     Claim 1 requires between 30-100 mg/L of Na2HPO4, while CGM contains 374.15 mg/L and CPM contains 432.64 mg/L.

92.     The primary function the Na2HPO4 ingredient performs in the context of claim 1 is to provide an extracellular amount of the phosphate nutrient.  Again, cells have a minimal phosphate requirement to create high-energy molecules that they use to generate the energy needed to grow, survive, and produce the proteins the cell is engineered to produce.  Cells also require phosphate as a building block of DNA, needed for new cellular DNA as the cells divide. In my opinion, the differences in the concentration between the Na2HPO4 in the Celltrion Media and in claim 1 are not substantial.  Furthermore, Na2HPO4 in the amounts in the Celltrion Media performs substantially the same function in substantially the same way as Na2HPO4 in the claimed amount.  This is because the ingredient in the Celltrion Media is identical to the claimed ingredient, and the literal differences in concentration are small.  I would expect, subject to

33

experimentation, that mammalian cells would perform similarly in the Celltrion Media as in media that were otherwise identical but had $Na_2HPO_4$ within the claimed concentration range.

93.     As discussed below, laboratory testing confirms this.  The laboratory results confirm that the differences in amounts of the $Na_2HPO_4$ ingredient in the Celltrion Media compared to the claim are insubstantial, and that the $Na_2HPO_4$ amounts in the Celltrion Media perform substantially the same (if not the identical) function in substantially the same (if not the identical) way with substantially the same result as the claimed amount of $Na_2HPO_4$.

### 4.     Sodium Chloride

94.     Claim 1 requires a concentration of NaCl (sodium chloride) between 5000-7500 mg/L.  CGM literally meets this limitation.  However, the concentration of NaCl in CPM is about 10% below the claimed range, as shown in Table 10.

**Table 10**.  Concentration of NaCl in Claim 1 and the Celltrion Media

| **'083 Patent Claim 1** | | **CGM** | **CPM** |
| --- | --- | --- | --- |
| **Ingredient** | **Amount (per liter)** | **Amount (per liter)** | **Amount (per liter)** |
| NaCl | 5000-7500 mg | 5582.73 mg | 4556.83 mg |

95.     The difference in NaCl concentration in CPM from the claimed range is insubstantial.  The function of the amount of NaCl in a medium is to make it approximately isosmotic (having the same osmolality) with physiological fluids.  Osmolality is a measure of the number of particles dissolved in solution.  Physiological osmolality, that is, the osmolality in living systems, is about 300 mOsm/kg, plus or minus about 10%.  Cell culture media are typically maintained at an osmolality in the neighborhood of physiological.  NaCl is a non-nutritive ingredient that is used to balance the osmolality of the medium.[8]  One of ordinary skill

---

[8] Burgener et al., *supra*, at 52; R. Ian Freshney, *Culture of Animal Cells*, 106 (6th ed. 2010).

in the art would understand the salt concentration to be a fluid, adjustable variable to control osmolality.  In other words, there is typically an inverse relationship between the amount of NaCl in a medium and the total amount of other ingredients.  The more concentrated the medium, the less NaCl is needed.  The less concentrated the medium, the more NaCl is needed.[9]

96.     Consistent with this understanding of the function of NaCl, it appears that the reason the NaCl concentration is different in CGM and CPM is to maintain an appropriate osmotic balance in each.  CGM and CPM each contain the same set of ingredients that are uniformly (other than NaCl) about 15% more concentrated in CPM than in CGM.  Concomitantly, the NaCl concentration in CPM is about 15% less than in CGM.

97.     I would not expect the difference between the concentration of NaCl in CPM and the claimed concentration of NaCl to affect the performance of mammalian cells in cell culture.  The laboratory results described below confirm that substantially the same results in cell culture are observed whether NaCl is provided at the concentration of CPM or at the claimed concentration, confirming that the amount of NaCl in CPM performs substantially the same function in substantially the same way as the claimed amount of NaCl and that the literal difference is insubstantial.

