# JANSSEN EXHIBIT 7

This material may be protected by Copyright law (Title 17 U.S. Code)

In Vitro Cell. Dev. Biol.—Animal 32:451–453, September 1996
© 1996 Society for In Vitro Biology
1071-2690/96 $05.00+0.00

# Letter to the Editor

## REPLACEMENT OF TRANSFERRIN BY SIMPLE IRON COMPOUNDS FOR MDCK CELLS GROWN AND SUBCULTURED IN SERUM-FREE MEDIUM

Dear Editor:

Iron is required by eukaryotic cells in several important metabolic processes and has been closely associated with cell growth and DNA synthesis (Anderson et al., 1982). In aqueous solution, hydrolysis and polymerization of aqueous $Fe^{3+}$ to insoluble ferric hydroxides and oxyhydroxides can reduce the potential biological accessibility of iron. Transferrin has been traditionally used to supply iron in a biologically available form to cells and is an almost universal component of serum-free media (SFM). Transferrin is also thought to have some role in removing toxic compounds, especially in SFM where the absence of the protective effect of serum can make cells very susceptible to peroxide damage when synthetic cell culture media are exposed to light.

Addition of transferrin as an iron carrier is not the sole means of supplying iron to cells. Transferrin-independent mechanisms have been reported for a number of cell lines (Oshiro et al., 1993; Hodgson et al., 1994); for example, some cell lines produce their own transferrin (Kriegerbeckova et al., 1993; Mitaka et al., 1993). The use of simple iron compounds or more complex iron carriers without transferrin has also been reported (Chitambar and Zivkovic, 1990). Insoluble iron has even been reported to stimulate cell growth (Kovar, 1990).

Given that there are many paths by which iron can enter cells, it may be possible to replace transferrin with simple iron compounds or iron chelators. This is especially desirable, as the most widely used source of transferrin is of human origin because of its low cost and effectiveness. The use of synthetic compounds would result in a more defined medium with less batch variation and should greatly reduce the possibility of viral contamination.

For MDCK cells, transferrin was found to be one of the most important components of the SFM medium designed by Taub et al. (1979). This appeared to be a suitable system in which to assess the ability of simple iron compounds to satisfy the iron requirement of MDCK cells.

The MDCK cells (ATCC CCL34) were grown for one passage in the SFM described by Taub et al. (1979). Growth assays were set up in 96-well plates with incubation at 5% $CO_2$ in air and 37° C. The ability of transferrin (Tf) and transferrin replacements [sodium nitroprusside (SNP), ferric nitrate (FN), iron choline citrate (ICC), ferric citrate (FC), ferric ammonium citrate (FAC), ferric ammonium sulfate (FAS), and ferrous sulfate ($Fe_2SO_4$)] to stimulate growth was assessed by acid phosphatase production (Martin and Clynes, 1991) at the end of 4 d. Replacements were tested at a concentration range of 0.05 to 50 µg/ml.

Transferrin (regardless of the level of iron saturation) was found to stimulate MDCK cells in SFM, reaching a maximum of four-to-





FIG. 1. Growth-promoting effect of transferrin replacements. Results are expressed as the average percentage growth relative to the control (5 µg transferrin/ml ± SE; $N = 3$). The serum-free medium described by Taub (1979) consists of (Dulbecco's minimum essential medium:Ham's F12, 1:1 vol/vol) as the basal medium, buffered with 15 m$M$ HEPES and 11 mg $Na_2HCO_3$, and supplemented with 10 n$M$ $Na_2SeO_3$, 5 µg insulin/ml, 25 ng prostaglandin $E_1$/ml, 5 p$M$ tri-iodo-threonine, and 50 n$M$ hydrocortisone. Bovine transferrin was used in place of human transferrin at 5 µg/ml.

