UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANSSEN BIOTECH, INC., <br>           Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., LTD., <br> CELLTRION, INC., and <br> HOSPIRA, INC. <br>           Defendants. | Case No. 1:17-cv-11008-MLW |

**JANSSEN'S MOTION TO SEAL
THE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON ENSNAREMENT, JANSSEN'S RESPONSE TO DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON ENSNAREMENT AND COUNTERSTATEMENT OF MATERIAL FACTS,
<u>AND ACCOMPANYING EXHIBITS</u>**

Pursuant to Local Rules 7.1 and 7.2 of the United States District Court for the District of Massachusetts, plaintiff Janssen Biotech, Inc. moves for leave to file under seal the following documents:

- Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement Based on Ensnarement ("Memorandum of Law");

- Janssen's Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of Defendants' Defendants' Motion for Summary Judgment of Non-Infringement Based on Ensnarement and Counterstatement of Material Facts ("Rule 56.1 Counterstatement"); and

- Accompanying Exhibits 3-6, 10-12, 14-16, and 19-31.

In support of this motion, Plaintiff states as follows:

1. Janssen intends to file above-referenced documents today.

2. These documents contain reference to, and discussion of, certain confidential information that may be considered proprietary by the Plaintiff, Defendants, and third parties.

3. To minimize the impact of sealing, Janssen will file redacted versions of the Memorandum of Law and Rule 56.1 Counterstatement through the Court's electronic filing system.

4. The granting of this motion will not prejudice any party.

5. The Defendants assent to the relief requested.

Dated: May 10, 2018

Respectfully Submitted,
JANSSEN BIOTECH, INC.

By its attorneys,

*/s/ Alison C. Casey*

NUTTER MCCLENNEN & FISH LLP
Heather B. Repicky (BBO# 663347)
Alison C. Casey (BBO# 688253)
155 Seaport Boulevard
Boston, MA 02210
Tel.: 617-439-2000
Fax: 617-310-9000
hrepicky@nutter.com
acasey@nutter.com

PATTERSON BELKNAP WEBB & TYLER LLP
Gregory L. Diskant (*pro hac vice*)
Irena Royzman (*pro hac vice*)
Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
Daniel A Friedman (*pro hac vice*)
David Kleban (*pro hac vice*)

        1133 Avenue of the Americas
        New York, New York 10036
        Tel: (212) 336-2000
        Fax: (212) 336-2222
        gldiskant@pbwt.com
        afischer@pbwt.com
        acohen@pbwt.com
        dfriedman@pbwt.com
        dkleban@pbwt.com
        iroyzman@pbwt.com

*Attorneys for Janssen Biotech, Inc.*

## **LOCAL RULES 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I certify that plaintiff's counsel conferred with defendants' counsel on the subject of this motion and was advised that the defendants assent to the relief requested.

        /s/ Alison C. Casey

## **CERTIFICATE OF SERVICE**

I certify that on May 10, 2018 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

        /s/ Alison C. Casey

3856509