IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC., <br><br> Defendants. | Civil Action No. l:17-cv-11008-MLW |

***ASSENTED-TO* DEFENDANTS' JOINT MOTION TO EXTEND TIME BY ONE BUSINESS DAY FOR FILING MOTION IN LIMINE TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING DISCOVERY COMMUNICATIONS**

Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc. and Hospira Inc. (collectively, "Defendants") hereby move this Court to extend the time for Defendants to file one particular motion in limine—to preclude evidence and argument regarding Janssen's proposed use of BPCIA discovery communications—by one business day, *i.e.* from May 18 to May 21. Janssen has indicated that it assents to Defendants' request for this one-day extension. The parties have been exchanging their relative positions on various issues in an attempt to narrow the issues for the motion in limine. On one of those issues, Defendants' motion *in limine* no. 3, 1:15-cv-10698, Dkt. 365, the parties are currently negotiating a stipulation that could moot that motion. However, Janssen's proposal to address Defendants' motion *in limine* no. 3 itself raised new concerns for Defendants about admissibility. This additional day will allow Defendants to clearly and concisely set forth their position on this newly-identified issue. This extension will not affect any other dates on the current schedule.

WHEREFORE, Defendants respectfully requests allowance of this Motion.

Dated: May 17, 2018

Respectfully submitted,
Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/*Andrea L. Martin, Esq.*
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: 617-345-3000
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
Gregory B. Sanford (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com
gregory.sanford@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005

Tel: (202) 879-5000
noah.frank@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion; Plaintiff states that it assents to this motion.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 16, 2018.

/s/Andrea L. Martin, Esq.
Andrea L. Martin, Esq.

4827-7136-9062.1