IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br>       Plaintiff, <br>    v. <br> CELLTRION HEALTHCARE CO., LTD., <br> CELLTRION, INC., and <br> HOSPIRA, INC., <br>       Defendants. | Civil Action No. 1:17-cv-11008-MLW |

## JANSSEN'S MOTIONS *IN LIMINE* NOS. 4-14

Plaintiff Janssen Biotech, Inc. hereby moves the Court *in limine* for the relief described below:[1]

### Motions *In Limine* Nos. 4-7 Regarding Infringement:

- To Exclude Evidence or Argument on Public Notice (MIL No. 4);
- To Exclude Evidence or Argument on Vitiation (MIL No. 5);
- To Exclude Evidence or Argument that the '083 Patent Has a Narrow Range of Equivalents (MIL No. 6); and
- To Exclude Hypothetical Questioning Regarding the Scope of the Doctrine of Equivalents (MIL No. 7).

### Motions *In Limine* Nos. 8-10 Regarding Economic Damages:

- To Exclude Evidence or Argument that Janssen's Lost Profits and Reasonable Royalty are Subject to Apportionment (MIL No. 8);
- To Exclude Evidence or Argument that Janssen's Reasonable Royalty Analysis is Based on a "Hold Up" (MIL No. 9); and
- To Exclude Evidence or Argument on the Effect of Ixifi on Janssen's Damages (MIL No. 10).

### Motions *In Limine* Nos. 11 and 12 Regarding Non-Infringing Alternatives:

- To Exclude Testimony from Dr. Bert Frohlich Related to Liability (MIL No. 11).

---

[1] Janssen's motions *in limine* numbers 1-3 were filed in the previous action, Case No. 1:15-cv-10698-MLW, Dkt. No. 375. Those motions are still pending before the Court.

- To Exclude Evidence or Argument Regarding Purely Theoretical Non-Infringing Alternatives (MIL No. 12);

**Motion *In Limine* No. 13 Regarding Defendants' Double Standard Argument:**

- To Exclude Evidence or Argument that Janssen is Applying a Double Standard by Analyzing the Doctrine of Equivalents and Obviousness Differently (MIL No. 13).

**Motion *In Limine* No. 14 Regarding Bifurcation:**

- To Bifurcate the Trial (MIL No. 14).

The bases for Janssen's requested relief are set forth in the accompanying memoranda of law, which correspond to the groupings listed above. All the memoranda refer to the single set of exhibits attached to this notice of motion (Janssen MIL Exhibits 1-20).

Dated: May 18, 2018

Respectfully Submitted,
JANSSEN BIOTECH, INC.

By its attorneys,

*/s/ Alison C. Casey*_____

NUTTER MCCLENNAN & FISH LLP
Heather B. Repicky (BBO #663347)
Alison C. Casey (BBO# 688253)
155 Seaport Boulevard
Boston, MA  02210
Tel.: 617-439-2000
Fax: 617-310-9000
hrepicky@nutter.com
acasey@nutter.com

PATTERSON BELKNAP WEBB & TYLER LLP
Gregory L. Diskant (*pro hac vice*)
Irena Royzman (*pro hac vice*)
Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
David S. Kleban (*pro hac vice*)
Benjamin F. Jackson (*pro hac vice*)

10393812

                                          1133 Avenue of the Americas
                                          New York, NY  10036
                                          Tel.: 212-336-2000
                                          Fax: 212-336-2222
                                          gldiskant@pbwt.com
                                          iroyzman@pbwt.com
                                          afischer@pbwt.com
                                          acohen@pbwt.com
                                          dkleban@pbwt.com
                                          bjackson@pbwt.com

10393812

**CERTIFICATE OF SERVICE**

      I certify that on May 18, 2018, this document, filed through the Court's ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

                                                   /s/ *Alison C. Casey*

10393812