UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br>                 Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., LTD., <br> CELLTRION, INC., and <br> HOSPIRA, INC. <br>                 Defendants. | Case No. 1:17-cv-11008-MLW |

**JANSSEN'S MOTION TO SEAL MOTIONS *IN LIMINE* NOS. 11-14
AND ACCOMPANYING EXHIBITS**

Pursuant to Local Rules 7.1 and 7.2 of the United States District Court for the District of Massachusetts, plaintiff Janssen Biotech, Inc. moves for leave to file under seal the following documents:

- Janssen's Memorandum of Law in Support of its Motions *in Limine* Nos. 11 & 12 Regarding Non-Infringing Alternatives (Dkt. No. 268);

- Janssen's Memorandum of Law in Support of its Motion *in Limine* No. 13 to Preclude Evidence or Argument that Janssen is Employing a Double Standard for Infringement and Validity (Dkt. No. 269);

- Janssen's Memorandum of Law in Support of its Motion *in Limine* No. 14 to Bifurcate Trial (Dkt. No. 270); and

- Accompanying Exhibits 1-3, 8-14 and 17-20 (Dkt. No. 265).

In support of this motion, Plaintiff states as follows:

1. Janssen intends to file above-referenced documents today.

2. These documents contain reference to, and discussion of, certain confidential information that may be considered proprietary by the Plaintiff, Defendants, and third parties.

3. To minimize the impact of sealing, Janssen will file redacted versions of the Memoranda of Law through the Court's electronic filing system.

4. The granting of this motion will not prejudice any party.

5. The Defendants assent to the relief requested.

Dated:  May 18, 2018

Respectfully Submitted,
JANSSEN BIOTECH, INC.

By its attorneys,

*/s/ Alison C. Casey*

NUTTER MCCLENNEN & FISH LLP
Heather B. Repicky (BBO# 663347)
Alison C. Casey (BBO# 688253)
155 Seaport Boulevard
Boston, MA 02210
Tel.: 617-439-2000
Fax: 617-310-9000
hrepicky@nutter.com
acasey@nutter.com

PATTERSON BELKNAP WEBB & TYLER LLP
Gregory L. Diskant (*pro hac vice*)
Irena Royzman (*pro hac vice*)
Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
Daniel A Friedman (*pro hac vice*)
David Kleban (*pro hac vice*)

1133 Avenue of the Americas

                                                                              New York, New York 10036
Tel:  (212) 336-2000
Fax: (212) 336-2222
gldiskant@pbwt.com
afischer@pbwt.com
acohen@pbwt.com
dfriedman@pbwt.com
dkleban@pbwt.com
iroyzman@pbwt.com

*Attorneys for Janssen Biotech, Inc.*

## LOCAL RULES 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I certify that plaintiff's counsel conferred with defendants' counsel on the subject of this motion and was advised that the defendants assent to the relief requested.

                                                            /s/ Alison C. Casey

## CERTIFICATE OF SERVICE

I certify that on May 18, 2018 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

                                                           /s/ Alison C. Casey

3861848.1