# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.<br><br>        Plaintiffs,<br><br>     v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>        Defendants. | Civil Action No. l:17-cv-11008-MLW |

## DEFENDANTS' MOTION *IN LIMINE* NO. 9: TO PRECLUDE EVIDENCE AND ARGUMENT FROM JANSSEN'S EXPERTS BASED ON SPECULATION OUTSIDE THEIR EXPERTISE

Pursuant to Federal Rules of Evidence 401-403, *Sport Dimension, Inc. v. Coleman Co.,* , 820 F.3d 1316, 1323 (Fed. Cir. 2016), and *United States v. Organon USA Inc.*, No. 07-12153-RWZ, 2015 WL 10002943, *2-5 (D. Mass. Aug. 17, 2015), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively, "Defendants") respectfully move the Court to exclude non-infringing alternative opinions from Jansen's experts related to alleged delays attributable to: (a) lawyers, including claim analysis and prior art searching, and (b) contract negotiations. Any such opinions are well outside the purported scientific expertise of Janssen's expert witnesses. The Court should also exclude opinions as to any specific delay, as such opinions would be contaminated by speculation as to lawyers and contract negotiations.

WHEREFORE, Defendants respectfully request this Court grant Defendants' motion *in limine* and exclude said evidence and argument.

### REQUEST FOR ORAL ARGUMENT

Defendants believe oral argument may assist the Court and therefore request oral argument on the motion during the scheduled June 11, 2018 hearing. Dkt. 176.

Dated: May 18, 2018

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/ *Andrea L. Martin, Esq.*
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
noah.frank@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP

        1700 K Street, N.W.
        Washington, D.C. 20006-3817
        Tel: (202) 282-5000
        cklein@winston.com

        Samuel S. Park (*pro hac vice*)
        Dan H. Hoang (*pro hac vice*)
        WINSTON & STRAWN LLP
        35 W. Wacker Drive
        Chicago, IL  60601-9703
        Tel: (312) 558-7931
        spark@winston.com
        dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

**LR 7.1(a)(2) CERTIFICATION**

I, Andrea L. Martin, hereby certify that Defendants' counsel has conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issue raised in this motion. No agreement has been reached. Plaintiff has asserted that it will oppose this motion.

*/s/ Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

**CERTIFICATE OF SERVICE**

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 18, 2018.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.
