# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC. and<br>NEW YORK UNIVERSITY<br><br>            Plaintiffs,<br><br>v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>            Defendants. | Civil Action No. 1:16-cv-11117 |

## DEFENDANTS' MOTION *IN LIMINE* NO. 6: TO PRECLUDE JANSSEN FROM OFFERING EVIDENCE AND ARGUMENT REGARDING THE SAFE-HARBOR PROVISION OF 35 U.S.C. 271(E)(1)

Pursuant to Federal Rules of Evidence 401-403, Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively, "Defendants") respectfully move the Court to preclude evidence and argument related to the "safe harbor" provision of 35 U.S.C. 271(e)(1). Janssen's arguments and evidence regarding Section 271(e)(1), including the testimony of Janssen expert Mr. Richard Lit regarding Section 271(e)(1), should be excluded because they are speculative and misapply the law, rendering them irrelevant, misleading, and unduly prejudicial.

WHEREFORE, Defendants respectfully request this Court grant Defendants' motion *in limine* and exclude Janssen's argument related to 35 U.S.C. 271(e)(1).

## REQUEST FOR ORAL ARGUMENT

Defendants believe oral argument may assist the Court and therefore request oral argument on the motion during the scheduled June 11, 2018 hearing. Dkt. 176.


| | |
|---|---|
| Dated: May 18, 2018 | Respectfully submitted,<br><br>Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.<br><br>By their attorneys,<br><br>/s/ *Andrea L. Martin, Esq.*<br>Dennis J. Kelly (BBO # 266340)<br>Andrea L. Martin (BBO #666117)<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110-1624<br>Telephone: 617-345-3000<br>Facsimile: 617-345-3299<br>dkelly@burnslev.com<br>amartin@burnslev.com<br><br>James F. Hurst, P.C. (*pro hac vice*)<br>Bryan S. Hales, P.C. (*pro hac vice*)<br>Elizabeth A. Cutri (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: (312) 862-2000<br>james.hurst@kirkland.com<br>bryan.hales@kirkland.com<br>elizabeth.cutri@kirkland.com<br><br>Ryan Kane (*pro hac vice*)<br>James McConnell (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>ryan.kane@kirkland.com<br>james.mcconnell@kirkland.com<br><br>Noah S. Frank (*pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St., N.W.<br>Washington, DC 20005<br>noah.frank@kirkland.com |

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

**LR 7.1(a)(2) CERTIFICATION**

I, Andrea L. Martin, hereby certify that Defendants' counsel has conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issue raised in this motion. No agreement has been reached. Plaintiff has asserted that it will oppose this motion.

                                          */s/ Andrea L. Martin, Esq.*
                                          Andrea L. Martin, Esq.

**CERTIFICATE OF SERVICE**

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2018.

                                          */s/Andrea L. Martin, Esq.*
                                          Andrea L. Martin, Esq.