**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CELLTRION HEALTHCARE CO., LTD., CELLTRION, INC., and HOSPIRA, INC.<br><br>    Defendants. | No. 1:17-cv-11008 |

### *ASSENTED-TO* MOTION FOR LEAVE TO IMPOUND CONFIDENTIAL PORTIONS OF DEFENDANTS' MEMORANDA AND CERTAIN EXHIBITS

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Case No. 15-10698, Dkt. 170), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiff's, Defendants' and/or third-party confidential and proprietary information:

**Documents Related to Defendants' Memorandum in Support of Defendants' Motion *in Limine* No. 6: to Preclude Janssen from Offering Evidence and Argument Regarding the Safe-Harbor Provision of 35 U.S.C. § 271(E)(1) (Dkt. 280)**

- Defendants' Memorandum In Support Of Defendants' Motion *in Limine* No. 6: to Preclude Janssen from Offering Evidence and Argument Regarding the Safe-Harbor Provision of 35 U.S.C. § 271(e)(1) ("Safe-Harbor MIL");

- Exhibit 1 to the Safe-Harbor MIL, Excerpts of the Deposition Transcript of Richard Lit;

- Exhibit 2 to the Safe-Harbor MIL, Excerpts of the Deposition Transcript of Beverly Ingram;

- Exhibit 3 to the Safe-Harbor MIL, Opening Damages Expert Report of Richard Lit dated January 19, 2018;

- Exhibit 4 to the Safe-Harbor MIL, Reply Damages Expert Report of Richard Lit, dated April 10, 2018;

**Documents Related to Defendants' Memorandum in Support of Defendants' Motion *in Limine* No. 7: to Preclude Evidence and Argument Regarding Hypothetical Negotiations Based on the Date of Alleged Induced Infringement (Dkt. 272) ("Hypothetical Negotiation MIL")**

- Exhibit 1 to the Hypothetical Negotiation MIL, Excerpts of the Expert Report of Dr. Sean Nicholson;

- Exhibit 2 to the Hypothetical Negotiation MIL, Excerpts of the Damages Expert Report of Dr. Michael Butler;

- Exhibit 3 to the Hypothetical Negotiation MIL, Excerpts of the Damages Expert Report of Mr. Richard Lit;

**Documents Related to Defendants' Memorandum in Support of Defendants' Motion *in Limine* No. 8: to Preclude Evidence and Argument from Janssen Concerning Privilege Instructions Regarding the Change of Manufacturing to Singapore (Dkt. 274)**

- Defendants' Memorandum in Support of Defendants' Motion *in Limine* No. 8: to Preclude Evidence and Argument from Janssen Concerning Privilege Instructions Regarding the Change of Manufacturing to Singapore ("Privilege Instruction MIL");

- Exhibit 1 to the Privilege Instruction MIL, Excerpts of the June 2, 2016 Deposition Transcript of Jong Moon Cho;

- Exhibit 4 to the Privilege Instruction MIL, Excerpts of the Deposition Transcript of Min Kyoung Jeon.

**Documents Related to Defendants' Memorandum in Support of Defendants' Motion *in Limine* No. 9: to Preclude Evidence and Argument from Janssen's Experts Based on Speculation Outside Their Expertise (Dkt. 276)**

- Defendants' Memorandum in Support of Defendants' Motion *in Limine* No. 9: to Preclude Evidence and Argument from Janssen's Experts Based on Speculation Outside Their Expertise ("Speculation MIL");

- Exhibit 1 to the Speculation MIL, Excerpts of the April 17, 2018 Deposition Transcript of Michael Butler;

- Exhibit 2 to the Speculation MIL, Excerpts of the Opening Damages Expert Report of Dr. Michael Butler;

- Exhibit 3 to the Speculation MIL, Excerpts of the Reply Damages Expert Report of Dr. Michael Butler.

**Documents Related to Defendants' Memorandum in Support of Defendants' Motion *in Limine* No. 10: to Preclude Janssen from Offering Evidence and Argument Regarding Contract Interpretation (Dkt. 278)**

- Defendants' Memorandum In Support Of Defendants' Motion *in Limine* No. 10: to Preclude Janssen from Offering Evidence and Argument Regarding Contract Interpretation ("Contract-Interpretation MIL");

- Exhibit 1 to the Contract-Interpretation MIL, Excerpts of the Reply Damages Expert Report of Richard Lit, dated April 10, 2018;

- Exhibit 2 to the Contract-Interpretation MIL, Document bearing Bates number CELLREM-0060910;

- Exhibit 3 to the Contract-Interpretation MIL, Excerpts of the Deposition Transcript of Richard Lit;

Defendants filed publicly available, redacted versions of each of the above memoranda (Safe-Harbor MIL, Hypothetical Negotiation MIL, Privilege Instruction MIL, Speculation MIL, and Contract-Interpretation MIL) through the electronic filing system. Defendants request the other documents identified above be sealed in their entirety.

Plaintiff assents to this Motion.

WHEREFORE, Defendants respectfully request that this Court allow this Motion.

| | |
|---|---|
| Dated: May 18, 2018 | Respectfully submitted, |

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/*Andrea L. Martin, Esq.*_____
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: 617-345-3000
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
Gregory B. Sanford (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com
gregory.sanford@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
Tel: (202) 879-5000
noah.frank@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion; Plaintiff assents to this Motion.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

4824-1747-9526.1