## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.<br><br>               Plaintiff,<br><br>      v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>               Defendants. | **Civil Action No. 1:17-cv-11008-MLW**<br><br>REQUEST FOR ORAL ARGUMENT |

## DEFENDANTS' MOTION *IN LIMINE* NO. 11: TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING PRE-SUIT COMMUNICATIONS PURSUANT TO THE BPCIA

Pursuant to Federal Rules of Evidence 401, 402, & 403, Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc. (collectively "Defendants"), hereby move this Court to exclude Janssen from introducing evidence or argument that pre-litigation exchanges under the Biologics Price Competition and Innovation Act ("BPCIA") between Celltrion's and Janssen's outside counsel indicate that Celltrion (or Hospira) knew or believed that the accused GE HyClone cell culture media infringe the '083 patent. Janssen's arguments on this topic should be excluded because they have no probative value and are baseless, irrelevant, misleading, and unduly prejudicial.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' motion *in limine* and exclude Janssen's arguments relating to pre-suit communications.

### REQUEST FOR ORAL ARGUMENT

Defendants believe oral argument may assist the Court and therefore request oral argument on the motion during the scheduled June 11, 2018 hearing. Dkt. 176.

Dated: May 21, 2018

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/Andrea L.  Martin, Esq.
Dennis J.  Kelly (BBO # 266340)
Andrea L.  Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Telephone: 617-345-3000
Facsimile: 617-345-3299
dkelly@burnslev.com
amartin@burnslev.com

*Of counsel:*

Charles B.  Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

James F. Hurst, P.C.  (*pro hac vice*)
Bryan S.  Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
noah.frank@kirkland.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel has conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issue raised in this motion. No agreement has been reached. Plaintiff has asserted that it will oppose this motion.

*/s/ Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of this filing.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.