# EXHIBIT 1

# Frank, Noah S.

| | |
|---|---|
| **From:** | Fischer, Aron (x2363) <afischer@pbwt.com> |
| **Sent:** | Friday, May 11, 2018 2:38 PM |
| **To:** | Sanford, Gregory B. |
| **Cc:** | _cg Celltrion Internal; #Hospira-Infliximab; inflixWS |
| **Subject:** | Janssen v. Celltrion |

Counsel,

I am writing regarding Defendants' Motion In Limine No. 3 to preclude evidence and argument regarding discovery correspondence, Dkt No. 365 in Case No. 1:15-cv-10698-MLW.  Janssen does not intend to introduce evidence regarding discovery correspondence or to call a Janssen witness on this subject matter during our direct case.  In particular, we do not intend to call Eric Harris as a witness, nor do we intend to introduce any discovery correspondence between counsel.  Instead, we intend to introduce evidence relevant to Defendants' state of mind upon receiving Janssen's notice of the '083 patent primarily by cross-examining Jong Moon Cho, including on the contents of the January 12, 2017 declaration that he submitted in connection with the Defendants' MIL No. 3.  We will also rely on Janssen's December 2014 notice to Defendants that it would assert the '083 patent, and on Defendants' February 5, 2015 Detailed Statement regarding the '083 patent, portions of which Mr. Cho declared that he "reviewed and confirmed . . . before that statement was provided to Janssen on February 5, 2015."  Jan. 12, 2017 Cho Decl. Par. 12.  We will cover all of that by cross-examining Mr. Cho.

In light of the above, which we are prepared to memorialize in an appropriate stipulation, we consider Defendants' MIL No. 3 to be moot.  Even if Defendants dispute our ability to cross examine Mr. Cho on this subject matter, that is a different dispute from the one laid out in the parties' briefing on MIL No. 3 and should be briefed as a new MIL.  I am available generally available if you'd like to discuss.

Yours
Aron

**Aron Fischer**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
t: 212-336-2363
f: 212-336-1240
afischer@pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.