IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br>           Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., LTD., <br> CELLTRION, INC., and <br> HOSPIRA, INC., <br>           Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:17-cv-11008-MLW <br> ) <br> ) **CONFIDENTIAL –** <br> ) **FILED UNDER SEAL** <br> ) <br> ) <br> ) |

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
<u>ON THE ISSUE OF NON-INFRINGING ALTERNATIVES</u>**

# FILED UNDER SEAL