# EXHIBIT 1
# PUBLIC VERSION