# EXHIBIT 2
# PUBLIC VERSION