# EXHIBIT 3

October,  2016

# Curriculum Vitae

Rebecca A. Betensky
Department of Biostatistics
Harvard T.H. Chan School of Public Health
655 Huntington Avenue
Boston, MA 02115
(617) 432-2821

Home:
1019 Centre Street
Newton, MA 02459
(617) 969-9630
e-mail: betensky@hsph.harvard.edu

**Degrees:**

| | |
|---|---|
| 1987 | A.B., Mathematics, Harvard University |
| 1992 | Ph.D., Statistics, Stanford University |

**Positions:**

| | |
|---|---|
| 2011 – | Director, Biostatistics Program, Harvard Catalyst (Clinical and Translational Science Center), Harvard University |
| 2008 – | Director, Biostatistics Core, Alzheimer's Disease Research Center, Massachusetts General Hospital |
| 2007 – | Professor, Department of Biostatistics, Harvard School of Public Health |
| 2007 – | Member, Affiliated Faculty, Harvard-MIT Division of Health Sciences and Technology (HST) |
| 2007 – | Biostatistician, Massachusetts General Hospital |
| 2004 – | Director, Training Program in Neurostatistics and Neuroepidemiology, Harvard School of Public Health |
| 2003 – 2008 | Co-Director, Initiative for Minority Student Development (IMSD) Training Program, Harvard School of Public Health |
| 2005 – 2009 | Leader, Biostatistics Program, Dana-Farber/Harvard Cancer Center |
| 2002 – 2005, 2009 – 2015 | Co-Leader, Biostatistics Program, Dana-Farber/Harvard Cancer Center |
| 2002 – | Director of Statistics, Harvard NeuroDiscovery Center (formerly HCNR) |
| 2000 – 2007 | Associate Biostatistician, Massachusetts General Hospital |
| 1999 – 2006 | Associate Professor, Department of Biostatistics, Harvard University |
| 1998 – 2000 | Assistant Biostatistician, Massachusetts General Hospital |
| 1994 – 1999 | Assistant Professor, Department of Biostatistics, Harvard University |
| 1993 – 1994 | Assistant Professor, Department of Preventive Medicine and Statistics, Northwestern University |
| 1992 – 1993 | Postdoctoral Scholar, Department of Health Research and Policy, Division of Epidemiology, Stanford University |
| Summer 1990 | Research Assistant, Statistical Models and Methods Research Department, AT&T Bell Laboratories, Murray Hill, NJ |

**Rebecca A. Betensky**

**Teaching Experience:**

| | |
|---|---|
| 2015 – | Post-doctoral advisor for Sy Han Chiou, Department of Biostatistics, Harvard School of Public Health |
| 2013 – 2015 | Post-doctoral advisor for Eyal Kimchi, Department of Biostatistics, Harvard School of Public Health |
| 2012 – 2014 | Post-doctoral advisor for Nicte Mejia, Department of Biostatistics, Harvard School of Public Health |
| 2012 – 2014 | Post-doctoral advisor for Folefac Atem, Department of Biostatistics, Harvard School of Public Health |
| 2011 – 2014 | Post-doctoral advisor for Josephine Asafu-Adjei, Department of Biostatistics, Harvard School of Public Health |
| 2010 – 2012 | Post-doctoral advisor for Mahmut Gurol, Department of Biostatistics, Harvard School of Public Health |
| 2010 – 2011 | Post-doctoral advisor for James Berry, Department of Biostatistics, Harvard School of Public Health |
| 2010 – 2011 | Post-doctoral advisor for Fariba Mirzaei, Department of Nutrition, Biostatistics, Harvard School of Public Health |
| 2009 – 2011 | Post-doctoral advisor for Jing Qian, Department of Biostatistics, Harvard School of Public Health |
| 2009 – 2010 | Post-doctoral advisor for Vivek Unni, Department of Biostatistics, Harvard School of Public Health |
| 2009 – 2010 | Post-doctoral advisor for Nazem Atassi, Department of Biostatistics, Harvard School of Public Health |
| 2009 – 2010 | Post-doctoral advisor for Sarah Emerson, Department of Biostatistics, Harvard School of Public Health |
| 2008 – 2010 | Post-doctoral advisor for P. Grace Harrell, Department of Biostatistics, Harvard School of Public Health |
| 2007 – 2010 | Post-doctoral advisor for Norberto Pantoja, Department of Biostatistics, Harvard School of Public Health |
| 2007 – 2008 | Post-doctoral advisor for Caterina Stamoulis, Department of Biostatistics, Harvard School of Public Health |
| 2006 – 2008 | Post-doctoral advisor for Anand Viswanathan, Harvard School of Public Health |
| 2005 – 2007 | Post-doctoral advisor for Matt Gregas, Department of Biostatistics, Harvard School of Public Health |
| 2004 – 2006 | Post-doctoral advisor for Micha Mandel, Department of Biostatistics, Harvard School of Public Health |
| 2004 – 2006 | Post-doctoral advisor for Michael Irizzary, Department of Epidemiology, Harvard School of Public Health |
| 2004 – 2005 | Post-doctoral advisor for Emily Martin, Department of Biostatistics, Harvard School of Public Health |
| 2000 | Advisor for Postdoctoral Fellow, Qiong Yang, Department of Biostatistics, Harvard School of Public Health |
| 2000 – 2001 | Advisor for Juhua Luo, Visiting Scholar in Department of Nutrition, Harvard School of Public Health |

## Rebecca A. Betensky

| | |
|---|---|
| 2014 – | Thesis advisor for Catherine Lee, Department of Biostatistics, Harvard School of Public Health |
| 2011 – 2013 | Thesis advisor for David Swanson, Department of Biostatistics, Harvard School of Public Health |
| 2008 – 2011 | Thesis advisor for Roland Matsouka, Department of Biostatistics, Harvard School of Public Health |
| 2007 – 2010 | Thesis advisor for Matthew Austin, Department of Biostatistics, Harvard School of Public Health |
| 2006 – 2007 | Thesis advisor for Daniel Maynard, Department of Biostatistics, Harvard School of Public Health |
| 2004 – 2007 | Thesis advisor for David Engler, Department of Biostatistics, Harvard School of Public Health |
| 2004 – 2007 | Thesis advisor for Stacia DeSantis, Department of Biostatistics, Harvard School of Public Health |
| 2002 – 2004 | Thesis advisor for Denise Scholtens, Department of Biostatistics, Harvard School of Public Health |
| 2002 – 2005 | Thesis adivsor for Bin Zhang, Department of Biostatistics, Harvard School of Public Health |
| 2000 – 2004 | Thesis advisor for Emily Martin, Department of Biostatistics, Harvard School of Public Health |
| 2000 – 2004 | Thesis advisor for Abigail Matthews, Department of Biostatistics, Harvard School of Public Health |
| 2000 – 2003 | Thesis advisor for Nusrat Rabbee, Department of Biostatistics, Harvard School of Public Health |
| 1996 – 1998 | Thesis advisor for Judith Bebchuk of the Department of Biostatistics, Harvard School of Public Health |
| Summer 2009 | Advisor for Masters Thesis for Elena Verbruggen, University of Hasselt, Belgium |
| Summer 2009 | Advisor for Michael Mi, Harvard College Statistics Major, Program for Research in Science and Engineering (PRISE) Fellow |
| 2009 – 2010 | Advisor for senior honors thesis for Michael Mi, Harvard College Statistics Major |

**Rebecca A. Betensky**

| | |
|---|---|
| 2006 – 2007 | Course Developer and Instructor, BIO251, Statistical Inference II, Harvard School of Public Health |
| 2004 – 2005 | Course Developer and Instructor, BIO200, Principles of Biostatistics, Harvard School of Public Health |
| 2000 – 2003 | Course Developer and Instructor, BIO275ab, Operational Mathematics, Harvard School of Public Health |
| 1999, 2004 | Course Developer and Instructor, BIO276cd, Sequential Analysis, Harvard School of Public Health |
| 1998 – 2000 | |
| 2011 – 2014 | Course Developer and Instructor, BIO231cd, Statistical Inference I, Harvard School of Public Health |
| 1996 – 1997 | |
| 2016 – | Course Developer and Instructor, BIO216cd/BIO223cd, Applied Survival Analysis, Harvard School of Public Health |
| 2005 – | Director and Instructor of HST 190: Introduction to Biostatistics and Epidemiology, Health Science and Technology Program, Harvard Medical School and Massachusetts Institute of Technology |
| 2002 – 2004 | Co-Director and Instructor of HST 190: Introduction to Biostatistics and Epidemiology, Health Science and Technology Program, Harvard Medical School and Massachusetts Institute of Technology |
| 2002 | Co-organizer of Schering-Plough Workshop on Adaptive Designs |
| 2000 – 2001 | Co-instructor of interdisciplinary seminar course: Research Workshop in Applied Statistics (GOV3009) |
| 2003 – | Director of Summer Program in Quantitative Sciences, Department of Biostatistics, Harvard School of Public Health |
| 2000,2001 | Organizer of January short courses in Biostatistics on frailty models, computational biology, brain imaging, wavelets, Harvard School of Public Health |
| 1999 – 2002 | Faculty advisor for Summer Program in Biostatistics for Underrepresented Minority Students |
| 1996 | Organizer of departmental working group on interval censored data |

**Rebecca A. Betensky**

**Honors and Awards:**

| | |
|---|---|
| 1987 | A. B. Harvard University, cum laude in Mathematics |
| 1996 | Schering Plough Junior Faculty Award |
| 1998 | NIH FIRST Award |
| 2003 | Fellow of the American Statistical Association |
| 2005 | Mortimer Spiegelman Award of the American Public Health Association for outstanding contributions to health statistics by a statistician under 40 |
| 2007 | Elected Member of International Statistical Institute |
| 2010 | Speaker at Research Day, School of Public Health and Health Sciences, University of Massachusetts, Amherst |
| 2016 | Keynote Speaker, 2016 Annual Joint Biostatistics Symposium, co-sponsored by The Ohio State University, Case Western Reserve University and Cleveland Clinic Foundation |

