# EXHIBIT 18

Case 1:17-cv-11008-MLW   Document 303-18   Filed 05/25/18   Page 1 of 4



# Press Release

Hospira launches first biosimilar monoclonal antibody (mAb) Inflectra™ (infliximab) in major European markets

-- Major European markets can finally benefit from the availability of Inflectra following the patent expiry of reference product Remicade® (infliximab)
-- Inflectra provides an alternative, potentially more affordable treatment option for people suffering from severe, debilitating diseases such as rheumatoid arthritis and inflammatory bowel disease while maintaining comparable quality, efficacy and safety to the reference product
-- As a result of competition, the large savings expected to be generated with biosimilars can provide an opportunity to improve patient access to life-changing medications

LAKE FOREST, Ill., Feb. 16, 2015 /PRNewswire/ -- Hospira, Inc. (NYSE: HSP), a world leader in he development of biosimilar therapies, today announced the launch of he first biosimilar monoclonal antibody (mAb), Inflectra (infliximab), in major European markets. Inflectra is licensed for he treatment of inflammatory conditions including rheumatoid arthritis (RA), psoria ic ar hri is, ankylosing spondylitis, adult and paediatric Crohn's disease, adult and paediatric ulcerative coli is and plaque psoriasis.

Biologic medicines have transformed he lives of people living wi h chronic inflammatory condi ions, such as RA and inflammatory bowel disease (IBD). However, biologics are responsible for some of the biggest medicinal costs across Europe[1] and hese high costs can restrict access to treatment. For example, it has been estimated that 40% of RA pa ients in Europe have severely restricted access to biologic treatment.[2] Inflectra can offer a cost-effec ive alternative while maintaining the same quality, safety and efficacy as the reference product.[3,4]

"Wi h more and more people living with chronic inflammatory diseases like RA, we need to find more cost-effective treatment solutions without compromising on quality, safety or efficacy. Biosimilars could offer one such solu ion – savings could mean we can treat more pa ients wi hin the same heal hcare budget," said Professor Josef Smolen, Chairman of the Division of Rheumatology at Medical University of Vienna. "Biosimilars hat underwent assessment and approval by the European Commission have been included in he latest EULAR treatment recommendations."

Infliximab is a cornerstone treatment for many inflammatory diseases, wi h over 15 years' worth of clinical data and experience.[5] Inflectra is a biosimilar medicine to the reference product, Remicade® (infliximab), and is the first biosimilar mAb to be approved by the European Commission (EC). A biosimilar developed in-line with EU requirements can be considered a therapeu ic alternative to an existing biologic.[3]

Remicade (infliximab) has been authorized in the EU since 1999 and recorded European sales of almost €2 billion in 2013.[6] The savings generated by introducing competi ion in the marketplace could save the European healthcare system millions of Euros, wi h biosimilars expected to produce savings of over €20 billion by 2020.[7]

"Inflectra has already been launched in Central and Eastern Europe, and some smaller Western European markets due to earlier patent expiry, and has already been prescribed to treat patients in all its licensed indica ions. We are delighted that he remaining European countries, including many of he major EU countries, will now benefit from he availability of Inflectra. This supports Hospira's commitment to provide patients wi h better access to high-quality, more affordable care," said Paul Greenland, Vice President Biologics, Hospira.

Inflectra received its license from he EC in September 2013, following adoption of he EMA Committee for Medicinal Products for Human Use (CHMP) posi ive recommenda ion for gran ing marke ing au horiza ion. Review by the EMA included detailed analysis of biophysical properties and safety, efficacy and tolerability data from an extensive preclinical and clinical trial program.

