**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>Defendants. | No. 1:17-cv-11008 |

**MOTION FOR LEAVE TO IMPOUND CONFIDENTIAL PORTIONS OF**
**DEFENDANTS' MEMORANDA AND CERTAIN EXHIBITS**

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Case No. 15-10698, Dkt. 170), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiff's, Defendants' and/or third-party confidential and proprietary information:

**Documents Related to Defendants' Opposition to Plaintiff's Motion to Exclude Rebecca Betensky, Ph.D. (Dkt. 302)**

- Defendants' Opposition to Plaintiff's Motion to Exclude Rebecca Betensky, Ph.D.
- Ex. 1, Excerpts of the 12/14/16 Deposition Transcript of Dr. Michael Butler;
- Ex. 2, Excerpts of the 12/7/16 Deposition Transcript of Dr. Florian Wurm;

**Documents Related to Defendants' Opposition to Janssen's Motion for Summary Judgment on the Issue of Non-Infringing Alternatives (Dkt. 303)**

- Defendants' Opposition to Janssen's Motion for Summary Judgment on the Issue of Non-Infringing Alternatives;

- Defendants' Response to Plaintiff's Statement of Material Facts in Support of Plaintiff's Motion for Summary Judgment on the Issue of Non-Infringing Alternatives and Defendants' Statement of Material Facts ("Statement of Facts");
- Ex. 1, Excerpts of the 4/17/18 Deposition Transcript of Dr. Michael Butler;
- Ex. 2, Excerpts of the Deposition Transcript of Dr. David Epstein;
- Ex. 4, 2018-02-01 Plaintiff's Objections and Responses to Defendants' First Set of Requests for Admission (Nos. 1-18);
- Ex. 5, Excerpts of the Expert Report of Sean Nicholson, Ph.D.;
- Ex. 6, Excerpts of the Deposition Transcript of Sean Nicholson, Ph.D.;
- Ex. 7, Excerpts of the Deposition Transcript of Yun Jeon Yang.
- Ex. 8, Ex. 44 to the Deposition of Christopher Marsh;
- Ex. 9, Ex. 6 to the Deposition of Dr. Susan Lenk;
- Ex. 10, Excerpts of the Deposition Transcript of Christopher Marsh;
- Ex. 11, Excerpts of the Deposition Transcript of Dr. Susan Lenk;
- Ex. 12, Document produced by Janssen bearing the Bates number JANREM0125434;
- Ex. 13, Document produced by Janssen bearing the Bates number JANREM0094983;
- Ex. 14, Excerpts of the Deposition Transcript of Mark Stramaglia;
- Ex. 15, Excerpts of the Deposition Transcript of Richard Lit;
- Ex. 16, Excerpts of the June 2, 2016 Deposition Transcript of Jong Moon Cho;
- Ex. 17, Excerpts of the Deposition Transcript of Min Kyoung Jeon;
- Ex. 19, Excerpts of the Deposition Transcript of Scott White.
- Ex. 20, Excerpts of the Expert Report of Dr. Gregory K. Leonard;
- Ex. 21, Document produced by Hospira bearing Bates number HOS0032612;
- Ex. 22, Excerpts of the Deposition Transcript of Dr. Bert Frohlich;
- Ex. 23, Excerpts of the Deposition Transcript of Soo Young Lee;
- Ex. 24, Appendix C to Report of Dr. Bert Frohlich;

- Ex. 25, Document produced by Celltrion bearing Bates number CELLREM-0362056 and certified translation; and
- Ex. 26, Excerpts of the Deposition Transcript of Akhilesh Nagaich, Ph.D.

Defendants filed publicly available, redacted versions of each of the above briefs and the Statement of Facts through the electronic filing system. Defendants request the other documents identified above be sealed in their entirety.

WHEREFORE, Defendants respectfully request that this Court allow this Motion.

Dated: May 25, 2018

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/*Andrea L. Martin, Esq.*________
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: 617-345-3000
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
Gregory B. Sanford (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com
gregory.sanford@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
Tel: (202) 879-5000
noah.frank@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

**LR 7.1(a)(2) CERTIFICATION**

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion; Plaintiff assents to this Motion.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

**CERTIFICATE OF SERVICE**

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

4822-6094-1926.2