UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>　　　　　　　Defendants. | No. 1:17-cv-11008 |

**MOTION FOR LEAVE TO IMPOUND CONFIDENTIAL PORTIONS OF
DEFENDANTS' REPLY AND CERTAIN EXHIBITS IN SUPPORT OF MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT BASED ON ENSNAREMENT**

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Case No. 15-10698, Dkt. 170), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiff's, Defendants' and/or third-party confidential and proprietary information:

- Defendants' Reply In Support Of Defendant's Motion For Summary Judgment Of Non-Infringement Based On Ensnarement;

- Defendants' Response To Plaintiff's Counterstatement Of Material Facts In Support Of Their Opposition To Defendant's Motion For Summary Judgment Of Non-Infringement Based On Ensnarement;

- Exhibit 30 to the Reply, excerpts of Butler 4/17/18 Deposition Transcript;

- Exhibit 31 to the Reply, excerpts of Butler Validity Rep.;

- Exhibit 33 to the Reply, excerpts of Wurm 12/7/2016 Deposition Transcript;

- Exhibit 34 to the Reply, excerpts of 2/24/17 Hearing Transcript;

- Exhibit 35 to the Reply, document bearing Bates number GEHC-10698-006760;

Defendants filed publicly available, redacted versions of these documents through the electronic filing system, with the exception of Exhibits 30, 31, 33, 34, and 35, which Defendants request to be sealed in their entirety.

WHEREFORE, Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc. respectfully request that this Court allow this Motion.

Dated: May 29, 2018

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/ *Andrea L. Martin, Esq.*
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: 617-345-3000
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
Gregory B. Sanford (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com
gregory.sanford@kirkland.com

Ryan Kane (*pro hac vice*)

James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
Tel: (202) 879-5000
noah.frank@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion on May 29; Plaintiff assents to this Motion.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 29, 2018.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

4820-4573-7057.1