UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANSSEN BIOTECH, INC., ) | |
| Plaintiff, ) | |
| ) | Case No. 1:17-cv-11008-MLW |
| v. ) | |
| ) | |
| CELLTRION HEALTHCARE CO., LTD., ) | |
| CELLTRION, INC., and ) | |
| HOSPIRA, INC. ) | |
| Defendants. ) | |

### *ASSENTED-TO* MOTION FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Rule 7.1(b)(4) of the United States District Court for the District of Massachusetts, plaintiff Janssen Biotech, Inc. moves for leave to exceed the parties' agreed-to twenty-page limit for reply briefs due on June 4 by two additional pages for its Reply Brief in Support of its Motion for Summary Judgment on the Issue on Non-Infringing Alternatives.[1] Plaintiff submits that the additional pages are necessary to allow it to fully address all of the issues raised in Defendants' Opposition to Plaintiff's Motion for Summary Judgment on the Issue on Non-Infringing Alternatives.

WHEREFORE, Plaintiff Janssen Biotech, Inc. and Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira Inc. respectfully request that this Court allow this Motion.

---

[1] The parties have agreed to a 20 page limit for reply briefs due on June 4, 2018 in connection with their summary judgment motions and motions to exclude testimony.

Dated:  June 4, 2018

Respectfully Submitted,
JANSSEN BIOTECH, INC.

By its attorneys,

*/s/ Alison C. Casey*

NUTTER MCCLENNEN & FISH LLP
Heather B. Repicky (BBO# 663347)
Alison C. Casey (BBO# 688253)
155 Seaport Boulevard
Boston, MA 02210
Tel.: 617-439-2000
Fax: 617-310-9000
hrepicky@nutter.com
acasey@nutter.com

PATTERSON BELKNAP WEBB & TYLER LLP
Gregory L. Diskant (*pro hac vice*)
Irena Royzman (*pro hac vice*)
Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
Daniel A Friedman (*pro hac vice*)
David Kleban (*pro hac vice*)

1133 Avenue of the Americas
New York, New York 10036
Tel:  (212) 336-2000
Fax: (212) 336-2222
gldiskant@pbwt.com
afischer@pbwt.com
acohen@pbwt.com
dfriedman@pbwt.com
dkleban@pbwt.com
iroyzman@pbwt.com

*Attorneys for Janssen Biotech, Inc.*

## LOCAL RULES 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I certify that plaintiff's counsel conferred with defendants' counsel on the subject of this motion and was advised that the defendants assent to the relief requested.

/s/ Alison C. Casey

## CERTIFICATE OF SERVICE

I certify that on June 4, 2018 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

/s/ Alison C. Casey

3868950.1