# EXHIBIT 5



# WEBSTER'S



'S

RECEIVED
LIBRARY

MAR 0 8 2007

KIRKLAND & ELLIS LLP
NEW YORK OFFICE

# Ninth New Collegiate Dictionary

*A Merriam-Webster*®

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.

Copyright © 1983 by Merriam-Webster Inc.

Philippines Copyright 1983 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main Entry under title:

Webster's ninth new collegiate dictionary.

  Based on Webster's third new international
dictionary.
  Includes index.
  1. English language—Dictionaries.   I. Merriam-
Webster Inc.
PE1628.W5638      1983       423       82-20801
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

345RMcN83

G *hotte* cradle] (1573) **1**
.nd that is borne on the
ick) **2** : a coal scuttle
arrying supplies to brick-
erers on the job
] (15c) : a heterogeneous

*odgkin* †1866 Eng. physi-
.racterized by progressive
r and by progressive ane-

road, path + E *-scope* —
cing the paths of ionizing
ay
nc origin; akin to OHG
HEW] (14c) **1** : any of
king; *esp* : an implement
esp. for cultivating, weed-
BACKHOE
work with a hoe **~** *vt* **1**
be **2** : to remove (weeds)
hoeing — **ho•er** \'hō-(ə)r\

.de of cornmeal
E **2** : a gathering featur-

ge, fr. OE *hogg*] (bef. 12c)
more than 120 pounds;
wine **2** *usu* hogg *Brit* : a
a sheep **3 a** : a selfish,
s something to excess (old



hogan

light-skinned animals, and

ge West Indian and Florida
or food **2** : PIGFISH
*Brit* (15c) : HOG 2
.elfish, gluttonous, or filthy

n unknown] (1680) **1** *Scot*
t solicited or given at Hog-

any of several rather small
orid snakes (genus *Hetero-*

each the score)] (1685) : a
ven yards from the tee and
oved from the ice — called

a large cask or barrel; *esp*
**2** : any of various units of
s
er (*Hypentelium nigricans*)
is sometimes used for food
together the feet of **2** : to

, 2a, SLOP 4a **2** : NONSENSE,

n restraint of judgment or
nconfined by constitutional

, 1895) : a member of the
monarch
) a princely German family
from 1138–1254 and over

95) : a member of the Ho-
narch
) a princely German family
8 and in Germany from

LL (a **~** existence)
ess weariness, boredom, or

) : to move or pull abruptly
Sheean)
y; akin to L *plenus* full —
: MASSES
ist\; **hois•ing** \'hoi-ziŋ\ [ori-
ne's own petard : victimized

