# EXHIBIT 6


hogfish

**hog·fish** (hôg'fĭsh', hŏg'-) *n., pl.* **hogfish** or **-fish·es**. 1. A colorful fish, *Lachnolaimus maximus,* of warm Atlantic waters, having a long snout in the adult male. 2. The pigfish.
**hogg** (hôg, hŏg) *n.* Variant of **hog** (sense 4).
**hog·gish** (hô'gĭsh, hŏg'ĭsh) *adj.* 1. Coarsely self-indulgent or gluttonous. 2. Filthy. —**hog'gish·ly** *adv.* —**hog'gish·ness** *n.*
**Hog·ma·nay** (hŏg'mə-nā') *n. Scot.* New Year's Eve, when children traditionally go from house to house asking for presents. [Orig. unknown.]
**hog·nose snake** (hôg'nōz', hŏg'-) *n.* Any of several thick-bodied, nonvenomous North American snakes of the genus *Heterodon,* having an upturned snout.
**hog peanut** *n.* A twining North American vine, *Amphicarpa bracteata,* having clusters of pinkish or white flowers and bearing curving pods as well as basal or underground fleshy one-seeded fruit.
**hogs·head** (hôgz'hĕd', hŏgz'-) *n.* 1. Any of various units of volume or capacity ranging from 62.5 to 140 gallons, or from approximately 237 to 529 liters, esp. a unit of capacity used in liquid measure in the United States, equal to 63 gallons, or approximately 239 liters. 2. A large barrel or cask with the capacity to hold a hogshead.
**hog·tie** also **hog-tie** (hôg'tī', hŏg'-) *tr.v.* **-tied, -ty·ing** or **-tie·ing, -ties. 1.** To tie together the legs of. **2.** To impede or disrupt in movement or action.
**hog·wash** (hôg'wŏsh', hŏg'wôsh') *n.* 1. Garbage fed to hogs; swill. 2. Worthless, false, or ridiculous speech or writing.
**hog·weed** (hôg'wēd', hŏg'-) *n.* Any of various coarse, weedy plants.
**ho hum** *interj.* Used to express boredom or weariness.
**ho-hum** (hō'hŭm') *adj.* Boring and conventional: *"a ho-hum speaker who couldn't capture the attention of the conventioneers"* (Chicago Tribune).
**hoicks** (hoiks) *interj.* Variant of **yoicks**.
**hoi pol·loi** (hoi' pə-loi') *n.* The common people; masses. [Gk., the many.]
**hoist** (hoist) *tr.v.* **hoist·ed, hoist·ing, hoists.** To raise or haul up with or as if with the help of a mechanical apparatus. —*n.* 1. An apparatus for lifting heavy or cumbersome objects. 2. The act of hoisting; lift. 3. *Naut.* a. The height or vertical dimension of a flag or of any square sail other than a course. b. A group of flags raised together as a signal. [Alteration of dial. *hoise.*] —**hoist'er** *n.*
**hoi·ty-toi·ty** (hoi'tē-toi'tē) *adj.* 1. Pretentiously self-important; pompous. 2. Lightheaded; flighty. 3. Tending to take offense easily. —*n., pl.* **-ties. 1.** Pretentiousness; arrogance. 2. Giddiness. [Redup. of dial. *hoit,* to romp.]
**hoke** (hōk) *tr.v.* **hoked, hok·ing, hokes.** *Slang.* To give an artificial, false, or misleading quality to. [< HOKUM.]
**hok·ey** (hō'kē) *adj.* **-i·er, -i·est.** *Slang.* 1. Corny; trite. 2. Artificial; phony. —**hok'i·ly** *adv.* —**hok'i·ness** *n.*
**ho·key-po·key** (hō'kē-pō'kē) *n.* 1. Chicanery; hocus-pocus. 2. Ice cream formerly sold by street venders.
**hok·ku** (hō'kōō) *n., pl.* **hokku.** Haiku.
**ho·kum** (hō'kəm) *n.* 1. Something that may seem impressive but is untrue or insincere; nonsense. 2. A stock technique for eliciting a desired response from an audience. [Perh. HO(CUS-POCUS) + (BUN)KUM.]
