UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br><br>     Plaintiff,<br><br>   v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.,<br><br>     Defendants. | No. 1:17-cv-11008-MLW<br>**CONFIDENTIAL –<br>FILED UNDER SEAL** |

**JANSSEN'S REPLY TO DEFENDANTS' STATEMENT OF COUNTER-FACTS ON
THE ISSUE OF NON-INFRINGING ALTERNATIVES**

# FILED UNDER SEAL