IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 1:17-cv-11008-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**JANSSEN'S RESPONSE TO DEFENDANTS' MOTION *IN LIMINE* NO. 7, TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING HYPOTHETICAL NEGOTIATIONS BASED ON THE DATE OF ALLEGED INDUCED INFRINGEMENT**

In their motion *in limine* number 7, Defendants seek to preclude Janssen from offering evidence or argument about a hypothetical negotiation date other than the date of first direct infringement, which they contend is October 2009. So long as both parties are precluded from offering evidence or argument on this issue, Janssen does not oppose the motion.

Dated: June 4, 2018

*Of Counsel*:

Gregory L. Diskant (admitted *pro hac vice*)
gldiskant@pbwt.com
Irena Royzman (admitted *pro hac vice*)
iroyzman@pbwt.com
Aron Fischer (admitted *pro hac vice*)
afischer@pbwt.com
Andrew D. Cohen (admitted *pro hac vice*)
acohen@pbwt.com
David S. Kleban (admitted *pro hac vice*)
dkleban@pbwt.com

Respectfully submitted,

*/s/ Alison C. Casey*

Heather B. Repicky (BBO # 663347)
hrepicky@nutter.com
Alison C. Casey (BBO #688253)
acasey@nutter.com
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000
FAX: 617-310-9192

*Attorneys for Plaintiff Janssen Biotech, Inc.*

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
212-336-2000
FAX: 212-336-2222

**CERTIFICATE OF SERVICE**

      I certify that on June 4, 2018, this document, filed through the Court's ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

                                                  /s/ *Alison C. Casey*