# EXHIBIT 7



35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**DAN H. HOANG**
Associate
(312) 558-9509
dhoang@winston.com

**VIA EMAIL**

February 1, 2018

Aron Fischer
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
afischer@pbwt.com

Re:   *Janssen Biotech, Inc. v. Celltrion Healthcare Co., Ltd.*, No. 1:17-cv-11008-MLW (D. Mass.)

Dear Aron:

    Pursuant to Paragraph 8 of the Stipulated Protective Order (D. Mass. No. 15-10698-MLW, Dkt. No. 170), Celltrion hereby provides notice that the following documents contain information subject to and protected by the attorney-client, work product, and/or common interest privileges and were inadvertently produced in connection with this litigation.

| | | |
|---|---|---|
| CELLREM-0223238 to 0223241 | CELLREM-0223244 to 0223247 | CELLREM-0248936 to 0248938 |
| CELLREM-0357304 to 0357309 | CELLREM-0357310 to 0357316 | CELLREM-0358336 to 0358338 |
| CELLREM-0358346 to 0358346 | CELLREM-0358716 to 0358716 | CELLREM-0361203 to 0361204 |
| CELLREM-0362046 to 0362049 | CELLREM-0362050 to 0362051 | CELLREM-0362052 to 0362055 |
| CELLREM-0362056 to 0362059 | CELLREM-0362060 to 0362064 | CELLREM-0367292 to 0367293 |
| CELLREM-0367337 to 0367338 | CELLREM-0367339 to 0367341 | CELLREM-0367342 to 0367344 |
| CELLREM-0367345 to 0367347 | CELLREM-0367348 to 0367351 | CELLREM-0367352 to 0367355 |
| CELLREM-0367356 to 0367360 | CELLREM-0367834 to 0367836 | CELLREM-0367837 to 0367839 |
| CELLREM-0367846 to 0367848 | CELLREM-0367849 to 0367852 | CELLREM-0367857 to 0367861 |
| CELLREM-0367879 to 0367883 | CELLREM-0367923 to 0367923 | CELLREM-0367925 to 0367926 |



February 1, 2018
Page 2

| CELLREM-0367928 to 0367929 | CELLREM-0367931 to 0367932 | CELLREM-0368160 to 0368162 |
| CELLREM-0368290 to 0368290 | CELLREM-0368291 to 0368292 | CELLREM-0368293 to 0368294 |
| CELLREM-0374293 to 0374299 | CELLREM-0374611 to 0374613 | CELLREM-0374615 to 0374617 |
| CELLREM-0375898 to 0375899 | | |

Please promptly return, sequester, or destroy these documents, all copies of them, and all copies of any portions of them. We will provide redacted copies of the documents where appropriate.

Best regards,

*/s/ Dan H. Hoang*
Dan H. Hoang