# EXHIBIT 11

**From:** Jackson, Benjamin (x2255)
**Sent:** Tuesday, February 20, 2018 6:04 PM
**To:** bryan.hales@kirkland.com; elizabeth.cutri@kirkland.com; dhoang@winston.com
**Cc:** Fischer, Aron (x2363); Quirk, Rob (x2204); 'inflixWS'; '#Hospira-Infliximab'
**Subject:** Janssen v. Celltrion: meet and confer re privilege clawbacks

Dear Bryan, Liz, and Dan,

We write concerning Celltrion's recent assertions of privilege over portions of the documents listed in the attached letter and over a portion of CELLREM-0374970, as stated at the hearing before Judge Wolf on February 16, 2018.  Following a review of these documents pursuant to paragraph 8 of the Protective Order, we disagree with Celltrion's claims of privilege over several of these documents.  Further, the privilege log you produced on February 14, 2018 is deficient because it (1) does not identify by name which Celltrion attorneys are associated with which document; (2) asserts work product protection over every document on the log, including documents that were plainly not drafted by attorneys; and (3) provides only vague descriptions of the subject of the "legal advice of counsel" contained in each document.  Lastly, we note that Celltrion has not yet confirmed in writing whether it intends to continue to assert privilege over a portion of CELLREM-0374970.

Please let us know your availability for a telephonic meet and confer this Friday, February 23, 2018 to discuss the above issues.

Best regards,
Ben

**Benjamin F. Jackson**
Associate
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Phone: 212.336.2255 | Fax: 212.336.2444
bjackson@pbwt.com