# EXHIBITS 2-6 AND 8-10

## FILED UNDER SEAL