IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELLTRION HEALTHCARE CO., LTD., )<br>CELLTRION, INC., and )<br>HOSPIRA, INC., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:17-cv-11008-MLW |

**DECLARATION OF HUI LI IN SUPPORT OF JANSSEN'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* NO. 11, TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING PRE-SUIT COMMUNICATIONS PURSUANT TO THE BPCIA**

I, Hui Li, declare and state as follows:

1. I am associated with Patterson Belknap Webb & Tyler LLP, counsel for Janssen Biotech, Inc. ("Janssen"), and as such I am familiar with the facts stated herein.

2. Attached hereto as Exhibit 1 is an excerpt from the transcript of the deposition of Jong Moon Cho conducted on June 2, 2016.

3. Attached hereto as Exhibit 2 is the declaration of Jong Moon Cho in support of Defendants' Motion *In Limine* No. 3, dated January 12, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by Celltrion to Janssen in this matter, Bates-numbered CELLREM-0196093. Exhibit 3 contains the following, in order:

    (a) An unmodified true and correct copy of the document produced by Celltrion.

10421644

    (b)  A certified Korean-to-English translation of the respective document created by MultiLing Corporation. The Bates number was transcribed incorrectly as CELLREM-0196094 in the footer of the translation.

    (c)  The Certificate of Translation verifying the translation.

  5.  Attached hereto as Exhibit 4 is a redacted version of Celltrion's Detailed Statement Pursuant to the Biologics Price Competition and Innovation Act of 2009. This redacted version is limited to the particular section that ███████████████████████████████████████████████████████████████.

  6.  Attached hereto as Exhibit 5 is the Opening Infringement Expert Report of Professor Michael Butler.

  7.  Attached hereto as Exhibit 6 is the declaration of Charles B. Klein in support of Defendants' Motion *In Limine* No. 3, dated January 12, 2017.

  8.  Attached hereto as Exhibits 7 through 10 are true and correct copies of documents produced by Celltrion to Janssen in this matter. Each of Exhibits 7 through 10 contains the following, in order:

    (d)  A true and correct copy of the respective document produced by Celltrion, superimposed with an English translation of selected Korean text. The original text appears in black, the translated portion is highlighted in yellow, and the certified translation is superimposed in red.

    (e)  An unmodified true and correct copy of the document produced by Celltrion.

    (f)  A certified Korean-to-English translation of the respective document created by MultiLing Corporation.

    (g)  The Certificate of Translation verifying the translation.

9. Attached hereto as Exhibit 11 is an excerpt from the transcript of the deposition of Jong Moon Cho conducted on February 5, 2018.

10. Attached hereto as Exhibit 12 is an excerpt of the transcript of the December 22, 2016 motion hearing before the Court in this matter (captioned case No. 15-cv-10698-MLW).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 4, 2018       /s/ Hui Li_____
               Hui Li
               hli@pbwt.com
               PATTERSON BELKNAP WEBB & TYLER LLP
               1133 Avenue of the Americas
               New York, NY 10036-6710
               212-336-2000
               FAX: 212-336-2222

10421644

## CERTIFICATE OF SERVICE

      I hereby certify that on June 4, 2018, this document, filed through the Court's ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

                                                   */s/ Alison C. Casey*

10421644