# EXHIBITS 1-3 AND 5-11

## FILED UNDER SEAL