UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANSSEN BIOTECH, INC.,<br>              Plaintiff,<br><br>v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br>              Defendants. | Case No. 1:17-cv-11008-MLW |

### JANSSEN'S *ASSENTED-TO* MOTION TO SEAL ITS JUNE 4 FILINGS

Pursuant to Local Rules 7.1 and 7.2 of the United States District Court for the District of Massachusetts, plaintiff Janssen Biotech, Inc. moves for leave to file under seal the following documents filed with the Court on June 4, 2018:

- Janssen's Reply Brief in support of its Motion for Summary Judgment on the Issue of Non-Infringing Alternatives (Dkt. No. 324);

- Janssen's Reply 56.1 Statement of Material Facts in Support of its Reply Brief in support of its Motion for Summary Judgment on the Issue of Non-Infringing Alternatives ("Janssen's Reply 56.1 Statement") (Dkt. No. 325);

- Exhibits 1-6 to Janssen's Reply 56.1 Statement (Dkt. No. 325-1);

- Janssen's Oppositions to Defendants' Motions *in Limine* Nos. 8, 9, 10, and 11 (Dkt. Nos. 328, 330, 334);

- Declaration of Hui Li in Support of Janssen's Opposition to Defendants' Motion in Limine No. 11 (Dkt. No. 335);

- Exhibits 2-6 and 8-10 to Janssen's Opposition to Defendants' Motion *in Limine* No. 8 (Dkt. No. 329-4);

- Exhibits 1-11 to Janssen's Opposition to Defendants' Motions *in Limine* Nos. 9/10 (Dkt. No. 330-1); and

- Exhibits 1-3 and 5-11 to Janssen's Opposition to Defendants' Motion *in Limine* Nos. 11 (Dkt. No. 335-3).

In support of this motion, Plaintiff states as follows:

1. Janssen filed the above-referenced documents today.

2. These documents contain reference to, and discussion of, certain confidential information that may be considered proprietary by the Plaintiff, Defendants, and third parties.

3. To minimize the impact of sealing, Janssen filed redacted versions of its Reply Brief in support of its Motion for Summary Judgment on the Issue of Non-Infringing Alternatives; its Oppositions to Defendants' Motions *in Limine* Nos. 8, 9, 10, and 11, and the Declaration of Hui Li in Support of Janssen's Opposition to Defendants' Motion in Limine No. 11 through the Court's electronic filing system.

4. The granting of this motion will not prejudice any party.

5. The Defendants assent to the relief requested.

Dated: June 4, 2018

Respectfully Submitted,
JANSSEN BIOTECH, INC.

By its attorneys,

*/s/ Alison C. Casey*

NUTTER MCCLENNEN & FISH LLP
Heather B. Repicky (BBO# 663347)
Alison C. Casey (BBO# 688253)
155 Seaport Boulevard
Boston, MA 02210
Tel.: 617-439-2000

        Fax: 617-310-9000
        hrepicky@nutter.com
        acasey@nutter.com

        PATTERSON BELKNAP WEBB & TYLER LLP
        Gregory L. Diskant (*pro hac vice*)
        Irena Royzman (*pro hac vice*)
        Aron Fischer (*pro hac vice*)
        Andrew D. Cohen (*pro hac vice*)
        Daniel A Friedman (*pro hac vice*)
        David Kleban (*pro hac vice*)

        1133 Avenue of the Americas
        New York, New York 10036
        Tel:  (212) 336-2000
        Fax: (212) 336-2222
        gldiskant@pbwt.com
        afischer@pbwt.com
        acohen@pbwt.com
        dfriedman@pbwt.com
        dkleban@pbwt.com
        iroyzman@pbwt.com
        *Attorneys for Janssen Biotech, Inc.*

## **LOCAL RULES 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(A)(2), I certify that plaintiff's counsel conferred with defendants' counsel on the subject of this motion and was advised that the defendants assent to the relief requested.

                                          /s/ Alison C. Casey

## **CERTIFICATE OF SERVICE**

I certify that on June 4, 2018 this document, filed through the ECF system, will be sent electronically to the parties or their counsel who are registered participants as identified on the Notice of Electronic Filing.

                                          /s/ Alison C. Casey