# EXHIBIT 1




Direct Examination of Dr. Michael Butler

# Broad Plateau of Interchangeable Concentrations

Butler, M., "Serum and protein free media," *in Cell Engineering: Animal Cell Culture* (2015)




**Fig. 8.2** The determination of the optimal concentration of a component

There is likely to be a wide concentration range over which any nutrient supplement is not limiting. Using Ham's approach (Ham and McKeehan 1979) the optimum concentration for the nutrient can be set at the mid-point of the broad optimum plateau of the growth-response curve (Fig. 8.2). This enables the concen-

*Janssen Daubert Ex. 3, at 229*

# Broad Plateau of Interchangeable Concentrations

44 BASIC METHODS

[5] Media and Growth Requi

By Richard G. Ham and Wallace L

Introduction

This brief review of culture media and their a
primarily to the use of cell culture as an experi
research other than analysis of cellular growth re
sis is on the types of media available, and on prin
tion of the medium that is best suited for the exper
Environmental requirements for cellular multiplic
pects of medium development are reviewed in gre

Types of Cultured Cells and Culture Systems

The choice of which culture medium to use a
any) to add to it is strongly influenced by the ty
grown and by the way that cell is to be grown. T
begin with a brief outline of the types of cultured c
that can be employed in various kinds of researc

*Classification of Cells*

The following criteria are often employed to c
*Karyotype:* Are the chromosomes fully norma
number and morphology? If so, the cell is conside
circumstances haploid or tetraploid). If not, it is
ploid or heteroploid.
*Multiplication potential:* Does the cell cease to
number of divisions in culture (finite life span), c
capable of continuous long-term multiplication?
*Anchorage dependence:* Does the cell require a
for multiplication, or will it also multiply in susp

[1] R. G. Ham and W. L. McKeehan, *In Vitro* 14, 11 (1978).
[2] R. G. Ham and W. L. McKeehan, *in* "Nutritional Require
Katsuta, ed.). Jpn. Sci. Soc. Press, Tokyo (in press).
[3] R. G. Ham, C. Waymouth, and P. J. Chapple, eds., "T
Vertebrate Cells in Vitro." Cambridge Univ. Press, Londo
[4] G. H. Rothblat and V. J. Cristofalo, eds., "Growth, Nutriti
Culture," 3 vols. Academic Press, New York, 1972-1977.

METHODS IN ENZYMOLOGY, VOL. LVIII

For every required component in a culture medium, a three-part growth response curve, similar in principle to the idealized example shown in Fig. 1, can be obtained. In the first region on the left, multiplication is roughly proportional to the amount of the component added. In the second region, in the center, the growth response is "saturated," and the response curve exhibits a "plateau," within which growth is virtually independent of concentration of the component. Finally, on the right, above a critical threshold, the component becomes inhibitory and the growth response is negative.



# Broad Plateau of Interchangeable Concentrations

## CLONAL GROWTH OF CHINESE HAMSTER CELL LINES IN PROTEIN-FREE MEDIA

W. GREGORY HAMILTON[1] AND RICHARD G. HAM[2]

*Department of Molecular, Cellular and Developmental Biology, University of Colorado, Boulder, Colorado 80309*

### SUMMARY

A protein-free synthetic medium, MCDB 301, has been developed for clonal growth of Chinese hamster ovary cell lines. Medium F12 was developed originally for that purpose, but later failed to support good growth without small amounts of serum protein. Growth was restored by the addition of nonphysiological amounts of commercially prepared thyroxine or smaller amounts of the trace element selenium. The thyroxine preparation was shown to contain sufficient selenium to account for all of its growth-promoting activity. MCDB 301 contains increased concentrations of calcium chloride and glutamine, and a smaller amount of cysteine than medium F12. It also has been supplemented with 19 inorganic ions, in addition to selenium and those in medium F12, in order to insure against possible future deficiencies as chemicals are purified further. A Chinese hamster lung line which will not grow in MCDB 301 alone will grow when the medium is supplemented either with methylcellulose or with insulin. The growth-promoting activity is thought to be an impurity shared in common by both substances. The probable "essential" role of impurities in cellular growth in most synthetic media and the problems involved in attempting to develop a truly "defined" medium are discussed.

# Broad Plateau of Interchangeable Concentrations




FIG. 1. Growth response of CHOP cells to L-thyroxine.

*Janssen Daubert Ex. 5, at Fig. 1*

# Broad Plateau of Interchangeable Concentrations




FIG. 4. Growth response of CHOP cells to L-cysteine.

*Janssen Daubert Ex. 5, at Fig. 4*

# Broad Plateau of Interchangeable Concentrations

IN VITRO
Volume 13, No. 9, 1977
All rights reserved ©

CLONAL GROWTH OF
IN PRO

W. GREGORY HA
*Department of Molecular, Cellular*
*Bou*

A protein-free synthetic medium, M
Chinese hamster ovary cell lines. Me
but later failed to support good grow
was restored by the addition of nonp
roxine or smaller amounts of the trac
shown to contain sufficient selenium
MCDB 301 contains increased conce
smaller amount of cysteine than medi
organic ions, in addition to selenium
possible future deficiencies as chemic
which will not grow in MCDB 301
either with methylcellulose or with ins
an impurity shared in common by bo
purities in cellular growth in most sy
ing to develop a truly "defined" medi

*Key words:* defined medium; Chines
trace elements.

INTRODUCTION

Medium F12 (1) was developed to suppo
nal growth of Chinese hamster cell lines wi
the addition of serum or other undefined su
ments. For reasons which were never comp
clear, medium F12 prepared in our curren
oratory in Boulder never supported good
growth of the Chinese hamster cells withou
tein supplementation. Recent results make
pear likely that contaminants in the chemic
water used to prepare the original medium
probably essential for cellular growth. This
describes the development of an improved sy
tic medium, MCDB 301, which will suppo
nal growth of Chinese hamster ovary lines wi
protein supplementation and of a Chinese
ster lung line when supplemented only
methylcellulose.

[1]Present address: Clayton Foundation Bioch
Institute, University of Texas, Austin, Tex. 78712.
[2]To whom requests for reprints should be sent.




FIG. 5. Growth response of CHOP and CHL cells to selenium.