# EXHIBIT 2

```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2

 3                                    )
     JANSSEN BIOTECH, INC.,            )
 4   and NEW YORK UNIVERSITY,          )
                                       )
 5           Plaintiffs,               )
                                       )   Civil Action
 6   v.                                )   No. 15-CV-10698-MLW
                                       )
 7   CELLTRION HEALTHCARE CO.,         )
     LTD, CELLTRION, INC., and         )
 8   HOSPIRA, INC.,                    )
                                       )
 9           Defendants.               )
                                       )
10

11

12              BEFORE THE HONORABLE MARK L. WOLF
                   UNITED STATES DISTRICT JUDGE
13

14                            HEARING
                            10:06 a.m.
15
                          January 30, 2018
16

17
             John J. Moakley United States Courthouse
18                        Courtroom No. 10
                         One Courthouse Way
19                    Boston, Massachusetts  02210

20

21

22              Kelly Mortellite, RMR, CRR
                   Official Court Reporter
23         John J. Moakley United States Courthouse
               One Courthouse Way, Room 5200
24               Boston, Massachusetts  02210
                     mortellite@gmail.com
25
```

1  general intention is to go until about 6:00 tonight.  And I'd
2  really like to hear the argument today so I can decide this
3  first thing in the morning before we move to the motion
4  concerning Dr. Glacken.  But if that's not feasible, it's not
5  feasible.  But that may influence whether you want the realtime
6  or not.  All right.
7          MR. DISKANT:  My guess, Judge, just for what it's
8  worth, is it's going to be very hard to complete both Dr.
9  Butler --
10         THE COURT:  Well, you've got 69 minutes, and Mr. Hurst
11 has got 44 minutes, and that's going to be it.
12         MR. DISKANT:  I understand.  I'm not saying it won't
13 be done.  I'm saying I don't think it's likely to be done and
14 have time for all of the arguments.  But I'm happy to do
15 whatever Your Honor wants and go later if you'd like.
16         THE COURT:  Well, I have some other obligations this
17 evening.  All right.  If necessary, you'll argue it in the
18 morning.  Why don't you go ahead with your redirect.
19         MR. DISKANT:  Okay.
20 REDIRECT EXAMINATION BY MR. DISKANT:
21 Q.   Dr. Butler, just a couple of things.  You mentioned a
22 couple of times when Mr. Hurst was questioning you about the
23 difference between the notion of equivalents in science versus
24 the legal doctrine of equivalents.  And can you just explain
25 what you meant by that.

1  A.   Well, in scientific terms, if you wanted to choose a
2  particular media, you would test media formulations that might
3  be totally different and test them in the same way that Dr.
4  Wurm's experiments were conducted.  And if they performed in
5  the same way and had the same cell growth and antibody
6  production, you would say that those media were equivalent.
7  But I recognize, of course, that the legal standards are very
8  different.
9  Q.   Right.  From a scientific perspective, the ingredients can
10 be totally different?
11 A.   Correct.
12 Q.   Now, Mr. Hurst also asked you some hypothetical questions
13 about issues that aren't in this case, in particular if there
14 were missing ingredients.  Do you recall those questions?
15 A.   Right, correct.
16 Q.   Were you presented with a circumstance here involving a
17 missing ingredient?
18 A.   No.
19 Q.   So did you have an opportunity to develop any thinking or
20 a need to consider how you would analyze a missing ingredient
21 under the doctrine of equivalents?
22 A.   Well, I recognize under the doctrine of equivalents it
23 requires an element-by-element analysis and that, you know,
24 each of those elements would have to be present for
25 consideration of infringement of one media against another.

```
 1                CERTIFICATE OF OFFICIAL REPORTER
 2
 3           I, Kelly Mortellite, Registered Merit Reporter
 4   and Certified Realtime Reporter, in and for the United States
 5   District Court for the District of Massachusetts, do hereby
 6   certify that pursuant to Section 753, Title 28, United States
 7   Code that the foregoing is a true and correct transcript of the
 8   stenographically reported proceedings held in the
 9   above-entitled matter and that the transcript page format is in
10   conformance with the regulations of the Judicial Conference of
11   the United States.
12                      Dated this 16th day of January, 2018.
13
14                      /s/ Kelly Mortellite
15                      _____
16                      Kelly Mortellite, RMR, CRR
17                      Official Court Reporter
18
19
20
21
22
23
24
25
```