# EXHIBIT 9

| | |
|---|---|
| **From:** | Sanford, Gregory B. |
| **To:** | Cohen, Andrew (x2605) |
| **Cc:** | "inflixWS"; #Hospira-Infliximab; Dennis Kelly; Andrea L. Martin (amartin@burnslev.com); Parrado, Alvaro; acasey@nutter.com; Heather B. Repicky; Fischer, Aron (x2363); Diskant, Gregory L. (x2710); Royzman, Irena (x2081); _cg Celltrion Internal |
| **Subject:** | RE: Janssen Biotech, Inc. v. Celltrion, Inc., et al., No. 1:17-cv-11008-MLW |
| **Date:** | Sunday, April 22, 2018 5:24:45 PM |

Andrew,

With regard to your first issue, as stated in my April 3, 2018, letter, Dr. Frohlich's report contains a section entitled "Description of Laboratory Testing Protocol" (see paragraphs 116-136). This section describes Dr. Frohlich's experimental protocols, including regarding the cell line/cell bank and basal media comparison. There is no separate document that describes the as-performed experimental protocols.

With regard to your second issue, my letter of April 3 noted that Janssen's new request for documents about IXIFI was untimely, coming weeks after the close of fact discovery. The discovery requests Janssen cited do not cover the scope of information sought in Janssen's new discovery request, and Defendants objected to them as seeking irrelevant information and being unduly burdensome. We also noted that Dr. Frohlich does not rely on the information requested by Janssen's letter, i.e., the time and effort required to select, develop, and optimize the IXIFI media. Moreover, Janssen was in possession of the documents on which Dr. Frohlich relied regarding IXIFI media during the fact discovery period, more than two months before it sent its letter. Nonetheless, we conducted a reasonable investigation into whether there are any documents regarding the timeline for Pfizer's IXIFI basal media which we could collect without undue burden, given the very late stage of the case and fact discovery having closed long ago. We were not able to identify any such documents.

Best,

**Gregory B. Sanford**

--------------------------------------------------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 2744
**F** +1 312 862 2200

--------------------------------------------------

gregory.sanford@kirkland.com

---

**From:** Cohen, Andrew (x2605) <acohen@pbwt.com>
**Sent:** Thursday, April 19, 2018 8:13 AM
**To:** Sanford, Gregory B. <gregory.sanford@kirkland.com>
**Cc:** 'inflixWS' <inflixWS@winston.com>; #Hospira-Infliximab <Hospira-Infliximab@kirkland.com>; Dennis Kelly <dkelly@burnslev.com>; Andrea L. Martin (amartin@burnslev.com) <amartin@burnslev.com>; Parrado, Alvaro <alvaro.parrado@kirkland.com>; acasey@nutter.com; Heather B. Repicky <HRepicky@nutter.com>; Fischer, Aron (x2363) <afischer@pbwt.com>; Diskant, Gregory L. (x2710) <gldiskant@pbwt.com>; Royzman, Irena (x2081) <iroyzman@pbwt.com>; _cg Celltrion Internal <CelltrionInternal@pbwt.com>

**Subject:** RE: Janssen Biotech, Inc. v. Celltrion, Inc., et al., No. 1:17-cv-11008-MLW

Gregory,

We write to follow up on two items in your April 3, 2018 letter regarding Dr. Frohlich's expert report.

First, with respect to the laboratory data, though the ELISA protocol is attached to Dr. Frohlich's report, the basal media comparison and cell line/cell bank protocols are not. Please produce these experimental protocols.

Second, we have not heard from you about the results of the investigation into the IXIFI documents your letter indicated you would undertake.  Please let us know the status of that investigation.

Best regards,

Andrew

Andrew D. Cohen
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
tel: 212.336.2605
fax: 212.336.1261
acohen@pbwt.com

---

**From:** Parrado, Alvaro [mailto:alvaro.parrado@kirkland.com]
**Sent:** Tuesday, April 03, 2018 5:14 PM
**To:** acasey@nutter.com; Heather B. Repicky; Fischer, Aron (x2363); Cohen, Andrew (x2605); Diskant, Gregory L. (x2710); Royzman, Irena (x2081); _cg Celltrion Internal
**Cc:** 'inflixWS'; #Hospira-Infliximab; Dennis Kelly; Andrea L. Martin (amartin@burnslev.com)
**Subject:** Janssen Biotech, Inc. v. Celltrion, Inc., et al., No. 1:17-cv-11008-MLW

Counsel,

Please see attached correspondence.

Thank you,

**Alvaro R. Parrado**
Senior Legal Assistant
-----------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3407   **M** +1 212-960-8542
**F** +1 212 446 4900
-----------------------------------------------------
alvaro.parrado@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to [postmaster@kirkland.com](postmaster@kirkland.com), and destroy this communication and all copies thereof, including all attachments.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.