# EXHIBIT 18



# GENERICS AND BIOSIMILARS INITIATIVE
*Building trust in cost-effective treatments*

About GaBI | Advertise | Contact

HOME | GENERICS | BIOSIMILARS | MORE EDITORIAL SECTIONS | SUBSCRIBE

Home / Biosimilars / General / Biosimilars of infliximab

## Biosimilars of infliximab
Posted 13/02/2015

Last update: 10 November 2017



Infliximab is a chimeric monoclonal antibody against tumour necrosis factor alpha (TNF-α). It is used to treat autoimmune diseases, such as ankylosing spondylitis, Crohn's disease, psoriasis, psoriatic arthritis, rheumatoid arthritis, and ulcerative colitis.

The originator product, Johnson & Johnson and Merck's Remicade (infliximab), was approved by the US Food and Drug Administration (FDA) in August 1998 and by the European Medicines Agency (EMA) in August 1999 [1]. Remicade had worldwide sales of US$9.3 billion in 2014, before the advent of biosimilars, see Table 1.

The patents on Remicade will expire in the US in September 2018 and expired in Europe in February 2015 [1]. Some of the infliximab biosimilars and non-originator biologicals* approved or in development are presented in Table 1.

Table 1: Biosimilars and non-originator biologicals* of infliximab approved or in development

| Company name, Country | Product name | Stage of development |
|---|---|---|
| Amgen, USA | ABP 710 | Biosimilar in active development, according to Amgen's Form 10-K for 2013 [2] |
| BioXpress Therapeutics, Switzerland | - | Biosimilar in pipeline [3] |
| Celltrion/Hospira (Pfizer), South Korea/USA | Remsima/Inflectra/Flammegis (CT-P13) | Biosimilar also approved in EU in Sept 2013 [4]. Remsima also has marketing approval in Brazil [5], Colombia, Japan, South Korea [6] and Venezuela [7]. Approved in Canada in January 2014 [8]. Approved in Australia in August 2015 [9]. Approved in Russia as Flammegis on 13 July 2015 [10]. Approved by FDA on 5 April 2016 [11]. Received approval to start clinical trials in China from CFDA in May 2017 [12] |
| | PF-06438179 | Pfizer filed for approval with FDA in May 2017 |
| Epirus Biopharmaceuticals*, USA | Infimab | 'Similar biologic' approved in India in September 2014 [13] |
| MabTech/Sorrento Therapeutics, China*/USA | STI-002 | Positive phase III trial for copy biological in China reported in January 2016 [14] |
| Nichi-Iko Pharmaceutical, Japan | NI-071 | Phase III trial in rheumatoid arthritis expected to be completed in March 2015 [15]. Approved in Japan in September 2017 [16]. US phase III trial in rheumatoid arthritis expected to be completed February 2019 [17] |
| Nippon Kayaku, Japan | Infliximab BS | Biosimilar approved in Japan in November 2014 [17] |
| Ranbaxy Laboratories/Epirus Biopharmaceuticals, India*/USA | BOW015 | 'Similar biologic' approved in India in December 2014 [13]. Global phase III trial expected to be completed in July 2017 [18] |
| Samsung Bioepis (Biogen/Samsung)/Merck [19], South Korea/USA | Flixabi/Renflexis (SB2) | Biosimilar approved in EU in May 2016 [20]. Approved in Korea as Renflexis in December 2015 [21]. Approved by Australia's TGA in November 2016 [22]. Approved by FDA in April 2017 [23] |
| Sandoz, Switzerland | PF-06438179 | Phase I trial completed November 2013 [24]. Phase III trial in rheumatoid arthritis expected to be completed September 2017 [14]. Sandoz acquired EEA rights from Pfizer in February 2016 [25]. Submitted to EMA in June 2017 [26]. |

EEA: European Economic Area, this area includes the 28 EU Member States, plus Iceland, Liechtenstein and Norway; EU: European Union; EMA: European Medicines Agency; FDA: US Food and Drug Administration; TGA: Therapeutic Goods Administration; CFDA: China Food and Drug Administration.
*See editor's comment

Celltrion/Hospira received approval for their infliximab biosimilar (Remsima/Inflectra) in Europe in September 2013 [4]. Inflectra was approved by FDA on 5 April 2016 [11]. Celltrion and Hospira's infliximab biosimilar (Remsima/Inflectra) has been approved by EMA for the same indications as Remicade (infliximab), i.e. ankylosing spondylitis, Crohn's disease, psoriasis, psoriatic arthritis, rheumatoid arthritis, and ulcerative colitis [26].

**Editor's comment**
It should be noted that 'similar biologics' approved in India might not have been authorized following as strict a regulatory process as is required for approval of biosimilars in the European Union. The EMA (European Medicines Agency) regulatory requirements ensure the same high standards of quality, safety and efficacy for biosimilars as for originator biologicals, and also include a rigorous comparability exercise with the reference product.

