**APPENDIX A**

**CONFIDENTIAL**
**FILED UNDER SEAL**

| Facts of *Mentor Graphics* | ██████████ |
|---|---|
| The product for which lost profits were sought included the patented invention and directly competed with the infringing product. 851 F.3d at 1287. | ████████████████████ |
| The market for which Mentor Graphics sought lost profits was the same as the market for the patented product. 851 F.3d at 1286-87. | ████████████████████ |
| There were only two competitors in the market for the patented product. 851 F.3d at 1286-87. | ████████████████████ |
| There were only two competitors in the market for which Mentor Graphics sought lost profits. 851 F.3d at 1286-87. | ████████████████████ |
| Defendant did not contest that but for its infringement, Mentor Graphics would have made each infringing sale. 851 F.3d at 1286. | ████████████████████ |

**APPENDIX A**

CONFIDENTIAL
FILED UNDER SEAL

| Facts of *Mentor Graphics* | ███████████ |
|---|---|
| Purchasers of the product for which Mentor Graphics sought lost profits would not have purchased the product without the patented feature. 851 F.3d at 1289. | ███████████████████████ |
| Mentor Graphics proved the *Panduit* factors for a single market (emulators), and those findings were not disputed on appeal. 851 F.3d at 1286-87. | ███████████████████████ |