# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br>               Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., LTD., <br> CELLTRION, INC., and <br> HOSPIRA, INC., <br>               Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:17-cv-11008-MLW <br> ) <br> ) **CONFIDENTIAL –** <br> ) **FILED UNDER SEAL** <br> ) <br> ) <br> ) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' COUNTERSTATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THERE WERE AVAILABLE AND ACCEPTABLE NON-INFRINGING ALTERNATIVES TO THE ASSERTED PATENT**

# FILED UNDER SEAL