UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br><br>             Plaintiff,<br><br>    v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.<br><br>             Defendants. | No. 1:17-cv-11008 |

**MOTION FOR LEAVE TO IMPOUND CONFIDENTIAL PORTIONS OF
DEFENDANTS' MEMORANDA AND CERTAIN EXHIBITS**

Pursuant to Local Rule 7.2(d) and the Stipulated Protective Order (Case No. 15-10698, Dkt. 170), Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc. (collectively "Defendants"), hereby move this Court for an Order to impound or otherwise seal the following documents, on the ground these documents contain or reveal Plaintiff's, Defendants' and/or third-party confidential and proprietary information:

**Documents Related to Defendants' Reply Memorandum in Support of Defendants'** *Daubert* **Motion to Exclude Opinion of Sean Nicholson Regarding Damages (Dkt. 342)**

- Defendants' Reply Memorandum in Support of Defendants' Daubert Motion to Exclude Opinion of Sean Nicholson Regarding Damages;

- Ex. 2, Excerpts of the 2/16/18 Deposition of Scott White;

- Ex. 3, Excerpts of the Expert Report of Dr. Gregory K. Leonard;

- Ex. 4, Excerpts of the Expert Report of Sean Nicholson, Ph.D.;

- Ex. 5, Exhibit 8 from the deposition of Scott White, bearing the Bates number JANREM0176085; and

- Ex. 6, Document bearing the Bates number HOS0032612.

**Documents Related to Defendants' Reply In Support Of Defendants' Motion For Partial Summary Judgment That There Were Available And Acceptable Non-Infringing Alternatives To The Asserted Patent (Dkt. 343)**

- Reply In Support Of Defendants' Motion For Partial Summary Judgment That There Were Available And Acceptable Non-Infringing Alternatives To The Asserted Patent;

- Defendants' Response To Plaintiffs' Counterstatement Of Material Facts In Support Of Their Opposition To Defendants' Motion For Motion For Partial Summary Judgment That There Were Available And Acceptable Non-Infringing Alternatives To The Asserted Patent;

- Ex. 1, Excerpts of the 4/17/18 Deposition of Michael Butler, Ph.D. and

- Ex. 2, Excerpts of the Deposition Transcript of Richard Lit.

**Documents Related to Defendants' Reply Memorandum In Support Of Defendants' Motion To Exclude Certain Opinions Of Michael Butler And Richard Lit Regarding Damages And Infringement (Dkt. 333)**

- Reply Memorandum In Support Of Defendants' Motion To Exclude Certain Opinions Of Michael Butler And Richard Lit Regarding Damages And Infringement; and

- Ex. 1, Excerpts of the Deposition Transcript of Richard Lit.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 4 (Dkt. 318)**

- Ex. 1, Excerpts of the Revised Rebuttal Expert Report of Michael Glacken, Sc.D.; and

- Ex. 3, Excerpts of the Opening Expert Report of Michael Glacken, Ph.D. Regarding Invalidity.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 5 (Dkt. 319)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 5;

- Ex. 2, Excerpts of the Revised Rebuttal Expert Report of Michael Glacken, Sc.D.; and

- Ex. 4, Excerpts of the Opening Infringement Expert Report of Professor Michael Butler, Ph.D.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 6 (Dkt. 320)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 6;

- Ex. 1, Excerpts of the Revised Rebuttal Expert Report of Michael Glacken, Sc.D.; and

- Ex. 3, Excerpts of the Opening Infringement Expert Report of Professor Michael Butler, Ph.D.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 7 (Dkt. 321)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 7;

- Ex. 3, Excerpts of the 12/14/16 Deposition of Michael Butler, Ph.D.; and

- Ex. 4, Excerpts of the Deposition of Dr. Florian Wurm.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 8 (Dkt. 338)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 8;

- Ex. 1, Excerpts of the Expert Report of Dr. Gregory K. Leonard;

- Ex. 2, Excerpts of the 2/16/18 Deposition of Scott White;

- Ex. 3, Excerpts of the Expert Report of Sean Nicholson, Ph.D.;

