UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br>    Plaintiff,<br><br>    v.<br><br>CELLTRION HEALTHCARE CO.,<br>LTD., ET AL.,<br>    Defendants. | C.A. No. 17-11008-MLW |

ORDER

WOLF, D.J.                                                  June 5, 2018

It is hereby ORDERED that a hearing on defendants' motion for summary judgment on the issue of ensnarement shall commence on June 12, 2018, at 10:00 a.m., and continue on June 13, 2018, if necessary.

                                    /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE