UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC., <br>     Plaintiff, <br><br> v. <br><br> CELLTRION HEALTHCARE CO., <br> LTD., ET AL., <br>     Defendants. | C.A. No. 17-11008-MLW |

ORDER

WOLF, D.J.                                                          June 13, 2018

As stated in court on June 13, 2018, it is hereby ORDERED that the parties shall, by June 20, 2018, confer and report concerning the status of this case.

                                               UNITED STATES DISTRICT JUDGE