UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br>    Plaintiff,<br><br>       v.<br><br>CELLTRION HEALTHCARE CO.,<br>LTD., ET AL.,<br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 17-11008-MLW<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                June 28, 2018

The court has received the parties' June 22, 2018 and June 28, 2018 letters seeking guidance regarding scheduling and related issues. See Docket Nos. 375, 380. In response, it is hereby ORDERED that:

1. If the pending motion for summary judgment on ensnarement is denied, a telephone conference will be held to discuss plaintiff's intention to seek leave to amend its damages claims and scheduling issues.

2. Unless otherwise ordered, if the motion for summary judgment on ensnarement is denied, hearings on pretrial motions will begin on August 6, 2018, and trial will commence on August 27, 2018.

3. The parties shall continue to confer and, by 12:00 noon on July 6, 2018, report whether they have agreed to a resolution of this case.

```
                          _____
                          UNITED STATES DISTRICT JUDGE
```