IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>CELLTRION HEALTHCARE CO., LTD.,<br>CELLTRION, INC., and<br>HOSPIRA, INC.,<br><br>                Defendants. | Civil Action No. l:17-cv-11008-MLW |

**DEFENDANTS' MOTION TO EXTEND TIME FOR FILING OPPOSITION TO
JANSSEN'S MOTION TO REOPEN DAMAGES DISCOVERY AND ADJOURN THE
DAMAGES TRIAL**

Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc. and Hospira Inc. (collectively, "Defendants") hereby move this Court to extend the time for Defendants to file their opposition to Janssen's motion to reopen discovery and adjourn the trial, Dkt. 384, by three business days, *i.e.* from July 27 to August 1. Janssen filed its seventeen-page motion on July 13, 2018, which attached eight exhibits totaling hundreds of pages. Defendants need the three additional business days to concisely and completely set forth their positions on the issues and to address the complex legal and factual issues raised by Janssen's motion. This extension will not affect any other dates on the current schedule. Plaintiffs assent to an extension of time for Defendants' opposition, but only to July 31.

WHEREFORE, Defendants respectfully requests allowance of this Motion.

Dated: July 19, 2018

Respectfully submitted,
Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.

By their attorneys,

/s/*Andrea L. Martin, Esq.*
Dennis J. Kelly (BBO # 266340)
Andrea L. Martin (BBO #666117)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110-1624
Tel: 617-345-3000
dkelly@burnslev.com
amartin@burnslev.com

James F. Hurst, P.C. (*pro hac vice*)
Bryan S. Hales, P.C. (*pro hac vice*)
Elizabeth A. Cutri (*pro hac vice*)
Gregory B. Sanford (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
james.hurst@kirkland.com
bryan.hales@kirkland.com
elizabeth.cutri@kirkland.com
gregory.sanford@kirkland.com

Ryan Kane (*pro hac vice*)
James McConnell (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
james.mcconnell@kirkland.com

Noah S. Frank (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, DC 20005
Tel: (202) 879-5000
noah.frank@kirkland.com

        Charles B. Klein (*pro hac vice*)
        WINSTON & STRAWN LLP
        1700 K Street, N.W.
        Washington, D.C. 20006-3817
        Tel: (202) 282-5000
        cklein@winston.com

        Samuel S. Park (*pro hac vice*)
        Dan H. Hoang (*pro hac vice*)
        WINSTON & STRAWN LLP
        35 W. Wacker Drive
        Chicago, IL 60601-9703
        Tel: (312) 558-7931
        spark@winston.com
        dhoang@winston.com

        *Attorneys for Defendants Celltrion Healthcare Co., Ltd., Celltrion, Inc., and Hospira, Inc.*

## LR 7.1(a)(2) CERTIFICATION

I, Andrea L. Martin, hereby certify that Defendants' counsel conferred with Plaintiff's counsel regarding this motion; Plaintiff states that it assents to an extension to 7/31/18 only.

        /s/Andrea L. Martin, Esq.
        Andrea L. Martin, Esq.

## CERTIFICATE OF SERVICE

I, Andrea L. Martin, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 19, 2018.

        /s/Andrea L. Martin, Esq.
        Andrea L. Martin, Esq.

4834-6731-5565.1