UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANSSEN BIOTECH, INC.,<br>    Plaintiff,<br><br>        v.<br><br>CELLTRION HEALTHCARE CO.,<br>LTD., ET AL.,<br>    Defendants. | )<br>)<br>)<br>)<br>)    C.A. No. 17-11008-MLW<br>)<br>)<br>)<br>)<br>) |

## AMENDED JUDGMENT

WOLF, D.J.

In accordance with the August 23, 2018 Order allowing defendants' Motion to Amend the Judgment, it is hereby ORDERED:

Judgment for the DEFENDANTS on plaintiff's Counts 1, 2, 3, 4, and 5, plaintiff's counterclaim Counts 1 and 2, and defendants' first counterclaim. Defendants' second counterclaim is DISMISSED without prejudice.

By the Court,

August 23, 2018                /s/ Christine M. Bono
Date                           Deputy Clerk