### C.     Laboratory Experiments Confirm Equivalence

98.     As discussed above, the literal differences in concentration between the Celltrion Media and Claim 1 are insubstantial.  Laboratory experiments can test whether there is an actual change in the performance of media embodying these differences in cell culture.  For antibody-producing cells such as those described in the '083 patent and those that Celltrion uses in the manufacture of its product, the amount of antibody produced (the titer) is a relevant measure by

---

[9] Jo et al., "Balanced Nutrient Fortification Enables High-Density Call Culture in Batch Culture," *Biotech. Bioeng.*, **36**, 717, 719 (1990).

which to assess the performance of a medium.  Related relevant measures are cell growth characteristics, including viable cell density, maximum viable cell density, and viability over the course of the culture.  These are also the performance measures assessed in the examples of the '083 patent.

99.     The relative performance in cell culture of the Celltrion Media compared with variant media in which the literal differences are eliminated also addresses whether an ingredient at a different concentration or in a different form in the Celltrion Media yields substantially the same result in cell culture as the same ingredient at the claimed concentration or in the claimed form.

100.     As discussed below, laboratory testing of the Celltrion Media performed by Drs. Wurm and De Jesus confirms that these literal differences are insubstantial, and that the ingredients at the concentration in the Celltrion Media perform substantially the same function in substantially the same way to yield substantially the same result as the same ingredients in the claimed concentration.

### 1.     Experimental Method

101.     Because equivalence under the doctrine of equivalents is assessed on an element-by-element basis, the performance of each of the Celltrion Media in cell culture was compared to the performance of variants each adjusted to reflect a single literal difference.  The experiments are described in detail in the Report of Dr. Florian Wurm and Dr. Maria De Jesus dated April 13, 2016 ("The Lab Report"), and I refer to that report for a description of the experimental methodology.

### 2.   The CGM Experiments

102.   The CGM experiments demonstrate that the literal differences between the
concentrations of certain ingredients in CGM and those claimed in claim 1 of the '083 patent are
insubstantial.

### a.   Viable Cell Density

103.   Figure 1 below plots the viable cell density (VCD) against time for CGM, the
twelve element-by-element variants, the All Changes variant, and both negative controls.

**Figure 1:** Comparison of viable cell density (VCD) as a function of time for C743B cells
cultured in the test media





104.    The results shown in Figure 1 confirm that substantially the same VCD results comparing CGM to each of the variants are obtained in cell culture.  For each of these conditions, the cultures showed vigorous growth from day 1 to day 3, a gradual tailing off of VCD to day 5, and a substantial loss of VCD from day 5 to day 7.  The maximum VCD ($VCD_{max}$) measured for CGM was at day 3 ($3.12 \pm 0.29 \times 10^6$ cells/mL).  The variant with the largest average $VCD_{max}$ (day 3) was the NH4VO3 variant ($3.45 \pm 0.18 \times 10^6$ cells/mL), and that with the smallest average $VCD_{max}$ (day 3) was the CuSO4•5H2O variant ($2.74 \pm 0.19 \times 10^6$ cells/mL).  Based on the small magnitude of these differences, I conclude the VCD over time (the VCD curve) and the $VCD_{max}$ for each of the variants are substantially similar to those observed for CGM.  If I were developing a medium, data with this degree of similarity would not convince me to select any variant over CGM or vice versa.  Rather, the similarities in the data would lead me to conclude that the differences between each of the variants and CGM are

insubstantial.  I believe that other scientists skilled in developing cell culture media would arrive at the same conclusion.

105.    In contrast, the VCD curves for the negative controls were substantially different from CGM.  In PBS Only, the VCD dropped to zero almost immediately.  In 20% CGM, by contrast, the VCD increased slightly over the first three days of culture, but the maximum VCD was substantially lower than that observed in CGM (approximately four times smaller).  The observations in 20% CGM are particularly noteworthy because this medium contains all of the same nutrients as in CGM, just in concentrations that for most ingredients are approximately five times less than in CGM itself.