CELLREM-0345909

TABLE 1

SUBCULTURE OF MDCK CELLS IN SERUM-FREE MEDIUM WITH TRANSFERRIN (TF) REPLACEMENTS

| P | TF | SNP | ICC | FAS | $Fe_2SO_4$ |
|---|---|---|---|---|---|
| Subculture Experiment 1[a] | | | | | |
| 1 | 164.1 ± 15.7 | 138.0 ± 8.04 | 59.6 ± 6.50 | 103.7 ± 0.77 | 40.66 ± 6.42 |
| 2 | 42.5 ± 1.86 | 93.25 ± 3.20 | 54.58 ± 9.08 | 121.6 ± 11.4 | 64.25 ± 7.52 |
| 3 | 183.1 ± 31.6 | 162.7 ± 17.2 | 42.26 ± 10.4 | 142.5 ± 15.6 | 49.87 ± 16.5 |
| 4 | 202.2 ± 12.6 | 183.9 ± 12.1 | 32.25 ± 3.7 | 148.0 ± 5.86 | 51.50 ± 5.70 |
| 5 | 143.7 ± 31.5 | 119.2 ± 18.4 | 24.00 ± 6.24 | 116.8 ± 5.39 | 38.25 ± 1.06 |
| 6 | 57.75 ± 1.71 | 105.2 ± 8.14 | 199.3 ± 30.8 | 164.4 ± 8.94 | 59.67 ± 9.36 |
| 7 | 116.5 ± 7.45 | 158.6 ± 19.5 | 37.25 ± 3.52 | 98.50 ± 4.64 | 28.25 ± 7.24 |
| 8 | 100.4 ± 11.2 | 118.9 ± 4.35 | 9.05 ± 1.97 | 146.0 ± 11.7 | 15.12 ± 1.11 |
| 9 | 93.19 ± 9.05 | 116.4 ± 24.2 | — | 91.35 ± 22.0 | — |
| Subculture Experiment 2 | | | | | |
| 1 | 264.3 ± 1.94 | 183.5 ± 9.20 | 14.20 ± 4.20 | 216.7 ± 11.2 | 175.3 ± 10.4 |
| 2 | 144.0 ± 21.8 | 153.5 ± 45.9 | 5.20 ± 1.52 | 170.4 ± 8.50 | 156.6 ± 34.6 |
| 3 | 177.5 ± 17.7 | 130.0 ± 7.80 | — | 200.0 ± 36.9 | 161.2 ± 7.10 |
| Subculture Experiment 3 | | | | | |
| 1 | 43.0 ± 9.12 | 32.80 ± 4.50 | 25.00 ± 6.73 | 18.70 ± 0.35 | 20.70 ± 0.25 | |
| 2 | 142.0 ± 17.6 | 120.0 ± 15.6 | 51.60 ± 6.10 | 110.0 ± 14.0 | 53.00 ± 4.00 | |
| 3 | 85.00 ± 36.0 | 76.80 ± 14.3 | 17.60 ± 5.57 | 79.20 ± 15.8 | 133.1 ± 13.2 | |
| 4 | 206.7 ± 89.0 | 116.0 ± 5.66 | — | 133.8 ± 4.32 | 109.0 ± 11.3 | |
| 5 | 76.90 ± 9.00 | 189.4 ± 22.8 | | 60.80 ± 6.50 | 46.20 ± 3.50 | |
| 6 | 50.00 ± 7.00 | 79.50 ± 13.4 | | 112.3 ± 8.90 | 114.7 ± 29.0 | 136.7 ± 16.6[b] |
| 7 | 172.1 ± 11.4 | 73.10 ± 15.4 | | 86.75 ± 3.90 | 75.60 ± 20.0 | 69.50 ± 2.30[b] |
| 8 | 106.5 ± 5.30 | 130.5 ± 7.80 | | 148.9 ± 15.9 | 192.7 | 151.0 ± 1.59[b] |
| 9 | 199.9 ± 28.1 | 199.5 ± 39.0 | | 196.9 ± 18.6 | 123.4 ± 15.2 | 183.7 ± 4.24[b] |

[a] Results for experiments 1–3 are expressed as the cell yield × $10^{-4}$ cells/25cm² flask ± standard deviation ($N = 3$). Cells were grown for one passage in SFM before the experiment was begun. At each subculture stage, $2 \times 10^5$ cells from the prior subculture were inoculated into fresh flasks. The day before subculturing, 4 ml of the growth medium was replaced with fresh medium. Abbreviations: P = passage number; SNP = sodium nitroprusside; ICC = iron choline citrate; FAS = ferric ammonium citrate; $Fe_2SO_4$ = ferrous sulfate.
[b] Results obtained with new $Fe_2SO_4$ stock solution.
[c] Only one result.