**Professional Societies:**

American Statistical Association, International Biometric Society

**Rebecca A. Betensky**

**Professional Service:**

| | |
|---|---|
| 1995 | Contract Review, National Institute on Drug Abuse |
| 1995 – | Referee, *Journal of the Americal Statistical Association*, *Biometrika*, *Biostatistics*, *Annals of Statistics*, *Sequential Analysis*, *Applied Statistics*, *Annals of Applied Probability*, *Biometrics*, *Controlled Clinical Trials*, *Computational Statistics and Data Analysis*, *Statistics in Medicine*, Multivariate, Design and Analysis |
| 2000 | Invited participant in NCI/NINDS Brain Tumor Progress Review Group (PRG) Roundtable Meeting |
| 2000 – 2005 | Editorial Board member, *Neuro-Oncology* |
| 2000 – 2006 | Associate Editor, *Biometrics* |
| 2001 – 2004 | Associate Editor, *Lifetime Data Analysis* |
| 2002 | Associate Editor, *Journal of Statistical Planning and Inference* |
| 2002 – 2008 | Associate Editor, *Statistics in Medicine* |
| 2008 – 2012 | Associate Editor, *Biostatistics* |
| 2002 – 2003 | Program Chair Biometrics Section of American Statistical Association for Joint Statistical Meetings, 2003 |
| 2003 – 2007 | Permanent Member NIH study section, Biostatistical Methods and Research Design (BMRD, formerly SNEM5) |
| 2003 | Invited participant in NCI/NINDS Comprehensive Molecular Analysis of Human Gliomas and Medulloblastomas Meeting |
| 2004 – 2007 | Member, Research Evaluation Panel for NCI sponsored Cooperative Breast Cancer Tissue Resource (CBCTR) |
| 2008 | Invited participant in NCI/NHGRI sponsored "Genomics and Biology of GBM, a TCGA Workshop" |
| 2009 | Reviewer for Institute of Medicine, "Veterans and Agent Orange: 7th Biennial Update" |
| 2009 – 2011 | Permanent Member, NIH Cancer Biomarkers Study Section |
| 2009 – 2010 | Interim Statistical Consultant, *New England Journal of Medicine* |
| 2010 | Reviewer of the Biostatistics Branch (BB) of the NCI Intramural Program |
| 2011 – 2013 | Member Institute of Medicine Committee on Cognitive Rehabilitation Therapy in Traumatic Brain Injury |
| 2012 – 2013 | Member Institute of Medicine Committee on Health Effects of Agent Orange on Viet Nam Veterans |
| 2013 – 2014 | Member Committee on Diversity, American Statistical Association |
| 2013 – | Statistical Editor, *Annals of Neurology* |
| 2014 | Reviewer of the Biostatistics Branch (BB) of the NCI Intramural Program |
| 2014 – 2016 | Co-Chair, Scientific Registry of Transplant Recipients (SRTR) Technical Advisory Committee |
| 2016 – | Member, Board of Scientific Counselors – Clinical Sciences and Epidemiology, National Cancer Institute |

**Rebecca A. Betensky**

**Invited Talks**

1996   Yale University, Joint Statistics-Biostatistics Seminar, "Local EM Estimation of the Hazard Function for Interval Censored Data"

1998   Harvard-Schering Plough Conference on Monitoring of Clinical Trials, "Some Perspectives on Early Stopping in Favor of $H_0$"

1998   Drug Information Association Thirty Fourth Annual Meeting, "Alternative Derivations of a Rule for Early Stopping in Favor of the Null Hypothesis."

1999   Joint Statistical Meetings, IMS Invited Papers Session on "Interval Censored and Panel Count Data," "Using Conditional Logistic Regression to Fit Proportional Odds Models to Interval Censored Data."

2000   Schering-Plough, Biostatistics Seminar, "Computationally simple regression for interval censored data."

2000   University of Wisconsin, Madison, Biostatistics Seminar, "Testing and adjusting for selection bias in a partially retrospective molecular genetic neuro-oncology study."

2001   Schering-Plough, Biostatistics Seminar, "Testing for dependence between failure time and visit compliance with interval censored data."

2001   Johns Hopkins Biostatistics Seminar, Baltimore, MD

2001   International Chinese Statistical Association, Chicago, IL

2001   University of Waterloo Statistics Seminar, Waterloo, CA

2002   International Indian Statistical Association Conference, Northern Illinois University, DeKalb, Illinois

2002   Institute of Mathematical Statistics Annual Meeting, Banff, Canada

2002   Joint Statistical Meetings, New York, NY

2002   Bayer Strategic Planning meeting, New Haven, CT

2003   Pfizer Cancer Colloquium, Groton, CT

2003   Fifth Annual FDA/Industry Statistical Workshop, Bethesda, MD

2003   Dana-Farber/Harvard Cancer Center Biostatistics Program Fall Workshop

2003   Yale Department of Biostatistics Colloquium, New Haven, CT

2003   Memorial Sloan Kettering Cancer Center Department of Biostatistics Seminar, New York, NY

2003   Columbia University Department of Biostatistics Seminar, New York, NY

2003   Boston University Department of Mathematics Seminar, Boston, MA

**Rebecca A. Betensky**

| | |
|---|---|
| 2004 | 3rd EORTC-NCI International Meeting on Cancer Molecular Markers: From Discovery to Clinical Practice, Brussels, Belgium (abstract selected for oral presentation) |
| 2004 | University of Rochester Department of Biostatistics Seminar, Rochester, NY |
| 2004 | International Conference on Analysis of Genomic Data, Boston, MA |
| 2004 | New Jersey Chapter of the American Statistical Association 25th Spring Symposium on Advances in Survival Analysis Methods for Clinical Trials, Piscataway, NJ |
| 2005 | International Biometric Society, Eastern North American Region, Austin, TX |
| 2005 | Boston University Department of Biostatistics Seminar, Boston, MA |
| 2005 | Simon Fraser University Department of Statistics Seminar, Vancouver |
| 2005 | Workshop on Survival Analysis (Keynote speaker), CRM, University of Montreal |
| 2006 | Visiting Professor (Grand Rounds and Teaching Rounds), University of Chicago Department of Neurosurgery, Chicago, IL |
| 2006 | International Biometric Society, Eastern North American Region, Tampa, FL (Junior Investigators Workshop: Grant Writing) |
| 2006 | International Biometric Society, Eastern North American Region, Tampa, FL (IMS session) |
| 2006 | International Biometric Society, Montreal, CA (abstract accepted for oral presentation) |
| 2006 | International Society for Clinical Biostatistics, Geneva, Switzerland, (abstract accepted for oral presentation) |
| 2006 | Harvard Medical School Division on Aging/McLean Hospital Geriatric Psychiatry Seminar Series, Boston, MA |
| 2006 | Harvard Applied Statistics Workshop, Department of Government |
| 2006 | Dana-Farber/Brigham and Women's Cancer Center Neuro-oncology Conference Series |
| 2007 | Pfizer Statistical Research Group Seminar, New London, CT |
| 2007 | Applied Statistics Symposium, International Chinese Statistical Association Annual Meeting, Raleigh, NC |
| 2008 | University of Michigan Department of Biostatistics Seminar, Ann Arbor, MI |
| 2008 | Cowen & Company 11th Annual Therapeutics Conference, New York, NY |
| 2009 | Joint Statistical Meetings, Washthington, DC |
| 2009 | International Society for Clinical Biostatistics, Prague, Czech Republic |
| 2009 | Yale Department of Biostatistics Seminar, New Haven, CT |

8

**Rebecca A. Betensky**

| | |
|---|---|
| 2010 | New York University Department of Statistics (Stern School of Business) Seminar, New York, NY |
| 2010 | University of Massachusetts Department of Biostatistics Seminar, Amherst, MA |
| 2010 | Frontiers in Applied and Computational Mathematics 2010 (FACM '10), New Jersey Institute of Technology, Newark, NJ |
| 2011 | EH527: Molecular Signals to Understand Exposure Biology, Harvard School of Public Health, Boston, MA |
| 2011 | Centre De Recherces Mathematiques, Analysis of Survival and Event History Data Workshop, Montreal, CA |
| 2011 | Harvard School of Public Health Brain Health Colloquium: Symposium on issues in the design and analysis of Alzheimer's Disease Studies, Boston, MA |
| 2012 | Harvard College Department of Statistics, Junior Concentrators' Seminar, Cambridge, MA |
| 2012 | EH527: Molecular Signals to Understand Exposure Biology, Harvard School of Public Health, Boston, MA |
| 2012 | Annual Conference on Statistical Issues in Clinical Trials, University of Pennsylvania, Philadpelhia, PA |
| 2012 | International Society for Clinical Biostatistics, Bergen Norway |
| 2013 | 7th Meeting of the Eastern Mediteranean Region of the International Biometric Society, Tel Aviv, Israel |
| 2013 | Symposium on Adaptive Clinical Trials: Statistical, Ethical & Regulatory Considerations, Harvard Medical School, Boston, MA |
| 2013 | Biostatistics Department Seminar, University of Kansas Medical Center, Kansas City, Kansas |
| 2013 | 6th International Conference of the ERCIM WG on Computational and Methodological Statistics, London, UK |
| 2014 | Ivy Plus Symposium, Cambridge, MA |
| 2014 | International Biometric Society, Florence, Italy (abstract accepted for oral presentation) |
| 2014 | Advanced Course on Analysis Methods and Modeling in Biomedical Research, Coimbra, Portugal |
| 2015 | Infinte Possibilities Conference, Corvalis, Oregon |
| 2015 | ENAR Spring Meeting of the International Biometric Society, Miami, FL (invited poster) |
| 2015 | Workshop on Flexible Models for Longitudinal and Survival Data with Applications in Biostatistics, University of Warwick, Coventry, UK (Keynote speaker) |
| 2015 | DF/HCC Biostatistics and Computational Biology Lunch Workshop on practice-changing clinical trials, panelist |

**Rebecca A. Betensky**

| | |
|---|---|
| 2016 | Howard University Department of Mathematics Symposium, Washington, DC |
| 2016 | Joint Biostatistics Symposium (Ohio State University, Case Western Reserve University, Cleveland Clinic Foundation), Keynote Speaker, Columbus, OH |
| 2016 | New England Regional Coordination Center (NIH StrokeNet Trials Network) Research and Education Symposium, Expert Panelist, Boston, MA |
| 2016 | Workshop on the Statistical Analysis of Multiple Outcome Data, Beijing, China |
| 2016 | Boston University Biostatistics Seminar, Boston, MA |

**Major Research Interests**

Survival analysis, cancer genomics, latent class modeling, genetic epidemiology, correlated binary data.