In a phase III randomized, double-blind study involving 606 pa ients, Inflectra met its primary endpoint of herapeutic equivalence to Remicade. In his study, using the ACR20 scoring system, 73.4% of patients receiving Inflectra achieved a greater than or equal to 20% improvement in RA symptoms after 30 weeks of treatment, compared wi h 69.7% treated wi h Remicade.[8] In the same study, 42 3% of patients receiving Inflectra achieved a greater than or equal to 50% improvement in RA symptoms after 30 weeks of treatment (measured using the ACR50 scoring system), compared wi h 40.6% treated with Remicade.[8] Comparable safety and tolerability data also demonstrated Inflectra's equivalence to Remicade. There were no marked differences in the immunogenicity profile of the two products up to 54 weeks, and he impact of anti-drug antibodies on efficacy and safety was comparable.[8]

Inflectra is being launched in several major European markets, including Austria, Denmark, France, Germany, Greece, Italy, Luxembourg, Ne herlands, Spain and Sweden. Wi h the launch of he product in these new markets, Inflectra is now available in 24 European countries. Hospira's partner, Celltrion, has also submitted an applica ion to the U.S. Food and Drug Administra ion for biosimilar infliximab.

Wi h one of he largest biosimilar pipelines in the industry, Hospira has more than seven years' of market experience in biosimilars. The company has several biosimilars on the European market, including Inflectra (infliximab), Retacrit™ (epoetin zeta) and Nives im™ (filgras im). Hospira has delivered more than 10 million doses of biosimilar medicines to pa ients worldwide.[9]

About Inflectra[10]

Inflectra (infliximab) is a chimeric human-murine monoclonal antibody hat binds wi h high affinity to both soluble and transmembrane forms of TNF alpha but not to lymphotoxin α (TNF beta). Inflectra is indicated for:

Rheumatoid arthritis
Inflectra, in combination with methotrexate, is indicated for the reduc ion of signs and symptoms as well as the improvement in physical function in:

- adult patients with active disease when the response to disease-modifying an irheuma ic drugs (DMARDs), including methotrexate, has been inadequate.

- adult patients with severe, ac ive and progressive disease not previously treated with methotrexate or o her DMARDs.

In these pa ient populations, a reduc ion in the rate of the progression of joint damage, as measured by X-ray, has been demonstrated.

Adult Crohn's disease
Inflectra is indicated for:

- treatment of moderately to severely active Crohn's disease, in adult pa ients who have not responded despite a full and adequate course of therapy wi h a corticosteroid and/or an immunosuppressant; or who are intolerant to or have medical contraindications for such therapies.
- treatment of fistulising, ac ive Crohn's disease, in adult patients who have not responded despite a full and adequate course of therapy with conventional treatment (including an ibiotics, drainage and immunosuppressive therapy).

Paediatric Crohn's disease
Inflectra is indicated for treatment of severe, active Crohn's disease in children and adolescents aged 6 to 17 years, who have not responded to conventional therapy including a corticosteroid, an immunomodulator and primary nutrition  herapy; or who are intolerant to or have contraindications for such therapies. Infliximab has been studied only in combination with conventional immunosuppressive therapy.

Ulcera ive coli is
Inflectra is indicated for treatment of moderately to severely active ulcerative colitis in adult patients who have had an inadequate response to conven ional therapy including corticosteroids and 6-mercaptopurine (6-MP) or aza hioprine (AZA), or who are intolerant to or have medical contraindica ions for such therapies.

Paediatric ulcera ive colitis
Inflectra is indicated for treatment of severely active ulcera ive coli is in children and adolescents aged 6 to 17 years, who have had an inadequate response to conventional therapy including cor icosteroids and 6-MP or AZA, or who are intolerant to or have medical contraindications for such  herapies.

Ankylosing spondylitis
Inflectra is indicated for treatment of severe, active ankylosing spondylitis, in adult patients who have responded inadequately to conventional therapy.

Psoriatic arthritis
Inflectra is indicated for treatment of ac ive and progressive psoriatic arthri is in adult pa ients when  he response to previous DMARD therapy has been inadequate.

Inflectra should be administered

- in combination with methotrexate
- or alone in patients who show intolerance to me hotrexate or for whom methotrexate is contraindicated.