to raise into position by or
hoisted : RISE **syn** see LIFT

²**hoist** *n* (1654)  **1** : an act of hoisting : LIFT  **2** : an apparatus for hoist-
ing  **3** : the height of a flag when viewed flying
¹**hoi•ty–toi•ty** \ˌhȯit-ē-'tȯit-ē, ˌhit-ē-'tit-ē\ *n* [irreg. redupl. of E dial. *hoit*
(to play the fool)] (1668) : thoughtless giddy behavior
²**hoity–toity** *adj* (1690)  **1** : thoughtlessly silly or frivolous : FLIGHTY  **2**
: marked by an air of assumed importance : HIGHFALUTIN
**hoke** \'hōk\ *vt* **hoked; hok•ing** [*hokum*] (1928) : to give an impressive
but false value or quality to : FAKE — usu. used with *up* (used parts of
B-grade movies to **~** up a film —Robert Sherrill)
**hok•ey** \'hō-kē\ *adj* (1945)  **1** : sickly or affectedly sentimental : CORNY,
MAWKISH (records on which she *didn't* sing **~** nursery rhymes —G. T.
Simon)  **2** : obviously contrived : PHONY (the plots are tricky but not
**~** —Cleveland Amory) — **hok•ey•ness** *n*
**ho•key-po•key** \ˌhō-kē-'pō-kē\ *n* (1847)  **1** : HOCUS-POCUS 2  **2** : ice
cream sold by street vendors
**hok•ku** \'hȯ-(ˌ)kü\ *n, pl* **hokku** [Jp] (1898) : HAIKU
**ho•kum** \'hō-kəm\ *n* [prob. fr. *h*ocus-pocus + bun*kum*] (1917)  **1** : a
device used (as by showmen) to evoke a desired audience response  **2**
: pretentious nonsense : BUNKUM
**hol-** *or* **holo-** *comb form* [ME, fr. OF, fr. L, fr. Gk, fr. *holos* whole —
more at SAFE]  **1** : complete : total (*holo*hedral)  **2** : completely : to-
tally (*hol*andric)
**hol•an•dric** \hō-'lan-drik, hä-\ *adj* [ISV, fr. *hol-* + *andr-* + *-ic*] (1930)
: transmitted by a gene in the nonhomologous portion of the Y chro-
mosome
**Hol•arc•tic** \hō-'lärk-tik, hä-, -'lärt-ik\ *adj* (1883) : of, relating to, or
being the biogeographic region including the northern parts of the Old
and the New Worlds and comprising the Nearctic and Palearctic re-
gions or subregions
¹**hold** \'hōld\ *vb* **held** \'held \; **hold•ing** [ME *holden*, fr. OE *healdan*; akin
to OHG *haltan* to hold, L *celer* rapid, Gk *klonos* agitation] *vt* (bef. 12c)
**1 a** : to have possession or ownership of or have at one's disposal (**~***s*
property worth millions) (the bank **~***s* the title to the car)  **b** : to have
as a privilege or position of responsibility (**~***s* the title of assistant to
the president)  **c** : to have as a mark of distinction (**~***s* the record for
the 100-yard dash) (**~***s* a Ph.D.)  **2** : to keep under restraint (**~** price
increases to a minimum): as  **a** : to prevent free expression of (**~** your
*temper*) — often used in the phrase *hold one's tongue*  **b** : to prevent
from some action (ordered the troops to **~** fire) (the only restraining
motive which may **~** the hand of a tyrant —Thomas Jefferson)  **c** : to
keep back from use (ask them to **~** a room for us) (I'll have a hot dog,
and **~** the mustard)  **d** : *to delay temporarily the handling of* (please
**~** all my calls)  **3** : to make liable or accountable or bound to an obli-
gation (I'll **~** you to your promise)  **4** : to have or maintain in the
grasp (**~** my hand) (this is how you **~** the racket); *also* : AIM, POINT
(*held* a gun on them)  **b** : to support or keep from falling or moving
(**~** me up so I can see) (**~** the ladder steady) (a clamp **~***s* the whole
thing together)  **c** : to bear the pressure of : SUPPORT (the roof cannot
**~** all of that weight)  **5** : to prevent from leaving or getting away (**~**
the train) : as  **a** : to avoid emitting or letting out (how long can you
**~** your breath)  **b** : to restrain as or as if a captive (the suspect was
*held* without bail) (*held* them at gunpoint) (*held* me for an hour with
stories of their adventure); *also* : to have irresistible appeal to (the