**hol–** *pref.* Variant of **holo–**.
**Hol·arc·tic** (hō-lärk'tĭk, -lär'tĭk, hō-) *adj.* Of or designating the zoogeographic region that includes the northern areas of the earth and is divided into Nearctic and Palearctic regions.
**hold¹** (hōld) *v.* **held** (hĕld), **hold·ing, holds.** —*tr.* 1. a. To have and keep in one's grasp. b. To keep up; support: *a nail too small to hold the mirror.* c. To maintain in a certain position or relationship: *held my assistant at arm's length.* d. To keep in reserve or custody: *holding him for questioning.* 2. a. To receive or be able to receive as contents; contain: *The car holds six people.* b. To have in store: *can only wait and see what the future holds.* 3. a. To have and maintain in one's possession. b. To maintain control over: *The dam held the flood waters.* c. To retain or defend by force or coercion: *soldiers who held the village for a week; held the stolen Picasso for ransom.* 4. a. To impose control or restraint upon; check: *held her temper.* b. To stall or delay: *Hold him till I get there.* c. To stop the movement or progress of; arrest: *Hold the presses!* 5. a. To maintain in a given condition or action: *a plane holding course.* b. To retain the attention or interest of: *a second-rate comic who can't hold an audience.* 6. a. To be the legal possessor of. b. To bind by a contract. c. To adjudge or decree. d. To cause to keep; obligate: *held her to her promise.* 7. To comport; carry: *held himself as a gentleman at all times.* 8. a. To keep in the mind or heart; harbor: *hold a grudge.* b. To consider or believe; judge: *holds it a point of honor not to respond to attacks by the press.* c. To assert; affirm: *holds that his economic program is the only answer to high prices and increased unemployment.* 9. a. To have or occupy (a position): *held the governorship for six years.* b. To have or gain through merit or consensus: *holds the utmost respect of his peers.* 10. a. To cause to take place; put on: *held the race in Florida.* b. To convene or assemble: *held a meeting of the board.* —*intr.* 1. To maintain a grasp or grip. 2. To maintain a desired or accustomed position or condition. 3. To adhere closely; keep: *held to a southwesterly course.* 4. To stand up under stress, pressure, or opposition; last. 5. To be valid, applicable, or true: *His theory holds.* 6. *Slang.* To have illicit or illegally obtained material or goods, esp. narcotics, in one's possession. —*phrasal verbs.* **hold back. 1.** To retain in one's possession or control. 2. To impede the progress of. **hold down.** To work at and keep (a job). **hold off.** To stop or delay doing something. **hold on. 1.** To maintain one's grip; cling. 2. To keep at; continue. 3. To stop or wait for someone or something. **hold out. 1.** To last; endure. 2. To continue to resist. 3. To refuse to reach or satisfy an agreement. **hold over. 1.** To postpone or delay. 2. To continue or prolong the term or engagement of. **hold to.** To remain loyal or faithful to. **hold up. 1.** To offer or present as an example: *held her paintings up as beautiful.* 2. To obstruct or delay. 3. To rob. **hold with.** To agree with; support. —*n.* 1. The act or a means of grasping; grip. 2. Something held onto, as for support. 3. a. A bond or force that restrains, dominates, or affects something: *a writer with a strong hold on the reading public.* b. Complete control: *has to get a hold on himself; took hold of the situation.* 4. A prison cell. 5. *Archaic.* A fortified place; stronghold. 6. *Mus.* a. The sustaining of a note longer than its indicated time value. b. The symbol designating this pause; fermata. 7. a. A temporary halt, as in a countdown. b. A condition or period of waiting: *put the caller on hold.* c. A state of delay or suspended activity: *put the romance on hold.* —*idioms.* **hold forth.** To talk at great length. **hold the fort. 1.** To maintain a secure position. 2. To assume responsibility esp. in another's absence. **hold the line.** To keep something at an acceptable level by regulation or aggressive action: *holding the line on salary increases.* **hold water.** To stand up to critical examination. [ME *holden* < OE *healdon.*]
**hold²** (hōld) *n.* The lower interior part of a ship or airplane in which cargo is stored. [Alteration of ME *hole* < OE *hulu,* hull.]