**Related articles**
Biosimilars of ranibizumab

Biosimilars of rituximab

Biosimilars of adalimumab

Biosimilars of trastuzumab

Biosimilars of cetuximab

## Biosimilars

NEWS
FDA approves biosimilar infliximab Ixifi
Bevacizumab similar biologic launched in India

RESEARCH
Switching failures with biosimilar etanercept
Reimbursement for oncology biosimilars in the US



Transforming the language of life into vital medicines



To learn more about biologics and biosimilars click here

*Home* / *RSS* / *Contact* / *Privacy Policy* / *Terms & Conditions* / *Disclaimer* / *Copyright* / *Useful Links*

References
1. Derbyshire M. Patent expiry dates for biologicals: 2016 update. Generics and Biosimilars Initiative Journal (GaBI Journal). 2017;6(1):27-30. doi: 10.5639/gabij.2017.0601.006
2. GaBI Online - Generics and Biosimilars Initiative. Amgen expands biosimilars programme [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Feb 13]. Available from: www.gabionline.net/Biosimilars/News/Amgen-expands-biosimilars-programme
3. BioXpress Therapeutics, Biosimilar pipeline [homepage on the Internet]. [cited 2015 Feb 13]. Available from: www.bioxpress.com/#!pipeline/c6gz
4. GaBI Online - Generics and Biosimilars Initiative. Biosimilars approved in Europe [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Feb 13]. Available from: www.gabionline.net/Biosimilars/General/Biosimilars-approved-in-Europe
5. GaBI Online - Generics and Biosimilars Initiative. Brazil approves first monoclonal antibody follow-on biological [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Jun 26]. Available from: www.gabionline.net/Biosimilars/News/Brazil-approves-first-monoclonal-antibody-follow-on-biological
6. GaBI Online - Generics and Biosimilars Initiative. Biosimilar infliximab receives approval in Japan and Turkey [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Feb 13]. Available from: www.gabionline.net/Biosimilars/News/Biosimilar-infliximab-receives-approval-in-Japan-and-Turkey
7. GaBI Online - Generics and Biosimilars Initiative. Venezuelan approval for Celltrion's Remsima [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2016 Aug 26]. Available from: www.gabionline.net/Biosimilars/News/Venezuelan-approval-for-Celltrion-s-Remsima
8. GaBI Online - Generics and Biosimilars Initiative. Biosimilars approved in Canada [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Nov 10]. Available from: www.gabionline.net/Biosimilars/General/Subsequent-entry-biologics-approved-in-Canada
9. GaBI Online - Generics and Biosimilars Initiative. Biosimilars approved in Australia [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Nov 10]. Available from: www.gabionline.net/Biosimilars/General/Biosimilars-approved-in-Australia
10. GaBI Online - Generics and Biosimilars Initiative. Non-originator infliximab approved in Russia [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Jan 6]. Available from: www.gabionline.net/Biosimilars/News/Non-originator-infliximab-approved-in-Russia
11. GaBI Online - Generics and Biosimilars Initiative. FDA approves infliximab biosimilar Inflectra [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2016 Aug 26]. Available from: www.gabionline.net/Biosimilars/News/FDA-approves-infliximab-biosimilar-Inflectra
12. GaBI Online - Generics and Biosimilars Initiative. Celltrion making progress with biosimilars in China and Japan [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Aug 11]. Available from: www.gabionline.net/Biosimilars/News/Celltrion-making-progress-with-biosimilars-in-China-and-Japan
13. GaBI Online - Generics and Biosimilars Initiative. 'Similar biologics' approved and marketed in India [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Nov 10]. Available from: www.gabionline.net/Biosimilars/General/Similar-biologics-approved-and-marketed-in-India
14. GaBI Online - Generics and Biosimilars Initiative. Positive phase III results for cetuximab and rituximab copy biologicals [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2016 Mar 11]. Available from: www.gabionline.net/Biosimilars/Research/Positive-phase-III-results-for-cetuximab-and-infliximab-copy-biologicals
15. GaBI Online - Generics and Biosimilars Initiative. Pivotal clinical trials for infliximab biosimilars [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Oct 16]. Available from: www.gabionline.net/Reports/Pivotal-clinical-trials-for-infliximab-biosimilars
16. GaBI Online - Generics and Biosimilars Initiative. Nichi-Iko gains Japanese approval for infliximab biosimilar [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Nov 10]. Available from: www.gabionline.net/Biosimilars/News/Nichi-Iko-gains-Japanese-approval-for-infliximab-biosimilar
17. GaBI Online - Generics and Biosimilars Initiative. Biosimilar infliximab launched in Japan [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Feb 13]. Available from: www.gabionline.net/Biosimilars/News/Biosimilar-infliximab-launched-in-Japan
18. GaBI Online - Generics and Biosimilars Initiative. Epirus starts phase III trial for infliximab biosimilar [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Feb 23]. Available from: www.gabionline.net/Biosimilars/News/Epirus-starts-phase-III-trial-for-infliximab-biosimilar
19. GaBI Online - Generics and Biosimilars Initiative. Merck outlines biosimilars programme [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Jan 6]. Available from: www.gabionline.net/Biosimilars/News/Merck-outlines-biosimilars-programme
20. GaBI Online - Generics and Biosimilars Initiative. EMA recommends approval of infliximab biosimilar Flixabi [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2016 Aug 26]. Available from: www.gabionline.net/Biosimilars/News/EMA-recommends-approval-of-infliximab-biosimilar-Flixabi
21. GaBI Online - Generics and Biosimilars Initiative. Korean approval for infliximab biosimilar [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Mar 11]. Available from: www.gabionline.net/Biosimilars/News/Korean-approval-for-infliximab-biosimilar
22. GaBI Online - Generics and Biosimilars Initiative. Biosimilars approved in Australia [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Aug 11]. Available from: www.gabionline.net/Biosimilars/General/Biosimilars-approved-in-Australia
23. GaBI Online - Generics and Biosimilars Initiative. FDA approves biosimilar infliximab Renflexis [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Aug 11]. Available from: www.gabionline.net/Biosimilars/News/FDA-approves-biosimilar-infliximab-Renflexis
24. GaBI Online - Generics and Biosimilars Initiative. Phase I studies of infliximab and rituximab biosimilars demonstrate pharmacokinetic similarity [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Jan 6]. Available from: www.gabionline.net/Biosimilars/Research/Phase-I-studies-of-infliximab-and-rituximab-biosimilars-demonstrate-pharmacokinetic-similarity
25. GaBI Online - Generics and Biosimilars Initiative. Sandoz acquires EU rights to infliximab biosimilar from Pfizer [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Jan 6]. Available from: www.gabionline.net/Biosimilars/General/Sandoz-acquires-EEA-rights-to-infliximab-biosimilar-from-Pfizer
26. GaBI Online - Generics and Biosimilars Initiative. Infliximab biosimilar to be distributed by Mundipharma [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2017 Aug 11]. Available from: www.gabionline.net/Biosimilars/News/Infliximab-biosimilar-to-be-distributed-by-Mundipharma
27. GaBI Online - Generics and Biosimilars Initiative. Infliximab biosimilar to be distributed by Mundipharma [www.gabionline.net]. Mol, Belgium: Pro Pharma Communications International; [cited 2015 Feb 13]. Available from: www.gabionline.net/Biosimilars/News/Infliximab-biosimilar-to-be-distributed-by-Mundipharma