- Ex. 4, Excerpts of the Rebuttal Damages Expert Report of Dr. Bert T. Frohlich;

- Ex. 6, Document bearing the Bates number HOS0032612; and

- Ex. 8, Excerpts of the Opening Expert Report of Michael Glacken, Ph.D. Regarding Invalidity.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 9 (Dkt. 322)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 9;

- Ex. 1, Excerpts of the 04/25/18 Deposition Transcript of Sean Nicholson, Ph.D.;

- Ex. 2, Excerpts of the Expert Report of Sean Nicholson, Ph.D.;

- Ex. 3, Excerpts of the Expert Report of Dr. Gregory K. Leonard; and

- Ex. 4, Excerpts of the 4/17/18 Deposition of Michael Butler, Ph.D.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 10 (Dkt. 341)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 10;
- Ex. 1, Excerpts of the Expert Report of Sean Nicholson, Ph.D.;
- Ex. 2, Excerpts of the Expert Report of Dr. Gregory K. Leonard;
- Ex. 3, Excerpts of the 07/12/16 Deposition Transcript of Antoine Pompe Van Meerdervoort;
- Ex. 4, Excerpts of the Rebuttal Damages Expert Report of Dr. Bert T. Frohlich;
- Ex. 6, Excerpts of the 04/25/18 Deposition Transcript of Sean Nicholson, Ph.D.;
- Ex. 7, 10/6/17 Letter from A. Cohen to L. Cutri;
- Ex. 10, Document bearing the Bates number HOS0044956;
- Ex. 11, Document bearing the Bates number HOS0044966;
- Ex. 12, Document bearing the Bates number HOS0033219;
- Ex. 13, Document bearing the Bates number CELLREM-0386946_20180320;
- Ex. 14, Document bearing the Bates number CELLREM-0155959;
- Ex. 15, Excerpts of the 7/29/16 Deposition Transcript of Beverly Ingram;
- Ex. 21, Document bearing the Bates number JANREM0181681;
- Ex. 22, Document bearing the Bates number JANREM0176255;
- Ex. 23, Document bearing the Bates number JANREM0176261;
- Ex. 24, Document bearing the Bates number JANREM0176729;
- Ex. 25, Document bearing the Bates number JANREM0176733;
- Ex. 29, Document bearing the Bates number JANREM0213043;
- Ex. 30, Document bearing the Bates number JANREM0213077;
- Ex. 31, Document bearing the Bates number JANREM0213078;
- Ex. 32, Document bearing the Bates number JANREM0213079; and

- Ex. 33, Document bearing the Bates number JANREM0213149.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 11 (Dkt. 336)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 11.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 12 (Dkt. 331)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 12;

- Ex. 1, Excerpts of the Reply Damages Expert Report of Dr. Michael Butler, Ph.D.; and

- Ex. 2, Excerpts of the 4/17/18 Deposition Transcript of Michael Butler, Ph.D.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 13 (Dkt. 339)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 13.

**Documents Related to Defendants' Opposition to Plaintiff's Motion *in Limine* No. 14 (Dkt. 340)**

- Defendants' Opposition to Plaintiff's Motion *in Limine* No. 14; and

- Ex. 1, Excerpts of the Deposition Transcript of Richard Lit.

Defendants filed publicly available, redacted versions of each of the above briefs through the electronic filing system. Defendants request the other documents identified above be sealed in their entirety.

WHEREFORE, Defendants respectfully request that this Court allow this Motion.

Dated: June 4, 2018

Respectfully submitted,

Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/*Andrea L. Martin, Esq.*
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: 617-345-3000
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
Gregory B. Sanford (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com
gregory.sanford@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
Tel: (202) 879-5000
noah.frank@kirkland.com

Charles B. Klein (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
cklein@winston.com

Samuel S. Park (*pro hac vice*)
Dan H. Hoang (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-7931
spark@winston.com
dhoang@winston.com

*Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion; Plaintiff assents to this Motion.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/Andrea L. Martin, Esq.*
Andrea L. Martin, Esq.