### b.    Viability

106.    Figure 2 below plots the viability (percentage of total cells that are viable) against time for CGM, the twelve element-by-element variants, the All Changes variant, and the negative controls.

**Figure 2:** Comparison of viability as a function of time for C743B cells cultured in the test media



107.    The results shown in Figure 2 confirm that substantially the same viability results comparing CGM to each of the variants are obtained in cell culture.  For each of these conditions, cell viability remained in the range of >90% up to day 3, and began to decline

steadily from day 3 through day 7.  Based on these data, I conclude that the percent viability over time (viability curve) for each of the variants is substantially similar to that observed for CGM. If I were developing a medium, data having this degree of similarity would not convince me to select any variant over CGM or vice versa.  Rather, the similarities in the data would lead me to conclude that the differences between each of the variants and CGM are insubstantial.  I believe that other scientists skilled in developing cell culture media would arrive at the same conclusion.

108.     In contrast, cells grown under either of the negative control conditions showed substantial differences in cell viability as compared to cells grown in CGM.  Specifically, cells grown in 20% CGM showed decreased viability beginning at day 3 (below 90%), continuing through day 5 to a low viability at day 7.  Cells grown in PBS Only showed no viability after 1 day in culture.  Again, the observations in 20% CGM are particularly noteworthy because this medium contains all of the same nutrients as in CGM, just in concentrations that for most ingredients are approximately five times less than in CGM itself.

### c.     Antibody Titers

109.     Figure 3 below plots the antibody production (also known as antibody "titers") against time for CGM, the twelve element-by-element variants, the All Changes variant, and the negative controls.

**Figure 3**: Comparison of antibody titers (mg/L) as a function of time for C743B cells cultured in the test media.



110.    The results shown in Figure 3 confirm that substantially the same antibody titer results comparing CGM to each of the variants are obtained in cell culture.  For each of the conditions, antibody production gradually increased through the entire 7-day culture, achieving

maximum antibody titers in the range of 90 to 100 mg/L.  Specifically, the maximum antibody

titer (titer$_{max}$) measured in CGM (day 7) was 95.73±1.86 mg/L, compared to 90.07±4.64 mg/L

(day 7) for the CuSO4•5H2O variant (the lowest of the relevant variants) and 97.52±3.91 mg/L

(day 7) for the L-methionine variant (the highest).[10]  Based on these data, I conclude that the

titer$_{max}$, as well as the titer over time (titer curve) for each of the variants is substantially similar

to that observed for CGM.  If I were developing a medium, data having this degree of similarity

would not convince me to select any variant over CGM or vice versa.  Rather, the similarities in

the data would lead me to conclude that the differences between each of the variants and CGM

are insubstantial.  I believe that other scientists skilled in developing cell culture media would

arrive at the same conclusion.

111.     In contrast, antibody titers were substantially reduced at all time points tested for

both negative controls, nearly zero for the PBS Only negative control and approximately four

times smaller than CGM for the 20% CGM negative control.  Again, the 20% CGM results are

particularly noteworthy because this medium contains all of the same nutrients as in CGM, just

in concentrations that for most ingredients are approximately five times less than in CGM itself.

### d.     CGM Experiments – Overall Conclusion

112.     In my opinion, the CGM experiments confirm that the literal differences in

concentration between CGM and the media described by claim 1 are insubstantial.  With respect

to VCD, viability, and antibody production, the data for CGM compared to each of the variants

are substantially similar.  If I were developing a medium, these data would not compel me to

select any of the variants over CGM for further development or vice versa.

---

[10] Slightly and insubstantially lower (less than 10%) antibody titers were measured for the All Changes
variant at day 7 (86.79±0.68 mg/L).

113.    In addition, these experimental results demonstrate that, for each of the literal differences between CGM and the claim, those differences are insubstantial because the amounts or form of the ingredient in CGM performs substantially the same function, in substantially the same way, with substantially the same results, as the claimed amounts or forms of those ingredients.