fivefold of the growth achieved without transferrin at 5–10 μg/ml. All factors stimulated growth in a concentration-dependent manner, reaching highest stimulation at concentrations of 0.1–1.0 μg/ml (Fig. 1 A,B). At higher concentrations, growth-promoting activity became less stimulatory or inhibitory (an exception was $Fe_2SO_4$ at 50 μg/ml). At maximum, SNP, ICC, FAS, and $Fe_2SO_4$ stimulated 93, 92, 92, and 100% of the growth obtained by transferrin, respectively. Addition of 0.5 μg FN, FAC, or FC/ml stimulated a maximum of 74–75% of the growth obtained by transferrin.

The results show that the order of activity at maximum stimulation was $Fe_2SO_4 \geq$ Tf > SNP > FAS ≥ ICC > FAC ≥ FC > FN. On the basis of the moles of iron provided per mole of each compound, the order was $Fe_2SO_4$ > FC > FAC > SNP > FN > FAS > ICC. Although $Fe_2SO_4$ stimulated the best growth and also had the highest iron content per mole of the molecules tested, there was no further correspondence between iron loading and the ability to stimulate growth for the other factors. However, from the initial screening, most ferric forms of iron tested except FAS exhibited maximum growth-promoting activity of only 75% of that obtained by transferrin. This may reflect the reduced potential biological accessibility of ferric iron as compared to ferrous iron.

We subcultured cells to observe the ability of selected transferrin replacements to sustain growth in SFM over prolonged periods (Table 1). Cells were set up at $2 \times 10^5$ cells per flask. Vented flasks were used (due to uncontrollable increases in pH when MDCK cells were inoculated into nonvented flasks under serum-free conditions) at 37°C and 5% $CO_2$ in air for 4 d. The day before subculturing, 4 ml of medium was removed and replaced with fresh medium. During subculture, trypsin inhibitor (at equimolar concentrations to trypsin) was used to inactivate trypsin while passaging cells in SFM.

Subculture with transferrin replacements revealed differences in the ability of the factors to support growth of MDCK cells over long-term experiments. Of the iron-containing compounds and salts tested, $Fe_2SO_4$, FAS, ICC, and SNP were chosen for further analysis as these stimulated growth almost equal to that of the bovine transferrin control (at 0.1 μg $Fe_2SO_4$/ml, 0.5 μg FAS/ml, 0.5 μg SNP/ml, and 0.5 μg ICC/ml.

In two of three separate subculture experiments, ICC was unable to support growth through more than three passages in transferrin-free SFM, possibly indicating that the activity in the growth assay was due to residual transferrin (present in the cells) facilitating the uptake of iron. Here the ragged appearance of the cells (very granular and more extended) may also indicate the loss of some protective effect normally exerted by transferrin.

In the first and second subcultures, differences in the growth-promoting ability of $Fe_2SO_4$ were observed. The fact that a freshly prepared stock of $Fe_2SO_4$ was used in second subculture may have resulted in these differences. Thus, in the third subculture experi-

ment, cells obtained from the $Fe_2SO_4$-containing SFM at the end of Passage 5 were split as in earlier passages, but two groups of flasks were set up: one set of flasks were exposed to the same stock of $Fe_2SO_4$ (referred to as $Fe_2SO_4$ old), whereas the second set were exposed to a freshly prepared $Fe_2SO_4$ solution (referred to as $Fe_2SO_4$ new). It was not until the final passage of the experiment that a difference in the response of the two solutions was seen. The freshly prepared $Fe_2SO_4$ stimulated the cells more than the old solution, indicating the possibility that $Fe_2SO_4$ in the first subculture was in an oxidized form which was not available to the cells. Both SNP and FAS were able to support growth over all passages tested and appeared as suitable replacements for transferrin.