Rebecca A. Betensky

## Major Administrative Responsibilities

| | |
|---|---|
| 1995 – 2015 | Member, written Qualifying Exam Committee, Department of Biostatistics |
| 1995 – 1996 | Member, Thesis Committees, Soyeon Kim, Qing Liang, Helene Boucher, Carrie Wager |
| 1999 – 2001 | Chair, Department of Biostatistics Colloquium Committee |
| 2000 | Chair, Search Committee for Junior Faculty Member in Environmental Health |
| 2001 | Member, Dean's planning committee for Junior Faculty Retreat |
| 2001 – 2002 | Chair, Search Committee for Program in Population Genetics |
| 2002 – | Director of Statistics, Center for Translational Neurology Research, Harvard Center for Neurodegeneration and Repair |
| 2002 – 2005, 2010 – | Co-Leader, Biostatistics Program, Dana-Farber/Harvard Cancer Center |
| 2002,2005,2006, 2011 | Chair, Written Qualifying Exam Committee, Department of Biostatistics |
| 2002 | Member, Search Committee for Junior Faculty Member in Epidemiologic Methods |
| 2002 – 2003 | Member, Search Committee for Junior Faculty Member in Statistical Genetics and Environmental Statistics |
| 2002 | Member, Dean's informal divisional planning group |
| 2002 | Member, Dean's Strategic Theme Development Working Group |
| 2002 – 2006 | Member, Committee on Educational Policy, HSPH |
| 2003 – 2008 | Member, Faculty Diversity Committee, HSPH |
| 2003 – 2008 | Co-Director, NIH sponsored IMSD minority student forum and summer program |
| 2004 – | Director, NINDS sponsored T32 training grant, "Training in Neurostatistics and Neuroepidemiology." |
| 2005 – 2010 | Leader, Biostatistics Program, Dana-Farber/Harvard Cancer Center |
| 2006 – 2008, 2014 – | Chair, Diversity Committee, Department of Biostatistics, HSPH |
| 2007 – 2010 | Chair, Curriculum Committee, Department of Biostatistics, HSPH |
| 2007 – | Director, Data and Statistics Core, Massachusetts Alzheimer's Disease Research Center, MGH |

Rebecca A. Betensky

**Major Administrative Responsibilities, continued**

| | |
|---|---|
| 2008 – 2008 | Member, Committee on the Concerns of Women Faculty, HSPH |
| 2008 – 2009 | Chair, Search Committee for Chair of Biostatistical Sciences at DFCI and Professor of Biostatistics at HSPH |
| 2009 – 2011 | Chair, Committee on the Concerns of Women Faculty, HSPH |
| 2010 – 2011 | Chair, Promotion Committe for faculty member in Biostatistics, HSPH |
| 2014 – | Director, Summer Program in Biostatistics and Computational Biology, NIGMS T36 grant |
| 2011 – 2012 | Member, Dean's Institutional Sustainability Taskforce |
| 2012 – 2014 | Member, Standing Committee on Appointments, Reappointments and Promotions, HSPH |
| 2012 | Member, Ad Hoc tenure review committee for Harvard Medical School statistician, HMS |
| 2013 | Member, Ad Hoc tenure review committee for Harvard Medical School epidemiologist, HMS |
| 2013 | Chair, Department of Biostatistics Search Committee for junior faculty member, HSPH |
| 2014 | Member, Tenure Review Committee, HSPH |
| 2014 – 2015 | Member, PhD Admissions Committee, Department of Biostatistics, HSPH |
| 2014 – | Harvard Horizons Faculty Fellow, Graduate School of Arts and Sciences, Harvard |

**Research and Training Support**

| | |
|---|---|
| 1996 | Schering-Plough Award for Junior Faculty, Department of Biostatistics. |
| 1997 – 2003 | NIH FIRST Award (CA 075971) |
| 2003 – 2013 | NIH R01 (CA 075971) |
| 2003 – 2006 | NIH R03 (CA 105956) |
| 2004 – 2019 | NIH T32 (NS 048005) |
| 2004 – 2010 | NIH T35 (ES 007293) |
| 2006 – 2011 | NIH R03 (CA 121884) |
| 2007 – 2010 | NIH R25 (GM 055353) |
| 2012 – 2015 | NIH R03 (CA 165070) |
| 2013 – 2018 | NIH T36 (GM 093773) |
| 2016 – 2020 | NIH R01 (NS 094610) |

**Rebecca A. Betensky**

**Publications**

1. Gelman, R. S., Tormey, D. C., Betensky, R., et al. Actual versus ideal weight in the calculation of surface area: effects on dose of 11 chemotherapy agents, *Cancer Treatment Reports, 1987;* **71**, 907–911.

2. Whittemore, A. S., Keller, J. B., Betensky, R. Low-grade, latent prostate cancer volume: predictor of clinical cancer incidence?, *Journal of the National Cancer Institute, 1991;* **83**, 1231–1235.

3. Betensky, R. A. (1997) Conditional power calculations for early acceptance of $H_0$ embedded in sequential tests, *Statistics in Medicine*, **16**, 465-477.

4. Betensky, R. A. (1996) An O'Brien-Fleming sequential trial for comparing three threatments, *Annals of Statistics*, **24**, 1765-1791.

5. Betensky, R. A. & Whittemore, A. S. (1996) An analysis of correlated multivariate binary data: application to familial cancers of the ovary and breast, *Applied Statistics*, **45**, 411-429.

6. Betensky, R. A. (1997). Local estimation of smooth curves for longitudinal data, *Statistics in Medicine* **16** 2429-2445.

7. Betensky, R. A. (1997). Early stopping to accept $H_0$ based on conditional power: approximations and comparisons, *Biometrics* **53**, 794-806..

8. Betensky, R. A. (1997). Sequential analysis of censored survival data from three treatment groups, *Biometrics* **53**, 807-822.

9. Betensky, R. A. and Tierney, C. (1997). An examination of methods for sample size re-calculation during an experiment, *Statistics in Medicine* **16**, 2587-2598.

10. Betensky, R. A. (1998). Multiple imputation for early stopping of a complex clinical trial. *Biometrics* **54**, 229-242.

11. Betensky, R. A. (1998). A boundary crossing probability for the Bessel process, *Advances in Applied Probability*, **30**, 807-830.

12. Betensky, R. A. (1998) Construction of a continuous stopping boundary from an alpha spending function, *Biometrics* **54**, 1061-1071.

13. Betensky, R. A. and Rabinowitz, D. (1999) Maximally selected $\chi^2$ statistics for $k \times 2$ tables. *Biometrics* **55**, 317-320.

14. Betensky, R. A., Lindsey, J. C., Ryan, L. M., and Wand, M. (1999). Local EM estimation of the hazard function for interval censored data. *Biometrics* **55**, 238-245.

15. Weinberg, A., Betensky, R., Zhang, L., and Ray, G. (1998) Effect of shipment and storage, anticoagulant, and cell separation on lymphocyte proliferation assays in HIV-infected patients. *Clinical and Diagnostic Laboratory Immunology* **5**, 804-807.

**Rebecca A. Betensky**

16. Betensky, R. A. and Finkelstein, D. M. (1999) A nonparametric maximum likelihood estimator for bivariate interval censored data. *Statistics in Medicine* **18**, 3089-3100.

17. Marschner, I. C., Betensky, R. A., Degruttola, V., Hammer, S. M. and Kuritzkes, D. R. (1999) Clinical trials using HIV-1 RNA-based endpoints: statistical analysis and potential biases. *J Acquir Immune Defic Syndr Hum Retrovirol.* **20**, 220-227.

18. Betensky, R. A., Calvelli, T., and Pahwa, S. (1999). The predictive value of CD19 measurements for bacterial infections. in children infected with HIV. *Clinical and Diagnostic Laboratory Immunology* **6**, 247-253.

19. Bebchuk, J. D. and Betensky, R. A. (2000) Multiple imputation for simple estimation of the hazard function based on interval censored data. *Statistics in Medicine* **19**, 405-419.

20. Betensky, R. A. (2000). Alternative derivations of a rule for early stopping in favor of $H_0$. *The American Statistician* **54**, 35-39.

21. Betensky, R. A. and Finkelstein, D. M. (1999) An extension of Kendall's coefficient of concordance to bivariate interval censored data. *Statistics in Medicine* **18**, 3101-3109.

22. Betensky, R. A. (2000) Redistribution algorithms for censored data. *Statistics and Probability Letters* **46**, 385-389.

23. Betensky, R. A. (2000) On nonidentifiability and noninformative censoring for current status data. *Biometrika*, **87**, 218-221.

24. Rabinowitz, D., Betensky, R. A., and Tsiatis, A. A. (2000) Using conditional logistic regression to fit proportional odds models to interval censored data. *Biometrics* **56**, 511-518.

25. Hundeiker, C., Pineau, T., Cassar, G. Betensky, R. A., Gleichmann, E., and Esser, C. (1999) Thymocyte development in AH-receptor-deficient mice is refractory to TCDD-inducible changes. *International Journal of Immunopharmacology* **21**, 841-859.

26. Betensky, R. A, Williams, P., and Lederman, H. M. (2001) A comparison of models for clustered binary outcomes: analysis of a designed immunology experiment. *Applied Statistics* **50**, 43-61.

27. Rabinowitz, D. and Betensky, R. A. (2000) Approximating the distribution of maximally selected McNemar's statistics. *Biometrics*, **56**, 897-902.

28. Betensky, R. A., Talcott, J. A., and Weeks, J. C. (2000) Binary data with two, non-nested sources of clustering: an analysis of physician recommendations. *Biostatistics*, **1**, 219-230.

**Rebecca A. Betensky**

---

29. Betensky, RA, Connick, E., Devers, J Landay, A.L., Nokta, M., Plaeger, S. , Rosenblatt, H., Schmitz, J.L., Valentine, F., Wara, D., Weinberg, A., Lederman, H. (2000) Shipment impairs lymphocyte proliferative responses to microbial antigens. *Clinical and Diagnostic Laboratory Immunology* **7**, 759-763.

30. Betensky, R.A. and Rabinowitz, D. (2000) Simple approximations for the maximal transmission/disequilibrium test with a multi-allelic marker. *Annals of Human Genetics* **64**, 567-574.

31. Betensky, R. A. and Schoenfeld, D. A. (2001) Nonparametric estimation in a cure model with random cure times. *Biometrics* **57**, 282-286.

32. Betensky, R. A., Rabinowitz, D. and Tsiatis, A. A. (2001) Computationally simple accelerated failure time regression for interval censored data. *Biometrika* **88**, 703-712.

33. Hudson, J. I., Laird, N. M. and Betensky, R. A. (2001) Multivariate logistic regression models for familial aggregation of two disorders: I. Development of Models and Methods. *American Journal of Epidemiology*, **153**, 500-505.

34. Hudson, J. I., Laird, N. M., Betensky, R. A., Keck, P. E., and Pope, H. G. (2001) Multivariate logistic regression for familial aggregation of two disorders: II. Analysis of studies of eating and mood disorders. *American Journal of Epidemiology*, **153**, 506-514.

35. Betensky, R.A., Hudson, J.I., Jones, C.A., Hu, F., Wang, B., Chen, C., and Xu, X. (2001) A computationally simple test of homogeneity of odds-ratios for twin data. *Genetic Epidemiology* **20**, 228-238.

36. Betensky, R. A. (2001) Optimally selected chi square statistics for equivalence testing. *Journal of Statistical Inference and Planning* **93**, 247-257.

37. Bebchuk, J. D. and Betensky, R. A. (2001) Local likelihood analysis of survival data with censored intermediate events. *JASA* **96**, 449-457.

38. Ino, Y., Betensky, R.A., Zlatescu, M.C., Sasaki, H., Macdonald, D.R., Stemmer-Rachamimov, A.O., Ramsay, D.A., Cairncross, J.G. and Louis, D.N. (2001). Molecular subtypes of anaplastic oligodendroglioma: implications for patient management at diagnosis. *Clinical Cancer Research* **7**, 839-845.