Infliximab has been shown to improve physical function in patients with psoria ic ar hri is, and to reduce  he rate of progression of peripheral joint damage as measured by X-ray in pa ients with polyarticular symmetrical subtypes of the disease.

Psoriasis
Inflectra is indicated for treatment of moderate to severe plaque psoriasis in adult patients who failed to respond to, or who have a contraindication to, or are intolerant to other systemic therapy including cyclosporine, methotrexate or psoralen ultra-violet A (PUVA).

See  he Summary of Product Characteris ics (also part of the EPAR) for full details.

Important Safety Information

There are reports of serious infections, including tuberculosis (TB), sepsis and pneumonia, in patients taking Inflectra. Some of  hese infections have been fatal. Patients should tell their doctors if  hey have had recent or past exposure to people wi h TB. Their doctors will evaluate  hem for TB and may perform tests for TB. If pa ients have latent (inac ive) TB, their doctors should begin TB treatment before  hey start Inflectra. Inflectra can lower patients' ability to fight infec ions, so if  hey are prone to or have a history of infec ions, or develop any signs of an infec ion such as fever, fatigue, cough, flu-like symptoms or warm, red or painful skin while taking Inflectra, pa ients should tell their doctors right away. Also, pa ients should tell their doctors if they are scheduled to receive a vaccine or if they have lived in a region where histoplasmosis, blastomycosis or coccidioidomycosis are common.

Reports of a type of blood cancer called lymphoma in patients on Inflectra or other TNF blockers are rare, but occur more often than expected for people in general. People who have been treated for rheumatoid ar hri is, Crohn's disease, ankylosing spondylitis, or psoria ic ar hritis for a long time, particularly those wi h highly active disease may be more prone to develop lymphoma. Cancers, o her  han lymphoma, have also been reported. Rarely, children and young adults who have been treated for Crohn's disease or ulcera ive colitis with Inflectra in combination with azathioprine or 6-mercaptopurine have developed a rare type of lymphoma, hepatosplenic T cell lymphoma (HSTCL) that often results in death. Patients taking Inflectra or other TNF blockers may be at an increased risk for developing lymphoma or other cancers. Pa ients should also tell their doctors if  hey have had or develop lymphoma or other cancers or if they have a lung disease called chronic obstructive pulmonary disease (COPD).

Many people wi h heart failure should not take Inflectra; so prior to treatment  hey should discuss any heart condi ion wi h  heir doctors. Patients should tell  heir doctors right away if they develop new or worsening symptoms of heart failure (such as shortness of breath, swelling of ankles or feet, or sudden weight gain).

Reac ivation of hepa itis B virus has been reported in patients who are carriers of  his virus and are taking TNF blockers, such as Inflectra. Some of these cases have been fatal. All pa ients should be screened for signs of an infection and a hepatitis B expert should be consulted if a patient tests positive for hepati is B surface an igen.

There have been rare cases of serious liver injury in people taking infliximab, some fatal. Pa ients should tell their doctors if  hey have liver problems and contact their doctors immediately if they develop symptoms such as jaundice (yellow skin and eyes), dark brown urine, right-sided abdominal pain, fever, or severe fatigue.

Blood disorders in people taking Inflectra have been reported, some fatal. Pa ients should tell their doctors if they develop possible signs of blood disorders such as persistent fever, bruising, bleeding, or paleness while taking Inflectra. Nervous system disorders have also been reported. Patients should tell their doctors if they have or have had a disease that affects the nervous system, or if  hey experience any numbness, weakness, tingling, visual disturbances or seizures while taking Inflectra.

JANREM0109359

Allergic reactions, some severe, have been reported during or within 2 hours with Inflectra. Signs of allergic reaction include hives, difficulty breathing, chest pain, high or low blood pressure, swelling of face and hands, and fever or chills. Inflectra should not be administered to patients with known hypersensitivity to Inflectra or any component of Inflectra. Patients should tell their doctors if they have experienced a severe allergic reaction. The most common side effects of Inflectra are: viral infections, headache, upper respiratory-tract infection, sinusitis, nausea, abdominal pain, infusion-related reactions and pain.