book *held* my interest throughout)  **6 a** : to enclose and keep in a
container or within bounds : CONTAIN (the jug **~***s* one gallon) (this
corral will not **~** all of the horses)  **b** : to be able to consume easily or
without undue effect (can't **~** any more pie); *esp* : to be able to drink
(alcoholic beverages) without becoming noticeably drunk (can't **~**
your liquor)  **c** : ACCOMMODATE (the restaurant **~***s* 400 diners)  **d** : to
have as a principal or essential feature or attribute (the book **~***s* a
number of delightful stories); *also* : to have in store (no one knows
what the future **~***s*)  **7 a** : to have in the mind or express as a judg-
ment, opinion, or belief (I **~** the view that this is wrong) (**~** a grudge)
(**~***ing* that it is nobody's business but his —Jack Olsen)  **b** : to think
of in a particular way : REGARD (were *held* in high esteem)  **8 a** : to
assemble for and carry on the activity of (*held* a convention)  **b** : to
cause to be carried on : CONDUCT (will **~** a seminar)  **c** : to produce or
sponsor esp. as a public exhibition (will **~** an art show)  **9 a** : to
maintain occupation, control, or defense of (the troops *held* the ridge);
*also* : to resist the offensive efforts or advance of (*held* the opposing
team to just two points)  **b** : to maintain (a certain condition, situa-
tion, or course of action) without change (**~** a course due east)  **10 a**
: to support (the body or a part) in a particular position (**~** your arms
up) — often used reflexively (**~** yourself up straight)  **b** : to cover (a
part of the body) esp. for protection (had to **~** their ears because of the
cold) **~** *vi*  **1 a** : to maintain position : refuse to give ground (the
defensive line is **~***ing*)  **b** : to continue in the same way or to the same
degree : LAST (hopes the weather will **~**) — often used with *up*  **2** : to
maintain a grasp on something : remain fastened to something (the
anchor *held* in the rough sea)  **3** : to derive right or title — often used
with *of* or *from*  **4** : to bear or carry oneself (asked him to **~** still)  **5**
: to be or remain valid : APPLY (the rule **~***s* in most cases) — often
used in the phrase *hold true*  **6** : to go ahead as one has been going
(*held* south for several miles)  **7** : to forbear an intended or threatened
action : HALT, PAUSE — often used as a command  **8** : *to stop counting
during a countdown*  **9** *slang* : to have illicit drug material in one's
possession  *syn* see HAVE, CONTAIN — **hold a candle to** : to qualify for
comparison with — **hold court** : to be the center of attention among
friends or admirers (literary or political figures who *hold court* . . . and
delight the assembled flatterers with tales of folly and misrule —Lewis
Lapham) — **hold forth** : to speak at length : EXPATIATE — **hold hands**
: to engage one's hand with another's esp. as an expression of affection
— **hold one's own** : to do well in the face of difficulty or opposition —
**hold sway** : to have a dominant influence : RULE — **hold the bag  1**
: to be left empty-handed  **2** : to bear alone a responsibility that
should have been shared by others — **hold the fort  1** : to maintain a
firm position  **2** : to take care of usual affairs (is *holding the fort* until
the manager returns) — **hold the line** : to maintain the current position
or situation (*holding the line* on prices —*Current Biog.*) — **hold to** : to
give firm assent to : adhere to strongly (*holds to* his promise) — **hold
to account** : to hold responsible — **hold water** : to stand up under
criticism or analysis — **hold with** : to agree with or approve of
²**hold** *n* (14c)  **1** : STRONGHOLD 1  **2 a** : CONFINEMENT, CUSTODY  **b**
: PRISON  **3 a**  (1) : the act or manner of holding or grasping