**hold·all** (hōld'ôl') *n.* A case or bag for carrying miscellaneous items, as when traveling.
**hold·back** (hōld'băk') *n.* A strap or iron between the shaft and the harness on a drawn wagon, allowing the horse to stop or back up.
**hold·en** (hōl'dən) *v. Archaic.* Past participle of **hold¹**.
**hold·er** (hōl'dər) *n.* 1. A person who holds something. 2. A device for holding something. 3. a. One who possesses something; owner. b. One who occupies or controls something. 4. *Law.* One who legally possesses and is entitled to the payment of a check, bill, or promissory note.
**hold·fast** (hōld'făst') *n.* 1. Any of various devices used to fasten something securely. 2. *Biol.* An organ or structure of attachment, esp. the basal, rootlike formation by which certain seaweeds or other algae are attached to a surface.
**hold·ing** (hōl'dĭng) *n.* 1. Land rented or leased from another. 2. Often **holdings.** Legally owned property, such as land, capital, or stocks. 3. A court ruling, esp. a ruling on a point of law raised in an official proceeding.
**holding company** *n.* A company controlling partial or complete interest in other companies.
**holding pattern** *n.* 1. A usually circular pattern flown by aircraft awaiting clearance to land at an airport. 2. A state of waiting or delay; static situation.
**hold·out** (hōld'out') *n. Informal.* A person who withholds or delays cooperation or agreement.
**hold·o·ver** (hōld'ō'vər) *n.* One that remains from an earlier time, esp. an officeholder kept in his position after his term is over.
**hold·up** (hōld'ŭp') *n.* 1. A delay; interruption. 2. A robbery, esp. an armed robbery.
**hole** (hōl) *n.* 1. A cavity in a solid. 2. An opening or perforation through something: *a hole in the clouds.* 3. A deep place in a body of water. 4. An animal's hollowed-out habitation, such as a burrow. 5. An ugly, squalid, or depressing dwelling. 6. A deep or isolated place of confinement; dungeon. 7. A fault or flaw: *holes in his argument.* 8. An awkward situation; predicament. 9. a. In golf, the small pit lined with a cup into which the ball must be hit. b. One of the divisions of a golf course, from tee to cup. 10. *Electronics.* A vacant electron energy state that is manifested as a charge defect in a crystalline solid, the defect behaving as a positive charge carrier with charge magnitude equal to that of the electron. —*v.* **holed, hol·ing, holes.** —*tr.* 1. To put a hole in. 2. To put or propel into a hole. —*intr.* To make a hole. —*phrasal verbs.* **hole out.** In golf, to hit one's ball into the hole. **hole up. 1.** To hibernate in or as if in a hole. 2. To hide out or shut oneself up. —*idioms.* **hole in one.** In golf, the driving of the ball from the tee into the hole in only one stroke. **in the hole.** *Informal.* In debt. [ME < OE *hol.*] —**hole'y** *adj.*
**Synonyms:** *hole, hollow, cavity, excavation, cave, grotto, pit, pocket, crater.* These nouns refer to unfilled space in an otherwise solid body. *Hole* is applicable to any opening in or through such an object. *Hollow* denotes either an unfilled area in a solid body or a surface depression in such a body; examples of the second sense are valleys and ravines. *Cavity* refers to any unfilled space in a solid object, and *excavation* to a manmade cavity. A *cave* is a hollow, or empty chamber,

Second College Edition
# The American Heritage Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by the 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
One Beacon Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982      423      82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America