*Permission granted to reproduce for personal and non-commercial use only. All other reproduction, copy or reprinting of all or part of any 'Content' found on this website is strictly prohibited without the prior consent of the publisher. Contact the publisher to obtain permission before redistributing.*

*Copyright – Unless otherwise stated all contents of this website are © 2016 Pro Pharma Communications International. All Rights Reserved.*

Source: EMA, Johnson & Johnson, Merck

<< Back / E-mail / Contact us / Print / Comment / Click here to get the GaBI email Newsletter for FREE!

## Related articles

Biosimilars approved in South Korea

Biosimilars approved in Canada

## Most viewed articles

The best selling biotechnology drugs of 2008:...

Global biosimilars guideline development – EG...

JANREM0181622

1/16/2018     Case 1:17-cv-11008-MLW Document 341-18 Filed 06/04/18 Page 4 of 4
Biosimilars of infliximab - General / Biosimilars - Home - GaBI Online - Generics and Biosimilars Initiative

Roche sues Pfizer over Herceptin biosimilar     EU guidelines for biosimilars

## Comments (0)

[New Comment]

## Generics
News   Research   General

Generics applications under review by EMA – Jan...
Generics/General | Posted 12/01/2018

The Greek problem of generics pricing
Generics/Research | Posted 12/01/2018

Jan Aushadhi and affordability and accessibilit...
Generics/Research | Posted 05/01/2018

REMS issues come under FDA spotlight
Generics/General | Posted 24/11/2017

more

## Biosimilars
News   Research   General

Switching failures with biosimilar etanercept
Biosimilars/Research | Posted 12/01/2018

FDA approves biosimilar infliximab Ixifi
Biosimilars/News | Posted 12/01/2018

Bevacizumab similar biologic launched in India
Biosimilars/News | Posted 12/01/2018

Biosimilars approved in South Korea
Biosimilars/General | Posted 14/03/2014

more

### More editorial sections

Non-Biological Complex Drugs
Country Focus
Guidelines
Policies & Legislation
Reports
Pharma News
Conferences
Job Listings
Sponsored Links
Sponsored Articles

*Generics and Biosimilars Initiative (GaBI)*
*Tel: +32 474989572 | Fax: +32 14 583 048*

*Designed by Zwebb. Powered by eZ Publish™*     *Refer GaBI Online to a colleague*