### 3.    CPM Experiments

114.    The CPM experiments similarly demonstrate that the literal differences between the concentrations of certain ingredients in CPM and those claimed in claim 1 of the '083 patent are insubstantial.

### a.    Viable Cell Density

115.    Figure 4 below plots the viable cell density against time for CPM, the twelve element-by-element variants, the All Changes variant, and both negative controls.

**Figure 4**: Comparison of VCD as a function of time for C743B cells cultured in the test media





116.    The results shown in Figure 4 confirm that substantially the same VCD results comparing CPM to each of the variants are obtained in cell culture.  For each of these conditions, the cultures showed vigorous growth from day 1 to day 3, maintenance of VCD through day 5, and a tailing off through the end of the culture at day 10.  The $VCD_{max}$ (day 3) measured for CPM was $2.32\pm0.26 \times 10^6$ cells/mL, while the variant with the largest $VCD_{max}$ (day 3) was the L-Asparagine•H2O variant ($2.64\pm0.12 \times 10^6$ cells/mL), and that with the smallest $VCD_{max}$ (day 3) was the L-Histidine•HCl•H2O variant ($2.21\pm0.19 \times 10^6$ cells/mL).  Based on these data, I conclude that the VCD over time (the VCD curve) and the $VCD_{max}$ for each of the variants are substantially similar to those observed for CPM.  If I were developing a medium, these data would not convince me to select any variant over CPM or vice versa.  Rather, the similarities in the data would lead me to conclude that the differences between each of the variants and CPM are insubstantial.  I believe that other scientists skilled in developing cell culture media would arrive at the same conclusion.

45

117.    In contrast, the average VCDs over time for the negative controls were substantially different from CPM.  In PBS Only, the VCD dropped to zero almost immediately. In 20% CPM, by contrast, the VCD increased slightly over the first three days of culture, but the $VCD_{max}$ was substantially lower than that observed in CPM (approximately five times smaller). The observations in 20% CPM are particularly noteworthy because this medium contains all of the same nutrients as in CPM, just in concentrations that for most ingredients are approximately five times less than in CPM itself.

### b.    Viability

118.    Figure 5 below plots the viability (percentage of total cells that are viable) against time for CPM, the twelve element-by-element variants, the All Changes variant, and the negative controls.

**Figure** 5: Comparison of cell viability as a function of time for C743B cells cultured in the test media





119.    The results shown in Figure 5 confirm that substantially the same viability results comparing CPM to each of the variants are obtained in cell culture.  For each of these conditions, cell viability remained in the range of >90% up to day 3, and began to decline steadily from day 3 through day 10.  Based on these data, I conclude the percent viability over time (viability curve) for each of the variants is substantially similar to that observed for CPM.  If I were developing a medium, these data would not convince me to select any variant over CPM.  Rather, the similarities in the data would lead me to conclude that the differences between each of the variants and CPM are insubstantial.  I believe that other scientists skilled in developing cell culture media would arrive at the same conclusion.

120.    In contrast, cells grown under either of the negative control conditions showed substantial differences in cell viability as compared to cells grown in CPM.  Specifically, cells grown in 20% CPM showed decreased viability beginning at day 3 (below 90%), which continued through day 7; no living cells were observed at day 10.  Cells grown in PBS Only

showed almost no viability at day 1, and no living cells were observed thereafter.  Again, the observations in 20% CPM are particularly noteworthy because this medium contains all of the same nutrients as in CPM, just in concentrations that for most ingredients are approximately five times less than in CPM itself.

### c.      Antibody Titers

121.    Figure 6 below plots the antibody titers against time for CPM, the twelve element-by-element variants, the All Changes variant, and the negative controls.