In summary, all the factors tested were able to exert a concentration-dependent, growth-promoting effect on MDCK cells in single-stage growth assays. These factors have been previously used as transferrin replacements with various degrees of success, being tested primarily on hybridoma and myeloma cell lines and most commonly in single-stage growth assays only (Basset, 1986; Shinmoto et al., 1988; Darfler, 1990; Metcalf et al., 1994). In subculture experiments, only FAS, SNP, and $Fe_2SO_4$ appeared as suitable replacements for transferrin. Ferric ammonium sulfate did not appear to lose growth stimulatory ability, regardless of the age of the solution, whereas SNP was not as consistently stimulatory. Ferrous sulfate is a suitable replacement but its effectiveness deteriorates over time, necessitating the regular preparation of stocks. Ferric ammonium sulfate was not always the most stimulatory factor during the subculture experiments, but it gave good growth most consistently and therefore, is a reliable alternative to transferrin.

These experiments emphasize the importance of assessing the stability of factors in media and their ability to support growth not only through single-stage growth assays but also over longer-term subcultures; the results we obtained were quite different for the two situations. In addition, it should be noted that the effectiveness of any of these factors will depend not only on the cell line but also the culture system being used; for example Metcalf et al. (1994) found that a combination of SNP and FAC could support high levels of growth in static culture but not in suspension.

Our study contributes to the design of a safe, more reproducible SFM devoid of animal proteins.

ACKNOWLEDGMENTS

We thank BioResearch Ireland for financial support.

REFERENCES

Anderson, W. L.; Chase, C. G.; Tomasi, T. B., Jr. Transferrin support of stimulated lymphocytes. In Vitro Cell Dev. Biol. 18:766–774; 1982.

Basset, P.; Quesneau, Y.; Zwiller, J. Iron-induced L1210 cell growth: evidence of a transferrin-independent iron transport. Cancer Res. 46: 1644–1647; 1986.

Chitamber C. R. and Zivkovic Z. Influence of cellular iron status on the release of soluble transferred-receptor from human pro-mgelocitic leukaemic HL60 cells. J. Lab. Clin. Med., 116:345–353; 1990.

Darfler, F. J. A protein-free medium for the growth of hybridomas and other cells of the immune system. In Vitro Cell. Dev. Biol. 26:769–778; 1990.

Hodgson, L. L.; Quail, E. A.; Morgan, E. H. Receptor-independent uptake of transferrin-bound iron by reticulocytes. Arch. Biochem. Biophys. 308:318–326; 1994.

Kovar, J. Insoluble iron compound is able to stimulate growth of cultured cells. In Vitro Cell. Dev. Biol. 26:1026–1027; 1990.

Kriegerbeckova, K.; Kovar, J.; Neumannova, V. Production of transferrin in human cell lines in a defined protein-free system: detection by ELISA. Immunol. Cell Biol. 71:303–309; 1993.

Martin, A.; Clynes, M. Acid phosphatase: endpoint for in vitro toxicity tests. In Vitro Cell. Dev. Biol. 27a:183–184; 1991.

Metcalf, H.; Field, R. P.; Froud, S. J. The use of 2-hydroxy-2,4,5-cyclohepatrin-1-one (Tropolone) as a replacement for transferrin. In: R. E. Spier; Griffiths, J. B.; Berthold, W., ed. Animal cell technology; products for today; prospects for tomorrow. 1994. Butterworth, Heinemann. :88–90.

Mitaka, T.; Norioka, K.; Mochizuki, Y. Redifferentiation of proliferated rat hepatocytes cultured in L-15 medium supplemented with EGF and DMSO. In Vitro Cell. Dev. Biol. 29A:714–722; 1993.

Oshiro, S.; Nakajima, H.; Markello, T., et al. Redox, transferrin-independent, and receptor-mediated endocytosis iron uptake systems in cultured human fibroblasts. J. Biol. Chem. 268:21586–21591; 1993.

Shinmoto, H.; Dosako, S.; Taneya, S. Long-term culture of mouse hybridoma HB8852 cells in a protein-free medium. Biotechnol. Lett. 10:683–686; 1988.

Taub, M.; Chuman, L.; Saier, M. H., Jr., et al. Growth of MDCK epithelial cell line in hormone supplemented serum-free medium. Proc. Natl. Acad. Sci. USA 76:3338–3342; 1979.

J. Keenan                              M. Clynes

National Cell and Tissue Culture Centre
Dublin City University
Glasnevin
Dublin 9
Ireland

(Received 3 October 1995)

CELLREM-0345911