39. Sasaki, H., Zlatescu, M.C., Betensky, R.A., Ino, Y., Cairncross, J.G., Louis, D.N. (2001) PTEN is a target of chromosome 10q loss in anaplastic oligodendrogliomas and PTEN alterations are associated with poor prognosis. *American Journal of Pathology* **159**, 359-367.

40. Rabinowitz, D. and Betensky, R.A. (2002). Testing for familial correlation in age-at-onset. *Biostatistics* **3**, 77-85.

**Rebecca A. Betensky**

41. Betensky, R. A., Lindsey, J. C., Ryan, L. M., and Wand, M. P. (2002) A local likelihood proportional hazards model for interval censored data. *Statistics in Medicine* **21**, 263-275.

42. Sharon, R., Goldberg, M.S., Bar-Josef, I., Betensky, R.A., Shen, J., Selkoe, D.J. (2001). $\alpha$-Synuclein occurs in lipid-rich high molecular weight complexes, binds fatty acids, and shows homology to the fatty acid-binding proteins. *Proceedings of the National Academy of Science* **98**, 9110-9115.

43. Zlatescu, M.C., TehraniYazdi, A., Sasaki, H., Megyesi, J.F., Betensky, R.A., Louis, D.N., Cairncross, J.G. (2001). Tumor location and growth pattern correlate with genetic signature in oligodendroglial neoplasms. *Cancer Research* **61**, 6713-6715.

44. Li, Y., Betensky, R.A., Louis, D.N., Cairncross, J.G. (2001). The use of frailty hazard models for unrecognized heterogeneity that interacts with treatment: considerations of efficiency and power. *Biometrics* **58**, 232-236.

45. Lake, S., Kammann, E., Klar, N., Betensky, R. (2002) Sample size re-estimation in cluster randomization trials. *Statistics in Medicine* **21**, 1337-1350.

46. Sasaki, H., Zlatescu, M.C., Betensky, R.A., Johnk, L.B., Cutone, A.N., Cairncross, J.G., Louis, D.N. (2001). Histopathological-molecular genetic correlations in referral pathologist-diagnosed low-grade "oligodendroglioma." *Journal of Neuropathology and Experimental Neurology* **61**, 58-63.

47. Betensky, R.A. and Finkelstein, D.M. (2002). Testing for dependence between failure time and visit compliance with interval censored data. *Biometrics* **58**, 58-63.

48. Sasaki, H., Betensky, R.A., Cairncross, J.G., Louis, D.N. (2002) DMBT1 polymorphisms: relationship to malignant glioma tumorigenesis. *Cancer Research* **62**, 1790-1796.

49. Betensky, R.A., Cairncross, J.G. and Louis, D.N. (2003). Analysis of a molecular genetic neuro-oncology study with partially biased selection. *Biostatistics* **4**, 167-178.

50. Betensky, R.A., Louis, D.N., Cairncross, J.G. (2002). The influence of unrecognized molecular heterogeneity on randomized clinical trials. *Journal of Clinical Oncology* **20**, 2495-2499.

51. Bebchuk, J. D. and Betensky, R. A. (2002) Local likelihood analysis of latency with interval censored intermediate events. *Statistics in Medicine* **21**, 3475-3491.

52. Arboleda-Velasquez, J.F., Lopera, F., Lopez, E., Frosch, M.P., Sepulveda-Falla, D., Gutierrez, J.E., Vargas, S., Medina, M., Martinez de Arrieta, C., Lebo, R.V., Slaugenhaupt, S.A., Betensky, R.A., Villegas, A., Arcos, M., Rivera, D., Restrepo, J.C., Kosik, K.S. (2002). C455R Notch3 mutation in a Columbian CADASIL kindred with early onset of stroke. *Neurology* **59**, 277-279.

Rebecca A. Betensky

53. Betensky, R.A. and Martin, E.C. (2003) Comments on: "Failure-rate functions for doubly-truncated random variables." *IEEE Transactions on Reliability* **52**, 7-8.

54. Braaten, K.M., Betensky, R., de Leval, L., Okada, Y., Hochberg, F., Louis, D.N., Harris, N.L., Batchelor, T.T. (2003). Bcl-6 expression predicts improved survival in patients with primary central nervous system lymphoma. *Clinical Cancer Research* **9**, 1063-1069.

55. Baehring, JM, Damek, D, Martin, EC, Betensky, RA, Hochberg, FH (2003) Neurolymphomatosis. *Neuro-Oncology* **5**, 104-115.

56. Nutt, C.L., Mani, D.R., Betensky, R.A. Tamayo, P., Cairncross, J.G., Ladd, C., Pohl, U., Hartmann, C., McLaughlin, M.E., Batchelor, T.T., Black, P.M. , von Deimling, A., Pomeroy, S.L., Golub, T.R., Louis, D.N. (2003). Accurate prediction of high grade glioma outcome by gene expression profiling. *Cancer Research* **63**, 1602-1607.

57. Bai, H., Cviko, A., Granter, S., Yuan, L., Betensky, R.A., Crum, C.P. (2003). Immunophenotypic and Viral (HPV) Correlates of Vulvar Seborrheic Keratos is. *Human Pathology* **34**, 559-564.

58. Cai, T. and Betensky, R.A. (2003) Mixed model-based hazard regression for interval censored data. *Biometrics* **59**, 570-579.

59. Baehring, J.M., Betensky, R.A., Batchelor, T.T. (2003). The clinical spectrum of malignant peripheral nerve sheath tumors. *Neurology* **61**, 696-698.

60. Rabbee, N. and Betensky, R.A. (2004) Power calculations for familial aggregation studies. *Genetic Epidemiology* **26**, 316-328.

61. Christian, C.K., Gustafson, M.L., Betensky, R.A., Daley, J., Zinner, M.J. (2003). The Leapfrog volume criteria may fall short in identifying high-quality surgical centers. *Ann Surg.* **238**, 447-455.

62. Batchelor, TT, Betensky, RA, Esposito, JM, Pham, L, Dorfman, MV, Piscate lli, N, Jhung, S, Rhee, D, Louis, DN (2004). Age-dependent prognostic effects of genetic alterations in glioblastoma. *Clinical Cancer Research* **10**, 228-233.

63. Fdez-Teijeiro, A., Betensky, R.A., Sturla, L.M., Kim, J.Y.H., Tamayo, P., Golub, T.R., Pomeroy, S.L. (2004) Combining gene expression patterns and clinical parameters for risk stratification in medulloblastoma. *Journal of Clinical Oncology* **22**, 994-998.

64. Martin, E.C. and Betensky, R.A. (2005) Testing quasi-independence of failure and truncation via conditional Kendall's tau. *JASA* **100**, 484-492.

65. Bebchuk J.D. and Betensky, R.A. (2005) Tests for treatment differences in the hazards for survival before and after the occurrence of an intermediate event. *Statistics in Medicine* **24**, 359-378.

Rebecca A. Betensky

66. Plotkin, S.R., Betensky, R.A., Hochberg, F.H., Grossman, S.A., Lesser, G.J., Nabors, L.B., Batchelor, T.T. (2004). Treatment of relapsed central nervous system lymphoma with high dose methotrexate. *Clinical Cancer Research* **10**, 5643-5646.

67. Megyesi, JF, Kachur, E, Lee, DA, Zlatescu, MC, Betensky, RA, Forsyth, PA, Okada, Y, Sasaki, H, Louis, DN, Cairncross, JG (2004) Imaging correlates of molecular signatures in oligodendroglias. *Clinical Cancer Research* **10**, 4303-4306.

68. Christian, CK, Kwaan, MR, Betensky, RA, Breen, EM, Zinner, MJ, Bleday, R. (2005). Risk Factors for Perineal Wound Complications Following APR. *Diseases of the Colon and Rectum*, **48**, 43-48.

69. Christian, C.K., Gustafson, M.L., Betensky, R.A., Daley, J., Zinner, M.J. (2005). The volume-outcome relationship: don't believe everything you see. *World Journal of Surgery* **29**, 1241-1244.

70. Federschneider, J.M., Yuan, L., Brodsky, J., Breslin, G., Cviko, A., Betensky, R. and Crum, C.P. (2004). The weakly positive hybrid capture II result for human papillomavirus: A statistical and comparative (PCR) analysis. *Am J Ob Gyn* **191**, 757-761.

71. Cantuti-Castelvetri, I., Lin, M.T., Zheng, K., Keller-McGandy, C.E., Betensky, R.A., Johns, D.R., Flint Beal, M., Standaert, D.G., Simon, D.K. (2004). Somatic mitochondrial DNA mutations in single neurons and glia. *Neurobiology of Aging* **26**, 1343-1355.

72. Betensky, R.A., Nutt, C.L, Batchelor, T.T. and Louis, D.N. (2005). Statistical considerations for immunohistochemistry panel development following gene expression profiling of human cancers. *Journal of Molecular Diagnostics* **7**, 276-282.

73. Matthews, A.G., Finkelstein, D.M., Betensky, R.A. (2005) Analysis of familial aggregation in the presence of varying family size. *Applied Statistics* **54**, 847-862.

74. Nutt, C.L., Betensky, R.A., Brower, M.A., Batchelor, T.T., Louis, D.N. and Stemmer-Rachamimov, A.O. (2005). YKL-40 is a marker for distinguishing hist ological subtypes of high grade gliomas. *Clinical Cancer Research* **11**, 2258-2264.

75. Baehring, JM, Androudi, S, Longtine, JJ, Betensky, RA, Sklar, J, Foster, C S, Hochberg, FH. (2005) Analysis of clonal immunoglobulin heavy chain rearrangeme nts in ocular lymphoma. *Cancer* **104**, 591-597.

76. Shih, HA, Betensky, RA, Dorfman, MV, Louis, DN, Loeffler, JS, Batchelor, TT (2005). Genetic analyses for predictors of radiation response in glioblastoma. *Int J Radiation Oncology Bio Physics* **63**, 704-710.

77. Betensky, R.A., Christian, C.K., Gustafson, M.L., Daley, J., Zinner, M.J. (2006). Hospital volume versus outcome: An unusual example of bivariate association. *Biometrics* **62**, 598-604.

Rebecca A. Betensky

78. Matthews, A.G., Betensky, R.A., ..., Finkelstein, D.M. (2006). Analysis of Co-aggregation of cancer based on registry data. *Community Genetics* **9**, 87-92.

79. Rosand, J, Muzikansky, A, Kumar, A, Wisco, JJ, Smith, EE, Betensky, RA, Greenberg, SM. Spatial clustering of hemorrhages in cerebral amyloid angiopathy. *Annals of Neurology* **58**, 459-462.

80. Riemenschneider MJ, Mueller W, Betensky RA, Mohapatra G, Louis DN. (2005). In situ analysis of integrin and growth factor receptor signaling pathways in human glioblastomas suggests overlapping relationships with FAK activation. *Am J Pathol* **167,** 1379-1387.

81. Dong, S, Nutt, CL, Betensky, RA, Stemmer-Rachamimov, AO, Denko, NC, Ligon, KL, Rowitch, DH, Louis, DN. (2005). Histology-based expression profiling yields novel prognostic markers in human glibastoma. *JNEN* **64**, 948-955.