See the Summary of Product Characteristics (also part of the EPAR) for full details.

**About Hospira**
Hospira, Inc. is the world's leading provider of injectable drugs and infusion technologies. Through its broad, integrated portfolio, Hospira is uniquely positioned to Advance Wellness™ by improving patient and caregiver safety while reducing healthcare costs. The company is headquartered in Lake Forest, Ill. Learn more at www.hospira.com.

The head office for Hospira in Europe, Middle East and Africa is in Hurley, UK.

**Private Securities Litigation Reform Act of 1995 –**

**A Caution Concerning Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, including statements regarding Hospira's biosimilars program and approval in Europe of Inflectra. Hospira cautions that these forward-looking statements are subject to risks and uncertainties, including adequate and sustained progress on the company's quality initiatives and device strategy that may cause actual results to differ materially from those indicated in the forward-looking statements. Economic, competitive, governmental, regulatory, legal, technological, manufacturing supply, quality, modernizing and streamlining activities, and other factors that may affect Hospira's operations and may cause actual results to be materially different from expectations include the risks, uncertainties and factors discussed under the headings "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in Hospira's latest Annual Report on Form 10-K and subsequent Quarterly Reports on Forms 10-Q, filed with the U.S. Securities and Exchange Commission, which are incorporated by reference. Hospira undertakes no obligation to release publicly any revisions to forward-looking statements as the result of subsequent events or developments, except as required by law.

**References**

[1] Bendtzen, K. Anti-TNF-alpha Biotherapies: Perspectives for Evidence-Based Personalized Medicine. Immunotherapy. 2012; 4(11): 1167-1179.
[2] Putrik P, Ramiro S, Kvien TK et al. Inequities in access to biologic and synthetic DMARDs across 46 European countries. Ann Rheum Dis. 2014. Jan; 73(1): 198-206.
[3] Weise M, Bielsky MC, Smet K et al. Biosimilars: what clinicians should know. Blood. 2012; 120: 5111-5117.
[4] European Commission. Consensus Information Paper 2013. What you need to know about Biosimilar Medicinal Products. Available at http://ec.europa.eu/enterprise/sectors/healthcare/files/docs/biosimilars_report_en.pdf. Accessed February 2015.
[5] Danese S, Colombel J, Reinisch W et al. Review article: infliximab for crohn's disease treatment – shifting therapeutic strategies after 10 years of clinical experience. Alimentary Pharmacology and Therapeutics. 2011; 33: 857-869.
[6] Merck and Co. 2013 Annual Report, available from: http://www.merck.com/investors/financials/form-10-k-2013.pdf. Accessed January 2015.
[7] Haustein R, Millas C, Hoer A et al. Saving money in the European healthcare systems with biosimilars. Generics and Biosimilars Initiative Journal. 2012; 1(3-4): 120-6.
[8] EMA. Inflectra European Public Assessment Report – Summary for the public. EMA/402688/2013. Available at http://www.ema.europa.eu/ema/index.jsp?curl=/pages/medicines/human/medicines/002778/human_med_001677.jsp Accessed January 2015.
[9] Hospira, Inc., 2014, Data on file.
[10] Inflectra (infliximab). Summary of Product Characteristics. 2014.

February, 2015. EMEA/INF/13/0005[2]

To view the original version on PR Newswire, visit http://www.prnewswire.com/news-releases/hospira-launches-first-biosimilar-monoclonal-antibody-mab-inflectra-infliximab-in-major-european-markets-300036306.html

SOURCE Hospira, Inc.

European Media, Jenny Squibbs, 90TEN Healthcare, +44 20 7627 0990, or U.S. Media, Ann Fahey-Widman, Hospira, (224) 212-3294, or Financial Community, Karen King, Hospira, (224) 212-2711, or Ruth Venning, Hospira, (224) 212-2711

JANREM0109360