: GRIP (released his **~** on the handle)  (2) : a manner of grasping an
opponent in wrestling  **b** : a nonphysical bond that attaches, restrains,
or constrains or by which something is affected, controlled, or domi-
nated (has lost its **~** on the broad public —Oscar Cargill)  **c** : full
comprehension (get **~** of exactly what is happening —J. P. Lyford)  **d**
: full or immediate control : POSSESSION (get **~** of yourself) (wants to
get **~** of a road map)  **4** : something that may be grasped as a support
**5 a** : FERMATA  **b** : the time between the onset and the release of a
vocal articulation  **6** : a sudden motionless posture at the end of a
dance  **7 a** : an order or indication that something is to be reserved or
delayed  **b** : a delay in a countdown (as in launching a spacecraft) —
**on hold  1** : into a state of interruption during a telephone call when
one party switches to another line without totally disconnecting the
other party  **2** : into a state or period of indefinite suspension (put our
plans *on hold*)
³**hold** *n* [alter. of *hole*] (1591)  **1** : the interior of a ship below decks; *esp*
: the cargo deck of a ship  **2** : the cargo compartment of a plane
**hold•all** \'hōl-ˌdȯl\ *n* (1851) : a container for miscellaneous articles
**hold•back** \'hōl(d)-ˌbak\ *n* (1581)  **1** : something that retains or re-
strains  **2 a** : the act of holding back  **b** : something held back
**hold back** \(ˈ)hōl(d)-'bak\ *vt* (1535)  **1** : to hinder the progress or
achievement of : RESTRAIN  **2** : to retain in one's keeping **~** *vi*  **1** : to
keep oneself in check  **2** : to refrain from revealing or parting with
something
**hold–down** \'hōl-ˌdau̇n\ *n* (1888)  **1** : something used to fasten an ob-
ject in place  **2 a** : an act of holding down  **b** : LIMIT (agreed to
wage-rate **~***s*)
**hold down** \(ˈ)hōl-'dau̇n\ *vt* (1533)  **1** : to keep within limits (*hold* the
noise *down*)  **2** : to assume the responsibility for (*holding down* two
jobs)
**hold•en** \'hōl-dən\ *archaic past part of* HOLD
**hold•er** \'hōl-dər\ *n* (14c)  **1** : a person that holds:  **a**  (1) : OWNER  (2)
: TENANT  **b** : a person in possession of and legally entitled to receive
payment of a bill, note, or check  **2** : a device that holds (cigarette **~**)
**holder in due course** (ca. 1894) : one other than the original recipient
who holds a legally effective negotiable instrument (as a promissory
note) and who has a right to collect from and no responsibility toward
the issuer
**hold•fast** \'hōl(d)-ˌfast\ *n* (1578)  **1 a** : a part by which a plant clings
to a flat surface  **b** : an organ by which a parasitic animal attaches
itself to its host  **2** : something to which something else may be firmly
secured
¹**hold•ing** \'hōl-diŋ\ *adj* (14c)  **1** : having the effect of holding back or
delaying something (the [war] represented a **~** action against the
spread of world Communism —Sidney Offit)  **2** : intended for usu.
temporary storage or retention (a **~** tank)
²**holding** *n* (15c)  **1 a** : land held esp. by a vassal or tenant  **b** : prop-
erty (as land or securities) owned — usu. used in pl.  **2** : a ruling of a
court esp. on an issue of law raised in a case — compare DICTUM  **3**
: something that holds
**holding company** *n* (1906) : a company whose primary business is hold-
ing a controlling interest in the securities of other companies — com-
pare INVESTMENT COMPANY
**holding pattern** *n* (ca. 1952) : the usu. oval course flown (as over an
airport) by aircraft awaiting clearance to land
**hold off** *vt* (15c)  **1** : to fight to a standoff : WITHSTAND  **2** : to block
from an objective : DELAY  **3** : to defer action on : POSTPONE **~** *vi* : to
defer or temporarily stop doing something
**hold on** *vi* (ca. 1828)  **1 a** : to maintain a condition or position : PER-
SIST  **b** : to maintain a grasp on something : HANG ON  **2** : to await
something (as a telephone connection) desired or requested; *broadly*
: WAIT — **hold on to** : to maintain possession of or adherence to
**hold–out** \'hōl-ˌdau̇t\ *n* (ca. 1893) : one that holds out (as in negotia-
tions)
**hold out** \(ˈ)hōl-'dau̇t\ *vt* (1535)  **1** : to present as something realizable
: PROFFER  **2** : to represent to be **~** *vi*  **1** : to remain unsubdued or
operative : *continue to cope or function*  **2** : to refuse to go along with
others in a concerted action or to come to an agreement (*holding out*
for a shorter workweek) — **hold out on** : to withhold something (as
information) from
**hold•over** \'hōl-ˌdō-vər\ *n* (1893) : one that is held over; *esp* : one that
continues in office
**hold over** \(ˈ)hōl-'dō-vər\ *vi* (1647) : to continue (as in office) for a pro-
longed period **~** *vt*  **1 a** : POSTPONE, DEFER  **b** : to retain in a condi-
tion or position from an earlier period  **2** : to prolong the engagement
of (the film was *held over* another week)
**hold–up** \'hōl-ˌdəp\ *n* (1837)  **1** : DELAY  **2** : a robbery carried out at
gunpoint
**hold up** \(ˈ)hōl-'dəp\ *vt* (1529)  **1** : DELAY, IMPEDE  **2** : to rob at gun-
point  **3** : to call attention to : single out (his work was *held up* to
ridicule) (*hold* this *up* as perfection —*Times Lit. Supp.*) **~** *vi* : to con-
tinue in the same condition without failing or losing effectiveness or
force (you seem to be *holding up* under the strain)
¹**hole** \'hōl\ *n* [ME, fr. OE *hol* (fr. neut. of *hol*, adj., hollow) & *holh*; akin
to OHG *hol*, adj., hollow, L *caulis* stalk, stem, Gk *kaulos*] (bef. 12c)  **1**
**a** : an opening through something : PERFORATION (have a **~** in my
coat)  **b** : an area where something is missing : GAP: as  (1) : a serious
discrepancy : FLAW, WEAKNESS (there are **~***s* in your logic)  (2) : an
opening in a defensive formation; *esp* : the area of a baseball field be-
tween the positions of shortstop and third baseman  (3) : a defect in a
crystal (as of a semiconductor) that is due to an electron's having left
its normal position in one of the crystal bonds and that is equivalent in
many respects to a positively charged particle  **2** : a cavity, depression,
or hollowed-out place: as  **a** : a cave, pit, or well in the ground  **b** : an
unusually deep place in a body of water  **c** : BURROW  **3 a** : a shallow
cylindrical hole in the putting green of a golf course into which the ball
is played  **b** : a part of the golf course from tee to putting green (just