**Figure 6**: Comparison of antibody titers (mg/L) as a function of time for C743B cells cultured in the test media





122.    The results shown in Figure 6 confirm that substantially the same antibody titer results comparing CPM to each of the variants are obtained in cell culture.  For each of the conditions, antibody production gradually increased to a maximum observed at day 7, with a minor tailing off thereafter,[11] with titer$_{max}$ in the range of 150 to 160 mg/L.  Specifically, the titer$_{max}$ measured in CPM (day 7) was 160.55±2.56 mg/L, while the largest titer$_{max}$ was 161.99±2.38 mg/L (day 7) for the NaCl variant and the smallest titer$_{max}$ was 147.80±0.78 for the L-Asparagine•H2O variant (day 7).  Based on these data, I conclude that the titer$_{max}$, as well as the titer over time (titer curve) for each of the variants is substantially similar to that observed for CPM.  If I were developing a medium, these data would not convince me to select any variant over CPM or vice versa.  Rather, the similarities in the data would lead me to conclude that the

---

[11] The reduction in antibody titers at day 10 is likely due to the instability of the antibody for extended periods of time under culture conditions.

differences between each of the variants and CPM are insubstantial.  I believe that other scientists skilled in developing cell culture media would arrive at the same conclusion.

123.    In contrast, the maximum antibody titers were nearly zero for the PBS Only negative control and approximately four times smaller than CPM for the 20% CPM negative control.  Again, the 20% CPM results are particularly noteworthy because this medium contains all of the same nutrients as in CPM, just in concentrations that for most ingredients are approximately five times less than in CPM itself.

### d.    CPM Experiments – Overall Conclusion

124.    In my opinion, the CPM experiments confirm that the literal differences in concentration between CPM and the media described by claim 1 are insubstantial.  With respect to VCD, viability, and antibody production, the data for CPM compared to each of the variants are substantially similar.  If I were developing a medium, these data would not compel me to select any of the variants over CPM for further development or vice versa.

125.    In addition, these experimental results demonstrate that, for each of the literal differences between CPM and the claim, those differences are insubstantial because the amounts or form of the ingredient in CPM performs substantially the same function, in substantially the same way, with substantially the same results, as the claimed amounts or forms of those ingredients.

### 4.    Statistical Analysis

126.    In my work in cell culture media, I use statistical analysis as a backup to check the extent to which the results that can be directly observed graphically and through the use of summary statistics are consistent with statistical testing.  I performed statistical analyses on the CGM and CPM experimental data.  The results of these analyses are consistent with my opinion

that the experiments do not show any substantial differences between the Celltrion Media and media that are altered to meet the limitations of claim 1.

127.    I performed statistical analyses of the raw experimental data using a software program called SigmaPlot.  SigmaPlot is a statistical software tool I routinely use and rely upon in my research to analyze raw cell culture data.  SigmaPlot is one of the statistical packages that others in the field use and similarly rely upon to analyze raw cell culture data.  I use SigmaPlot by inputting the raw data, and asking the software to determine whether there are any statistically significant differences among the various groups of data (treatment groups).  The software analyzes the data and determines which statistical test or tests to apply given the data. Printouts of the SigmaPlot outputs are attached hereto as Exhibit B.  Although a large number of statistical comparisons are generated by SigmaPlot given the number of treatment groups, I understand that the relevant comparisons for purposes of the doctrine of equivalents are the comparisons of the Celltrion Media with each of the element-by-element variants.

128.    As detailed in Exhibit B, the SigmaPlot analyses showed no statistically significant differences between the Celltrion Media and the tested variants for the vast majority of the relevant experiments for both CGM and CPM.  In particular, out of 72 relevant comparisons tested on the CGM experiments, the analysis found only 2 statistically significant results, and these were ambiguous, as the test that SigmaPlot initially used on the same data identified no statistically significant differences.  Out of 60 relevant comparisons tested on the CPM experiments, SigmaPlot identified only 2 statistically significant results.  Notably, both of these results (as well as one of the 2 statistically significant results identified in the relevant CGM experiments) were for the L-Asparagine•H2O variant.  As discussed above (and further detailed in the Lab Report), the L-Asparagine•H2O variant in each experiment had the same total

concentration of L-Asparagine as the corresponding Celltrion Media, with the only difference being the amount of L-Asparagine that was supplied as free base and the amount supplied as L-Asparagine•H2O.  Given that both sources of L-Asparagine are dissolved in the final media, it is highly unlikely that the observed differences are attributable to the different concentrations of the two forms of L-Asparagine.