82. Betensky, R.A., Louis, D.N. and Cairncross, J.G. (2007). Tests of association under misclassification: Application to histological sampling in oncology. *Statistics in Medicine* **26**, 4808-4816.

83. Zhang, B and Betensky, RA. (2006). Methods to classify familial relationship in the presence of laboratory errors, without parental data. *Human Genetics* **119**, 642-648.

84. Robbins, EM, Betensky, RA, Domnitz, SB, Purcell, SM, Garcia-Alloza, M, Greenberg, C, Hyman, BT, Greenberg, SM, Bacskai, BJ, Frosch, MP. (2006). Kinetics of cerebral amyloid angiopathy progression in a transgenic mouse model of Alzheimer disease. *Journal of Neuroscience* **26**, 365-371.

85. Coull, B.A., Houseman, E.A. and Betensky, R.A. (2006). A computationally efficient multivariate random effects model for clustered binary data. *Biometrika* **93**, 587-599.

86. Houseman, EA, Coull, BA, Betensky, RA. (2006) Feature-specific constrained latent class analysis for medium throughput genomic data. *Biometrics* **9**, 1062-1070.

87. Bianchetta, MJ, Betensky, RA, Cohen, JB. (2005). Cell-surface MuSK self-associates: A crucial role for the putative signal sequence. *Biochemistry* **44**, 16229-16238.

88. Srouji, SS, Mark, A., Levine, Z., Betensky, RA, Hornstein, MD, Ginsburt, ES. (2005). Predicting in vitro fertilization live birth using stimulation day 6 estradiol, age, and follicle-stimulating hormone. *Fertil Steril.* **84**, 795-797.

89. Mohapatra, G., Betensky, RA, Miller, ER, Carey, B, Gaumont, LD, Engler, DA, Louis, DN. (2006). Glioma test array for use with formalin-fixed, paraffin-embedded tissue: array comparative genomic hybridization correlates with loss of heterozygosity and fluorescence in situ hybridization. *Journal of Molecular Diagnostics* **8**, 268-276.

**Rebecca A. Betensky**

90. Engler, DA, Mohapatra, G, Louis, DN, Betensky, RA (2006). A pseudolikelihood approach for simultaneous analysis of array comparative genomic hybridizations (aCGH). *Biostatistics* **7**, 399-421.

91. Ferrante, KL, Shefner, J, Zhang, H., Betensky, R., ..., Cudkowicz, M. (2005). Tolerance of high-dose (3,000 mg/day) coenzyme Q10 in ALS. *Neurology* **65**, 1834-1836.

92. Scholtens, D and Betensky, RA. (2006) A computationally simple NPML Bivariate Survival Estimator for Efficacy and Safety. *LIDA* **12**, 365-387.

93. Li, Y., Shih, M-C., and Betensky, RA (2007). Designed extension of survival studies: application to clinical trials with unrecognized heterogeneity. *Statistica Sinica* **17**, 1567-1590.

94. Goldfine, AB, Beckman, JA, Betensky, RA, Devlin, H, Hurley, S, Cenarruzabeitia, NV, Schonbeck, U, Patti, ME, Creager, MA. (2006). Family history of diabetes is a major determinant of endothelial dunction. *Journal of the American College of Cardiology* **47**, 2456-2461.

95. Zhang, B, Li, Y, Betensky, RA. (2006). Effects of unmeasured heterogeneity in the linear transformation model for censored data. *Lifetime Data Analysis* **12**, 191-203.

96. Riemenschneider, M., Betensky, RA, Pasedag, SM, Louis, DN (2006). AKT activation in human glioblastomas enhances proliferation via TSC2 and S6 kinase signaling. *Cancer Research* **66**, 5618-5623.

97. Baehring, JM, Hochberg, FH, Betensky, RA, Longtine, J, Sklar, J. (2006). Immunoglobulin gene rearrangement analysis in cerebrospinal fluid 3 of patients with lymphoproliferative processes. *Journal of the Neurological Sciences* **247**, 208-216.

98. Garcia-Alloza, M, Robbins, EM, Zhang-Nunes, SX, Purcell, SM, Betensky, RA, Raju, S, Prada, C, Greenberg, SM, Bacskai, BJ, Frosch, MP (2006). Characterization of amyloid deposition in the APPswe/PS1dE9 mouse model of AD. *Neurobiology of Disease* **24**, 516-524.

99. Mandel, M and Betensky, RA (2007). Testing goodness of fit of a truncation model. *Biometrics* **63**, 405-412.

100. Rousseau, A, Nutt, CL, Betensky, RA, Ligon, KL, Rowitch, DH, Louis, DN (2006). Expression of oligodendroglial and astrocytic lineage markers in diffuse gliomas: Use of YKL-40, ApoE, ASCL1, and NKX2-2. *J Neuropathol Exp Neurol.* **65**, 1149-1156.

101. Pierie, JP, Betensky, RA, Choudry, U, Willett, CG, Souba, WW, Ott, MJ. (2006). Outcomes in a series of 103 retroperitoneal sarcomas. *Eur J Surg Oncol.* **32**, 1235-1241.

**Rebecca A. Betensky**

102. Mizoguchi, M, Betensky, RA, Batchelor, TT, Bernay, DC, Louis, DN, Nutt, CL. (2006). Activation of STAT3, MAPK and AKT in malignant astrocy tic gliomas: correlation with EGFR status, tumor grade and survival. *JNEN* **65**: 1181-1188.

103. Mandel, M, Gauthier, SA, Weiner, HL, Betenksy, RA (2007). Estimating time to event from longitudinal categorical data: An analysis of Multiple Sclerosis progression. *JASA* **102**: 1254-1266.

104. DeSantis, SM, Houseman, EA, Coull, BA, Stemmer-Rachamimov, A, Betensky, RA. (2008). A penalized latent class model for ordinal data. *Biostatistics* **9**: 249-262.

105. Gauthier, SA, Mandel, M, Guttmann, CRG, Glanz, BI, Khoury, SJ, Betensky, RA, Weiner, HL (2007). Predicting short-term disability in multiple sclerosis. *Neurology* **68**: 2059-2065.

106. Cahill, DP, Levine, KK, Betensky, RA, Codd, PJ, Romany, CA, Batchelor, TT, Futreal, PA, Stratton, MR, Curry, WT, Iafrate, AJ, Louis, DN (2007) Loss of the mismatch repair protein MSH6 in human glioblastomas is associated with tumor progression during temozolomide treatment. *Clincal Cancer Research* **13**: 2038-2045.

107. Matthews, AG, Finkelstein, DM, Betensky, RA. (2007). Multivariate logistic regression for familial aggregation in age at disease onset. *Lifetime Data Analysis* **13**: 191-209.

108. Mandel, M and Betensky, RA (2008). Simultaneous Confidence Intervals Based on the Percentile Bootstrap Approach. *Computational Statistics and Data Analysis* **52**, 2158-2165.

109. Prada, C, Garcia-Alloza, M, Zhang-Nunes, SX, Betensky, RA, Greenberg, SM, Bacskai, BJ, and Frosch, MP (2007). Antibody-mediated clearance of amyloid-beta peptide from cerebral amyloid angiopathy revealed by quantitative in vivo imaging. *Journal of Neuroscience* **27**, 1973-1980.

110. Patil, S, Perry, A, MacCollin, M, Dong, S, Betensky, RA, Tu-Hsueh, Y, Gutmann, DH, Stemmer-Rachamimov, AO. (2008). Immunohistochemical Analysis Supports a Role for INI1/SMARCB1 in Hereditary Forms of Schwannomas, But Not in Solitary, Sporadic Schwannomas. *Brain Pathology* **18**, 517-519.

111. Mandel, M and Betensky, RA (2008). Estimating Time-to-Event From Longitudinal Ordinal Data Using Random Effects Markov Models: Application to Multiple Sclerosis Progression. *Biostatistics* **9**, 750-764.

112. Han, WK, Waikar, SS, Johnson, A, Betensky, RA, Devarajan, P, Bonventre, JV. (2008). Urinary markers for early detection of acute kidney injury. *Kidney Int.* **73**, 863-869.

Rebecca A. Betensky

113. Bakshi R, Neema M, Healy BC, Liptak Z, Betensky RA, Buckle, GJ, Gauthier SA, Stankiewicz J, Meier D, Egorova S, Arora A, Guss ZD, Glanz B, Khoury SJ, Guttmann CRG, Weiner HL (2008). Predicting clinical progression in multiple sclerosis with the magnetic resonance disease severity scale. *Archives of Neurology* **65**: 1449-1453.

114. Matthews, A.G., Finkelstein, D.M., Betensky, R.A. (2008) Analysis of familial aggregation studies with complex ascertainment schemes. *Statistics in Medicine* **27**, 5076-5092.

115. Vaidya VS, Waikar SS, Ferguson MA, Collings FB, Sunderland K, Gioules C, Bradwin G, Matsouaka R, Betensky RA, Curhan GC, Bonventre JV. (2008). Urinary biomarkers for sensitive and specific detection of acute kidney injury in humans. *Clinical and Translational Science* **1**: 200-208.

116. Snuderl M, Chi SN,De Santis S, Stemmer-Rachamimov A, Betensky RA, De Girolami UD, and Kieran MW. (2008). Prognostic value of tumor microinvasion and metalloproteinases expression in intracranial pediatric ependymomas. *Journal of Neuropathology and Experimental Neurology* **67**, 911-920.

117. Voloschin AD, Betensky R, Wen PY, Hochberg F, Batchelor T. (2008). Topotecan as salvage therapy for relapsed or refractory primary central nervous system lymphoma. *J Neurooncol.* **86**, 211-215.

118. Zhu JJ, Gerstner ER, Engler DA, Mrugala MM, Nugent W, Neirenberg K, Hochberg FH, Betensky RA, Batchelor TT (2009). High dose methotrexate for elderly patients with primary central nervous system lymphoma. *Neuro-Oncology* **11:** 211-215.

119. DeSantis, SM, Houseman, EA, Coull, BA, Betensky, RA. (2009). A Latent Class model with Hidden Markov Dependence for Array CGH Data. *Biometrics* **65**: 1296-1305.

120. Stankovic KM, Maciej M, Martuza RL, Silver M, Betensky RA, Nadol JB, Stemmer-Rachamimov AO. (2009). Genetic determinants of hearing loss associated with vestibular schwannomas. *Otology & Neurotology* **30**:661-667.

121. Gabeau-Lacet D, Betensky RA, Barker FG, Loeffler JS, Louis DN (2009). Bone involvement predicts poor outcome in atypical meningioma. *Journal of Neurosurgery* **111**: 464-471.

122. Garcia-Alloza M, Prada C, Lattarulo C, Fine S, Borrelli LA, Betensky RA, Greenberg SM, Frosch MP, Bacskai BJ (2009). Matrix me talloproteinase inhibition reduces oxidative stress associated with cerebral amyloid angiopathy in vivo in transgenic mice. *Journal of Neurochemistry* **109** 1636-1647.