\ə\ abut  \ˀ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t̸h\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k̲, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʸ\ *see* Guide to Pronunciation

[Left margin fragments:]
1573) 1
e on the
cuttle
to brick-

)geneous

g. physi-
)gressive
sive ane-

-scope —
ionizing

to OHG
: any of
iplement
ig, weed-

~ vt 1
e (weeds)
\'hō(-ə)r\

ig featur-

bef. 12c)
pounds;
g Brit : a
a selfish,
cess (old

o take in
(as waste
rd in the

: off; akin
a horse's

nals, and

d Florida
ISH

, or filthy

)) 1 Scot
n at Hog-

her small
is Hetero-

(1685) : a
ie tee and
— called

)arrel; esp
s units of

nigricans)
for food
of 2 : to

NONSENSE,

gment or
stitutional

)er of the

.an family
and over

f the Ho-

ian family
any from

redom, or

l abruptly

us full —

i-zin\ [ori-
victimized

tion by or
n see LIFT

[Main columns:]

²hoist n (1654) 1 : an act of hoisting : LIFT 2 : an apparatus for hoisting 3 : the height of a flag when viewed flying

¹hoi·ty-toi·ty \,hòit-ē-'tòit-ē, ,hit-ē-'tit-ē\ n [irreg. redupl. of E dial. hoit (to play the fool)] (1668) : thoughtless giddy behavior

²hoity-toity adj (1690) 1 : thoughtlessly silly or frivolous : FLIGHTY 2 : marked by an air of assumed importance : HIGHFALUTIN

hoke \'hōk\ vt hoked; hok·ing [hokum] (1928) : to give an impressive but false value or quality to : FAKE — usu. used with up ⟨used parts of B-grade movies to ~ up a film —Robert Sherrill⟩

hok·ey \'hō-kē\ adj (1945) 1 : sickly or affectedly sentimental : CORNY, MAWKISH ⟨records on which she didn't sing ~ nursery rhymes —G. T. Simon⟩ 2 : obviously contrived : PHONY ⟨the plots are tricky but not ~ —Cleveland Amory⟩ — hok·ey·ness n

ho·key·po·key \,hō-kē-'pō-kē\ n (1847) 1 : HOCUS-POCUS 2 2 : ice cream sold by street vendors

hok·ku \'hò-(,)kü\ n, pl hokku [Jp] (1898) : HAIKU

ho·kum \'hō-kəm\ n [prob. fr. hocus-pocus + bunkum] (1917) 1 : a device used (as by showmen) to evoke a desired audience response 2 : pretentious nonsense : BUNKUM

hol- or holo- comb form [ME, fr. OF, fr. L, fr. Gk, fr. holos whole — more at SAFE] 1 : complete : total ⟨holohedral⟩ 2 : completely : totally ⟨holandric⟩

hol·an·dric \hō-'lan-drik, hä-\ adj [ISV, fr. hol- + andr- + -ic] (1930) : transmitted by a gene in the nonhomologous portion of the Y chromosome