129.     In my opinion, the statistical analyses confirm that the experimental data shows no substantial differences between the Celltrion Media and the relevant variants.  The analyses identified no statistically significant differences among the vast majority of the relevant endpoints.  Given the large number of data points analyzed, and the nature of the variants where the results were observed, I think it is unlikely that the very few statistically significant results calculated by SigmaPlot reflect real differences in media performance attributable to the tested variations.  In any event, as discussed above, the magnitude of the differences are such that I do not consider them substantial.

### D.     Overall Conclusions as to Claim 1

130.     For the reasons discussed above, each and every element of claim 1 is met by both CGM and CPM, either literally or under the doctrine of equivalents.  As a result, I conclude that CGM and CPM each infringe claim 1 of the '083 patent under the doctrine of equivalents.

### E.     The Celltrion Media Infringe Claim 2 of the '083 Patent

131.     Claim 2 claims "the soluble composition of claim 1 further comprising [(a)] a buffering molecule with a $pK_a$ between 5.9 and 7.8 and [(b)] a cell protectant."  As discussed above, the Celltrion Media meet all the elements of claim 1 either literally or under the doctrine of equivalents.  The Celltrion Media meet both of the additional elements of claim 2.

132.     Both Celltrion Media contain HEPES (4-(2-hydroxyethyl)-1-piperazineethanesulfonic acid).  HEPES is one of Good's buffers, a zwitterionic sulfonic acid-

containing buffering molecule.[12]  It has a $pK_a$ of about 7.5 at 20 °C and about 7.3 at 37 °C. HEPES is thus a "buffering molecule with a $pK_a$ between 5.9 and 7.8" and therefore the Celltrion Media literally meet element (a) of claim 2.

133.    Second, the Celltrion Media both contain Poloxamer 188 (also known as Pluronic-F68) and Tween 80, both of which are cell protectants.  Both are non-ionic surfactants, which the '083 patent describes as examples of cell protectants.  (Col. 7:14-15.)  And, Pluronic-F68 is a specifically recited as an example of a cell protectant.  (Col. 7:15.)  Accordingly, the Celltrion Media literally meet element (b) of claim 2.

134.    Because the additional elements of claim 2 are literally met, the Celltrion Media infringe claim 2 under the doctrine of equivalents for the same reasons that they infringe claim 1.

## VIII.    Defense to Infringement Under the Doctrine of Equivalents – Ensnarement

135.    I am informed that Defendants have notified Janssen that they may raise a defense to infringement under the doctrine of equivalents known as "ensnarement."  The ensnarement defense, I am informed, precludes a patentee from asserting a range of equivalents that would encompass the prior art.  I am informed that this is an affirmative defense that Defendants must assert in the first instance.  If Defendants submit evidence in support of their ensnarement defense, I reserve the right to respond.

## IX.    Materials Relied Upon

136.    In reaching the conclusions stated in this report, I have relied upon my more than 35 years of knowledge of and experience with cell culture processes and cell culture media.  In addition to the materials cited in the body of this report, I have also considered the materials set forth in Exhibit C.

---

[12] Good et al., "Hydrogen Ion Buffers and Biological Research," *Biochemistry*, 5:2, 467-77 (1966).

**X.**      **Compensation**

137.    I am being compensated for my time at my usual rate of $350 per hour.

**XI.**        **Other Cases in Which I Have Testified**

138.    I have not given testimony in any case.

**XII.**       **Signature**

Dated: August 31, 2016

_____

Professor Michael Butler, Ph.D.