123. Shen Y, Nunes F, Stemmer-Rachamimov A, James M, Mohapatra G, Plotkin S, Betensky RA, Engler DA, Roy J, Ramesh V, Gusella JF. (2009) Genomic profiling

distinguishes familial multiple and sporadic multiple meningiomas. *BMC Medical Genomics* **2**:42.

124. Artunduaga MA, Quintanilla-Dieck MdL, Betensky RA, Nicolau Y, Hamden U, Gabriel O, Brent B, Eavey R, Seidman C, Seidman J. (2009) A classical twin study of external ear malformations including microtia. In press, *New England Journal of Medicine, Letter to Editor.*

125. Snuderl M, Eichler AF, Ligon KL, Vu Q, Silver M, Betensky RA, Ligon AH, Wen PY, Lo uis DN, Iafrate AJ. (2009). Polysomy for chromosomes 1 and 19 predicts earlier recurrence in anaplastic oligodendrogliomas with concurrent 1p/19q loss. *Clinical Cancer Reseasrch* **15**:6430-7.

126. Gabeau-Lacet D, Enger D, Gupta S, Scangas GA, Betensky RA, Barker FG, Loeffler JS, Louis DN, Mohapatra G. (2009) Genomic profiling of atypical meningiomas associates gain of 1q with poor clinical outcome. *Journal of Neuropathology and Experimental Neurology* **68**:1155-1165.

127. Pervez MA, Silva G, Masrur S, Betensky RA, Furie K, Hidalgo R, Lima F, Rosenthal ES, Rost N, Viswanathan A, Schwamm LH. (2010). Remote Supervision of IV-tPA for Acute Ischemic Stroke by Telemedicine or Telephone Prior to Transfer to a Regional Stroke Center is Feasible and Safe. *Stroke* **41**: 18-24.

128. Greenberg SM, Nandigam RN, Delgado P, Betensky RA, Rosand J, Viswanathan A, Frosch MP, Smith EE. (2009). Microbleeds versus macrobleeds: evidence for distinct entities. *Stroke* **40**: 2382-2386.

129. Spires-Jones, T., Kay K, Betensky RA, Hyman BT (2011). Calcineurin inhibition with systemic FK506 treatment increases dendritic branching and dendritic spine density in healthy adult mouse brain *Neuroscience Letters*, **487**:260-263.

130. McDaniel S, Minnier J, Betensky RA, Mohapatra G, Shen Y, Gusella JF, Louis DN, Cai T (2010). Assessing Population Level Genetic Instability via Moving Average. *Statistics in Biosciences* To appear.

131. Abla O, Weitzman S, Blay JY, O'Neill BP, Neuwelt E, Doolittle ND, Baehring J, Pradhan K, Martin SE, Guerrera M, Shah S, Ghesquieres H, Silver M, Betensky RA, Batchelor TT (2011). Primary CNS Lymphoma in Children and Adolescents: A Descriptive Analysis from the International Primary CNS Lymphoma Collaborative Group (IPCG). *Clinical Cancer Research* **17**: 346-352.

132. Mohapatra G, Engler DA, Starbuck KD, Kim JC, Bernay DC, Scangas GA, Rousseau A, Batchelor TT, Betensky RA, Louis DN (2010). Genome-wide comparison of paired fresh frozen and formalin-fixed paraffin-embedded gliomas by custom BAC and oligonucleotide array comparative genomic hybridization: facilitating analysis of archival gliomas. *Acta Neuropathol* **121**: 529-543.

Rebecca A. Betensky

133. Dierksen GA, Skehan ME, Khan MA, Jeng J, Nandigam RN, Becker JA, Kumar A, Neal KL, Betensky RA, Frosch MP, Rosand J, Johnson KA, Viswanathan A, Salat DH, Greenberg SM. (2010). Spatial relation between microbleeds and amyloid deposits in amyloid angiopathy. *Ann Neurol* **68**: 545-548.

134. Chiang S, Fazlollahi L, Nguyen A, Betensky RA, Roberts DJ, Iafrate AJ (2011). Diagnosis of hydatidiform moles by polymorphic deletion probe fluorescence in situ hybridization. *Journal of Molecular Diagnostics*, **13**: 406-415.

135. Waikar S, Emerson S, Betensky RA, Bonventre JV (2012). Imperfect gold standards for kidney injury biomarker evaluation. *J Am Soc Nephro*, **23**: 13-21.

136. Serrano-Pozo A, Mielke ML, Gomez-Isla T, Lee VMY, Betensky RA, Growdon JH, Frosch MP, Hyman BT. (2011) Reactive glia associates with plaques but also parallels tangles in Alzheimer disease. *American Journal of Pathology* **179**: 1373-1384.

137. Clark J, Reddy S, Zheng K, Betensky RA, Simon DK (2011). Association of PGC-1alpha polymorphisms with age of onset and risk of Parkinson's disease, and with longevity. *BMC Medical Genetics* **12**: 69.

138. Stamoulis C and Betensky RA. (2011). A novel signal processing approach for detection of copy-number variations in the human genome. *Bioinformatics* **27**: 2338-2345.

139. Stamouis C, Betensky RA, Mohapatra G, Louis DN (2009). Application of signal processing techniques for estimating regions of copy number variations in human meningioma DNA.

140. Okereke OI, Pantoja-Galicia N, Copeland M, Hyman BT, Wanggaard T, Albert MS, Betensky RA, Blacker D (2012). The SIST-M: Predictive validity of a brief structured Clinical Dementia Rating interview. *Alzheimer's Disease and Associated Disorders* **26**: 225-231.

141. Engler D, Shen Y, Gusella J, Betensky RA. (2011). Comparison of clinical subgroup aCGH profiles through pseudolikelihood ratio tests. *Statistical Applications in Genetics and Molecular Biology* **10**, Issue 1, Article 31.

142. Jansen M, Mohapatra G, Betensky RA, Louis DN (2011). Gain of chromosome arm 1q in atypical meningioma correlates with shorter progression-free survival. *Neuropathology and Applied Neurobiology* **38**: 213-219.

143. DeSantis, SM, Houseman, EA, Coull, BA, Nutt, C, Betensky, RA. (2012). Supervised Bayesian latent class models for high dimensional data. *Statistics in Medicine* **31**: 1342-1360.

144. Narayanaswami P, Pantoja-Galicia N, Betensky RA, Rutkove SB (2012). Futility analysis to refine single fiber electromyography in myasthenia gravis. *Muscle and Nerve* **45**: 486-491. PAX2-null secretory cell outgrowths in the oviduct tand their relationship to pelvic serous cancer. *Modern Pathology*, **25**: 449.

145. Laury AR, Ning G, Quick CM, Bijron J, Parast MM, Betensky RA, Vargas SO, McKeon FD, Xian W, Nucci MR, Crum CP (2011). Fallopian tube correlates of ovarian serous borderline tumors. *Am J Surg Pathol.* **12**, 1759-65.

146. Hudry E, Wu H, Arbel-Ornath M, Hashimoto T, Matsouaka R, Fan Z, Spiers T, Betensky RA, Bacskai B, Hyman BT. (2012). Inhibition of the NFAT pathway alleviates amyloid Beta neurotoxicity in a mouse model of Alzheimer's disease. *Journal of Neuroscience*, **32**: 3176-92.

147. Lin MT, Cantuti-Castelvetri I, Zheng K, Jackson KE, Tan YB, Arzberger T, Lees AJ, Betensky RA, Beal MF, Simon DK. (2012). Somatic mtDNA mutations in early PD neurons. *Annals of Neurology* **71**: 850-854.

148. Clark DE, Qian J, Sihler KC, Hallagan LD, Betensky RA (2012) The distribution of survival times after injury. *World Journal of Surgery*, **36**: 1562-1570.

149. Serrano-Pozo A, Mielke ML, Muzikansky A, Gomez-Isla T, Growdon JH, Bacskai BJ, Betensky RA, Frosch MP, Hyman BT (2012). Stable size distribution of amyloid plaques over the course of Alzheimer disease. *Journal of Neuropathology and Experimental Neurology* **71**: 694-701.

150. Chiang S, Yip S, Betensky RA, Miller JB, Misdraji J, Iafrate AJ (2012). Identification of tissue contamination by polymorphic deletion probe fluorescence in situ hybridization. *American Journal of Surgical Pathology* **36**: 1464-1471.

151. Rudinskiy N, Hawkes JM, Betensky RA, Eguchi M, Yamaguchi S, Spires-Jones TL, Hyman BT (2012). Orchestrated experience-driven Arc/Arg3.1 responses are disrupted in a mouse model of Alzheimer's disease. *Nature Neuroscience* **15**: 1422-1429. doi: 10.1038/nn.3199. Epub 2012 Aug 26. PubMed PMID: 22922786; PubMed Central PMCID: PMC3458168.

152. Hirasawa H, Betensky RA, Raviola ES (2012). Co-release of Dopamine and GABA by a Retinal Dopaminergic Neuron. *Journal of Neuroscience* **32**: 13281-13291. PubMed PMID: 22993444; PubMed Central PMCID: PMC3489011.

153. Qu J, Matsouaka R, Betensky RA, Hyman BT, Grosskreutz C (2012). Calcineurin Activation Causes Retinal Ganglion Cell Degeneration. *Molecular Vision* **18**:2828-38. PubMed PMID: 23233785; PubMed Central PMCID: PMC3519372.

154. Mandel M, Mercier F, Eckert B, Chin P, Betensky RA. (2013). Estimating time to disease progression comparing transition models and survival methods - an analysis of multiple sclerosis data. *Biometrics* **69**: 225-234.

155. Mi MY and Betensky RA (2013). An analysis of adaptive design modifications to the sequential parallel comparison design for clincial trials. *Clinical Trials* **10**:207-215. doi: 10.1177/1740774512468806. Epub 2013 Jan 2. PubMed PMID: 23283576; PubMed Central PMCID: PMC3612388.

Rebecca A. Betensky

156. Gregory JL, Prada CM, Fine SJ, Garcia-Alloza M, Betensky RA, Arbel-Ornath M, Greenberg SM, Bacskai BJ, Frosch MP. (2012). Reducing available soluble beta-amyloid prevents progrsesion of cerebral amyloid antiopathy in transgenic mice. *J Neuropathol Exp Neurol.* **71**: 1009-1017. doi: 10.1097/NEN.0b013e3182729845. PubMed PMID: 23095848; PubMed Central PMCID: PMC3491571.

157. Clark DE, Qian J, Winchell RJ, Betensky RA. (2012). Hazard regression models of early mortality in trauma centers. *J Am Coll Surg*, **215**: 841-849.

158. Gobel A, Macklin EA, Winkler S, Betensky RA, Klein C, Lohmann K, Simon DK. (2012). Genetic risk factors in Parkinson's disease: single gene effects and interactions of genotypes. *J Neurol.* **259**: 2503-2505.