Hol·arc·tic \hō-'lärk-tik, hä-, -'lärt-ik\ adj (1883) : of, relating to, or being the biogeographic region including the northern parts of the Old and the New Worlds and comprising the Nearctic and Palearctic regions or subregions

¹hold \'hōld\ vb held \'held \; hold·ing [ME holden, fr. OE healdan; akin to OHG haltan to hold, L celer rapid, Gk klonos agitation] vt (bef. 12c) 1 a : to have possession or ownership of or have at one's disposal ⟨~s property worth millions⟩ ⟨the bank ~s the title to the car⟩ b : to have as a privilege or position of responsibility ⟨~s the title of assistant to the president⟩ c : to have as a mark of distinction ⟨~s the record for the 100-yard dash⟩ ⟨~s a Ph.D.⟩ 2 : to keep under restraint ⟨~ price increases to a minimum⟩: as a : to prevent free expression of ⟨~ your temper⟩ — often used in the phrase hold one's tongue b : to prevent from some action ⟨ordered the troops to ~ fire⟩ ⟨the only restraining motive which may ~ the hand of a tyrant —Thomas Jefferson⟩ c : to keep back from use ⟨ask them to ~ a room for us⟩ ⟨I'll have a hot dog, and ~ the mustard⟩ d : to delay temporarily the handling of ⟨please ~ all my calls⟩ 3 : to make liable or accountable or bound to an obligation ⟨I'll ~ you to your promise⟩ 4 a : to have or maintain in the grasp ⟨~ my hand⟩ ⟨this is how you ~ the racket⟩; also : AIM, POINT ⟨held a gun on them⟩ b : to support or keep from falling or moving ⟨~ me up so I can see⟩ ⟨~ the ladder steady⟩ ⟨a clamp ~s the whole thing together⟩ c : to bear the pressure of : SUPPORT ⟨the roof cannot ~ all of that weight⟩ 5 : to prevent from leaving or getting away ⟨~ the train⟩ : as a : to avoid emitting or letting out ⟨how long can you ~ your breath⟩ b : to restrain as or as if a captive ⟨the suspect was held without bail⟩ ⟨held them at gunpoint⟩ ⟨held me for an hour with stories of their adventure⟩; also : to have irresistible appeal to ⟨the book held my interest throughout⟩ 6 a : to enclose and keep in a container or within bounds : CONTAIN ⟨the jug ~s one gallon⟩ ⟨this corral will not ~ all of the horses⟩ b : to be able to consume easily or without undue effect ⟨can't ~ any more pie⟩; esp : to be able to drink (alcoholic beverages) without becoming noticeably drunk ⟨can't ~ your liquor⟩ c : ACCOMMODATE ⟨the restaurant ~s 400 diners⟩ d : to have as a principal or essential feature or attribute ⟨the book ~s a number of delightful stories⟩; also : to have in store ⟨no one knows what the future ~s⟩ 7 a : to have in the mind or express as a judgment, opinion, or belief ⟨I ~ the view that this is wrong⟩ ⟨~ a grudge⟩ ⟨~ing that it is nobody's business but his —Jack Olsen⟩ b : to think of in a particular way : REGARD ⟨were held in high esteem⟩ 8 a : to assemble for and carry on the activity of ⟨held a convention⟩ b : to cause to be carried on : CONDUCT ⟨will ~ a seminar⟩ c : to produce or sponsor esp. as a public exhibition ⟨will ~ an art show⟩ 9 a : to maintain occupation, control, or defense of ⟨the troops held the ridge⟩; also : to resist the offensive efforts or advance of ⟨held the opposing team to just two points⟩ b : to maintain (a certain condition, situation, or course of action) without change ⟨~ a course due east⟩ 10 a : to support (the body or a part) in a particular position ⟨~ your arms up⟩ — often used reflexively ⟨~ yourself up straight⟩ b : to cover (a part of the body) esp. for protection ⟨had to ~ their ears because of the cold⟩ ~ vi 1 a : to maintain position : refuse to give ground ⟨the defensive line is ~ing⟩ b : to continue in the same way or to the same degree : LAST ⟨hopes the weather will ~⟩ — often used with up 2 : to maintain a grasp on something : remain fastened to something ⟨the anchor held in the rough sea⟩ 3 : to derive right or title — often used with of or from 4 : to bear or carry oneself ⟨asked him to ~ still⟩ 5 : to be or remain valid : APPLY ⟨the rule ~s in most cases⟩ — often used in the phrase hold true 6 : to go ahead as one has been going ⟨held south for several miles⟩ 7 : to forbear an intended or threatened action : HALT, PAUSE — often used as a command 8 : to stop counting during a countdown 9 slang : to have illicit drug material in one's possession syn see HAVE, CONTAIN — hold a candle to : to qualify for comparison with — hold court : to be the center of attention among friends or admirers ⟨literary or political figures who hold court... and delight the assembled flatterers with tales of folly and misrule —Lewis Lapham⟩ — hold forth : to speak at length : EXPATIATE — hold hands : to engage one's hand with another's esp. as an expression of affection — hold one's own : to do well in the face of difficulty or opposition — hold sway : to have a dominant influence : RULE — hold the bag 1 : to be left empty-handed 2 : to bear alone a responsibility that should have been shared by others — hold the fort 1 : to maintain a firm position 2 : to take care of usual affairs ⟨is holding the fort until the manager returns⟩ — hold the line : to maintain the current position or situation ⟨holding the line on prices —Current Biog.⟩ — hold to : to give firm assent to : adhere to strongly ⟨holds to his promise⟩ — hold to account : to hold responsible — hold water : to stand up under criticism or analysis — hold with : to agree with or approve of