159. Bijron JG, Ning G, Laury AR, Quick CM, Betensky RA, Monte NM, King E, McKeon FD, Xian W, Crum CP (2012). Digital quantification of precursor frequency in the fallopian tube and its significance. *Mod Pathol*, **25**:1654-61.

160. Macklin EA, Blacker D, Hyman BT, Betensky RA. (2013). Improved design of prodromal Alzheimer's disease trials through cohort enrichment and surrogate endpoints. *Journal of Alzheimer's Disease* **36**:475-86. doi: 10.3233/JAD-122212. PubMed PMID: 23629586; PubMed Central PMCID: PMC3779898.

161. Serrano-Pozo A, Muzikansky A, Gomez-Isla R, Growdon JH, Betensky RA, Frosch MP, Hyman B. (2013). Differential relationships of reactive astrocytes and microglia to fibrillar amyloid deposits in Alzheimer disease. *Journal of Neuropathology and Experimental Neurology* **72**:462-71. doi: 10.1097/NEN.0b013e3182933788. PubMed PMID: 23656989; PubMed Central PMCID: PMC3661683.

162. Arbel-Ornath M, Hudry E, Eikermann-Haerter K, Hou S, Gregory JL, Zhao L, Betensky RA, Frosch MP, Greenberg SM, Bacskai BJ. (2013). Interstitial fluid drainage is impaired in ischemic stroke and Alzheimer's disease mouse models. *Acta Neuropathol.*, 126(3):353-64. doi: 10.1007/s00401-013-1145-2. Epub 2013 Jul 2. PubMed PMID: 23818064.

163. Kemmling A, Lev MH, Payabvash S, Betensky RA, Qian J, Masrur S, Schwamm LH. (2013). Hospital acquired pneumonia is linked to right hemispheric peri-insular stroke. *PLoS One.*, 8(8):e71141. doi: 10.1371/journal.pone.0071141. PubMed PMID: 23951094; PubMed Central PMCID: PMC3737185.

164. Robinson CM, Singh G, Lee JY, Dehghan S, Rajaiya J, Liu EB, Yousuf MA, Betensky RA, Jones MS, Dyer DW, Seto D, Chodosh J. (2013). Molecular evolution of human adenoviruses. *Sci Rep.*, Sci Rep. 2013;3:1812. doi: 10.1038/srep01812. PubMed PMID: 23657240; PubMed Central PMCID: PMC3648800.

165. Kabbani TA, Kelly CP, Betensky RA, Hansen J, Pallav K, Villafuerte-Gez JA, Vanga R, Mukherjee R, Novero A, Dennis M, Leffler DA. (2013). Patients with celiac disease have a lower prevalence of non-insulin-dependent diabetes mellitus and metabolic syndrome. *Gastroenterology* **144**:912-917. doi: 10.1053/j.gastro.2013.01.033. Epub 2013 Jan 24. PubMed PMID: 23354016; PubMed Central PMCID: PMC3755346.

166. Ramachandran K, Saikumar J, Bijol V, Koyner JL, Qian J, Betensky RA, Waikar SS, Vaidya, VS. (2013). Human MiRNome profiling identifies differentially expressed urinary microRNAs in kidney injury. *Clin Chem*, In Press. 59(12):1742-52. doi: 10.1373/clinchem.2013.210245. PMCID: PMC3870155.

167. JW Taylor, EP Flanagan, BP O'Neill, T Siegal, AMP Omuro, LM DeAngelis, JM Baehring, R Nishikawa, F Pinto, M Chamberlain, K Hoang-Xuan, A Gonzalez-Aguilar, TT Batchelor, J-Y Blay, A Korfel, RA Betensky, M-B Lopes, D Schiff (2013). Primary leptomeningeal lymphoma: an International Primary CNS Lymphoma Collaborative Group report. *Neurology*, to appear.

168. Balasubramanian R, Houseman EA, Coull BA, Betensky RA (2013). Variable importance in matched case-control studies in settings of high dimensional data. *Journal of the Royal Statistical Society, Series C*, to appear.

169. Qian J, Payabvash S, Kemmling A, Lev MH, Schwamm LH,Payabvash S, Kemmling A, Lev MH, Schwamm LH, Betensky RA. (2013). Variable selection and prediction using a nested, matched case-control study: Application to hospital acquired pneumonia in stroke patients. *Biometrics*, 70(1):153-63. doi: 10.1111/biom.12113. Epub 2013 Dec 9. PubMed PMID: 24320930; PubMed Central PMCID: PMC3954429.

170. Hudry E, Dashkoff J, Roe AD, Takeda S, Koffie RM, Hashimoto T, Scheel M, Spires-Jones T, Arbel-Ornath M, Betensky R, Davidson BL, Hyman BT (2013). Gene transfer of human ApOE Isoforms results in differential modulation of amyloid deposition and neurotoxicity in mouse brain. *Science Translational Medicine* 5(212):212ra161. doi: 10.1126/scitranslmed.3007000 PubMed PMID: 24259049.

171. Serrano-Pozo, A, Qian J, Monsell SE, Frosch MP, Betensky RA, Hyman BT. Examination of the clinico-pathological continuum of Alzheimer disease in the autopsy cohort of the National Alzheimer Coordinating Centers (2013). *Journal of Neuropathology and Experimental Neurology*, 72(12):1182-92. doi: 10.1097/NEN.0000000000000016. PubMed PMID: 24226270; PubMed Central PMCID: PMC3962953.

172. Clark DE, Winchell RJ, Betensky RA. Estimating the effect of emergency care on early survival after traffic crashes. Accid Anal Prev. 2013 Sep 2;60C:141-147. doi: 10.1016/j.aap.2013.08.019. [Epub ahead of print] PubMed PMID: 24056285.

**Rebecca A. Betensky**

173. Waikar SS, Betensky RA, Emerson SC, Bonventre JV (2013). Imperfect gold standards for biomarker evaluation. *Clin Trials* **10**: 696-700. PubMed PMID: 24006246 PubMed Central PMCID: PMC3800226.

174. Austin MD, Simon DK, Betensky RA (2014). Computationally simple estimation and improved efficiency for special cases of double truncation. *Lifetime Data Analysis* 20(3):335-54. doi: 10.1007/s10985-013-9287-z. Epub 2013 Dec 18. PubMed PMID: 24347050; PubMed Central PMCID: PMC4058384..

175. Austin MD and Betensky RA (2013). Eliminating bias due to censoring in Kendall's tau estimators for quasi-independence of truncation and failure. *Computational Statistics and Data Analysis* **73**:16-26. PubMed PMID: 24505164; PubMed Central PMCID: PMC3912250.

176. Kopeikina KJ, Wegmann S, Pitstick R, Carlson GA, Bacskai BJ, Betensky RA, Hyman BT, Spires-Jones TL (2013). Tau Causes Synapse Loss without Disrupting Calcium Homeostasis in the rTg4510 Model of Tauopathy. *PLoS One* **8(11):e80834. doi: 10.1371/journal.pone.0080834**. PMCID: PMC3835324.

177. Cai T and Betensky R (2013). Reply to Sabanes Bove and Held's "comment on Cai and Betensky (2003), on the poisson approximation for hazard regression". *Biometrics* **69**(3):796. doi: 10.1111/biom.12087. PubMed PMID: 24073867.

178. Grishchuk Y, Sri S, Rudinskiy N, Ma W, Stember KG, Cottle MW, Sapp E, Difiglia M, Muzikansky A, Betensky RA, Wong AM, Bacskai BJ, Hyman BT, Kelleher RJ, Cooper JD, Slaugenhaupt SA. (2014). Behavioral deficits, early gliosis, dysmyelination and synaptic dysfunction in a mouse model of mucolipidosis IV. *Acta Neuropathol Commun.* 2:133. PMCID: PMC4173007.

179. Segal MM, Abdellateef M, El-Hattab AW, Hilbush BS, De La Vega FM, Tromp G, Williams MS, Betensky RA, Gleeson J. (2015). Clinical Pertinence Metric Enables Hypothesis-Independent Genome-Phenome Analysis for Neurologic Diagnosis. *J Child Neurol.* 30:881-888. PMCID: PMC4339658.

180. Rudinskiy N, Hawkes JM, Wegmann S, Kuchibhotla KV, Muzikansky A, Betensky RA, Spires-Jones TL, Hyman BT. Tau pathology does not affect experience-driven single-neuron and network-wide Arc/Arg3.1 responses. *Acta Neuropathol Commun.* 2014 Jun 10;2:63. doi: 10.1186/2051-5960-2-63. PubMed PMID: 24915991; PubMed Central PMCID: PMC4229905.

181. Sabbisetti VS, Waikar SS, Antoine DJ, Smiles A, Wang C, Ravisankar A, Ito K, Sharma S, Ramadesikan S, Lee M, Briskin R, De Jager PL, Ngo TT, Radlinski M, Dear JW, Park KB, Betensky R, Krolewski AS, Bonventre JV. Blood kidney injury molecule-1 is a biomarker of acute and chronic kidney injury and predicts progression to ESRD in type I diabetes. *J Am Soc Nephrol.* 2014 Oct;25(10):2177-86. doi: 10.1681/ASN.2013070758. Epub 2014 Jun 5. PubMed PMID: 24904085; PubMed Central PMCID: PMC4178434.

**Rebecca A. Betensky**

182. Liao F, Hori Y, Hudry E, Bauer AQ, Jiang H, Mahan TE, Lefton KB, Zhang TJ, Dearborn JT, Kim J, Culver JP, Betensky R, Wozniak DF, Hyman BT, Holtzman DM. Anti-ApoE antibody given after plaque onset decreases Aaccumulation and improves brain function in a mouse model of Aamyloidosis. J Neurosci. 2014 May 21;34(21):7281-92. doi: 10.1523/JNEUROSCI.0646-14.2014. PubMed PMID: 24849360; PubMed Central PMCID: PMC4028501.

183. Mormino EC, Betensky RA, Hedden T, Schultz AP, Ward A, Huijbers W, Rentz DM, Johnson KA, Sperling RA; Alzheimer's Disease Neuroimaging Initiative; Australian Imaging Biomarkers and Lifestyle Flagship Study of Ageing; Harvard Aging Brain Study. Amyloid and APOE e4 interact to influence short-term decline in preclinical Alzheimer disease. Neurology. 2014 May 20;82(20):1760-7. doi: 10.1212/WNL.0000000000000431. Epub 2014 Apr 18. PubMed PMID: 24748674; PubMed Central PMCID: PMC4035706.

184. Lee SJ, Betensky RA, Gianneschi GE, Gallucci GO. (2014). Accuracy of digital versus conventional implant impressions. *Clin Oral Implants Res.* 26:715-719. PMCID: PMC4428303.

185. Qian J, Betensky RA. Assumptions regarding right censoring in the presence of left truncation. Stat Probab Lett. 2014 Apr 1;87:12-17. PubMed PMID: 24683283; PubMed Central PMCID: PMC3964676.