²hold n (14c) 1 : STRONGHOLD 1 2 a : CONFINEMENT, CUSTODY b : PRISON 3 a (1) : the act or the manner of holding or grasping : GRIP ⟨released his ~ on the handle⟩ (2) : a manner of grasping an opponent in wrestling b : a nonphysical bond that attaches, restrains, or constrains or by which something is affected, controlled, or dominated ⟨has lost its ~ on the broad public —Oscar Cargill⟩ c : full comprehension ⟨get ~ of exactly what is happening —J. P. Lyford⟩ d : full or immediate control : POSSESSION ⟨get ~ of yourself⟩ ⟨wants to get ~ of a road map⟩ 4 : something that may be grasped as a support 5 a : FERMATA b : the time between the onset and the release of a vocal articulation 6 : a sudden motionless posture at the end of a dance 7 a : an order or indication that something is to be reserved or delayed b : a delay in a countdown (as in launching a spacecraft) — on hold 1 : into a state of interruption during a telephone call when one party switches to another line without totally disconnecting the other party 2 : into a state or period of indefinite suspension ⟨put our plans on hold⟩

³hold n [alter. of hole] (1591) 1 : the interior of a ship below decks; esp : the cargo deck of a ship 2 : the cargo compartment of a plane

hold·all \'hōl-,dól\ n (1851) : a container for miscellaneous articles

hold·back \'hōl(d)-,bak\ n (1581) 1 : something that retains or restrains 2 a : the act of holding back b : something held back

hold back \(')hōl(d)-'bak\ vt (1535) 1 : to hinder the progress or achievement of : RESTRAIN 2 : to retain in one's keeping ~ vi 1 : to keep oneself in check 2 : to refrain from revealing or parting with something

hold-down \'hōl-,daún\ n (1888) 1 : something used to fasten an object in place 2 a : an act of holding down b : LIMIT ⟨agreed to wage-rate ~s⟩

hold down \(')hōl-'daún\ vt (1533) 1 : to keep within limits ⟨hold the noise down⟩ 2 : to assume the responsibility for ⟨holding down two jobs⟩

hold·en \'hōl-dən\ archaic past part of HOLD

hold·er \'hōl-dər\ n (14c) 1 : a person that holds: a (1) : OWNER (2) : TENANT b : a person in possession of and legally entitled to receive payment of a bill, note, or check 2 : a device that holds ⟨cigarette ~⟩

holder in due course (ca. 1894) : one other than the original recipient who holds a legally effective negotiable instrument (as a promissory note) and who has a right to collect from and no responsibility toward the issuer

hold·fast \'hōl(d)-,fast\ n (1578) 1 a : a part by which a plant clings to a flat surface b : an organ by which a parasitic animal attaches itself to its host 2 : something to which something else may be firmly secured