186. Boulouis G, Dumas A, Betensky RA, Brouwers HB, Fotiadis P, Vashkevich A, Ayres A, Schwab K, Romero JM, Smith EE, Viswanathan A, Goldstein JN, Rosand J, Gurol ME, Greenberg SM. Anatomic pattern of intracerebral hemorrhage expansion: relation to CT angiography spot sign and hematoma center. Stroke. 2014 Apr;45(4):1154-6. doi: 10.1161/STROKEAHA.114.004844. Epub 2014 Mar 6. PubMed PMID: 24603066; PubMed Central PMCID: PMC3984947.

187. Serrano-Pozo A, Qian J, Monsell SE, Blacker D, G-Isla T, Betensky RA, Growdon JH, Johnson KA, Frosch MP, Sperling RA, Hyman BT. Mild to moderate Alzheimer dementia with insufficient neuropathological changes. Ann Neurol. 2014 Apr;75(4):597-601. doi: 10.1002/ana.24125. Epub 2014 Apr 8. PubMed PMID: 24585367; PubMed Central PMCID: PMC4016558.

188. Ramachandran K, Saikumar J, Bijol V, Koyner JL, Qian J, Betensky RA, Waikar SS, Vaidya VS. Human miRNome profiling identifies microRNAs differentially present in the urine after kidney injury. Clin Chem. 2013 Dec;59(12):1742-52. doi: 10.1373/clinchem.2013.210245. Epub 2013 Oct 23. PubMed PMID: 24153252; PubMed Central PMCID: PMC3870155.

189. Taylor JW, Flanagan EP, O'Neill BP, Siegal T, Omuro A, Deangelis L, Baehring J, Nishikawa R, Pinto F, Chamberlain M, Hoang-Xuan K, Gonzalez-Aguilar A, Batchelor T, Blay JY, Korfel A, Betensky RA, Lopes MB, Schiff D. Primary leptomeningeal lymphoma: International Primary CNS Lymphoma Collaborative

29

Group report. Neurology. 2013 Nov 5;81(19):1690-6. doi: 10.1212/01.wnl.0000435302.02895.f3. Epub 2013 Oct 9. PubMed PMID: 24107866; PubMed Central PMCID: PMC3812109.

190. Sharma S, Brugnara C, Betensky RA, Waikar SS. Reductions in Red Blood Cell 2,3-Diphosphoglycerate Concentration during Continuous Renal Replacment Therapy. *Clin J Am Soc Nephrol.* 2015 Jan 7;10(1):74-9. doi: 10.2215/CJN.02160214. Epub 2014 Dec 23. PubMed PMID: 25538269.PMCID: PMC4284404.

191. Chheda MG, Wen PY, Hochberg FH, Chi AS, Drappatz J, Eichler AF, Yang D, Beroukhim R, Norden AD, Gerstner ER, Betensky RA, Batchelor TT. (2015) Vandetanib plus sirolimus in adults with recurrent glioblastoma: results of a phase I and dose expansion cohort study. *J Neurooncol.* 121:627-634. PMCID: PMC4324090.

192. Matsouaka RA, Betensky RA. (2015). Power and sample size calculations for the Wilcoxon-Mann-Whitney test in the presence of death-censored observations. *Stat Med.* 34:406-31. PMCID: PMC4289456.

193. Mormino EC, Betensky RA, Hedden T, Schultz AP, Amariglio RE, Rentz DM, Johnson KA, Sperling RA. (2014). Synergistic effect of -amyloid and neurodegeneration on cognitive decline in clinically normal individuals. *JAMA Neurol.* 71:1379-85. PMCID: PMC4293023.

194. Viswanathan A, Macklin EA, Betensky R, Hyman B, Smith EE, Blacker D. (2015). The Influence of Vascular Risk Factors and Stroke on Cognition in Late Life: Analysis of the NACC Cohort. *Alzheimer Dis Assoc Disord* To appear.

195. Taylor JW, Dietrich J, Gerstner ER, Norden AD, Rinne ML, Cahill DP, Stemmer-Rachamimov A, Wen PY, Betensky RA, Giorgio DH, Snodgrass K, Randall AE, Batchelor TT, Chi AS. Phase 2 study of bosutinib, a Src inhibitor, in adults with recurrent glioblastoma. *J. Neurooncol.* 2015 Feb. 121(3):557-63. PMCID: PMC4323868.

196. Serrano-Pozo A, Qian J, Monsell SE, Betensky RA, Hyman BT. (2015) APOEe2 is associated with milder clinical and pathological Alzheimer's disease. *Ann Neurol* 77:917-929. PMCID: PMC4447539.

197. Betensky RA, Szymonifka J, Lee EQ, Nutt CL, Batchelor TT. (2015) Computationally Simple Analysis of Matched, Outcome-Based Studies of Ordinal Disease States. *Statistics in Medicine* 34:2514-2527. PMCID: PMC4490001.

198. Betensky RA (2015) Measures of Follow-up in Time-to-Event Studies: Why provide them and what should they be? *Clinical Trials* 12:403-408. PMCID: PMC4506242.

199. Swanson DM, Betensky RA. (2015) Research participant compensation: A matter of statistical inference as well as ethics. *Contemp Clin Trials* To appear.

Rebecca A. Betensky

200. Zhao L, Arbel-Ornath M, Wang X, Betensky RA, Greenberg SM, Frosch MP, Bacskai BJ. (2015). Matrix metalloproteinase 9-mediated intracerebral hemorrhage induced by cerebral amyloid angiopathy. *Neurobiol Aging* 36:2963-2971. PMCID: PMC4609585.

201. Serrano-Pozo A, Betensky RA, Frosch MP, Hyman BT. Plaque-Associated Local Toxicity Increases over the Clinical Course of Alzheimer Disease. *Am J Pathol.* 186(2):375-84. PMCID: PMC4729270.

202. Grishchuk Y, Stember KG, Matsunaga A, Olivares AM, Cruz NM, King VE, Humphrey DM, Wang SL, Muzikansky A, Betensky RA, Thoreson WB, Haider N, Slaugenhaupt SA. Retinal Dystrophy and Optic Nerve Pathology inthe Mouse Model of Mucolipidosis IV. *Am J Pathol.* 186(1):199-209. PMCID: PMC4715222.

203. Johnson KA, Schultz A, Betensky RA, Becker JA, Sepulcre J, Rentz D, Mormino E, Chhatwal J, Amariglio R, Papp K, Marshall G, Albers M, Mauro S, Pepin L, Alverio J, Judge K, Philiossaint M, Shoup T, Yokell D, Dickerson B, Gomez-Isla T, Hyman B, Vasdev N, Sperling R. Tau positron emission tomographic imaging in aging and early Alzheimer disease. *Ann Neurol.* 79(1):110-9. PMCID: PMC4738026.

204. Betensky RA, Mandel M. Recognizing the problem of delayed entry in time-to-event studies: Better late than never for clinical neuroscientists. *Ann Neurol.* 78(6):839-44. PubMed PMID: 26452746.

205. Okada K, LeClair KB, Zhang Y, Li Y, Ozdemir C, Krisko TI, Hagen SJ, Betensky RA, Banks AS, Cohen DE. Thioesterase superfamily member 1 suppresses cold thermogenesis by limiting the oxidation of lipid droplet-derived fatty acids in brown adipose tissue. *Mol Metab.* 2016 Feb 23;5(5):340-51. PubMed PMID: 27110486; PubMed Central PMCID: PMC4837299.

206. Serrano-Pozo A, Qian J, Muzikansky A, Monsell SE, Montine TJ, Frosch MP, Betensky RA, Hyman BT. Thal Amyloid Stages Do Not Significantly Impact the Correlation Between Neuropathological Change and Cognition in the Alzheimer Disease Continuum. *J Neuropathol Exp Neurol.* 2016 Apr 22. pii: nlw026. [Epub ahead of print] PubMed PMID: 27105663.

207. Asafu-Adjei JK, Betensky RA. A Pairwise Naive Bayes Approach to Bayesian Classification. *Intern J Pattern Recognit Artif Intell.* 2015 Oct 1;29(7). PubMed PMID: 27087730; PubMed Central PMCID:PMC4832935.

208. Maye JE, Betensky RA, Gidicsin CM, Locascio J, Becker JA, Pepin L, Carmasin J, Rentz DM, Marshall GA, Blacker D, Sperling RA, Johnson KA. Maternal dementia age at onset in relation to amyloid burden in non-demented elderly offspring. *Neurobiol Aging.* 2016 Apr;40:61-7. doi: 10.1016/j.neurobiolaging.2015.12.013. Epub 2015 Dec 28. PubMed PMID: 26973104; PubMed Central PMCID: PMC4792089.

**Rebecca A. Betensky**

209. Atem FD, Qian J, Maye JE, Johnson KA, Betensky, RA. Multiple Imputation of a Randomly Censored Covariate Improves Logistic Regression Analysis. *Journal of Applied Statistics* NIHMSID 786169, In Press.

210. Atem FD, Qian J, Maye JE, Johnson KA, Betensky, RA. Linear Regression with a Randomly Censored Covariate: Application to an Alzheimers Study. *Journal of the Royal Statistical Society, Series C* NIHMSID 786053, In press.

211. McCausland FR, Asafu-Adjei J, Betensky RA, Palevsky PM, Waikar SS. Comparison of Urine Output among Patients Treated with More Intensive Versus Less Intensive RRT: Results from the Acute Renal Failure Trial Network Study. Clin J Am Soc Nephrol. 2016 Aug 8;11(8):1335-42. doi: 10.2215/CJN.10991015. Epub 2016 Jul 22. PubMed PMID: 27449661; PubMed Central PMCID: PMC4974887.

212. Albers AD, Asafu-Adjei J, Delaney MK, Kelly KE, Gomez-Isla T, Blacker D, Johnson KA, Sperling RA, Hyman BT, Betensky RA, Hastings L, Albers MW. Episodic Memory of Odors Stratifies Alzheimer Biomarkers in Normal Elderly. Ann Neurol. 2016 Oct 1. doi: 10.1002/ana.24792. PubMed PMID: 27696605.

213. Hanseeuw BJ, Schultz AP, Betensky RA, Sperling RA, Johnson KA. Decreased hippocampal metabolism in high-amyloid mild cognitiveimpairment. Alzheimers Dement. 2016 Jul 13. pii: S1552-5260(16)32659-0. doi: 10.1016/j.jalz.2016.06.2357. [Epub ahead of print] PubMed PMID: 27421609.

**Book Chapters and Reviews**

1. Betensky, R. A., Finkelstein, D. M., and Stark, P. C. (2001) Statistical principles and methods for the analysis of clinical studies. Chapter in *Principles of Neuroepidemiology*, editors Batchelor, T. and Cudkowicz, M., Butterworth Heinemann.

2. Betensky, R.A. (2003). "Review of *Analysis of Failure and Survival Data* by Smith, P.J." *Journal of the American S tatistical Association* **98**, 771-772.

October,  2016