¹hold·ing \'hōl-diŋ\ adj (14c) 1 : having the effect of holding back or delaying something ⟨the [war] represented a ~ action against the spread of world Communism —Sidney Offit⟩ 2 : intended for usu. temporary storage or retention ⟨a ~ tank⟩

²holding n (15c) 1 a : land held esp. by a vassal or tenant b : property (as land or securities) owned — usu. used in pl. 2 : a ruling of a court esp. on an issue of law raised in a case — compare DICTUM 3 : something that holds

holding company n (1906) : a company whose primary business is holding a controlling interest in the securities of other companies — compare INVESTMENT COMPANY

holding pattern n (ca. 1952) : the usu. oval course flown (as over an airport) by aircraft awaiting clearance to land

hold off vt (15c) 1 : to fight to a standoff : WITHSTAND 2 : to block from an objective : DELAY 3 : to defer action on : POSTPONE ~ vi : to defer or temporarily stop doing something

hold on vi (ca. 1828) 1 a : to maintain a condition or position : PERSIST b : to maintain a grasp on something : HANG ON 2 : to await something (as a telephone connection) desired or requested; broadly : WAIT — hold on to : to maintain possession of or adherence to

hold·out \'hōl-,daút\ n (ca. 1893) : one that holds out (as in negotiations)

hold out \(')hōl-'daút\ vt (1535) 1 : to present as something realizable : PROFFER 2 : to represent to be ~ vi 1 : to remain unsubdued or operative : continue to cope or function 2 : to refuse to go along with others in a concerted action or to come to an agreement ⟨holding out for a shorter workweek⟩ — hold out on : to withhold something (as information) from

hold·over \'hōl-,dō-vər\ n (1893) : one that is held over; esp : one that continues in office

hold over \(')hōl-'dō-vər\ vi (1647) : to continue (as in office) for a prolonged period ~ vt 1 a : POSTPONE, DEFER b : to retain in a condition or position from an earlier period 2 : to prolong the engagement of ⟨the film was held over another week⟩

hold·up \'hōl-,dəp\ n (1837) 1 : DELAY 2 : a robbery carried out at gunpoint

hold up \(')hōl-'dəp\ vt (1529) 1 : DELAY, IMPEDE 2 : to rob at gunpoint 3 : to call attention to : single out ⟨his work was held up to ridicule⟩ ⟨hold this up as perfection —Times Lit. Supp.⟩ ~ vi : to continue in the same condition without failing or losing effectiveness or force ⟨you seem to be holding up under the strain⟩

¹hole \'hōl\ n [ME, fr. OE hol (fr. neut. of hol, adj., hollow) & holh; akin to OHG hol, adj., hollow, L caulis stalk, stem, Gk kaulos] (bef. 12c) 1 a : an opening through something : PERFORATION ⟨have a ~ in my coat⟩ b : an area where something is missing : GAP: as (1) : a serious discrepancy : FLAW, WEAKNESS ⟨there are ~s in your logic⟩ (2) : an opening in a defensive formation; esp : the area of a baseball field between the positions of shortstop and third baseman (3) : a defect in a crystal (as of a semiconductor) that is due to an electron's having left its normal position in one of the crystal bonds and that is equivalent in many respects to a positively charged particle 2 : a cavity, depression, or hollowed-out place: as a : a cave, pit, or well in the ground b : an unusually deep place in a body of water c : BURROW 3 a : a shallow cylindrical hole in the putting green of a golf course into which the ball is played b : a part of the golf course from tee to putting green ⟨just

\ə\ abut \ə\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart  
\aú\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job  
\ŋ\ sing \ō\ go \ó\ law \ói\ boy \th\ thin \th\ the \ü\ loot \ú\ foot  
\y\ yet \zh\ vision \à, k, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʸ\ see Guide to Pronunciation